<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | N. G. Purvis Farms, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 56-0850082 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**2504 Spies Road**<br>**Robbins, NC 27325**<br>Number, Street, City, State & ZIP Code<br><br>**Warren**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**Various locations - the largest farm being:**<br>**400 Faulkner Quarter Road, Warrenton, Warren County, NC**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **N. G. Purvis Farms, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__1122__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor    **N. G. Purvis Farms, Inc.**                                                      Case number (*if known*) _____
_____
        Name

| | | |
|---|---|---|
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

| | | | | |
|---|---|---|---|---|
| | List all cases. If more than 1, attach a separate list | Debtor _____ | | Relationship _____ |
| | | District _____ | When _____ | Case number, if known _____ |

| | |
|---|---|
| **11.** | **Why is the case filed in *this district*?** |

Check all that apply:

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| | | |
|---|---|---|
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☐ No<br>■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐   It needs to be physically secured or protected from the weather.

■   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐   Other _____

| | |
|---|---|
| Where is the property? | **Livestock located on each farm** |
| | Number, Street, City, State & ZIP Code |
| **Is the property insured?** | |
| ☐ No | |
| ■ Yes.   Insurance agency | **Westfield Insurance Company** |
|      Contact name | **Manry-Rawls, LLC, Agent** |
|      Phone | **757-562-6131** |

---

■   **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | .   Check one: |

■   Funds will be available for distribution to unsecured creditors.

☐   After any administrative expenses are paid, no funds will be available to unsecured creditors.

| | | | |
|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>■ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |

| | | | |
|---|---|---|---|
| **15.** | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **N. G. Purvis Farms, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ■ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **N. G. Purvis Farms, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May  6, 2021**
                     MM / DD / YYYY

**X /s/ Jerry M. Purvis, Sr.**                          **Jerry M. Purvis, Sr.**
Signature of authorized representative of debtor          Printed name

Title     **President**

**18. Signature of attorney**

**X /s/ Algernon L. Butler, III**          Date **May  6, 2021**
Signature of attorney for debtor                      MM / DD / YYYY

**Algernon L. Butler, III**
Printed name

**Butler & Butler, L.L.P.**
Firm name

**111 N. 5th Avenue**
**PO Box 38**
**Wilmington, NC 28401**
Number, Street, City, State & ZIP Code

Contact phone   **910-762-1908**      Email address   **albutleriii@butlerbutler.com**

**20881 NC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **N. G. Purvis Farms, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**May  6, 2021**__          X __**/s/ Jerry M. Purvis, Sr.**__
                                                      Signature of individual signing on behalf of debtor

                                                      **Jerry M. Purvis, Sr.**
                                                      Printed name

                                                      **President**
                                                      Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **N. G. Purvis Farms, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **101 INC. Attn: Managing Officer/Agent 4791 W 900 S PENDLETON, IN 46064** | | | | | | $151,784.77 |
| **2 F FARMS Attn: Managing Officer/Agent PO BOX 517 SALISBURY, NC 28145** | | | | | | $198,065.86 |
| **BUCHANAN FARMS / NUTRIEN AG SOLUTIONS Attn: Managing Officer/Agent 490 COPPER MINE ROAD SANFORD, NC 27330** | | | | | | $160,708.66 |
| **Cargill, Incorporated Attn: Managing Officer/Agent 935 INTERSTATE ROAD RIDGE GAINESVILLE, GA 30501** | | | | | | $431,655.57 |
| **DSM NUTRITIONAL PRODUCTS LLC Attn: Managing Officer/Agent 3927 COLLECTION CENTER DRIVE CHICAGO, IL 60693** | | | | | | $126,880.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor __N. G. Purvis Farms, Inc._____   Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fidelity Bank Attn: Managing Officer/Agent PO Box 996 Fuquay Varina, NC 27526** | | **PPP Loan - it is anticipated this will be forgiven** | **Contingent Unliquidated** | | | **$1,653,000.00** |
| **Huneycutt Pig Farm Attn: Managing Officer/Agent 28376 Millingport Road ALBEMARLE, NC 28001** | | | | | | **$507,279.43** |
| **INTERNATIONAL INGREDIENT CORPORATION Attn: Managing Officer/Agent MSC 7593, PO BOX 415000 NASHVILLE, TN 37241-7593** | | | | | | **$113,640.02** |
| **JERRY APPLE 5403 HIGHWAY 150-E BROWN SUMMITT, NC 27214** | | | | | | **$122,845.67** |
| **LAKE PHELPS GRAIN Attn: Managing Officer/Agent PO BOX 249 CRESWELL, NC 27928** | | | | | | **$174,357.10** |
| **Mercer Landmark Inc. Attn: Managing Officer/Agent 426 W Market St Celina, OH 45822** | | **Contract Finish Facility Agreement - for 13 farms in Indiana & Ohio** | **Contingent Unliquidated** | | | **$1,320,096.61** |
| **Murphy Brown LLC Attn: Managing Officer/Agent 200 Commerce Street Smithfield, VA 23430** | | **(Smithfield Hog Production) Claims under feed purchase agreement (finishing feed). See Schedule G.** | | | | **$627,193.18** |

| Debtor | **N. G. Purvis Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MWI ANIMAL HEALTH VETERINARY SUPPLY<br>Attn: Managing Officer/Agent<br>14659 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | | | | | | $240,377.79 |
| P & F Farms, Inc.<br>Attn: Managing Officer/Agent<br>1210 Lake Fork Road<br>Salisbury, NC 28146 | | Claims under sow farm grower / Gilt Multiplier contract (P&F/Small Farm). See Schedule G. | Contingent Unliquidated | | | $186,729.59 |
| PIC USA, Inc.<br>Attn: Managing Officer/Agent<br>100 Bluegrass Commons Blvd Ste 2200<br>Hendersonville, TN 37075 | | Claims under genetics contract. See Schedule G. | Contingent Unliquidated | | | $650,409.22 |
| Pollitt Ventures, Inc.<br>Attn: Managing Officer/Agent<br>PO Box 936<br>Clarkesville, GA 30523 | | Claims under sow farm grower contract and settlement agreement (Gilchrest Farms). See Schedule G. | | | | $150,000.00 |
| SAM BLACK<br>2020 MORGAN GOLD HILL<br>GOLD HILL, NC 28071 | | | | | | $121,607.95 |
| Sunrise Cooperative, Inc.<br>Attn: Managing Officer/Agent<br>2025 W. State St.<br>Fremont, OH 43420 | | Feeding and Service Agreement - contract was with Trupointe Cooperative, Inc. which merged into Sunrise. Contract Terminated, civil action pending | Disputed | | | $1,647,598.38 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | N. G. Purvis Farms, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **THE REDWOOD GROUP, LLC Attn: Managing Officer/Agent 5920 NALL AVENUE, SUITE #400 MISSION, KS 66202** | | | | | | $674,013.26 |
| **TREXLER FARMS Attn: Managing Officer/Agent 12955 HWY 52 GOLD HILL, NC 28071** | | | | | | $118,774.42 |

Official form 204                Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                page 4

**Fill in this information to identify the case:**

Debtor name   **N. G. Purvis Farms, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*..................................................................................  $   **11,654,035.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*................................................................................  $   **22,614,326.39**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*..................................................................................  $   **34,268,361.39**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................  $   **40,665,672.67**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................................  $   **15,391.51**

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................  +$   **12,445,172.84**

4.   **Total liabilities** ........................................................................................................................
Lines 2 + 3a + 3b

$   **53,126,237.02**

**Fill in this information to identify the case:**

Debtor name   **N. G. Purvis Farms, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**     **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$101.02** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Operating account with First National Bank of Omaha (FNBO) - balance as of 5/4/2021** | **Checking** | **2093** | **$544,867.20** |
| 3.2. | **Payroll account with Fidelity Bank - balance as of 5/4/2021 (contains approx. $250,000 of government funds proceeds of USDA CFAP (Coronavirus Food Assistance Program) payment not subject to any liens)** | **Checking** | **1947** | **$384,224.15** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | **Hedging account # xxx x6247) with ADM Investor Services, Inc. - value fluctuates Total account balance: $2,624,226 Positions value: -$1,732,870 Net value: $891,356 Values as of 5/4/2021** | **$891,356.00** |
| 4.2. | **Hedging account # xxx x6248) with ADM Investor Services, Inc. - not used** | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **N. G. Purvis Farms, Inc.**                                        Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| 4.3. | **Hedging account # xxx-x1024 with RJO'Brien - not used** | $0.00 |

| | | |
|---|---|---|
| 4.4. | **Hedging account # xxxxx xxxx2001 with Rosenthal Collins Group - not used** | $0.00 |

| | | |
|---|---|---|
| 5. | **Total of Part 1.**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $1,820,548.37 |

<table>
<tr><td>Part 2:</td><td colspan="2"><b>Deposits and Prepayments</b></td></tr>
</table>

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Utility Deposit with Duke Energy** | $32,500.00 |

| | | |
|---|---|---|
| 7.2. | **Feed deposit with Smithfield Foods / Murphy-Brown** | $150,000.00 |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 9. | **Total of Part 2.**<br>Add lines 7 through 8. Copy the total to line 81. | $182,500.00 |

<table>
<tr><td>Part 3:</td><td colspan="2"><b>Accounts receivable</b></td></tr>
</table>

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.  **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 1,080,449.04 | - | 0.00 | = .... | $1,080,449.04 |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | 12,778.20 | - | 0.00 | = .... | $12,778.20 |
| | face amount | | doubtful or uncollectible accounts | | |

| | | |
|---|---|---|
| 12. | **Total of Part 3.**<br>Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $1,093,227.24 |

<table>
<tr><td>Part 4:</td><td colspan="2"><b>Investments</b></td></tr>
</table>

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

| Debtor | **N. G. Purvis Farms, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* **Swine inventory - see Exhibit A/B # 29 Shows inventory and approx. value as of 4/3/2021 when last taken. Value fluctuates with the market.** | **Unknown** | | **$17,044,284.00** |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* **Machinery, equipment, and other personal property - see Exhibit A/B # 30** | $398,739.00 | Book value | $398,739.00 |
| 31. | **Farm and fishing supplies, chemicals, and feed Artificial insemination materials and supplies. Value as of 4/3/2021 when last inventoried.** | $9,561.70 | Recent cost | $9,561.70 |
| | **Feed ingredients Value as of 4/3/2021 when last inventoried.** | $700,877.58 | Recent cost | $700,877.58 |
| | **Fuel - gasoline and diesel Value as of 4/3/2021 when last inventoried.** | $58,288.69 | Recent cost | $58,288.69 |
| | **Feed (inventoried) Value as of 4/3/2021 when last inventoried.** | $281,289.98 | Recent cost | $281,289.98 |
| | **Feed (manufactured) Value as of 4/3/2021 when last inventoried.** | $22,677.54 | Recent cost | $22,677.54 |
| | **Medication Value as of 4/3/2021 when last inventoried.** | $88,450.36 | Recent cost | $88,450.36 |
| | **Propane gas Value as of 4/3/2021 when last inventoried.** | $55,523.96 | Recent cost | $55,523.96 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **N. G. Purvis Farms, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| | Supplies - miscellaneous (office and farm combined)<br>Value as of 4/3/2021 when last inventoried. | $28,607.97 | Recent cost | $28,607.97 |

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**

| $18,688,300.78 |
|---|

Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value

| | Valuation method | **Amendment will be filed to shown this** | Current Value | |
|---|---|---|---|---|
| 0 | | | | 0 |

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
■ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>Included in Schedule A/B # 30. | $0.00 | | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

| $0.00 |
|---|

Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

| Debtor | __N. G. Purvis Farms, Inc.__ | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Titled Vehicles - see following exhibits:**<br>**Exhibit A/B # 47A - UNENCUMBERED VEHICLES**<br><br>**Exhibit A/B # 47B - ENCUMBERED VEHICLES**<br>**Encumbered Vehicles are also Scheduled separately below.**<br><br>**ESTIMATED VALUE OF UNENCUMBERED VEHICLES SHOWN HERE** | **$0.00** | | **$610,750.00** |
| 47.2. **2016 Ford F-350 - VIN 1FT8W3BT6GEB82102 (included on Exhibit A/B # 47B) NADA Ave. Trade-in: $36,675 Condition: Good** | **$0.00** | | **$22,000.00** |
| 47.3. **2016 Ford F-150 - VIN 1FTFW1EF1GFD58307 (included on Exhibit A/B # 47B) NADA Ave. Trade-in: $27,725 Condition: Poor** | **$0.00** | | **$10,000.00** |
| 47.4. **2016 Ford F-150 - VIN 1FTEW1EF7GFD14338 (included on Exhibit A/B # 47B) NADA Ave. Trade-in: $27,725 Condition: Good** | **$0.00** | | **$22,000.00** |
| 47.5. **2017 Ford F-150 - VIN 1FTEX1EF4HKE44082 (included on Exhibit A/B # 47B) NADA Ave. Trade-in: $28,300 Condition: Fair** | **$0.00** | | **$22,000.00** |
| 47.6. **2017 Ford F-350 - VIN 1FD8X3FT1HEE29241 (included on Exhibit A/B # 47B) Condition: Good** | **$0.00** | | **$30,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **N. G. Purvis Farms, Inc.**
_____
Name

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| 47.7. | **2017 Ford F-350 - VIN 1FD8X3FT6HEE92223 (included on Exhibit A/B # 47B) Condition: Good** | $0.00 | $30,000.00 |
| 47.8. | **2017 Ford Van - VIN 1FTYE1YMXHKA39129 (included on Exhibit A/B # 47B) Condition: Good** | $0.00 | $19,000.00 |
| 47.9. | **2018 Ford F-150 - VIN 1FTFX1E57JFC24848 (included on Exhibit A/B # 47B) NADA Ave. Trade-in: $31,025 Condition: Good** | $0.00 | $12,000.00 |
| 47.10. | **2018 Ford F-150 - VIN 1FTEX1E58JKC76136 (included on Exhibit A/B # 47B) NADA Ave. Trade-in: $31,025 Condition: Fair** | $0.00 | $10,500.00 |
| 47.11. | **2018 Ford F-150 - VIN 1FTEX1E51JKC76205 (included on Exhibit A/B # 47B) NADA Ave. Trade-in: $31,025 Condition: Very Poor** | $0.00 | $6,500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                          | $794,750.00 |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

       ☐ No.  Go to Part 10.
       ■ Yes Fill in the information below.

55.       **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Debtor | **N. G. Purvis Farms, Inc.** | | Case number *(If known)* | | |
| | Name | | | | |

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Fixtures attached to Real Property per Debtor's books - see Exhibit A/B # 55B.** <br><br> **Value included in value of real estate.** | | $0.00 | | $0.00 |
| 55.2. **Real property located in North Carolina and Georgia. See Exhibit A/B # 55A. Tax value shown** | | Unknown | Tax records | $11,654,035.00 |
| 55.3. **Lease of "Copperhead Farm" located: 3596 Fork Creek Mill Road, Seagrove Randolph County, NC** | Interest under Farm Lease Agreement of Oct. 10, 2006 with Copperhead Farms, LLC | Unknown | | Unknown |
| 55.4. **Lease of "Clearview Farm" located: SR 1314 - Marvin McCaskill Road, Ellerbe Richmond County, NC** | Interest under Farm Lease Agreement of Oct. 1, 2013 with North Moore Management, LLC | Unknown | | Unknown |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $11,654,035.00 |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **N. G. Purvis Farms, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Insurance claim for  2014 Dodge Ram VIN 1C6RR7FG0ES239769 - totaled on 4/21/2021**<br>**Expected to receive approx. $10,000 in insurance proceeds** | **$10,000.00** |
| | **Nature of claim** _____ | |
| | **Amount requested**               **$0.00** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Zoetis - Leader's Edge Pork Loyalty Rewards program - rebates paid quarterly for purchases of Zoetis medications from third-party vendors, with smaller payments sporadically**<br>**Estimated/approx. petition date value shown.** | **$25,000.00** |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$35,000.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **N. G. Purvis Farms, Inc.**                                    Case number *(If known)* _____
　　　　　 Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,820,548.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $182,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,093,227.24 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $18,688,300.78 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $794,750.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................> | | $11,654,035.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $35,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $22,614,326.39 | + 91b.  $11,654,035.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $34,268,361.39 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

# EXHIBIT A/B # 29

## Swine Inventory Summary

### As of April 3, 2021

| Farm | Sows | Isolation | Total | Boars | Unweaned Pigs | Nursery Pigs | Top Hogs | Total Hogs |
|------|------|-----------|-------|-------|---------------|--------------|----------|------------|
| Tar Heel | 1,323 | 73 | 1,396 | | 1,981 | 348 | | 3,725 |
| Wet Creek | 3,406 | 320 | 3,726 | | 5,785 | - | | 9,511 |
| Holly Ridge | 1,379 | 71 | 1,450 | | 2,428 | 4,109 | | 7,987 |
| Deerfield | 1,403 | 72 | 1,475 | | 2,349 | 4,973 | | 8,797 |
| Indian Hills | 1,371 | 64 | 1,435 | | 2,352 | 4,762 | | 8,549 |
| Cognac Farms | 2,489 | 139 | 2,628 | | 3,584 | - | | 6,212 |
| Small (P&F) | 1,809 | | 1,809 | | 2,571 | 3,476 | | 7,856 |
| Small (Breeding Gilts) | | 557 | 557 | | | | | 557 |
| Green Acres | 3,743 | 236 | 3,979 | | 6,150 | 826 | | 10,955 |
| Dixie | | | - | | | 6,060 | | 6,060 |
| Blue Ribbon | | | - | | | - | | - |
| Little River | | | - | | | 3,710 | | 3,710 |
| Naked Creek | | | - | | | 5,940 | | 5,940 |
| Boar Isolation | | | - | 3 | | | | 3 |
| Cabin Creek | | | - | 85 | | | | 85 |
| Off-site Nurseries | | | - | | | 9,815 | | 9,815 |
| Grow-out Farms | | | - | | | | 116,703 | 116,703 |
| **TOTALS** | **16,923** | **1,532** | **18,455** | **88** | **27,200** | **44,019** | **116,703** | **206,465** |
| **Values** | | | $ 1,853,000 | $ 2,200 | $ 669,936 | $ 2,108,950 | $ 12,410,197 | $17,044,284 |

# EXHIBIT A/B # 30

## Machinery, Equipment and Other Personal Property

| Date Acq | Description | Asset # | Cost | Net Book Value |
|---|---|---|---|---|
| **Expense A/C#: 626003** | **OLD FEED MILL AND GARAGE** | | | |
| 8/27/1993 | COATS 850 TIRE BALANCER | 2053 | 2,862.70 | 0.00 |
| 8/27/1993 | COATS TIRE CHANGER | 2054 | 2,553.28 | 0.00 |
| 8/27/1993 | 22 TON AIR / HYDRAULIC JACK | 2055 | 687.94 | 0.00 |
| 4/29/1997 | TRACTOR - 550 4WD | 2229 | 29,091.18 | 0.00 |
| 5/28/1997 | 5500 LOADER FOR MILL TRACTOR | 2284 | 4,580.00 | 0.00 |
| 6/3/1998 | DIESEL PUMP | 2303 | 1,706.76 | 0.00 |
| 9/27/2007 | Air Compressor | 0000002734 | 1,600.00 | 0.00 |
| **TOTAL** | | | 43,081.86 | 0.00 |
| | | | | |
| **Expense A/C#: 626006** | **CATTLE** | | | |
| 5/9/1991 | FENCING | 1808 | 18,377.09 | 0.00 |
| 4/30/1992 | FENCING | 1876 | 2,899.50 | 0.00 |
| **TOTAL** | | | 21,276.59 | 0.00 |
| | | | | |
| **Expense A/C#: 626009** | **BOAR ISOLATION** | | | |
| 12/14/2001 | PRESSURE WASHER | 2508 | 909.00 | 0.00 |
| **TOTAL** | | | 909.00 | 0.00 |
| | | | | |
| **Expense A/C#: 626010** | **BOAR STUD (CABIN CREEK)** | | | |
| 8/9/1993 | 5800 GAL WATER TANK  [112] | 2009 | 2,037.27 | 727.59 |
| 9/26/1996 | GENERATOR - USED | 2186 | 17,000.00 | 0.00 |
| 12/17/2007 | Fencing | 0000002754 | 20,918.00 | 2,324.27 |
| 12/17/2007 | 120 gal Water Tank | 0000002757 | 2,140.00 | 0.00 |
| 12/17/2007 | Gas Tanks | 0000002758 | 1,278.63 | 0.00 |
| 12/17/2007 | Water Pump | 0000002759 | 965.80 | 0.00 |
| 12/17/2007 | Propane Tanks | 0000002760 | 882.73 | 0.00 |
| 12/2/2011 | Hotpoint Washer Model# GTWP1000M WW | 0000002855 | 532.65 | 0.00 |
| 6/6/2012 | Accruead Swine Photometer | 0000002882 | 2,124.25 | 0.00 |
| 2/3/2015 | Pressure Washer | 0000003035 | 2,874.00 | 0.00 |
| 3/23/2016 | Microscope | 0000003165 | 1,222.38 | 0.00 |
| 2/17/2017 | .25 Caliber Bolt Stunner | 0000003269 | 1,745.75 | 0.00 |
| 6/1/2017 | Bush Hog | 0000003286 | 2,250.00 | 1,017.85 |
| 7/16/2017 | John Deere 990 Tractor | 0000003290 | 16,150.00 | 4,037.49 |
| 1/31/2018 | Automatic Bagger | 0000003329 | 45,430.50 | 24,337.77 |
| **TOTAL** | | | 117,551.96 | 32,444.97 |
| | | | | |
| **Expense A/C#: 626011** | **DIXIE** | | | |
| 5/16/1990 | 150 KW ECCO GENERATOR | 1725 | 21,368.75 | 0.00 |
| 7/24/1990 | 7' FEED BIN | 1735 | 701.75 | 0.00 |
| 12/21/1990 | NURSERY SCALES | 1755 | 3,250.00 | 0.00 |
| 4/17/1994 | PRESSURE WASHER | 2066 | 1,751.75 | 0.00 |
| 5/14/1996 | REFRIGERATOR | 2163 | 598.60 | 0.00 |
| 3/20/2002 | MICROSCOPE | 2516 | 611.93 | 0.00 |
| 2/5/2003 | 6 TON FEED BIN | 2544 | 1,110.00 | 0.00 |
| 9/27/2006 | Recycle Pump | 0000002642 | 2,933.50 | 0.00 |
| 2/21/2007 | Cold Water Pressure Washer | 0000002703 | 2,323.00 | 0.00 |
| 2/28/2007 | Maxstar Stick Only Welder | 0000002700 | 683.20 | 0.00 |
| 9/20/2007 | Generator Alarms | 0000002737 | 1,020.00 | 0.00 |

# EXHIBIT A/B # 30

| Date | Description | Number | Amount 1 | Amount 2 |
|---|---|---|---:|---:|
| 12/30/2011 | Feed Bins | 0000002860 | 6,010.25 | 0.00 |
| 2/28/2013 | Hot Point Washer Model HTWP1200D0 WW | 0000002902 | 602.20 | 0.00 |
| 6/13/2014 | Hotpoint Dryer Model #HTDP120ED4 WW | 0000002956 | 611.83 | 0.00 |
| 6/13/2014 | Hotpoint Dryer - Model HTDP120ED4 | 0000002960 | 611.83 | 0.00 |
| 10/2/2014 | 13A2-B Less Motor | 0000002961 | 4,484.00 | 0.00 |
| 5/6/2015 | Bush Hog Model 6015 | 0000003045 | 1,070.00 | 0.00 |
| 10/2/2015 | Gorman Pump | 0000003116 | 610.00 | 0.00 |
| 8/23/2016 | Cold Water Pressure Washer | 0000003204 | 3,308.18 | 0.00 |
| 8/23/2016 | Cold Water Pressure Washer | 0000003205 | 3,308.18 | 0.00 |
| 11/1/2016 | Scales | 0000003243 | 4,135.68 | 498.60 |
| 10/1/2017 | Cold Water Pressure Washer | 0000003297 | 3,308.18 | 1,654.09 |
| 1/23/2019 | Rain Reel Hose | 0000003390 | 6,575.00 | 4,461.60 |
| **TOTAL** | | | 70,987.81 | 6,614.29 |

| Expense A/C#: 626012 | **BLUE RIBBON** | | | |
|---|---|---|---:|---:|
| 7/20/1990 | FENCING | 1705 | 4,328.00 | 0.00 |
| 10/28/1991 | JOHN DEERE TRACTOR | 1835 | 5,348.61 | 0.00 |
| 3/25/1992 | MOWER - 5 FT | 1870 | 1,060.36 | 0.00 |
| 8/24/1995 | IRRIGATION GUN & CART | 2143 | 5,386.18 | 0.00 |
| 6/19/1996 | AMADAS RAIN REEL | 2162 | 14,000.00 | 0.00 |
| 10/21/1996 | WATER TANK - 5000 GAL | 2190 | 4,227.56 | 0.00 |
| 4/27/1998 | 800 AMP GENERATOR TRANSFER SWITCH | 2296 | 6,294.23 | 0.00 |
| 3/20/2002 | MICROSCOPE | 2515 | 611.93 | 0.00 |
| 3/17/2006 | Blue Ribbon Fence | 0000002630 | 1,998.00 | 0.00 |
| 9/20/2007 | Generator Alarms | 0000002743 | 520.00 | 0.00 |
| 10/23/2007 | Freezer | 0000002745 | 878.35 | 0.00 |
| 6/28/2013 | Hotpoint Washer Model #HTWP1400F1 WW | 0000002910 | 602.20 | 0.00 |
| 7/30/2014 | Frigidaire Freezer Model FGCH25M8LW1 | 0000002970 | 1,168.23 | 0.00 |
| 11/3/2015 | Frigidaire Chest Freezer | 0000003115 | 885.75 | 0.00 |
| 3/18/2016 | GE Refrigerator Model#GTS18GTHFRBB | 0000003172 | 697.43 | 0.00 |
| 3/22/2016 | Irrigation Hose | 0000003169 | 2,535.17 | 0.00 |
| 4/3/2017 | Cold Water Pressure Washer | 0000003275 | 3,308.19 | 0.00 |
| 9/19/2018 | 100 kw Generator | 0000003355 | 19,500.00 | 12,303.58 |
| **TOTAL** | | | 73,350.19 | 12,303.58 |

| Expense A/C#: 626013 | **TARHEEL** | | | |
|---|---|---|---:|---:|
| 10/30/1987 | 50 KW DIESEL GENERATOR | 1610 | 14,806.00 | 0.00 |
| 11/22/1988 | REBUILT FERMONT GENERATOR | 1652 | 8,950.00 | 0.00 |
| 7/20/1990 | FENCING | 1704 | 539.00 | 0.00 |
| 10/17/1990 | 5800 GAL WATER TANK | 1748 | 2,215.89 | 0.00 |
| 12/21/1990 | NURSERY SCALES | 1753 | 3,250.00 | 0.00 |
| 3/20/2002 | MICROSCOPE | 2514 | 611.92 | 0.00 |
| 9/20/2007 | Generator Alarm | 0000002741 | 520.00 | 0.00 |
| 8/8/2011 | G.E. Chest Freezer - FCM25SUD WW | 0000002849 | 939.25 | 0.00 |
| 6/13/2012 | Hotpoint Dryer - Model #HTDX100EM2 WW | 0000002874 | 532.65 | 0.00 |
| 10/21/2013 | Pressure Washer 3500PSI | 0000002922 | 540.26 | 0.00 |
| 8/12/2014 | 13A2-b Pump | 0000002963 | 3,065.05 | 0.00 |
| 1/15/2015 | Hotpoint Washer MD#HTWP1400F1 WW | 0000003027 | 590.43 | 0.00 |
| 6/22/2015 | 175kw Generator w/ Perkins Engine | 0000003047 | 46,425.23 | 7,737.52 |
| 9/30/2015 | 50" Box Fan | 0000003084 | 637.24 | 0.00 |
| 8/22/2016 | .25 Caliber HD Bolt Stunner | 0000003196 | 1,712.00 | 0.00 |
| 9/8/2016 | .25 Caliber HD Reg Bolt Stunner | 0000003200 | 1,712.00 | 0.00 |
| 10/21/2016 | Whirlpool Chest Freezer | 0000003239 | 932.83 | 0.00 |
| 9/17/2019 | 1,000gal Fuel Tank | 0000003414 | 6,077.73 | 4,702.99 |
| **TOTAL** | | | 94,057.48 | 12,440.51 |

# EXHIBIT A/B # 30

| Expense A/C#: 626014 | LITTLE RIVER | | | |
|---|---|---|---|---|
| 2/22/1989 | FENCING | 1672 | 6,409.00 | 0.00 |
| 12/21/1990 | NURSERY SCALES | 1754 | 3,250.00 | 0.00 |
| 8/9/1993 | 5800 GAL WATER TANK | 2008 | 2,037.27 | 0.00 |
| 9/1/1995 | BUSH HOG | 2136 | 4,470.17 | 0.00 |
| 3/20/2002 | MICROSCOPE | 2513 | 611.92 | 0.00 |
| 9/20/2007 | Generator Alarms | 0000002742 | 520.00 | 0.00 |
| 7/14/2009 | Refrigerator - GE Model GTR12HAX WW | 0000002793 | 664.85 | 0.00 |
| 4/25/2013 | GE Chest Freezer Mod. FCM25SBB WW | 0000002904 | 1,114.73 | 0.00 |
| 10/20/2015 | Water Reservoir for Irrigation Reel | 0000003123 | 4,384.80 | 0.00 |
| 12/23/2016 | Generator | 0000003257 | 36,798.01 | 14,018.29 |
| 1/23/2019 | Rain Reel Hose | 0000003389 | 12,150.50 | 8,244.98 |
| **TOTAL** | | | 72,411.25 | 22,263.27 |

| Expense A/C#: 626015 | NAKED CREEK | | | |
|---|---|---|---|---|
| 3/16/2015 | Frigidaire 25cf Freezer MD#FGCH25M8LW | 0000003017 | 932.83 | 0.00 |
| 3/16/2015 | Frigidaire 22cf Freezer MD#FFFC22M6QW | 0000003018 | 911.43 | 0.00 |
| 7/25/2019 | 4 7ft Poly Feed Bin | 0000003409 | 20,828.30 | 15,621.23 |
| **TOTAL** | | | 22,672.56 | 15,621.23 |

| Expense A/C#: 626016 | WET CREEK | | | |
|---|---|---|---|---|
| 1/30/1990 | FENCING | 1702 | 9,000.00 | 0.00 |
| 3/8/1990 | HEATERS | 1718 | 7,660.28 | 0.00 |
| 7/20/1990 | FENCING | 1703 | 1,408.00 | 0.00 |
| 8/9/1993 | 5800 GAL WATER TANK | 2011 | 2,413.58 | 0.00 |
| 4/25/1994 | CREEP FEED BIN - FARROWING | 2067 | 817.67 | 0.00 |
| 6/28/1996 | GORMAN PUMP | 2166 | 2,477.96 | 0.00 |
| 2/7/1997 | TRACTOR   JOHN DEERE MODEL 6400 | 2449 | 43,930.00 | 0.00 |
| 7/3/1997 | RHINO BLADE 950 | 2280 | 612.50 | 0.00 |
| 8/27/2001 | TRAILER - CUSHMAN MODEL 797012 | 2495 | 1,587.35 | 0.00 |
| 3/4/2002 | TRACTOR - C-50 | 2512 | 12,111.00 | 0.00 |
| 3/6/2002 | MICROSCOPE | 2520 | 611.93 | 0.00 |
| 8/27/2004 | John Deere Bush Hog | 2557 | 1,358.45 | 0.00 |
| 2/1/2005 | Generator - Wet Creek | 2594 | 13,000.00 | 0.00 |
| 2/11/2005 | Chest Freezer | 2575 | 481.29 | 0.00 |
| 2/17/2005 | Pressure Washer | 2576 | 2,822.95 | 0.00 |
| 10/23/2006 | Pressure Washer | 0000002644 | 2,889.00 | 0.00 |
| 12/29/2006 | Fencing | 0000002663 | 34,626.00 | 0.00 |
| 1/22/2007 | Turbo Unit for Generator | 0000002666 | 1,545.00 | 0.00 |
| 9/20/2007 | Generator Alarms | 0000002736 | 1,520.00 | 0.00 |
| 12/7/2010 | 4 Feed Bins | 0000002830 | 7,121.16 | 0.00 |
| 6/28/2012 | Bulk Bin | 0000002883 | 800.00 | 0.00 |
| 7/3/2012 | G. E. Freezer Model # FCM25SEA WW | 0000002884 | 1,093.33 | 0.00 |
| 12/1/2013 | Feed Bin | 0000002928 | 2,630.05 | 0.00 |
| 6/5/2014 | Fence Replacement | 0000002953 | 2,571.90 | 814.43 |
| 8/12/2014 | 13A2-B Pump | 0000002962 | 3,065.05 | 0.00 |
| 9/10/2014 | Feed Bin | 0000002971 | 2,252.02 | 0.00 |
| 10/21/2014 | Hotpoint Washer (HTWP1400FWW) | 0000002998 | 590.43 | 0.00 |
| 11/11/2014 | 2 Amadas Rain Reel w parts | 0000002999 | 66,200.00 | 5,701.02 |
| 4/15/2015 | Hotpoint Washer Model 3 HTWP1400F1WW | 0000003064 | 586.15 | 0.00 |
| 6/24/2015 | Hot Point Dryer Model#HTDX100Ed6WW | 0000003043 | 515.53 | 0.00 |
| 1/20/2016 | Pressure Washer | 0000003157 | 3,094.00 | 0.00 |
| 5/11/2016 | Hotpoint Dryer - Model# HTDX100ED | 0000003179 | 483.43 | 0.00 |
| 8/2/2016 | .25 Caliber HD Bolt Stunner | 0000003192 | 1,712.00 | 0.00 |

# EXHIBIT A/B # 30

| Date | Description | ID | Amount | Amount |
|---|---|---|---:|---:|
| 10/22/2016 | 150 KW Generator w/ Breaker and Transfer Switch | 0000003234 | 33,417.00 | 11,934.63 |
| 10/22/2016 | 150 KW Generator w/ Breaker and Transfer Switch | 0000003235 | 33,417.00 | 11,934.63 |
| 4/27/2018 | Gorman Rupp Pump | 0000003347 | 10,224.00 | 5,842.28 |
| 5/31/2019 | 9' Feed Bin | 0000003405 | 2,950.00 | 2,142.26 |
| **TOTAL** | | | 313,596.01 | 38,369.25 |

| Expense A/C#: 626017 | HOLLY RIDGE | | | |
|---|---|---|---:|---:|
| 1/30/1992 | ACID TANK | 1858 | 733.75 | 0.00 |
| 4/21/1993 | 5000 GAL TANK | 1983 | 1,818.49 | 0.00 |
| 7/3/1997 | RHINO BLADE 950 | 2281 | 612.50 | 0.00 |
| 8/27/2001 | TRAILER - CUSHMAN MODEL 797012 | 2496 | 1,587.34 | 0.00 |
| 3/6/2002 | MICROSCOPE | 2519 | 611.93 | 0.00 |
| 9/26/2005 | 525 Gallon Fuel Tank | 2602 | 826.34 | 0.00 |
| 11/16/2005 | Pressure Washer | 2613 | 2,923.95 | 0.00 |
| 3/22/2006 | Holly Ridge Generator | 0000002629 | 21,780.00 | 0.00 |
| 9/20/2007 | Generator Alarms | 0000002738 | 520.00 | 0.00 |
| 6/1/2009 | Hotpoint Dryer | 0000002792 | 494.05 | 0.00 |
| 11/3/2011 | Hotpoint Washer - Model HTWB1000M WW | 0000002852 | 532.65 | 0.00 |
| 6/1/2014 | Fencing | 0000002955 | 27,780.00 | 826.79 |
| 6/17/2014 | Cold Water Pressure Washer | 0000002957 | 3,575.00 | 0.00 |
| 7/18/2014 | 13A2-B Pump | 0000002968 | 3,080.45 | 0.00 |
| 2/2/2015 | Scales | 0000003033 | 3,584.37 | 0.00 |
| 3/26/2015 | Gorman Pump 13A2-B | 0000003034 | 3,160.00 | 0.00 |
| 5/6/2015 | GE Dryer Model #GTDX180ED4WW | 0000003060 | 536.93 | 0.00 |
| 12/22/2015 | Gorman Pump 13A2-B | 0000003129 | 1,784.00 | 0.00 |
| 2/1/2016 | 4 Feed Bins | 0000003162 | 8,799.90 | 0.00 |
| 2/19/2016 | Amadas Traveler Reel w/ Nelson Big Gun | 0000003150 | 32,700.00 | 0.00 |
| 5/3/2016 | Chest Freezer Model# WZC31220W00 | 0000003181 | 932.83 | 0.00 |
| 6/2/2016 | Pressure Washer 4300EAR CTS Magnum | 0000003185 | 1,995.00 | 83.12 |
| 8/2/2016 | .25 Caliber HD Bolt Stunner | 0000003193 | 1,712.00 | 0.00 |
| 9/21/2016 | Whirlpool Chest Freezer | 0000003212 | 932.83 | 0.00 |
| **TOTAL** | | | 123,014.31 | 909.91 |

| Expense A/C#: 626018 | DEERFIELD | | | |
|---|---|---|---:|---:|
| 6/25/1993 | 5800 GAL WATER TANK | 1968 | 1,921.95 | 0.00 |
| 7/3/1997 | RHINO BLADE 950 | 2282 | 612.50 | 0.00 |
| 8/27/2001 | TRAILER - CUSHMAN MODEL 797012 | 2497 | 1,587.34 | 0.00 |
| 3/6/2002 | MICROSCOPE | 2518 | 611.92 | 0.00 |
| 4/25/2002 | FEED BIN | 2541 | 800.00 | 0.00 |
| 3/19/2007 | Volt Regulator For Generator | 0000002705 | 1,828.40 | 0.00 |
| 6/27/2007 | 24,000 BTU Air Conditioner | 0000002720 | 670.19 | 0.00 |
| 9/20/2007 | Generator Alarms | 0000002740 | 520.00 | 0.00 |
| 8/27/2009 | Water Tank | 0000002795 | 3,561.07 | 0.00 |
| 3/10/2011 | Hotpoint Washer | 0000002839 | 526.80 | 0.00 |
| 12/15/2011 | GE Dryer Model #GTDX100EN1 WW | 0000002854 | 500.55 | 0.00 |
| 6/28/2013 | G. E. Refrigerator Model #GTS17DEB WW | 0000002909 | 671.75 | 0.00 |
| 8/16/2013 | G. E. Freezer Model# FCM255BB WW | 0000002914 | 1,114.73 | 0.00 |
| 7/18/2014 | 13A2-B Pump | 0000002967 | 3,080.45 | 0.00 |
| 10/13/2014 | Cold Water Pressure Washer - CW-3004-4ME | 0000003004 | 3,675.00 | 0.00 |
| 5/20/2015 | Pressure Washer 3500PSI | 0000003058 | 569.69 | 0.00 |
| 6/17/2015 | Pressure Washe | 0000003046 | 3,128.60 | 0.00 |
| 10/22/2015 | Gorman Pump 13A2-B | 0000003112 | 1,432.00 | 0.00 |
| 12/8/2015 | Pressure Washer | 0000003130 | 3,106.49 | 0.00 |
| 2/19/2016 | Amadas Traveler Reel w/ Nelson Big Gun | 0000003151 | 32,700.00 | 0.00 |
| 2/19/2016 | Amadas Traveler Reel w/ Nelson Big Gun | 0000003152 | 32,700.00 | 0.00 |

## EXHIBIT A/B # 30

| | | | | |
|---|---|---|---|---|
| 8/2/2016 | .25 Caliber HD Bolt Stunner | 0000003194 | 1,712.00 | 0.00 |
| **TOTAL** | | | 97,031.43 | 0.00 |
| | | | | |
| **Expense A/C#: 626019** | **INDIAN HILLS** | | | |
| 3/10/1993 | DEERE FARM TRACTOR | 1955 | 9,121.58 | 0.00 |
| 6/25/1993 | 5800 GAL WATER TANK | 1969 | 1,921.95 | 0.00 |
| 2/28/1994 | RAINREEL | 2065 | 11,750.00 | 0.00 |
| 7/3/1997 | RHINO BLADE 950 | 2283 | 612.50 | 0.00 |
| 8/27/2001 | TRAILER - CUSHMAN MODEL 797012 | 2498 | 1,587.34 | 0.00 |
| 3/6/2002 | MICROSCOPE | 2517 | 611.92 | 0.00 |
| 4/25/2002 | FEED BIN | 2540 | 800.00 | 0.00 |
| 9/14/2007 | Pressure Washer | 0000002732 | 2,300.00 | 0.00 |
| 9/20/2007 | Generator Alarm | 0000002739 | 520.00 | 0.00 |
| 9/29/2010 | 2500 Gal. Water Tank | 0000002807 | 1,259.95 | 0.00 |
| 10/26/2012 | Hot Point Dryer | 0000002894 | 590.43 | 0.00 |
| 10/22/2013 | Pressure Washer - Triplex TS2021 3500PSI | 0000002926 | 530.00 | 0.00 |
| 8/12/2014 | 13A2-B Pump | 0000002964 | 3,065.05 | 0.00 |
| 6/12/2015 | Hot Point Washer Model #HTWP1400F2WW | 0000003054 | 586.15 | 0.00 |
| 12/10/2015 | 150KW Generator | 0000003137 | 28,400.00 | 13,253.32 |
| 12/15/2015 | Feed Bins | 0000003134 | 13,971.73 | 3,326.61 |
| 2/19/2016 | Amadas Traveler Reel w/ Nelson Big Gun | 0000003153 | 32,700.00 | 0.00 |
| 2/19/2016 | Amadas Traveler Reel w/ Nelson Big Gun | 0000003154 | 32,700.00 | 0.00 |
| 4/4/2016 | Chest Freezer MD# FFFC22M6QWD | 0000003176 | 932.83 | 0.00 |
| 8/2/2016 | .25 Caliber HD Bolt Stunner | 0000003195 | 1,712.00 | 0.00 |
| 8/23/2016 | Cold Water Pressure Washer | 0000003206 | 3,308.18 | 0.00 |
| 8/24/2016 | Welder TBolt XL Stick | 0000003216 | 700.85 | 0.00 |
| **TOTAL** | | | 149,682.46 | 16,579.93 |
| | | | | |
| **Expense A/C#: 626021** | **MAINTENANCE** | | | |
| 3/1/2005 | Welder | 2601 | 433.82 | 0.00 |
| 5/3/2005 | Pipe Thread Ratchet | 2586 | 651.09 | 0.00 |
| 5/8/2013 | Maxstar Stick Welder | 0000002905 | 914.70 | 0.00 |
| 3/10/2014 | Stick Welder | 0000002934 | 914.70 | 0.00 |
| 5/21/2014 | Maxstar Stick Welder | 0000002947 | 914.70 | 0.00 |
| 5/13/2015 | Stick Welder Maxstar | 0000003059 | 1,792.67 | 0.00 |
| 9/23/2015 | Maxstar Stick welder | 0000003100 | 891.32 | 891.32 |
| 2/2/2016 | Concrete Saw | 0000003148 | 1,000.00 | 0.00 |
| 2/4/2016 | Stick Welder Maxstar 150S | 0000003149 | 914.86 | 0.00 |
| 6/1/2016 | Rotor Rooter Model E | 0000003184 | 4,242.00 | 176.75 |
| 8/15/2016 | CAT Backhoe | 0000003190 | 67,298.00 | 4,849.19 |
| 12/1/2017 | Slat Dolly Mule | 0000003318 | 9,634.50 | 5,046.63 |
| **TOTAL** | | | 89,602.35 | 10,963.89 |
| | | | | |
| **Expense A/C#: 626024 - 626(** | **P&F (SMALL) FARM** | | | |
| 11/8/2016 | Ultrasound Scanner | 0000003240 | 3,527.57 | 425.32 |
| **TOTAL** | | | 3,527.57 | 425.32 |
| | | | | |
| **Expense A/C#: 626025** | **ENVIRONMENTAL** | | | |
| 6/10/1993 | AMADAS/HOBBS RAIN REEL | 1965 | 25,800.00 | 0.00 |
| 11/14/1995 | GROUND DRILL - GREAT PLAINS EWNT10 | 2138 | 12,000.00 | 0.00 |
| 4/29/1997 | TRACTOR - 5300 MFWD | 2228 | 21,751.91 | 0.00 |
| 3/24/1998 | LIQUID MANURE SPREADER | 2292 | 12,860.00 | 0.00 |
| 9/29/2006 | Heavy Duty Weedeater | 0000002643 | 475.00 | 0.00 |
| 2/22/2011 | Gun Cart | 0000002840 | 2,100.00 | 0.00 |

# EXHIBIT A/B # 30

| | | | | |
|---|---|---|---|---|
| 3/27/2012 | Nelson Big Gun | 0000002868 | 1,365.82 | 0.00 |
| 4/13/2012 | Galvanized Gun Cart | 0000002872 | 2,610.00 | 0.00 |
| 3/20/2014 | Nelson Big Gun | 0000002936 | 2,350.27 | 0.00 |
| 12/5/2014 | John Deere Pump Unit | 0000003012 | 27,500.00 | 0.00 |
| 12/5/2014 | John Deere Pump Unit | 0000003013 | 27,500.00 | 0.00 |
| **TOTAL** | | | 136,313.00 | 0.00 |

**Expense A/C#: 626027 - 626( GREEN ACRES**

| | | | | |
|---|---|---|---|---|
| 3/16/2015 | Irrigation Reel | 0000003093 | 33,922.75 | 4,442.24 |
| 3/16/2015 | Irrigation Reel | 0000003094 | 33,922.75 | 4,442.24 |
| 3/28/2015 | 2013 John Deere 5065E Utility Tractor | 0000003097 | 30,000.00 | 3,928.59 |
| 4/29/2015 | Scag Zero Turn Mower | 0000003096 | 15,900.00 | 2,271.43 |
| 8/3/2015 | Pressure Washer | 0000003076 | 3,081.50 | 0.00 |
| 8/3/2015 | Pressure Washer | 0000003077 | 3,081.50 | 0.00 |
| 8/10/2015 | 2015 Woods Fork for Tractor | 0000003098 | 750.00 | 142.87 |
| 8/11/2015 | Bushhog - Model HD10DA | 0000003072 | 5,182.78 | 0.00 |
| 9/17/2015 | Single Phase Pump 13A2-B | 0000003088 | 5,355.00 | 0.00 |
| 8/23/2016 | Cold Water Pressure Washer | 0000003202 | 3,308.19 | 0.00 |
| 8/23/2016 | Cold Water Pressure Washer | 0000003203 | 3,308.18 | 0.00 |
| 10/22/2016 | Frigadaire Refrigerator Model#FRV1764JW22 | 0000003236 | 737.10 | 0.00 |
| 11/1/2016 | 2 - 1000 Gallon Propane Tanks | 0000003252 | 3,609.66 | 1,332.11 |
| 11/1/2016 | Freezer | 0000003253 | 328.40 | 39.58 |
| 11/1/2016 | Refrigerator | 0000003254 | 664.00 | 80.05 |
| 11/1/2016 | Refrigerator | 0000003255 | 619.99 | 74.74 |
| **TOTAL** | | | 143,771.80 | 16,753.85 |

**Expense A/C#: 626028 - 626( STEPHENS**

| | | | | |
|---|---|---|---|---|
| 2/17/2017 | Katolight Generator | 0000003260 | 12,000.00 | 4,857.13 |
| 6/22/2018 | Zero Turn Lawnmower | 0000003351 | 7,899.04 | 4,701.78 |
| 10/1/2018 | 2 Cold Water pressure Washers | 0000003362 | 6,829.87 | 3,414.95 |
| 10/1/2018 | Feed Bins | 0000003369 | 4,906.00 | 3,153.85 |
| 10/1/2018 | Feed Bins | 0000003370 | 5,405.00 | 3,474.64 |
| 10/1/2018 | Feed Bins | 0000003371 | 10,810.00 | 6,949.27 |
| 10/1/2018 | Feed Bins | 0000003372 | 9,504.00 | 6,109.72 |
| 10/1/2018 | Generator | 0000003376 | 35,794.04 | 23,010.47 |
| 10/1/2018 | Chain Link Fencing | 0000003378 | 4,650.00 | 2,989.29 |
| 10/1/2018 | 1000g Fuel Tank for Generator | 0000003381 | 4,931.05 | 3,169.95 |
| 10/1/2018 | 10,000g Propane Tank | 0000003382 | 58,725.39 | 37,752.04 |
| 5/28/2019 | Cold Water Pressure Washer | 0000003403 | 5,389.28 | 3,913.64 |
| 5/28/2019 | Cold Water Pressure Washer | 0000003404 | 5,389.27 | 3,913.63 |
| **TOTAL** | | | 172,232.90 | 107,410.36 |

**Expense A/C#: 626029 - 626( MOSSLAND**

| | | | | |
|---|---|---|---|---|
| 12/1/2017 | Kabuta Tractor | 0000003312 | 20,000.00 | 13,333.33 |
| **TOTAL** | | | 20,000.00 | 13,333.33 |

**Expense A/C#: 626032 - 626( TRUCK WASH**

| | | | | |
|---|---|---|---|---|
| 3/21/1995 | WATER TANK - 5800 GAL (TRUCK WASH) | 2134 | 2,562.95 | 0.00 |
| 2/20/1996 | WATER STORAGE TANK - TRUCK WASH | 2167 | 2,441.95 | 0.00 |
| 2/17/2005 | Pressure Washer | 2578 | 2,822.95 | 0.00 |
| 4/17/2015 | 3500 PSI Pressure Washer | 0000003062 | 913.85 | 0.00 |
| 2/17/2016 | Hot Water Pressure Washer | 0000003167 | 7,719.00 | 0.00 |
| 9/7/2016 | Hot Water Pressure Washer | 0000003201 | 5,453.21 | 0.00 |
| 6/30/2017 | Waste Water Tank | 0000003296 | 16,893.53 | 7,642.31 |

# EXHIBIT A/B # 30

| | | | | |
|---|---|---|---|---|
| 8/1/2017 | 12,000 gal. Water Pump Tank | 0000003316 | 16,898.53 | 8,046.92 |
| 10/23/2017 | 2016 John Deere 5055E Utility Tractor w/Loader | 0000003302 | 22,648.00 | 6,794.39 |
| 11/15/2017 | 2 Proopane Heaters | 0000003303 | 2,025.08 | 1,036.63 |
| 11/15/2017 | Hot Water Pressure Washers - 2 | 0000003305 | 31,077.05 | 15,908.49 |
| 5/2/2018 | Water Tank | 0000003352 | 4,300.00 | 2,508.33 |
| 12/15/2018 | Dumpster Covers | 0000003385 | 6,550.00 | 3,493.33 |
| **TOTAL** | | | 122,306.10 | 45,430.40 |

| | | | | |
|---|---|---|---|---|
| **Expense A/C#: 626036** | **SOW FARM & OFFSITE NURSERY SERVICE** | | | |
| 5/3/2002 | PREG CHECKER - AGROSCAN A-8 | 2521 | 5,700.00 | 0.00 |
| 2/10/2003 | ULTRASOUND | 2543 | 5,700.00 | 0.00 |
| 8/28/2005 | Ultrasound Machine (Cotran) | 2603 | 4,550.00 | 0.00 |
| 8/20/2012 | Ultrasound Machine | 0000002889 | 1,514.00 | 0.00 |
| 9/10/2015 | Imago S Ultrasound Scanner | 0000003101 | 3,126.25 | 0.00 |
| 8/15/2016 | Dell XPS 13 Laptop | 0000003209 | 1,078.16 | 0.00 |
| 9/8/2016 | .25 Caliber HD Reg Bolt Stunner | 0000003199 | 1,712.00 | 0.00 |
| 4/11/2017 | Ultrasound | 0000003274 | 3,480.45 | 696.09 |
| 2/9/2017 | Ultrasound Scanner | 0000003327 | 3,550.95 | 1,944.56 |
| 6/1/2017 | Ulrasound Scanner | 0000003285 | 3,710.28 | 1,678.46 |
| **TOTAL** | | | 34,122.09 | 4,319.11 |

| | | | | |
|---|---|---|---|---|
| **Expense A/C#: 626038** | **FINISHING SERVICE** | | | |
| 2/13/2007 | Fogger | 0000002770 | 1,747.88 | 0.00 |
| 9/8/2016 | .25 Caliber HD Reg Bolt Stunner | 0000003197 | 1,712.00 | 0.00 |
| 9/8/2016 | .25 Caliber HD Bolt Stunner | 0000003198 | 1,712.00 | 0.00 |
| **TOTAL** | | | 5,171.88 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **Expense A/C#: 626040** | **NC & SC CONTRACT FARMS** | | | |
| 10/17/1996 | PRESSURE WASHER [112] | 2188 | 1,483.99 | 1,038.79 |
| 2/28/2007 | Maxstar Stick only Welder | 0000002701 | 683.20 | 0.00 |
| **TOTAL** | | | 2,167.19 | 1,038.79 |

| | | | | |
|---|---|---|---|---|
| **Expense A/C#: 626043** | **CIRCLE P** | | | |
| 10/23/1989 | 14.7 TON FEED BIN [107] | 1684 | 1,599.94 | 0.00 |
| 1/24/1990 | FENCING [107] | 1701 | 933.81 | 0.00 |
| 11/27/1990 | 7' FEED BIN [107] | 1750 | 1,226.75 | 0.00 |
| 7/22/1993 | 9' FEED BIN [107] | 2014 | 1,879.82 | 0.00 |
| 8/9/1993 | 5800 GAL WATER TANK [107] | 2010 | 2,037.27 | 0.00 |
| 4/29/1997 | TRACTOR - 5300 MFWD [107] | 2227 | 21,751.91 | 0.00 |
| 10/5/2015 | Goulds Pump GT-10 | 0000003120 | 518.48 | 0.00 |
| 3/22/2016 | Irrigation Hose | 0000003168 | 2,535.17 | 0.00 |
| **TOTAL** | | | 32,483.15 | 0.00 |

| | | | | |
|---|---|---|---|---|
| **Expense A/C#: 626080** | **FEED MILL** | | | |
| 8/19/2010 | Forklift | 0000002816 | 8,750.00 | 0.00 |
| 8/30/2010 | Grain Tester | 0000002815 | 5,567.44 | 0.00 |
| 9/13/2010 | Hotpoint Refrigerator | 0000002819 | 532.20 | 0.00 |
| 9/13/2010 | Hotpoint Refrigerator | 0000002820 | 532.20 | 0.00 |
| 9/16/2010 | Scale for Lab | 0000002817 | 1,954.06 | 0.00 |
| 6/30/2013 | Okidata Printer | 0000002912 | 1,678.38 | 0.00 |
| 8/1/2013 | Hopper Feed Tank | 0000002916 | 59,170.22 | 0.00 |
| 1/2/2014 | Freezer | 0000002929 | 920.05 | 0.00 |
| 7/10/2014 | Air Compressor | 0000002990 | 12,269.41 | 0.00 |
| 10/6/2014 | Holman NHP100 Pellet Tester | 0000002996 | 5,100.00 | 381.23 |

# EXHIBIT A/B # 30

| Date | Description | Ref | Amount | Amount 2 |
|---|---|---|---|---|
| 3/24/2015 | Epson TM-U295 Printer for Scales | 0000003021 | 641.67 | 0.00 |
| 1/3/2017 | Forklift | 0000003270 | 14,050.00 | 2,107.50 |
| **TOTAL** | | | 111,165.63 | 2,488.73 |
| | | | | |
| **Expense A/C#: 726003** | **FEED DELIVERY** | | | |
| 11/7/1991 | FUEL TANKS & PUMPS | 1838 | 9,707.48 | 0.00 |
| **TOTAL** | | | 9,707.48 | 0.00 |
| | | | | |
| **Expense A/C#: 826001** | **G&A** | | | |
| 7/23/1987 | DESK | 1578 | 686.70 | 0.00 |
| 6/15/1988 | OFFICE FURNISHINGS | 1633 | 39,178.10 | 0.00 |
| 6/30/1988 | OFFICE FURNISHINGS | 1644 | 10,460.67 | 0.00 |
| 6/7/1990 | OFFSET HARROW | 1727 | 2,575.00 | 0.00 |
| 1/7/1992 | TABLES & PICTURES | 1877 | 806.45 | 0.00 |
| 1/21/1992 | DESK & CHAIR | 1879 | 1,824.54 | 0.00 |
| 1/27/1992 | BOOKCASE, FILE CABINETS | 1880 | 591.37 | 0.00 |
| 2/19/1992 | LAMP & PICTURE | 1878 | 189.62 | 0.00 |
| 7/21/1992 | SPRAYER | 1942 | 700.00 | 0.00 |
| 12/2/1992 | BACKHOE | 1896 | 23,876.67 | 0.00 |
| 1/29/1993 | DESKS - 2 | 1971 | 1,611.20 | 0.00 |
| 4/2/1993 | FILE CABINETS - 2 | 1972 | 699.60 | 0.00 |
| 6/15/1993 | DESK CHAIRS - 6 | 1973 | 3,093.08 | 0.00 |
| 3/30/1995 | LATERAL FILE - MILLER 7306 | 2129 | 437.78 | 0.00 |
| 3/13/1996 | KITCHEN CHAIRS - 6 | 2171 | 477.00 | 0.00 |
| 4/10/1996 | BOOKCASE - JUDY - SIR-BC6CL-WL | 2172 | 249.10 | 0.00 |
| 4/10/1996 | LATERAL FILE - MELVIN - MILLER 7306 | 2173 | 455.80 | 0.00 |
| 9/10/1996 | LATERAL FILE - SPARCO 44521 SYP | 2194 | 303.11 | 0.00 |
| 4/25/1997 | LATERAL FILE - BRO-346  BETTY | 2233 | 359.34 | 0.00 |
| 7/23/1997 | LATERAL FILE - MILLER MD7301 | 2254 | 687.94 | 0.00 |
| 9/10/1997 | MOWER - LANDPRIDE PARALLEL ARM | 2286 | 9,692.52 | 0.00 |
| 10/31/1997 | BOOKCASE - HALE 17840K  (2) | 2255 | 634.94 | 0.00 |
| 3/31/1998 | DESK CHAIR | 2307 | 252.28 | 0.00 |
| 8/9/2002 | PRESSURE WASHER | 2537 | 1,212.00 | 0.00 |
| 1/3/2005 | Gasboy Fuel Pump | 2572 | 4,664.06 | 0.00 |
| 2/14/2005 | Hewlitt Packard Printer Laserjet 1320 | 2579 | 822.01 | 0.00 |
| 11/10/2005 | Lexmark Printer (Dot Matrix) | 2615 | 561.72 | 0.00 |
| 8/31/2007 | Freezer | 0000002735 | 531.41 | 0.00 |
| 12/7/2011 | G.E. Freezer | 0000002858 | 960.65 | 0.00 |
| 4/30/2014 | Toshiba 17" Laptop | 0000002946 | 1,291.21 | 0.00 |
| 6/26/2014 | G. E. Refrigerator Model#GTS18GBE WW | 0000002949 | 666.40 | 0.00 |
| 1/4/2015 | GE Refrigerator MD#GTS18GBE WW | 0000003025 | 666.40 | 0.00 |
| 6/1/2015 | Nexlink Server & Cartridges | 0000003055 | 7,093.32 | 0.00 |
| 6/1/2015 | Nexlink PC | 0000003056 | 1,158.24 | 0.00 |
| 6/1/2015 | HP Laserjet 401 Printer and Tray | 0000003057 | 574.23 | 0.00 |
| 12/1/2017 | 12,00 gallon Fuel Tank & 895 Gal DEF Tank | 0000003317 | 47,157.10 | 24,701.35 |
| 12/5/2017 | 5 Office Desks | 0000003319 | 6,559.79 | 3,436.10 |
| 12/5/2017 | Computer Equipment | 0000003321 | 5,156.04 | 0.00 |
| 4/2/2018 | 8 Desktops and 2 Laptops w/office | 0000003335 | 13,204.98 | 5,281.99 |
| 12/15/2018 | Server for MAS90 | 0000003384 | 5,758.30 | 3,071.10 |
| 7/8/2019 | 2 Office Desk | 0000003410 | 3,383.88 | 2,537.92 |
| **TOTAL** | | | 201,264.55 | 39,028.46 |
| | | **TOTALS** | **2,283,459** | **398,739** |

# Exhibit A/B # 47A

## Vehicle List - No lien

| Vehicle # | Dept. | Year | Make | Model | Vin # | Condition | Value | Subject to Lien? |
|---|---|---|---|---|---|---|---|---|
| **Vehicles** | | | | | | | | |
| | 1 | 1994 | Chevrolet | | 1GCEK19K5RE114988 | Very poor | 500.00 | No lien |
| 5 | 1 | 2004 | Chevrolet | | 1GCHK23U14F198582 | Poor | 650.00 | No lien Titled jointly w David Purvis Value of Debtor's 1/2 interest shown |
| 7 | 45 | 2004 | Ford | | 1FTNX21LX4EE07970 | Very poor | 1,500.00 | No lien |
| 17 | 1 | 2004 | Ford | | 1FTPW14554KC43984 | Fair | 3,500.00 | No lien |
| 20 | 1 | 2004 | Ford | | 1FTRX12W94NA87075 | Very poor | 1,000.00 | No lien |
| 21 | 1 | 2004 | Ford | | 1FTRX14W44NC04770 | Very poor | 1,000.00 | No lien |
| 24 | 1 | 2005 | Chevrolet | | 1GCEC19X45Z337096 | Very poor | 2,000.00 | No lien |
| 26 | 36 | 2006 | Chevrolet | | 2GCEK13T161163846 | Fair | 5,000.00 | No lien |
| 8 | 21 | 2007 | Chevrolet | | 3GCEC14X87G228585 | Fair | 2,000.00 | No lien |
| 9 | 36 | 2007 | Chevrolet | | 3GCEC14X67G252366 | Fair | 1,000.00 | No lien Titled jointly w David Purvis Value of Debtor's 1/2 interest shown |
| 10 | 80 | 2007 | Chevrolet | | 3GCEC14X57G251399 | Fair | 1,000.00 | No lien Titled jointly w Larry Purvis Value of Debtor's 1/2 interest shown |
| 2 | 38 | 2011 | Chevrolet | | 1GCRKPE36BZ403587 | Very poor - parts only | 500.00 | No lien |
| 3 | 27 | 2011 | Chevrolet | | 1GCRKPE33BZ417477 | Fair | 2,000.00 | No lien |

# Exhibit A/B # 47A

## Vehicle List - No lien

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6 | 21 | 2011 | Chevrolet | | 1GC5KZCG3BZ463603 | Poor | 1,500.00 | No lien<br>Titled jointly w David Purvis<br>Value of Debtor's 1/2<br>interest shown |
| ~~11~~ | ~~36~~ | ~~2014~~ | ~~Dodge~~ | | ~~1C6RR7FG0ES239769~~ | *Totaled on 4/21* | | ~~No lien~~ |
| 12 | 25 | 2014 | Dodge | | 1C6RR7FG2ES224061 | Very poor - parts only | 500.00 | No lien |
| 14 | 32 | 2014 | Dodge | | 1C6RR7FG7ES162396 | Good | 10,000.00 | No lien |
| 18 | 36 | 2014 | Dodge | | 1C6RR7GG7ES311257 | Fair | 8,000.00 | No lien |
| 29 | 80 | 2014 | Dodge | | 1C6RR7GG5ES331278 | Fair | 8,000.00 | No lien |
| 30 | 38 | 2014 | Dodge | | 1C6RR7GG6ES187630 | Fair | 8,000.00 | No lien |
| 1 | 21 | 2015 | Ford | | 1FD7X2B62FEB57138 | Good | 10,000.00 | No lien |
| 31 | 25 | 2015 | Ford | | 1FT8X3BT6FEC86911 | Fair | 13,000.00 | No lien |
| 32 | 36 | 2016 | Ford | Van | 1FTYE1YM1GKA21679 | Fair | 15,000.00 | No lien |
| 33 | 25 | 2016 | Ford | F150 | 1FTEW1EGXGFB19617 | Fair | 18,000.00 | No lien |
| | 1 | 2016 | Honda | | 1HGCR3F81GA008471 | Good | 15,500.00 | No lien |
| 34 | 21 | 2016 | Ford | F-350 | 1FT8W3BT6GEB82102 | Fair | 22,000.00 | No lien |
| | 38 | 2018 | Ford | F-150 | 1FTEX1C58JFB23137 | Poor | 6,500.00 | No lien |
| | 1 | 2014 | Nissan | | 3N1AB7AP8EL682836 | Good | 3,000.00 | No lien |
| | | 2016 | FORD | Truck | 1FTEW1EP9GFD49262 | Good | 24,000.00 | No lien |

**Tractors**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| P17 | | 3 | 2006 | Freightliner | Tractor | 1FUJA6AV56PV90199 | Poor | 3,000.00 | No lien |
| 5382 | 32 | 2002 | Freightliner | Tractor | 1FUJA6CG92LJ55430 | Fair | 2,000.00 | No lien |

**Trailers**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 1983 | Featherlite | Trailer | 1PFL28207CA10331 | Very poor - parts only | 2,500.00 | No lien |
| t18 | 32 | 1992 | EBY | Trailer | 4A2LS4827N1001444 | Fair | 3,000.00 | No lien |
| | 1 | 1992 | Hooper | Trailer | 1H9GN282N10470944 | Parts only | 100.00 | No lien |

# Exhibit A/B # 47A

## Vehicle List - No lien

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| T22 | 32 | 1993 | EBY | Trailer | 4A2LS5328P1002053 | Fair | 4,000.00 | No lien |
| T9 | 32 | 1993 | EBY | Trailer | 4A2LG2821P1001836 | Fair | 4,000.00 | No lien |
| | 1 | 1993 | Shopmade | Trailer | NCX749939 | Very poor - parts only | 1,000.00 | No lien |
| T18 | 32 | 1994 | EBY | Trailer | 4A2LD5324R1002516 | Fair | 5,000.00 | No lien |
| T24 | 32 | 1999 | EBY | Trailer | 4A2LS5320X1006078 | Fair | 6,000.00 | No lien |
| | 3 | 2000 | Pacer | Feed Trailer | 1C9FA4020Y1257738 | Fair | 5,000.00 | No lien |
| | 3 | 2001 | Warren | Feed Trailer | 1W9AA382911198894 | Good | 5,000.00 | No lien |
| | 32 | 2006 | EBY | Trailer | 4A2LD532261012943 | Fair | 14,000.00 | No lien |
| | 32 | 2006 | EBY | Trailer | 4A2LD532461012376 | Fair | 14,000.00 | No lien |
| | 3 | 2006 | Pacer | Feed Trailer | 1C9EA402261257559 | Fair | 8,000.00 | No lien |
| T66 | 32 | 2007 | EBY | Trailer | 4A2LS532471013163 | Good | 16,000.00 | No lien |
| NF01 | 32 | 2013 | EBY | Trailer | 4A2LS5323D1015417 | Good | 22,000.00 | No lien |
| | 3 | 2015 | Ledwell | Feed Trailer | 1L9AC32C8FL033866 | Fair | 30,000.00 | No lien |
| T16 | 32 | 2015 | EBY | Trailer | 4A2LS5322F1016318 | Good | 35,000.00 | No lien |
| T3 | 32 | 2015 | EBY | Trailer | 4A2LS5324F1016675 | Good | 35,000.00 | No lien |
| | 3 | 2016 | Ledwell | Feed Trailer | 1L9AC32C0GL033295 | Good | 40,000.00 | No lien |
| | 32 | 2017 | EBY | Trailer | 4A2LD5323H3004499 | Excellent | 40,000.00 | No lien |
| | 1 | 2015 | Kraftsman | Trailer | 5E7DH2023FR002578 | Good | 2,000.00 | No lien |
| | 32 | 2008 | MHEB | Trailer | 4A2LD532283002419 | Good | 20,000.00 | No lien |
| | | 2008 | Kraftsman | Trailer | 1R9BC14288C318083 | Fair | 1,000.00 | No lien |
| | | 2009 | Kraftsman | Trailer | 5E7HG28249R000013 | Fair | 1,000.00 | No lien |
| | | 1989 | FRUE | Trailer | 1H4T0442XKL020921 | Fair | 5,000.00 | No lien |
| | | 1998 | MACK | Truck | 1M1AA12Y4WW087529 | Poor | 1,000.00 | No lien |
| | | 2007 | MHEB | Trailer | 4A2LS532471013051 | Good | 16,000.00 | No lien |
| | | 2019 | MHEB | Trailer | 4A2LS5324K1018906 | Good | 60,000.00 | No lien |
| | | 1996 | EBY | Trailer | 4A2LS5320T1003532 | Good | 5,500.00 | No lien |
| | | 2007 | Barrett | Trailer | 1B9L5320471014086 | Good | 20,000.00 | No lien |

# Exhibit A/B # 47A

## Vehicle List - No lien

|  | TOTAL: | 610,750.00 |
|---|---|---|

# Exhibit A/B # 47B

## Vehicle List - Encumbered

| Vehicle # | Dept. | Year | Make | Model | Vin # | Condition | Value | Subject to Lien? |
|---|---|---|---|---|---|---|---|---|
| | 32 | 2016 | Ford | F-150 | 1FTFW1EF1GFD58307 | Poor | 10,000.00 | Ford Motor Credit |
| | 1 | 2016 | Ford | F-150 | 1FTEW1EF7GFD14338 | Good | 22,000.00 | Ford Motor Credit |
| | 38 | 2017 | Ford | F-150 | 1FTEX1EF4HKE44082 | Fair | 22,000.00 | Ford Motor Credit |
| | 21 | 2017 | Ford | F-350 | 1FD8X3FT1HEE29241 | Good | 30,000.00 | Ford Motor Credit |
| | 21 | 2017 | Ford | F-350 | 1FD8X3FT6HEE92223 | Good | 30,000.00 | Ford Motor Credit |
| | 36 | 2017 | Ford | Van | 1FTYE1YMXHKA39129 | Good | 19,000.00 | Ford Motor Credit |
| | 25 | 2018 | Ford | F-150 | 1FTFX1E57JFC24848 | Good | 12,000.00 | Ford Motor Credit |
| | 38 | 2018 | Ford | F-150 | 1FTEX1E58JKC76136 | Fair | 10,500.00 | Ford Motor Credit |
| | 38 | 2018 | Ford | F-150 | 1FTEX1E51JKC76205 | Very poor | 6,500.00 | Ford Motor Credit |
| | | | | | | TOTAL: | 162,000.00 | |

# EXHIBIT A/B # 55A
## Real Property

**NC Property**

| Property Name | Location | County | Farm Type | Acres | Parcel ID # | Tax Value | Lienholders |
|---|---|---|---|---|---|---|---|
| Bonlee Mills (Feed Mill) | 3732 Old US 421 S, Siler City, NC | Chatham County, NC | Feed Mill | 9 | 60406 | $ 593,973.00 | LOLFC (1) FNBO (2) |
| Circle P Farm | 5223 Bonlee Bennett Road, Bear Creek, NC | Chatham County, NC | Finisher | 118.182 | 3826 | $ 389,546.00 | LOLFC (1) FNBO (2) |
| Land (orphan parcel) (may be titled to predecessor Morgan & Sons Poultry) | Old US Highway 421 S | Chatham County, NC | | 0.28 | 8651 | $ 4,788.00 | (unencumbered) |
| Blue Ribbon Farm | 2464 Kelly Plantation Road, Carthage, NC | Moore County, NC | Nursery | 35.82 | 5470 | $ 305,950.00 | LOLFC (1) FNBO (2) |
| Cabin Creek Farm | 245 Mayfair Road, Star NC | Moore County, NC | Boar Farm | 187.4 | 11760 | $ 459,180.00 | LOLFC (1) FNBO (2) |
| Deerfield Farm Holly Ridge Farm Indian Hills Farm Wet Creek Farm Boar Isolation | 866 A Skill Road, Eagle Springs, NC 10470 B NC 705, Eagle Springs, NC 866 B NC 705, Eagle Springs, NC 10470 A NC 705, Eagle Springs, NC 866 Skill Road, Eagle Springs, NC | Moore County, NC Moore County, NC Moore County, NC Moore County, NC Moore County, NC | Sow/Nursery Sow/Nursery Sow/Nursery Sow | 697.085 | 12156 | $ 3,866,450.00 | LOLFC (1) FNBO (2) |
| Dixie Farm | 365 Spivey Road, Carthage, NC | Moore County, NC | Nursery | 88.738 | 1321 | $ 655,070.00 | LOLFC (1) FNBO (2) |
| One Acre Tract South of Dixie Farm | | Moore County, NC | | 1.08 | 98000067 | $ 5,200.00 | LOLFC (1) FNBO (2) |
| Field East of Dixie Farm | | Moore County, NC | | 41.42 | 3077 | $ 112,870.00 | LOLFC (1) FNBO (2) |
| Office (3 tax parcels) | 2504 Spies Road, Robbins, NC | Moore County, NC | Office | 6.26 | 00012158, 00990400, 00012157 | $ 557,170.00 | LOLFC (1) FNBO (2) |
| Old Truck Wash | 10326 NC Highway 705, Eagle Springs, NC | Moore County, NC | Truck Wash | 28.74 | 10753 | $ 124,970.00 | LOLFC (1) FNBO (2) |
| Green Acres Farm (2 tax parcels) | 400 Falkner Quarter Rd. & Wise Five Forks Road, Warrenton, NC | Warren County, NC | Sow/Nursery | 391.73 | E3-4, E3-7F | $ 468,227.00 | LOLFC (1) FNBO (2) |
| Little River Farm | 2578 Thicbety Creek Road, Mt. Gilead, NC | Montgomery County, NC | Nursery | 106.683 | 752300450647 | $ 758,155.00 | LOLFC (1) FNBO (2) |
| Naked Creek Farm | 475 Haines Road, Jackson Springs, NC | Montgomery County, NC | Nursery | 222.18 | 758200996987 | $ 1,016,043.00 | LOLFC (1) FNBO (2) |
| New Truck Wash | 1193 NC 211 E, Biscoe NC | Montgomery County, NC | Truck Wash | 10.12 | 758600776031 | $ 599,687.00 | LOLFC (1) FNBO (2) |
| Tarheel Farm (may be titled to predecessor Chatham Feed & Livestock) | 144 Windy Hill Farm Road, Ellerbee, NC | Richmond County, NC | Sow/Nursery | 110.87 | 748900389002 | $ 421,429.00 | LOLFC (1) FNBO (2) |

**GA Property**

| Property Name | Location | County | Farm Type | Acres | Parcel ID # | Tax Value | Lienholders |
|---|---|---|---|---|---|---|---|
| Seerley Farm/Mossland* | 591 Sims Cross Road, Stephens, GA | Oglethorpe County, GA | Sow | 210.07 | 120 003 | $ 670,321.00 | LOLFC |
| Stephens Farm* | 486 Sims Cross Road, Stephens, GA | Oglethorpe County, GA | Sow/Nursery | 256.8 | 105 025 | $ 645,006.00 | LOLFC (1) FNBO (2) |

TOTAL TAX VALUE   $  11,654,035.00

# EXHIBIT A/B # 55B

**Fixtures**

| Date Acq | Description | Asset # | Cost | Net Book Val |
|---|---|---|---|---|
| **Expense A/C#:** | **LAND** | | | |
| 2/22/1962 | 4.05 ACRES - MILL & GARAGE | 1452 | 4,348.00 | 4,348.00 |
| 4/2/1965 | .70 ACRES - OFFICE | 1418 | 751.50 | 751.50 |
| 1/13/1976 | 88.65 ACRES  (APPROX) | 1419 | 10,000.00 | 10,000.00 |
| 5/15/1979 | 115.38 ACRES | 1416 | 69,228.00 | 69,228.00 |
| 8/13/1980 | 1.95 ACRES | 1417 | 1,800.00 | 1,800.00 |
| 5/2/1983 | 5.5 ACRES | 1445 | 7,388.00 | 7,388.00 |
| 2/8/1984 | 115 ACRES - CIRCLE P FARM | 1490 | 103,500.00 | 103,500.00 |
| 5/16/1984 | 36 ACRES | 1495 | 36,000.00 | 36,000.00 |
| 5/23/1984 | 106.4 ACRES - RIVERSIDE | 1493 | 53,200.00 | 53,200.00 |
| 12/22/1988 | 697.085 ACRES | 1657 | 452,238.76 | 452,238.76 |
| 8/8/1990 | LAND CLEARING | 1742 | 39,707.13 | 39,707.13 |
| 12/14/1990 | LAND CLEARING | 1759 | 11,400.00 | 11,400.00 |
| 12/28/1990 | LAND CLEARING  [112] | 1760 | 6,090.00 | 6,090.00 |
| 12/28/1990 | LAND CLEARING | 1761 | 1,740.00 | 1,740.00 |
| 11/21/1991 | BULLDOZING & CLEARING - HOLLY RIDGE | 1841 | 77,671.25 | 77,671.25 |
| 12/27/1991 | BULDOZING & CLEARING - LITTLE RIVER | 1843 | 4,980.00 | 4,980.00 |
| 1/31/1992 | LAND CLEARING | 1915 | 4,080.00 | 4,080.00 |
| 2/24/1992 | LAND CLEARING  [112] | 1914 | 5,940.00 | 5,940.00 |
| 4/22/1992 | LAND CLEARING | 1917 | 720.00 | 720.00 |
| 7/16/1992 | LAND CLEARING | 1916 | 3,375.00 | 3,375.00 |
| 9/16/1992 | LAND CLEARING - TRUCK WASH | 1920 | 36,333.00 | 36,333.00 |
| 12/29/1992 | LAND CLEARING | 1919 | 16,573.75 | 16,573.75 |
| 12/31/1992 | LAND CLEARING | 1918 | 16,573.75 | 16,573.75 |
| 6/30/1993 | LAND CLEARING | 2007 | 60,308.59 | 60,308.59 |
| 6/30/1993 | LAND CLEARING | 2006 | 60,308.59 | 60,308.59 |
| 9/24/1993 | LAND CLEARING | 2050 | 16,797.50 | 16,797.50 |
| 4/17/1998 | 1.08 ACRES - CONNECTING LAND | 2310 | 2,160.00 | 2,160.00 |
| 1/1/2000 | Land (.28 acres) | 0000003424 | 4,000.00 | 4,000.00 |
| 1/1/2004 | Land - North Moore Management - Land Lease | 2582 | 100,000.00 | 100,000.00 |
| 10/1/2006 | Land | 0000002665 | 865,000.00 | 865,000.00 |
| 5/1/2007 | Land | 0000002718 | 256,367.48 | 256,367.48 |
| 10/1/2010 | Land | 0000002825 | 117,250.34 | 117,250.34 |
| 11/10/2014 | 222.18 Acres - Land | 0000002993 | 388,815.00 | 388,815.00 |
| 5/14/2015 | 41.42 Acres of Land | 0000003079 | 94,667.00 | 94,667.00 |
| 9/1/2015 | Land - Green Acres | 0000003107 | 543,000.00 | 543,000.00 |
| 4/21/2017 | Land - Truck Wash | 0000003273 | 175,259.12 | 175,259.12 |
| 12/1/2017 | 210.07 Acres - Mossland | 0000003310 | 211,000.00 | 211,000.00 |
| **TOTAL** | | | 3,858,571.76 | 3,858,571.76 |
| | | | | |
| **Expense A/C#: 62600** | **OLD FEED MILL AND GARAGE** | | | |
| 11/1/1982 | METAL GARAGE DOORS | 1105 | 1,864.00 | 0.00 |
| 4/12/1994 | TRUCK PARKING / ROAD TO WAREHOUSE | 2082 | 4,253.26 | 0.00 |
| 9/2/1994 | TIRE ROOM | 2106 | 12,973.44 | 0.00 |
| 1/30/1997 | 10,000 GAL BOILER FUEL TANK | 2210 | 11,850.80 | 0.00 |
| 10/14/1998 | WELDER | 2306 | 2,644.26 | 0.00 |
| **TOTAL** | | | 33,585.76 | 0.00 |
| | | | | |
| **Expense A/C#: 62600** | **BOAR ISOLATION** | | | |
| 10/31/2001 | BOAR ISOLATION | 2506 | 17,385.54 | 0.00 |
| 10/31/2001 | BOAR ISOLATION EQUIPMENT | 2507 | 14,331.67 | 0.00 |
| **TOTAL** | | | 31,717.21 | 0.00 |

# EXHIBIT A/B # 55B

**Expense A/C#: 62601 BOAR STUD (CABIN CREEK)**

| Date | Description | Ref | Amount 1 | Amount 2 |
|---|---|---|---|---|
| 5/23/1984 | RIVERSIDE FARM  [112] | 1492 | 37,200.00 | 12,090.00 |
| 9/30/1984 | RIVERSIDE FARM  [112] | 1501 | 353,722.50 | 114,959.81 |
| 9/30/1984 | BOAR STUD | 2484A | 39,302.50 | 0.00 |
| 6/1/2001 | BOAR STUD | 2493 | 34,005.43 | 0.00 |
| 6/1/2001 | BOAR STUD | 2494 | 15,015.67 | 0.00 |
| 4/1/2005 | Boar Stud Expansion | 2587 | 7,848.55 | 0.00 |
| 12/17/2007 | Land Improvement | 0000002753 | 53,818.77 | 5,979.84 |
| 12/17/2007 | Sewage Pump | 0000002755 | 712.55 | 0.00 |
| 12/17/2007 | Heater 225m BTU | 0000002756 | 429.65 | 0.00 |
| 12/17/2007 | 1000 gal Septic Tank | 0000002761 | 1,800.00 | 0.00 |
| 12/17/2007 | Office Flooring | 0000002762 | 8,200.00 | 0.00 |
| 12/17/2007 | Boar Stud Building | 0000002763 | 265,015.25 | 147,230.72 |
| 12/17/2007 | Boar Stud Equipment | 0000002764 | 59,000.00 | 0.00 |
| 12/17/2007 | Agri Alert System | 0000002765 | 1,978.95 | 0.00 |
| 12/17/2007 | Flooring & Slats | 0000002766 | 29,000.00 | 0.00 |
| 1/2/2008 | Cabinets | 0000002777 | 15,054.00 | 0.00 |
| 1/16/2008 | Irrigation System | 0000002775 | 5,307.87 | 0.00 |
| 8/5/2014 | 12000 BTU Mini Split Heat pump | 0000002959 | 2,441.00 | 0.00 |
| 3/10/2015 | Gravel and Grading | 0000003083 | 5,675.00 | 3,373.49 |
| 6/1/2017 | Cabin Creek Expansion | 0000003282 | 11,407.83 | 7,034.83 |
| 2/1/2018 | Boar Penning Expansion | 0000003330 | 13,403.08 | 9,158.76 |
| **TOTAL** | | | 960,338.60 | 299,827.45 |

**Expense A/C#: 62601 DIXIE**

| Date | Description | Ref | Amount 1 | Amount 2 |
|---|---|---|---|---|
| 1/15/1976 | HOUSE | 1261 | 10,000.00 | 0.00 |
| 6/30/1977 | HOG PARLORS | 1265 | 203,751.83 | 0.00 |
| 6/30/1979 | FARROWING HOUSE | 1266 | 80,457.63 | 0.00 |
| 6/30/1980 | FARROWING HOUSE | 1297 | 13,880.29 | 0.00 |
| 3/15/1983 | RENOVATING | 1437 | 50,345.54 | 0.00 |
| 6/15/1983 | EQUIPMENT ADDED IN RENOVATION | 1438 | 151,272.41 | 0.00 |
| 3/15/1985 | BARN  (LOCATED @ DIXIE) | 1520 | 8,105.82 | 0.00 |
| 8/14/1985 | WELL - 200' | 1519 | 2,389.50 | 0.00 |
| 10/10/1986 | WELL | 1570 | 1,365.50 | 0.00 |
| 7/7/1988 | FEEDERS & CRATES | 1641 | 7,247.41 | 0.00 |
| 8/3/1988 | FARROWING CRATES | 1646 | 6,131.30 | 0.00 |
| 8/18/1988 | FLOOR SLATS | 1645 | 10,143.52 | 0.00 |
| 3/16/1989 | HEATING/AC & WATER HEATER | 1665 | 3,740.00 | 0.00 |
| 5/24/1989 | EVAPORATOR COOLER | 1670 | 1,611.00 | 0.00 |
| 6/30/1989 | EQUIPMENT - NURSERY RENOVATION | 1696 | 13,179.17 | 0.00 |
| 7/27/1990 | FEEDING SYSTEM | 1734 | 4,620.59 | 0.00 |
| 2/1/1991 | FLOOR SLATS & BLOWERS | 1807 | 26,246.75 | 0.00 |
| 3/11/1991 | WELL | 1784 | 1,999.00 | 0.00 |
| 6/28/1991 | COOLING SYSTEM RENOVATION | 1820 | 34,655.91 | 0.00 |
| 7/16/1993 | FEED SYSTEM | 1985 | 14,403.30 | 0.00 |
| 9/21/1993 | 7' BIN AND FEED SYSTEM | 2024 | 10,336.85 | 0.00 |
| 12/15/1993 | WIRING RENOVATIONS | 2045 | 8,354.65 | 0.00 |
| 2/24/1994 | FEED SYSTEM - NURSERY | 2069 | 2,600.76 | 0.00 |
| 3/29/1994 | RENOVATION - FARROWING | 2113 | 24,586.99 | 0.00 |
| 10/31/1994 | RENOVATION - GESTATION | 2088 | 2,275.41 | 0.00 |
| 1/17/1995 | TROUGHS | 2118 | 1,296.89 | 0.00 |
| 2/11/1997 | GEN GOV CONTROLLER REPLACEMENT | 2219 | 1,529.08 | 0.00 |
| 5/30/1997 | REMODEL | 2259 | 33,877.64 | 0.00 |
| 6/27/1997 | FLOORING FROM RIVERSIDE | 2482 | 12,740.00 | 0.00 |
| 12/23/1997 | LAGOON WORK | 2246 | 37,841.39 | 0.00 |
| 1/5/1998 | 5 HEATERS, 1 FEEDER | 2320 | 2,129.00 | 0.00 |
| 7/15/2000 | DRINKERS  HOG DRINKER RENOVATIONS | 2459 | 9,471.10 | 0.00 |
| 3/30/2001 | DIXIE GESTATION RENOVATION | 2486 | 54,736.90 | 0.00 |

# EXHIBIT A/B # 55B

| Date | Description | Number | Value | Value 2 |
|---|---|---|---|---|
| 4/30/2001 | FLOORING | 2482A | 6,102.31 | 0.00 |
| 4/5/2006 | Stage Contols (20) | 0000002633 | 11,966.83 | 0.00 |
| 9/1/2006 | Generator Shed | 0000002638 | 2,300.00 | 0.00 |
| 11/15/2006 | Cool Cells | 0000002656 | 14,465.32 | 0.00 |
| 1/24/2007 | Case / International Tractor Model 3220 | 0000002669 | 14,000.00 | 0.00 |
| 7/15/2007 | Roofs | 0000002728 | 65,586.40 | 42,463.03 |
| 9/1/2007 | Walkways | 0000002731 | 23,554.87 | 0.00 |
| 10/27/2007 | Cool Cell Renovations | 0000002747 | 18,539.34 | 0.00 |
| 2/27/2008 | GMC 2.5 Ton Gas Pack | 0000002776 | 5,361.00 | 0.00 |
| 5/12/2010 | Flooring | 0000002801 | 3,622.00 | 0.00 |
| 5/16/2011 | Nursery Flooring | 0000002845 | 3,277.61 | 0.00 |
| 9/27/2013 | Pig Scales | 0000002920 | 976.86 | 0.00 |
| 9/24/2014 | 3 Panel Boxes | 0000002972 | 3,864.25 | 0.00 |
| 9/29/2014 | Heater 225M BTU | 0000002969 | 526.81 | 0.00 |
| 6/1/2015 | Transfer Switch for Generator | 0000003078 | 7,859.68 | 0.00 |
| 8/15/2015 | Clearing, Grading and Pipe Lines | 0000003074 | 77,140.00 | 47,998.21 |
| 9/29/2016 | Feed Bins and Delivery System - Farr#1-4 | 0000003217 | 9,860.00 | 3,404.06 |
| 9/29/2016 | Farowing 1-4 Converted to Nursery | 0000003218 | 86,353.00 | 66,563.76 |
| 9/29/2016 | Feed Bins & Delivery Sys - Breeding Conv | 0000003219 | 14,200.00 | 4,902.38 |
| 9/29/2016 | Conversion of Breeding to Nursery | 0000003220 | 162,276.00 | 125,087.75 |
| 9/29/2016 | Feed Bins & Delivery System - Farr#7-10 | 0000003221 | 12,063.00 | 4,164.59 |
| 9/29/2016 | Conversion of Farrowing 7-10 to Nursery | 0000003222 | 131,817.00 | 101,608.93 |
| 9/29/2016 | Feed Bins & Delivery Sys - Farr#11-12 | 0000003223 | 8,070.00 | 2,786.06 |
| 9/29/2016 | Conversion of Farrowing 11-12 to Nursery | 0000003224 | 72,101.00 | 55,577.85 |
| 9/29/2016 | Feed Bins and Delivery System - Gestation | 0000003225 | 21,625.00 | 7,465.75 |
| 9/29/2016 | Conversion of Gestation to Nursery | 0000003226 | 253,103.00 | 195,100.23 |
| 9/29/2016 | Walkwys and Loading Chutes | 0000003227 | 48,700.83 | 26,379.63 |
| 9/29/2016 | Land Improvents for Renovations | 0000003228 | 72,599.48 | 39,324.71 |
| 9/29/2016 | New Roofing | 0000003229 | 4,631.63 | 2,508.80 |
| 9/30/2016 | Fridgidaire Freezer | 0000003230 | 1,865.66 | 0.00 |
| 10/28/2016 | Stone - Land Improvement | 0000003238 | 14,550.00 | 8,002.50 |
| 11/1/2016 | Flooring | 0000003242 | 32,145.47 | 17,947.87 |
| 11/1/2016 | Feed Pads | 0000003244 | 20,560.00 | 11,479.32 |
| 6/1/2017 | Agri Alert System | 0000003284 | 10,433.37 | 4,719.86 |
| 7/20/2017 | New Irrigation & Acid Lines | 0000003292 | 11,904.95 | 7,440.57 |
| 12/15/2018 | Irrigation Line | 0000003383 | 22,715.20 | 15,143.47 |
| 6/1/2019 | Agri Alert 8 zone Alarm | 0000003397 | 2,252.66 | 1,662.67 |
| **TOTAL** | | | 2,120,293.66 | 791,732.00 |

**Expense A/C#: 62601** BLUE RIBBON

| Date | Description | Number | Value | Value 2 |
|---|---|---|---|---|
| 9/5/1978 | HOG PARLORS | 1338 | 405,372.60 | 0.00 |
| 9/5/1978 | OFFICE | 1339 | 11,000.00 | 0.00 |
| 6/30/1979 | HOG PARLORS | 1340 | 74,115.92 | 0.00 |
| 6/30/1980 | HOG PARLORS | 1341 | 11,665.27 | 0.00 |
| 10/15/1980 | PUMP HOUSE | 1342 | 552.50 | 0.00 |
| 11/1/1982 | WELLS | 1349 | 2,268.50 | 0.00 |
| 6/27/1984 | NEW COOLING SYSYEM | 1463 | 12,524.64 | 0.00 |
| 10/31/1989 | HOG PARLOR EQUIP RENOVATION | 1691 | 215,780.85 | 0.00 |
| 3/23/1990 | NEW FARROWING HOUSE | 1710 | 62,300.00 | 0.00 |
| 7/20/1990 | FEEDING SYSTEN - NEW FARROWING HOUSE | 1711 | 3,334.01 | 0.00 |
| 4/13/1992 | FEED SYSTEM | 1867 | 7,682.25 | 0.00 |
| 2/11/1993 | NEW ROOF - OFFICE | 2033 | 7,187.21 | 0.00 |
| 8/26/1993 | 7' & 9' BIN AND FEED SYSTEM | 2021 | 6,672.11 | 0.00 |
| 5/25/1994 | FARROWING CRATES - BLGG #2 | 2068 | 5,260.59 | 0.00 |
| 6/9/1994 | RENOVATION - FARROWING | 2105 | 12,638.05 | 0.00 |
| 2/18/1997 | IRRIGATION REEL & PUMP | 2214 | 25,980.00 | 0.00 |
| 12/23/1997 | LAGOON WORK | 2247 | 40,910.74 | 0.00 |
| 3/2/1998 | BERKLEY IRRIGATION PUMP | 2290 | 10,455.00 | 0.00 |

# EXHIBIT A/B # 55B

| Date | Description | Ref | Amount | Amount |
|------|-------------|-----|--------|--------|
| 5/15/2000 | DRINKERS  HOG DRINKER RENOVATIONS | 2460 | 6,388.53 | 0.00 |
| 7/1/2004 | Blue Ribbon Renovations | 2566 | 35,250.33 | 20,489.22 |
| 7/1/2004 | Blue Ribbon Renovations | 2567 | 35,250.32 | 0.00 |
| 11/22/2005 | Computer Controllers(9) | 0000002619 | 4,321.86 | 0.00 |
| 3/24/2006 | Blue Ribbon Roofs | 0000002622 | 34,442.69 | 17,125.66 |
| 10/21/2013 | TriDek Flooring 30" x 116" | 0000002923 | 8,299.20 | 0.00 |
| **TOTAL** | | | 1,039,653.17 | 37,614.88 |

**Expense A/C#: 62601 TARHEEL**

| Date | Description | Ref | Amount | Amount |
|------|-------------|-----|--------|--------|
| 5/11/1979 | OFFICE | 1393 | 11,000.00 | 0.00 |
| 8/15/1984 | BUILDING RENOVATION | 1502 | 8,000.00 | 0.00 |
| 8/15/1984 | EQUIPMENT RENOVATION | 1507 | 204,457.18 | 0.00 |
| 9/19/1985 | ADD ROOM TO TRAILER | 1526 | 1,225.79 | 0.00 |
| 10/17/1989 | FLUSH TANKS - 5 | 1683 | 19,800.00 | 0.00 |
| 2/2/1990 | NURSERY FLOORING | 1720 | 9,246.70 | 0.00 |
| 3/30/1990 | CRATES | 1706 | 8,198.00 | 0.00 |
| 6/21/1990 | GESTATION STALLS | 1708 | 55,084.00 | 0.00 |
| 7/11/1990 | FEEDING SYSTEM | 1709 | 7,729.36 | 0.00 |
| 11/2/1990 | CRATES | 1744 | 5,670.00 | 0.00 |
| 11/27/1990 | FLOOR SLATS | 1746 | 12,980.00 | 0.00 |
| 9/23/1991 | EQUIPMENT RENOVATION | 1819 | 50,750.50 | 0.00 |
| 2/26/1992 | FEED SYSTEM  RENOVATION | 1875 | 22,037.69 | 0.00 |
| 7/21/1992 | IRRIGATION PIPE & GUN | 1939 | 3,550.00 | 0.00 |
| 8/20/1993 | VENTING SYSTEM | 2020 | 1,065.90 | 0.00 |
| 8/26/1993 | 7' BIN AND FEED SYSTEM | 2022 | 5,378.34 | 0.00 |
| 12/7/1993 | REPLACED WALLS | 2048 | 6,926.74 | 0.00 |
| 12/14/1993 | GESTATION FLOORS & EQUIPMENT | 2044 | 19,628.73 | 0.00 |
| 1/30/1994 | CRATES - LOWER BREEDING HOUSE | 2071 | 1,386.78 | 0.00 |
| 3/29/1994 | RENOVATION - FARROWING | 2109 | 10,291.70 | 0.00 |
| 7/12/1994 | COOL CELL RENOVATION | 2074 | 5,959.29 | 0.00 |
| 9/30/1994 | RENOVATION - NURSERY | 2107 | 5,868.43 | 0.00 |
| 5/15/1995 | RENOVATIONS | 2128 | 27,021.29 | 0.00 |
| 7/30/1996 | CRATES REPLACED | 2179 | 5,469.40 | 0.00 |
| 2/18/1997 | IRRIGATION REEL & PUMP | 2215 | 25,980.00 | 0.00 |
| 6/27/1997 | LAGOON WORK | 2248 | 27,755.20 | 0.00 |
| 6/27/1997 | FLOORING FROM RIVERSIDE | 2483 | 12,744.00 | 0.00 |
| 4/14/1998 | FARROWING CRATE RENOVATIONS | 2294 | 5,821.60 | 0.00 |
| 7/15/2000 | DRINKERS  HOG DRINKER RENOVATIONS | 2461 | 12,441.62 | 0.00 |
| 6/27/2001 | FLOORING | 2483A | 3,990.22 | 0.00 |
| 7/5/2005 | International Tractor | 2597 | 6,200.00 | 0.00 |
| 12/10/2005 | Tarheel Building Renovation | 0000002616 | 91,010.99 | 44,494.26 |
| 12/10/2005 | Tarheel Equipment Renovation | 0000002617 | 71,594.23 | 0.00 |
| 1/10/2006 | Tarheel Insulation Project | 0000002623 | 13,160.80 | 3,125.70 |
| 4/1/2006 | Fans (7) | 0000002634 | 2,344.80 | 0.00 |
| 6/20/2006 | Tarheel Tractor & Generator Shed | 0000002624 | 15,022.56 | 3,880.80 |
| 1/2/2007 | Single Pen Conversion - Gestation | 0000002696 | 22,289.32 | 0.00 |
| 3/1/2007 | Stage Controls | 0000002708 | 9,395.50 | 0.00 |
| 3/1/2008 | Doors | 0000002783 | 2,847.40 | 0.00 |
| 7/11/2014 | Gilt Barn Flooring | 0000002973 | 11,558.88 | 3,756.62 |
| 11/1/2016 | Gas Lines for Heaters | 0000003241 | 8,512.47 | 4,752.79 |
| 1/15/2018 | Floor Spacers - Breeing and Gestation | 0000003333 | 9,529.26 | 7,464.61 |
| 3/1/2019 | Flooring | 0000003394 | 9,704.46 | 7,682.68 |
| 3/1/2019 | Panels | 0000003395 | 10,320.00 | 8,170.00 |
| 3/1/2019 | 100 Crates | 0000003396 | 31,550.00 | 24,977.08 |
| **TOTAL** | | | 912,499.13 | 108,304.54 |

**Expense A/C#: 62601 LITTLE RIVER**

| Date | Description | Ref | Amount | Amount |
|------|-------------|-----|--------|--------|
| 2/10/1987 | WELL | 1574 | 3,271.50 | 0.00 |

# EXHIBIT A/B # 55B

| Date | Description | Number | Amount 1 | Amount 2 |
|------|-------------|--------|---------:|---------:|
| 6/9/1987 | GRADING & GRAVEL | 1619 | 8,473.34 | 0.00 |
| 7/1/1987 | CONVERTED CHICKEN HOUSES | 1565 | 1,630.00 | 0.00 |
| 7/1/1987 | HOG PARLORS | 1582 | 353,700.43 | 0.00 |
| 7/18/1990 | FEEDING SYSTEM | 1741 | 3,693.00 | 0.00 |
| 2/18/1991 | PIG CAGES | 1782 | 4,600.58 | 0.00 |
| 11/4/1991 | FARROWING / GESTATION REMODELING | 1831 | 60,000.00 | 0.00 |
| 2/19/1992 | IRRIGATION PIPE | 1860 | 2,137.50 | 0.00 |
| 5/12/1993 | GAS PIPING | 1963 | 500.15 | 0.00 |
| 5/28/1993 | NURSERY RENOVATION | 1994 | 19,256.67 | 0.00 |
| 9/8/1993 | FANS | 2026 | 2,194.70 | 0.00 |
| 10/30/1993 | FARROWING EQUIPMENT | 2046 | 22,950.23 | 0.00 |
| 3/3/1994 | RENOVATION - NURSERY, FARROWING | 2114 | 30,465.44 | 0.00 |
| 4/29/1994 | RENOVATION - COOL CELLS | 2063 | 4,245.35 | 0.00 |
| 5/31/1994 | LIGHTS - FARROWING BUILDING | 2064 | 4,285.68 | 0.00 |
| 6/10/1994 | AIR CONDITIONER | 2070 | 561.20 | 0.00 |
| 6/30/1996 | REMODELING | 2156 | 23,947.39 | 0.00 |
| 6/27/1997 | FLOORING FROM RIVERSIDE | 2480 | 10,920.00 | 0.00 |
| 12/30/1997 | LAGOON WORK | 2249 | 26,553.00 | 0.00 |
| 5/6/1998 | SWINGING WATER DRINKERS  (88) | 2312 | 1,488.08 | 0.00 |
| 10/30/1998 | LAGOON RENOVATIONS | 2302 | 273,266.12 | 0.00 |
| 5/15/2000 | DRINKERS   HOG DRINKER RENOVATIONS | 2462 | 5,115.84 | 0.00 |
| 10/19/2000 | AIR COND  GE AIR CONDITIONER | 2470 | 542.54 | 0.00 |
| 3/2/2001 | FLOORING | 2480A | 3,008.48 | 0.00 |
| 3/1/2004 | Little River Renovation | 2564 | 27,176.77 | 15,796.48 |
| 3/1/2004 | Little River Renovation | 2565 | 81,530.32 | 0.00 |
| 1/15/2008 | Roofing | 0000002771 | 23,745.84 | 8,014.25 |
| 6/12/2015 | Recycle Pump | 0000003052 | 2,290.39 | 0.00 |
| 9/29/2015 | Pump Item#44168-134 13A2-B | 0000003085 | 2,290.39 | 0.00 |
| 10/23/2015 | 75M BTU Heater | 0000003114 | 546.62 | 0.00 |
| 1/15/2016 | Flooring - Woven Wire | 0000003175 | 10,250.00 | 4,868.76 |
| 3/27/2017 | Flooring 4-7 | 0000003340 | 57,206.83 | 41,633.85 |
| 4/7/2017 | Grading & Stone | 0000003276 | 5,420.00 | 3,252.00 |
| 6/26/2019 | Drive Pump Unit | 0000003401 | 22,500.00 | 16,607.14 |
| **TOTAL** | | | 1,099,764.38 | 90,172.48 |

**Expense A/C#: 62601 NAKED CREEK**

| Date | Description | Number | Amount 1 | Amount 2 |
|------|-------------|--------|---------:|---------:|
| 11/10/2014 | 8 Barns | 0000002994 | 536,000.00 | 364,033.33 |
| 11/10/2014 | Equipment - 8 Barns | 0000002995 | 225,185.00 | 19,392.43 |
| 12/30/2014 | 225M BTU Heater | 0000003014 | 526.81 | 0.00 |
| 1/15/2015 | Gravel and Stone for Roads | 0000003051 | 4,925.00 | 0.00 |
| 1/21/2015 | Stone, Grading and Lagoon Work | 0000003050 | 4,350.00 | 0.00 |
| 8/6/2017 | New Lagoon Liner | 0000003295 | 63,196.90 | 40,024.72 |
| **TOTAL** | | | 834,183.71 | 423,450.48 |

**Expense A/C#: 62601 WET CREEK**

| Date | Description | Number | Amount 1 | Amount 2 |
|------|-------------|--------|---------:|---------:|
| 11/4/1988 | WELLS | 1653 | 10,855.85 | 0.00 |
| 3/23/1989 | WELLS  (3) | 1673 | 13,111.68 | 0.00 |
| 4/18/1989 | LAND IMPROVEMENTS | 1675 | 1,732.95 | 0.00 |
| 6/30/1989 | HOG PARLORS | 1658 | 1,153,791.19 | 0.00 |
| 6/30/1989 | HOG PARLOR EQUIPMENT | 1694 | 494,500.00 | 0.00 |
| 9/30/1989 | FLUSHING / IRRIGATION SYSTEM | 1687 | 66,314.00 | 0.00 |
| 10/31/1990 | IRRIGATION SYSTEM | 1747 | 15,157.02 | 0.00 |
| 12/28/1990 | IRRIGATION SYSTEM | 1756 | 1,500.00 | 0.00 |
| 2/28/1991 | SOAKER LINES 40' x 148' | 1779 | 2,700.00 | 0.00 |
| 3/11/1991 | WELLS  (4) | 1783 | 9,052.00 | 0.00 |
| 9/4/1992 | PERIMETER ROAD | 1909 | 2,661.18 | 0.00 |
| 2/26/1993 | HYDRAULIC FARROWING CRATES | 1954 | 11,648.76 | 0.00 |
| 5/31/1993 | INTER-FARM ROAD | 1999 | 7,848.83 | 0.00 |

# EXHIBIT A/B # 55B

| Date | Description | Number | Amount | Amount 2 |
|---|---|---|---|---|
| 6/30/1993 | NURSERY RENOVATION | 1995 | 38,996.83 | 0.00 |
| 4/14/1994 | RENOVATION - BONDING & GROUNDING | 2108 | 13,306.48 | 0.00 |
| 1/5/1998 | CEILING DIFFUSERS  (80) | 2316 | 4,480.00 | 0.00 |
| 9/15/2000 | DRINKERS  HOG DRINKER RENOVATIONS | 2463 | 21,153.26 | 0.00 |
| 4/1/2004 | Wet Creek Renovations | 2562 | 194,770.72 | 0.00 |
| 6/24/2005 | Rainbow Pumping Unit | 2596 | 16,519.51 | 0.00 |
| 7/1/2005 | Wet Creek Building Renovations | 2591 | 276,125.48 | 58,676.73 |
| 7/1/2005 | Wet Creek Feeder Systems | 2592 | 86,461.14 | 0.00 |
| 7/1/2005 | Wet Creek Crates & Stalls | 2593 | 83,717.40 | 0.00 |
| 11/18/2005 | Wet Creek Drain Lines | 2609 | 5,036.06 | 3,002.27 |
| 3/24/2006 | Wet Creek Barn Doors | 0000002621 | 1,581.10 | 0.00 |
| 9/15/2006 | Flooring | 0000002645 | 38,053.04 | 0.00 |
| 9/15/2006 | Crates | 0000002646 | 66,177.44 | 0.00 |
| 9/15/2006 | Feed Systems | 0000002647 | 12,352.66 | 0.00 |
| 9/15/2006 | Cool Cells/Heaters/Fans | 0000002648 | 33,303.83 | 0.00 |
| 9/15/2006 | Farrowing House | 0000002649 | 255,122.04 | 69,095.59 |
| 1/1/2007 | Gaurd Railing | 0000002711 | 5,153.74 | 0.00 |
| 2/8/2007 | Gravel and Grading | 0000002688 | 4,714.87 | 262.00 |
| 5/1/2007 | 6 Floor Replacements | 0000002716 | 42,375.53 | 3,060.38 |
| 6/1/2007 | Recycle Lines | 0000002730 | 8,275.91 | 0.00 |
| 9/1/2007 | Flooring | 0000002729 | 12,582.05 | 0.00 |
| 12/1/2011 | Carrier Gas Furnace | 0000002857 | 5,796.00 | 0.00 |
| 1/7/2013 | Power Drop Curtains | 0000002901 | 2,672.97 | 0.00 |
| 4/15/2013 | 24 X 42 Black Flooring | 0000002903 | 3,021.84 | 604.39 |
| 4/22/2014 | 2013 John Deere CX15 Bushhog | 0000002941 | 16,300.00 | 0.00 |
| 5/13/2014 | Road & Lagoon Work at Complex | 0000002991 | 11,375.00 | 0.00 |
| 7/14/2014 | New Septic System | 0000002981 | 6,853.00 | 2,227.22 |
| 7/23/2014 | Milk Lines | 0000002966 | 13,282.85 | 0.00 |
| 8/15/2014 | 13A2-B Single Phase Motor | 0000002965 | 5,184.00 | 0.00 |
| 11/13/2014 | Heater 225M BTU | 0000003009 | 725.37 | 0.00 |
| 11/14/2014 | Feed Box 20" | 0000003008 | 608.00 | 0.00 |
| 1/30/2015 | Grading and Gravel | 0000003038 | 5,450.00 | 3,179.19 |
| 8/26/2015 | Well Pump 18CS15422C | 0000003113 | 999.59 | 0.00 |
| 11/24/2015 | Unground Wiring, Panels and Breakers | 0000003109 | 40,637.01 | 18,625.30 |
| 12/15/2015 | Milk Lines And Feeders | 0000003124 | 42,956.28 | 10,227.69 |
| 12/27/2015 | Grading and Gravel | 0000003125 | 2,975.00 | 0.00 |
| 1/15/2016 | Flooring | 0000003156 | 11,541.62 | 5,482.29 |
| 2/4/2016 | Grading and Stone - Land Improvement | 0000003158 | 5,900.00 | 0.00 |
| 3/4/2016 | Road Improvement | 0000003174 | 8,000.00 | 0.00 |
| 5/5/2016 | Concrete pad and improvement for Dead boxes | 0000003180 | 9,810.00 | 4,986.75 |
| 9/15/2016 | Flooring | 0000003211 | 18,277.80 | 9,900.47 |
| 3/27/2017 | Roofing for Farrowing #1-10 | 0000003341 | 15,450.66 | 11,244.66 |
| 8/22/2017 | Milk Lines | 0000003324 | 6,437.65 | 3,065.57 |
| 12/1/2017 | Crates | 0000003323 | 44,568.00 | 23,345.14 |
| 1/15/2018 | Crates | 0000003334 | 44,568.00 | 34,911.59 |
| 1/4/2019 | Aluminized Road Tiles | 0000003391 | 7,609.50 | 5,163.58 |
| **TOTAL** | | | 3,342,132.69 | 267,060.81 |

**Expense A/C#: 62601 HOLLY RIDGE**

| Date | Description | Number | Amount | Amount 2 |
|---|---|---|---|---|
| 4/2/1991 | WELL #1 | 1823 | 1,314.70 | 0.00 |
| 6/7/1991 | WELL #2 & #3 | 1824 | 9,098.22 | 0.00 |
| 6/10/1991 | OFFICE - HOLLY RIDGE | 1802 | 30,363.75 | 0.00 |
| 6/10/1991 | BREEDING BUILDING | 1803 | 140,000.00 | 0.00 |
| 6/10/1991 | HEATING/AC & OTHER EQUIPMENT | 1804 | 5,000.00 | 0.00 |
| 6/10/1991 | EQUIPMENT - BREEDING BUILDING | 1805 | 85,000.00 | 0.00 |
| 6/30/1991 | LAGOONS | 1842 | 77,671.25 | 0.00 |
| 7/5/1991 | GESTATION BUILDING | 1827 | 130,600.93 | 0.00 |
| 7/5/1991 | EQUIPMENT - GESTATION BUILDING | 1829 | 70,000.00 | 0.00 |

# EXHIBIT A/B # 55B

| | | | | |
|---|---|---|---|---|
| 9/27/1991 | FARROWING BUILDING | 1821 | 220,000.00 | 0.00 |
| 9/27/1991 | EQUIPMENT - FARROWING BUILDING | 1822 | 133,000.00 | 0.00 |
| 12/20/1991 | NURSERY BUILDING | 1828 | 211,253.14 | 0.00 |
| 12/20/1991 | EQUIPMENT - NURSERY BUILDING | 1830 | 57,000.00 | 0.00 |
| 2/16/1992 | IRRIGATION PIPE | 1862 | 5,655.26 | 0.00 |
| 9/4/1992 | PERIMETER ROAD | 1910 | 2,661.17 | 0.00 |
| 5/31/1993 | INTER-FARM ROAD | 2000 | 7,848.83 | 0.00 |
| 6/9/1994 | RENOVATION - BONDING & GROUNDING | 2110 | 3,152.26 | 0.00 |
| 8/14/1996 | LAND INPROVEMENTS | 2205 | 3,355.00 | 0.00 |
| 12/2/1997 | LAGOON WORK | 2250 | 7,728.30 | 0.00 |
| 3/6/1998 | SWINGING WATER DRINKERS  (208) | 2313 | 3,517.28 | 0.00 |
| 8/15/2000 | DRINKERS  HOG DRINKER RENOVATIONS | 2464 | 20,014.19 | 0.00 |
| 8/25/2005 | Irrigation Reel (HR) | 2598 | 16,784.01 | 0.00 |
| 9/29/2005 | Rainbow Pumping Unit | 2605 | 15,580.00 | 0.00 |
| 11/18/2005 | Holly Ridge Roofing | 2610 | 14,134.62 | 8,426.35 |
| 3/24/2006 | Holly Ridge Insulation | 0000002620 | 4,813.80 | 0.00 |
| 9/1/2006 | Nursery Floor | 0000002640 | 20,227.95 | 0.00 |
| 11/1/2006 | Shower Rebuild | 0000002650 | 2,325.70 | 0.00 |
| 1/23/2007 | GMC Gas PAck | 0000002668 | 2,945.77 | 0.00 |
| 2/8/2007 | Gravel and Grading | 0000002689 | 4,714.87 | 262.00 |
| 11/1/2007 | Generator Line | 0000002749 | 14,324.00 | 0.00 |
| 11/1/2007 | Flooring | 0000002767 | 14,683.40 | 0.00 |
| 1/15/2008 | Flooring | 0000002773 | 13,922.78 | 1,624.26 |
| 12/15/2012 | Milk Tank and Plumbing | 0000002898 | 17,217.98 | 0.00 |
| 11/11/2014 | 1 Amadas Rain Reel w parts | 0000003425 | 33,100.00 | 2,850.50 |
| 12/15/2014 | Milk Tank and Plumbing - Addition | 0000003002 | 20,432.13 | 2,006.72 |
| 1/30/2015 | Grading and Gravel | 0000003039 | 5,450.00 | 3,179.19 |
| 1/31/2015 | Holly Ridge New Barn | 0000003032 | 166,433.70 | 139,761.64 |
| 1/31/2015 | HR Equipment - New Barn | 0000003042 | 90,840.00 | 9,732.88 |
| 4/25/2015 | Milk Line Improvement | 0000003086 | 24,913.61 | 3,559.08 |
| 12/27/2015 | Grading and Gravel | 0000003126 | 2,975.00 | 0.00 |
| 2/4/2016 | Grading and Stone - Land Improvement | 0000003159 | 5,900.00 | 0.00 |
| 8/9/2016 | 6" Laggon Lines and Valves | 0000003214 | 7,973.66 | 4,252.59 |
| 9/7/2016 | Flooring | 0000003213 | 37,714.16 | 20,428.49 |
| 1/4/2019 | Aluminized Road Tiles | 0000003392 | 7,609.50 | 5,163.58 |
| **TOTAL** | | | 1,769,250.92 | 201,247.28 |

**Expense A/C#: 62601 DEERFIELD**

| | | | | |
|---|---|---|---|---|
| 9/23/1992 | WELLS | 1903 | 9,660.00 | 0.00 |
| 10/12/1992 | OFFICE | 1922 | 35,014.66 | 0.00 |
| 10/12/1992 | BREEDING | 1924 | 140,000.00 | 0.00 |
| 10/12/1992 | OFFICE | 1923 | 5,800.00 | 0.00 |
| 10/12/1992 | BREEDING | 1925 | 85,000.00 | 0.00 |
| 10/12/1992 | LAGOON | 1934 | 35,000.00 | 0.00 |
| 11/13/1992 | GESTATION | 1926 | 132,129.42 | 0.00 |
| 11/13/1992 | GESTATION | 1927 | 70,000.00 | 0.00 |
| 11/23/1992 | WELLS | 1904 | 9,216.22 | 0.00 |
| 12/31/1992 | FARROWING | 1928 | 220,000.00 | 0.00 |
| 12/31/1992 | ROAD IMPROVEMENTS | 1911 | 2,092.66 | 0.00 |
| 1/26/1993 | FARROWING HOUSE | 2057 | 132,000.00 | 0.00 |
| 4/2/1993 | IRRIGATION EQUIPMENT | 1956 | 6,834.01 | 0.00 |
| 5/12/1993 | GAS PIPING | 1961 | 2,250.68 | 0.00 |
| 5/31/1993 | INTER-FARM ROAD | 2001 | 7,848.83 | 0.00 |
| 6/30/1993 | LAGOONS | 2004 | 43,138.24 | 0.00 |
| 3/15/1994 | IRRIGATION EQUIPMENT | 2061 | 1,235.08 | 0.00 |
| 4/14/1994 | RENOVATION - BONDING & GROUNDING | 2111 | 4,180.20 | 0.00 |
| 7/12/1994 | IRRIGATION SYSTEM | 2079 | 787.16 | 0.00 |
| 7/3/1996 | DAM RENOVATION | 2176 | 8,873.05 | 0.00 |

# EXHIBIT A/B # 55B

| | | | | |
|---|---|---|---|---|
| 8/14/1996 | LAND IMPROVEMENTS | 2206 | 16,857.66 | 0.00 |
| 8/25/1997 | LAGOON WORK | 2251 | 16,337.00 | 0.00 |
| 3/6/1998 | SWINGING WATER DRINKERS  (208) | 2314 | 3,517.28 | 0.00 |
| 3/30/1998 | DAM RENOVATIONS | 2301 | 12,073.32 | 0.00 |
| 11/19/1999 | DAM & LAGOON RENOVATION | 2441 | 32,853.56 | 0.00 |
| 7/15/2000 | DRINKERS   HOG DRINKER RENOVATION | 2465 | 14,868.47 | 0.00 |
| 1/2/2007 | New Floor In Gestation & Breeding | 0000002695 | 6,420.95 | 0.00 |
| 2/1/2007 | Roofing | 0000002707 | 17,025.15 | 4,965.64 |
| 2/8/2007 | Gravel and Grading | 0000002691 | 4,714.86 | 261.99 |
| 2/8/2007 | Gravel and Grading | 0000002692 | 1,338.70 | 74.33 |
| 11/1/2007 | Flooring | 0000002768 | 14,683.40 | 0.00 |
| 1/15/2008 | Flooring | 0000002774 | 13,922.79 | 1,624.27 |
| 7/8/2008 | Well Improvement | 0000002782 | 5,050.00 | 0.00 |
| 11/3/2010 | Carrier Gas Furnace | 0000002827 | 4,867.00 | 0.00 |
| 7/9/2012 | Hot Water Tank - Rheem 42V50-36PF | 0000002885 | 418.05 | 0.00 |
| 12/15/2014 | Milk Tanks and Plumbing | 0000003001 | 42,038.03 | 4,128.76 |
| 1/30/2015 | Grading and Gravel | 0000003040 | 5,450.00 | 3,179.19 |
| 2/16/2015 | Milk Line - Addition | 0000003087 | 3,178.91 | 378.44 |
| 2/17/2015 | Hot Water Heater 50g - LP | 0000003037 | 481.37 | 0.00 |
| 2/19/2015 | Heater 225M BTU | 0000003026 | 545.87 | 0.00 |
| 7/15/2015 | 225M BTU Heater | 0000003102 | 1,103.51 | 0.00 |
| 9/1/2015 | Feed bins and System | 0000003104 | 52,633.83 | 23,246.63 |
| 9/1/2015 | Land Improvement for new Nursery | 0000003105 | 46,593.22 | 20,578.68 |
| 9/1/2015 | Deerfield Nursery | 0000003106 | 656,297.07 | 534,152.88 |
| 9/15/2015 | Loading Chutes and Walkways | 0000003103 | 4,297.54 | 1,898.10 |
| 9/28/2015 | Underground Electrical Wiring and Conduit | 0000003132 | 14,341.23 | 10,337.65 |
| 12/14/2015 | Scale and Load Cells | 0000003131 | 3,992.89 | 0.00 |
| 12/27/2015 | Grading and Gravel | 0000003127 | 2,975.00 | 0.00 |
| 2/1/2016 | Flooring for 6 Farowing rooms | 0000003163 | 37,780.70 | 18,260.68 |
| 2/4/2016 | Grading and Stone - Land Improvement | 0000003160 | 5,900.00 | 0.00 |
| 9/15/2016 | Flooring | 0000003215 | 18,277.80 | 9,900.47 |
| 7/25/2017 | Pumps - Lagoon | 0000003322 | 8,572.21 | 3,979.96 |
| 6/1/2018 | Land Improvement - Around Hog Houses | 0000003348 | 12,650.00 | 9,065.83 |
| 1/1/2020 | Sow Hoppers | 0000003417 | 11,528.65 | 9,469.96 |
| **TOTAL** | | | 2,044,646.23 | 655,503.46 |

**Expense A/C#: 62601** INDIAN HILLS

| | | | | |
|---|---|---|---|---|
| 11/23/1992 | WELLS | 1906 | 18,775.00 | 0.00 |
| 12/10/1992 | OFFICE | 1929 | 34,282.50 | 0.00 |
| 12/10/1992 | BREEDING | 1931 | 140,000.00 | 0.00 |
| 12/10/1992 | OFFICE | 1930 | 6,000.00 | 0.00 |
| 12/10/1992 | BREEDING | 1932 | 85,000.00 | 0.00 |
| 12/10/1992 | LAGOON | 1935 | 35,000.00 | 0.00 |
| 12/11/1992 | GESTATION | 1933 | 131,634.90 | 0.00 |
| 12/15/1992 | WELLS | 1907 | 11,441.47 | 0.00 |
| 12/31/1992 | GESTATION | 1936 | 60,000.00 | 0.00 |
| 12/31/1992 | ROAD IMPROVEMENTS | 1912 | 2,581.68 | 0.00 |
| 1/8/1993 | GESTATION | 1993 | 10,000.00 | 0.00 |
| 3/8/1993 | FARROWING | 2017 | 220,000.00 | 0.00 |
| 3/8/1993 | FARROWING | 2015 | 132,000.00 | 0.00 |
| 4/2/1993 | IRRIGATION EQUIPMENT | 1957 | 6,765.19 | 0.00 |
| 4/30/1993 | NURSERY | 2018 | 210,000.00 | 0.00 |
| 4/30/1993 | NURSERY | 2016 | 58,859.53 | 0.00 |
| 5/12/1993 | FEEDER EQUIPMENT | 1964 | 799.06 | 0.00 |
| 5/12/1993 | GAS PIPING | 1962 | 2,250.68 | 0.00 |
| 5/31/1993 | INTER-FARM ROAD | 2002 | 7,848.83 | 0.00 |
| 6/30/1993 | LAGOONS | 2005 | 43,138.24 | 0.00 |
| 7/2/1993 | WELLS | 1997 | 648.35 | 0.00 |

# EXHIBIT A/B # 55B

| Date | Description | Number | Amount | Amount |
|---|---|---|---|---|
| 3/15/1994 | IRRIGATION EQUIPMENT | 2062 | 698.71 | 0.00 |
| 7/1/1994 | IRRIGATION SYSTEM | 2076 | 7,493.79 | 0.00 |
| 8/26/1997 | LAGOON WORK | 2252 | 8,287.00 | 0.00 |
| 3/12/1998 | SWINGING WATER DRINKERS  (208) | 2315 | 3,517.28 | 0.00 |
| 7/15/2000 | DRINKERS  HOG DRINKER RENOVATION | 2466 | 17,604.50 | 0.00 |
| 3/20/2006 | Indian HIlls Roofing and Insulation | 0000002625 | 29,271.14 | 7,195.78 |
| 2/8/2007 | Gravel and Grading | 0000002690 | 4,714.86 | 261.99 |
| 11/1/2007 | Flooring | 0000002769 | 14,683.40 | 0.00 |
| 1/15/2008 | Flooring | 0000002772 | 17,606.79 | 2,054.08 |
| 6/29/2010 | Transfer Switch | 0000002803 | 15,080.76 | 0.00 |
| 11/3/2010 | Carrier Gas Furnace | 0000002828 | 4,867.00 | 0.00 |
| 6/1/2012 | Flooring | 0000002890 | 11,259.62 | 4,628.98 |
| 12/19/2013 | Heater 225MBTU | 0000002927 | 550.34 | 0.00 |
| 12/15/2014 | Milk Tank and Plumbing | 0000003003 | 42,343.23 | 4,158.71 |
| 1/30/2015 | Grading and Gravel | 0000003041 | 5,450.00 | 3,179.19 |
| 6/15/2015 | Pressure Tank and Pump for Well | 0000003044 | 787.99 | 0.00 |
| 6/17/2015 | Goulds Self-Priming Centrifugal Pump | 0000003053 | 593.43 | 0.00 |
| 12/15/2015 | New Room Addition | 0000003133 | 159,472.80 | 116,946.73 |
| 12/15/2015 | Recycle Pump | 0000003135 | 869.02 | 0.00 |
| 12/15/2015 | Scale and Load Cells | 0000003136 | 4,382.52 | 0.00 |
| 12/15/2015 | Grading and Gravel for New Addition | 0000003138 | 31,360.00 | 22,997.33 |
| 12/27/2015 | Grading and Gravel | 0000003128 | 2,975.00 | 0.00 |
| 2/4/2016 | Grading and Stone - Land Improvement | 0000003161 | 5,900.00 | 0.00 |
| 6/19/2016 | Land Improvement Around Hog House | 0000003191 | 7,200.00 | 3,720.00 |
| 4/3/2017 | Flooring | 0000003277 | 42,565.06 | 25,539.01 |
| 6/1/2017 | Grading & Land Improvements | 0000003283 | 9,250.00 | 5,704.17 |
| **TOTAL** | | | 1,665,809.67 | 196,385.97 |

**Expense A/C#: 62602** MAINTENANCE

| Date | Description | Number | Amount | Amount |
|---|---|---|---|---|
| 6/23/2005 | Case Skidster Loader | 2590 | 22,062.88 | 0.00 |
| 12/10/2005 | Warehouse - Back Room | 0000002618 | 3,497.63 | 0.00 |
| 2/6/2007 | 2007 Chevrolet C1500 | 0000002673 | 17,000.00 | 0.00 |
| 2/6/2007 | 2007 Chevrolet C1500 | 0000002674 | 17,000.00 | 0.00 |
| 2/8/2007 | 2 Tool Boxes | 0000002678 | 960.75 | 0.00 |
| 2/8/2007 | 2 Tool Boxes | 0000002679 | 960.75 | 0.00 |
| 2/8/2007 | 2 Tool Boxes | 0000002680 | 960.75 | 0.00 |
| 11/7/2007 | Jenkins Cargo Trailer | 0000002748 | 3,863.00 | 0.00 |
| 2/1/2012 | 2011 Chevrolet K3500 | 0000002865 | 35,977.20 | 0.00 |
| 1/12/2015 | Ford F250 Truck | 0000003020 | 38,754.73 | 0.00 |
| 2/5/2016 | Doosan Fork Lift | 0000003155 | 10,850.00 | 0.00 |
| 4/20/2016 | 2016 Ford F350 Super Duty | 0000003178 | 52,761.24 | 620.57 |
| 6/1/2017 | New Holland LS 180 Skid Steer | 0000003280 | 11,000.00 | 2,566.67 |
| 10/30/2017 | 2017 Ford F350 | 0000003300 | 56,883.61 | 17,065.09 |
| 11/21/2017 | 2017 Ford F350 | 0000003301 | 55,708.37 | 17,641.00 |
| **TOTAL** | | | 328,240.91 | 37,893.33 |

**Expense A/C#: 62602** P&F (SMALL) FARM

| Date | Description | Number | Amount | Amount |
|---|---|---|---|---|
| 10/1/2019 | Barn Renovations | 0000003413 | 12,475.28 | 10,603.98 |
| **TOTAL** | | | 12,475.28 | 10,603.98 |

**Expense A/C#: 62602** ENVIRONMENTAL

| Date | Description | Number | Amount | Amount |
|---|---|---|---|---|
| 1/30/1997 | IRRIGATION EQUIPMENT  {lease buyout | 2266 | 3,637.89 | 0.00 |
| 9/15/2004 | 2004 Ford F-250 SD | 2554 | 28,569.42 | 0.00 |
| 11/1/2005 | International Bush Hog | 2614 | 4,106.10 | 0.00 |
| 4/3/2012 | Pelton Turbine | 0000002869 | 3,513.84 | 0.00 |
| 6/6/2014 | Tractor Shed | 0000002954 | 31,780.37 | 26,212.03 |
| 2/2/2015 | Kraftsman Trailer Model DH7 ton 82" x 18' | 0000003023 | 4,190.00 | 0.00 |
| 3/4/2015 | Turbine | 0000003019 | 1,502.57 | 0.00 |

# EXHIBIT A/B # 55B

| | | | | |
|---|---|---|---|---|
| 6/4/2015 | 2015 Ford F350 Pickup | 0000003068 | 49,924.67 | 0.00 |
| 6/9/2015 | Primer for Irrigation | 0000003063 | 1,568.10 | 0.00 |
| 7/23/2015 | Honda Pump | 0000003075 | 700.00 | 0.00 |
| 3/8/2016 | Ford F150 Pickup | 0000003164 | 44,829.22 | 0.00 |
| 3/15/2018 | 2018 Ford F-150 | 0000003332 | 38,282.97 | 14,675.15 |
| **TOTAL** | | | 212,605.15 | 40,887.18 |

**Expense A/C#: 62602 GREEN ACRES**

| | | | | |
|---|---|---|---|---|
| 1/20/2012 | 2011 Chevrolet Silverado | 0000002864 | 31,498.00 | 0.00 |
| 3/16/2015 | Rainbow Irrigation Pump | 0000003095 | 27,500.00 | 3,601.19 |
| 9/1/2015 | Buildings | 0000003108 | 933,000.00 | 759,358.33 |
| 11/1/2015 | Building Renovations | 0000003145 | 372,888.11 | 271,897.55 |
| 11/1/2015 | Equipment for Renovated Barns | 0000003146 | 305,071.00 | 69,004.16 |
| 11/1/2016 | Gestation Barn | 0000003245 | 643,351.39 | 501,277.95 |
| 11/1/2016 | Equipment - Gestation Barn | 0000003246 | 321,667.00 | 118,710.44 |
| 11/1/2016 | Breeding Barn | 0000003247 | 574,998.19 | 448,019.42 |
| 11/1/2016 | Equipment - Breeding Barn | 0000003248 | 311,111.00 | 114,814.77 |
| 11/1/2016 | Farrowing Barn | 0000003249 | 1,115,503.40 | 869,163.07 |
| 11/1/2016 | Equipment - Farrowing Barn | 0000003250 | 427,667.00 | 157,829.46 |
| 11/1/2016 | Office | 0000003251 | 218,600.21 | 170,325.99 |
| 1/2/2017 | Cravel for Roads and Houses | 0000003339 | 21,600.00 | 12,420.01 |
| 3/27/2017 | Recycle lines with Tank | 0000003343 | 24,961.01 | 4,576.19 |
| 4/15/2017 | Grading & Stone | 0000003278 | 10,330.00 | 6,198.00 |
| 1/2/2018 | Gravel & Grading for Road | 0000003325 | 10,650.00 | 3,727.49 |
| 9/1/2018 | Composter | 0000003358 | 161,450.00 | 119,742.08 |
| 7/10/2019 | Agri Alert Alarm | 0000003412 | 1,766.86 | 1,325.15 |
| **TOTAL** | | | 5,513,613.17 | 3,631,991.25 |

**Expense A/C#: 62602 STEPHENS**

| | | | | |
|---|---|---|---|---|
| 2/17/2017 | New Holland 4WD Tractor w/Bucket | 0000003261 | 10,000.00 | 1,666.67 |
| 2/17/2017 | 2002 Ford F150 Pickup | 0000003262 | 3,300.00 | 550.01 |
| 2/17/2017 | 1997 Fleetwood Mobile Home | 0000003263 | 13,000.00 | 7,583.33 |
| 2/17/2017 | 1999 Ford F150 | 0000003264 | 2,175.00 | 0.00 |
| 2/17/2017 | 1989 Ford F800 | 0000003265 | 500.00 | 0.00 |
| 2/17/2017 | 256.67 Acres Land | 0000003266 | 408,000.00 | 408,000.00 |
| 2/17/2017 | Buildings | 0000003267 | 483,000.00 | 382,374.99 |
| 2/17/2017 | Equipment | 0000003268 | 243,025.00 | 98,367.26 |
| 10/1/2018 | Irrigation for Sprayfields | 0000003361 | 6,356.83 | 4,767.64 |
| 10/1/2018 | Roof for Mobile Home | 0000003363 | 3,800.00 | 2,850.00 |
| 10/1/2018 | Roofing for Barns | 0000003364 | 5,100.00 | 4,462.50 |
| 10/1/2018 | Feed System | 0000003365 | 35,392.00 | 22,751.99 |
| 10/1/2018 | Feed System | 0000003366 | 43,569.00 | 28,008.64 |
| 10/1/2018 | Feed System | 0000003367 | 21,660.00 | 13,924.28 |
| 10/1/2018 | Feed System | 0000003368 | 26,875.00 | 17,276.78 |
| 10/1/2018 | Generator Shed | 0000003373 | 4,300.00 | 3,224.99 |
| 10/1/2018 | Equipment | 0000003374 | 390,000.00 | 250,714.28 |
| 10/1/2018 | Renovation of Sow farm Buildings | 0000003375 | 522,070.79 | 488,489.58 |
| 10/1/2018 | Nursery Building | 0000003377 | 1,083,400.00 | 1,013,951.28 |
| 10/1/2018 | Land Improvement for Nursery Prep | 0000003379 | 146,436.90 | 109,827.68 |
| 10/1/2018 | 3 Water Tanks Installed | 0000003380 | 20,947.11 | 13,466.01 |
| 1/4/2019 | Stone for Land Improvement | 0000003393 | 10,150.35 | 6,887.74 |
| 4/29/2019 | Pump Motor | 0000003407 | 2,172.39 | 1,551.70 |
| **TOTAL** | | | 3,485,230.37 | 2,880,697.35 |

**Expense A/C#: 62602 MOSSLAND**

| | | | | |
|---|---|---|---|---|
| 12/1/2017 | Mobile Home | 0000003311 | 34,429.40 | 30,256.13 |
| 12/1/2017 | Buildings | 0000003313 | 1,021,713.60 | 851,428.00 |
| 12/1/2017 | Equipment | 0000003314 | 512,857.00 | 268,639.37 |

## EXHIBIT A/B # 55B

| | | | | |
|---|---|---|---|---|
| 3/6/2018 | Clearing for Spray fields | 0000003357 | 9,100.00 | 5,091.67 |
| 1/2/2019 | Irrigation Pump | 0000003386 | 14,405.63 | 9,775.24 |
| 1/2/2019 | Pinning and Installation (Open Pen) | 0000003387 | 220,000.00 | 170,500.00 |
| 2/10/2019 | Land Clearing | 0000003388 | 12,000.00 | 9,400.00 |
| 4/26/2019 | Well Pump and Piping | 0000003406 | 12,509.36 | 8,935.27 |
| 4/29/2019 | Pump Motor | 0000003408 | 2,547.39 | 1,819.58 |
| 6/4/2019 | Clearing - Land Improvemnt | 0000003400 | 30,000.00 | 24,500.00 |
| 6/24/2019 | Curtains & Bird Wire Gest & Breeding Barns | 0000003399 | 11,852.08 | 9,679.20 |
| 8/9/2019 | Land Improvement - Land Clearing | 0000003411 | 100,000.00 | 88,888.88 |
| 10/29/2019 | Land Clearing | 0000003415 | 10,000.00 | 8,500.00 |
| **TOTAL** | | | 1,991,414.46 | 1,487,413.34 |

| | | | | |
|---|---|---|---|---|
| **Expense A/C#: 62603** | **TRUCK WASH** | | | |
| 9/18/1992 | WELLS - TRUCK WASH | 1905 | 3,959.94 | 0.00 |
| 11/27/1992 | TRUCK WASH | 1921 | 50,689.21 | 0.00 |
| 3/31/1993 | TRUCK WASH ROAD | 2003 | 1,578.35 | 0.00 |
| 1/7/2005 | Truck Wash Garage Doors | 2573 | 3,490.00 | 0.00 |
| 2/9/2007 | Gravel and Grading | 0000002687 | 1,495.00 | 83.02 |
| 3/23/2007 | Dryer Shed | 0000002706 | 31,765.67 | 9,397.39 |
| 2/1/2009 | Well | 0000002788 | 10,317.22 | 0.00 |
| 11/5/2015 | Gas Water Heater | 0000003122 | 852.75 | 0.00 |
| 5/19/2016 | Well | 0000003182 | 6,200.00 | 3,151.67 |
| 8/16/2017 | Fruehauf Trailer | 0000003291 | 12,245.48 | 3,265.44 |
| 11/15/2017 | Truck Wash - Candor | 0000003304 | 567,837.56 | 518,091.09 |
| 11/15/2017 | Water and Sewage lines | 0000003306 | 39,776.58 | 30,716.37 |
| 11/15/2017 | Sewage Pump | 0000003307 | 1,230.00 | 629.66 |
| 11/15/2017 | Driveway | 0000003308 | 81,336.75 | 62,810.04 |
| 4/2/2018 | Fan System | 0000003353 | 7,660.00 | 4,377.14 |
| 7/16/2018 | Laggon Removal | 0000003350 | 8,000.00 | 5,800.00 |
| **TOTAL** | | | 828,434.51 | 638,321.82 |

| | | | | |
|---|---|---|---|---|
| **Expense A/C#: 62603** | **SOW FARM & OFFSITE NURSERY SERVICE** | | | |
| 10/8/2010 | 2006 Chevrolet Silverado | 0000002818 | 22,921.00 | 0.00 |
| 4/17/2012 | 1991 International Truck | 0000002871 | 7,500.00 | 0.00 |
| 3/21/2014 | 2014 Ram 1500 | 0000002937 | 29,671.00 | 0.00 |
| 6/17/2014 | 2014 Ram 1500 | 0000002948 | 33,069.60 | 0.00 |
| 10/19/2015 | 2016 Ford Transit Van | 0000003147 | 33,687.42 | 0.00 |
| 12/15/2017 | 2017 Ford Transit Van | 0000003315 | 34,372.97 | 11,457.66 |
| 1/23/2021 | 2016 Ford F-150 | 0000003423 | 28,795.10 | 27,355.34 |
| **TOTAL** | | | 190,017.09 | 38,813.00 |

| | | | | |
|---|---|---|---|---|
| **Expense A/C#: 62603** | **SOUTH CAROLINA SERVICES** | | | |
| 5/22/2018 | 2018 Ford F-150 | 0000003346 | 33,500.00 | 13,958.33 |
| **TOTAL** | | | 33,500.00 | 13,958.33 |

| | | | | |
|---|---|---|---|---|
| **Expense A/C#: 62603** | **FINISHING SERVICE** | | | |
| 7/19/2004 | 04 Ford F150 4X2 | 2546 | 21,807.49 | 0.00 |
| 7/19/2004 | 04 Ford F150 4X4 | 2547 | 24,939.64 | 0.00 |
| 1/20/2012 | 2011 Chevrolet Silverado | 0000002863 | 31,602.20 | 0.00 |
| 3/21/2014 | 2014 Ram 1500 | 0000002938 | 29,671.00 | 0.00 |
| 11/25/2014 | 2014 Ram Pick Up | 0000003006 | 33,750.00 | 0.00 |
| 10/30/2017 | 2017 Ford F150 | 0000003299 | 36,378.30 | 10,913.48 |
| 2/8/2018 | 2018 Ford F150 Truck | 0000003331 | 37,774.52 | 13,850.67 |
| 4/11/2018 | 2018 Ford F-150 | 0000003337 | 36,964.94 | 14,785.97 |
| **TOTAL** | | | 252,888.09 | 39,550.12 |

| | | | | |
|---|---|---|---|---|
| **Expense A/C#: 62604** | **NC & SC CONTRACT FARMS** | | | |
| 9/26/1984 | 385' WELL & PUMP  [112] | 1500 | 2,960.70 | 0.00 |

# EXHIBIT A/B # 55B

| Date | Description | Number | Amount | Amount 2 |
|---|---|---|---|---|
| 10/9/1987 | WELL & PUMP  [112] | 1615 | 3,622.97 | 0.00 |
| 1/9/1991 | IRRIGATION PUMP  [112] | 1765 | 6,190.29 | 2,166.60 |
| 3/13/1991 | FEED SYSTEM  [112] | 1778 | 15,249.76 | 1,089.25 |
| 4/18/1991 | FEED SYSTEM  [112] | 1789 | 7,497.70 | 535.55 |
| 6/13/1991 | FEED SYSTEM  [112] | 1811 | 5,070.40 | 0.00 |
| 2/19/1992 | IRRIGATION PIPE  [112] | 1861 | 2,137.50 | 458.02 |
| 8/28/1992 | IRRIGATION SYSTEM  [112] | 1943 | 5,560.95 | 1,191.64 |
| 2/14/1994 | ELECTRICAL REWIRING  [112] | 2112 | 15,935.30 | 10,357.94 |
| 3/11/1994 | CURTAINS REPLACED  [112] | 2072 | 1,685.73 | 505.71 |
| 5/1/1995 | LAGOON WORK  [112] | 2130 | 16,518.97 | 12,389.22 |
| 11/30/1995 | LAGOON WORK  [112] | 2147 | 33,705.67 | 25,279.25 |
| 5/22/1996 | LAGOON WORK  [112] | 2175 | 21,276.24 | 18,084.81 |
| 6/27/1997 | RS RENOVATION - NURSERY  [112] | 2258 | 429,700.07 | 429,700.07 |
| 12/31/1997 | TRANSFER RIVERSIDE ASSETS  [112] | 2311 | -25,824.92 | -25,824.92 |
| 2/14/2007 | 350,000 BTU Heater | 0000002698 | 1,785.00 | 0.00 |
| 2/14/2007 | 350,000 BTU Heater | 0000002699 | 1,785.00 | 0.00 |
| 4/7/2017 | 33 Feeders - Mt View | 0000003272 | 12,936.00 | 5,544.00 |
| 4/1/2020 | Applefield Milk Project | 0000003422 | 369,056.99 | 332,151.29 |
| **TOTAL** | | | 926,850.32 | 813,628.43 |

**Expense A/C#: 62604** <span style="color:red">**CLEARVIEW TRIPLE NET LEASE**</span>

| Date | Description | Number | Amount | Amount 2 |
|---|---|---|---|---|
| 1/1/2004 | Building - North Moore Management - Capital Lease | 2581 | 425,000.00 | 58,187.49 |
| 6/1/2006 | Clearview Tunnel Ventalation | 0000002631 | 19,203.33 | 4,960.80 |
| 6/16/2006 | 225,000 BTU Heaters (5) | 0000002635 | 2,150.00 | 0.00 |
| 7/29/2006 | 1 HP Submersible Pump | 0000002636 | 369.15 | 0.00 |
| 8/1/2006 | 5000 gal Water Tank | 0000002637 | 3,097.60 | 0.00 |
| 8/10/2006 | Drain Lines (Replacement) | 0000002693 | 6,771.03 | 0.00 |
| 9/1/2006 | Nursery Stalls amd Feed Bins | 0000002639 | 12,556.41 | 0.00 |
| 1/1/2007 | Pressure Washer | 0000002694 | 1,666.50 | 0.00 |
| 2/6/2007 | Fuel Tank | 0000002676 | 902.05 | 0.00 |
| 12/3/2010 | HVAC Unit | 0000002833 | 3,715.00 | 0.00 |
| 6/5/2012 | Flooring for Trailer | 0000002879 | 3,209.27 | 374.39 |
| 12/1/2014 | Feed System House 3 | 0000003010 | 1,756.46 | 0.00 |
| 4/27/2015 | 2 Feed Bins House 1 & 2 | 0000003061 | 11,584.54 | 4,633.85 |
| 7/15/2015 | Bushhog Model HD10DA | 0000003073 | 4,250.00 | 0.00 |
| 10/16/2015 | Feesders (10) Series 300 60X36 | 0000003117 | 4,493.50 | 0.00 |
| 10/18/2016 | Feeders | 0000003237 | 12,967.50 | 1,357.05 |
| 1/12/2018 | Heaters - 8 | 0000003328 | 7,649.36 | 4,097.87 |
| 1/17/2018 | Loading Chute | 0000003326 | 4,011.00 | 2,148.76 |
| 4/1/2019 | Drive Pump Unit | 0000003398 | 22,500.00 | 16,071.43 |
| **TOTAL** | | | 547,852.70 | 91,831.64 |

**Expense A/C#: 62604** <span style="color:red">**GENERAL**</span>

| Date | Description | Number | Amount | Amount 2 |
|---|---|---|---|---|
| 2/1/2007 | 6 Pit Fans | 0000002686 | 2,022.50 | 0.00 |
| **TOTAL** | | | 2,022.50 | 0.00 |

**Expense A/C#: 62604** <span style="color:red">**CIRCLE P**</span>

| Date | Description | Number | Amount | Amount 2 |
|---|---|---|---|---|
| 2/8/1984 | CIRCLE P FARM  [107] | 1488 | 104,668.61 | 0.00 |
| 2/8/1984 | BARN  (CIRCLE P FARM) | 1489 | 30,000.00 | 0.00 |
| 7/21/1984 | HOG EQUIPMENT  [107] | 1509 | 71,692.66 | 0.00 |
| 3/24/1987 | WELL  [107] | 1575 | 3,610.50 | 0.00 |
| 7/31/1989 | WELLS - CIRCLE P  [107] | 1676 | 2,135.52 | 0.00 |
| 7/27/1990 | RENOVATION - CEILING  [107] | 1712 | 14,286.58 | 0.00 |
| 5/13/1991 | FEED SYSTEM  [107] | 1799 | 4,718.09 | 0.00 |
| 1/10/1992 | FEEDERS  [107] | 1849 | 5,136.96 | 0.00 |
| 6/25/1993 | NEW ROOF  [107] | 2031 | 6,672.27 | 0.00 |
| 12/14/1993 | WELL EXTENSIONS  [107] | 2049 | 3,635.85 | 0.00 |
| 8/5/1997 | LAGOON WORK  [107] | 2253 | 7,867.20 | 0.00 |

# EXHIBIT A/B # 55B

| 11/15/2005 | Circle P Building Renovations | 2608 | 35,041.98 | 20,890.43 |
|---|---|---|---|---|
| 11/15/2005 | Feed Bins and Feeder System - Circle P | 2607 | 8,306.94 | 0.00 |
| 11/15/2005 | Curtains and System - Circle P | 2606 | 2,075.42 | 0.00 |
| 2/26/2008 | Finishing Floor Equipment | 0000002778 | 80,725.00 | 0.00 |
| 2/26/2008 | Finishing Floor Building | 0000002779 | 135,039.64 | 75,772.26 |
| 2/26/2008 | Land Improvements | 0000002780 | 19,176.00 | 0.00 |
| 2/26/2008 | Pumphouse/ Generator Shed | 0000002781 | 19,860.99 | 7,974.52 |
| 6/22/2015 | Shower | 0000003066 | 2,425.30 | 1,010.54 |
| 6/15/2017 | Slats | 0000003281 | 13,013.25 | 8,024.82 |
| 9/29/2017 | Well | 0000003293 | 7,336.00 | 4,707.28 |
| 9/1/2018 | Flooring | 0000003359 | 7,971.31 | 5,912.06 |
| **TOTAL** | | | 585,396.07 | 124,291.91 |

**Expense A/C#: 62604** **COPPERHEAD TRIPLE NET LEASE**

| 10/19/2001 | GENERATOR - 40KW | 2504 | 10,602.15 | 0.00 |
|---|---|---|---|---|
| 10/1/2006 | Buildings - Swine | 0000002657 | 888,434.00 | 244,319.34 |
| 10/1/2006 | Buildings - Broilers | 0000002658 | 55,104.00 | 0.00 |
| 10/1/2006 | Equipment - Swine | 0000002659 | 159,390.00 | 0.00 |
| 10/1/2006 | Equipment - Broilers | 0000002660 | 41,056.00 | 0.00 |
| 10/1/2006 | [LKT000001] TRADED 09/28/11 NBV-B 1718.85 | 0000002661 | 0.00 | 0.00 |
| 10/1/2006 | Land Improvements | 0000002662 | 135,000.00 | 4,500.00 |
| 11/1/2006 | Case IH 3230 Tractor | 0000002651 | 17,250.00 | 0.00 |
| 11/1/2006 | Fuel Tank - Irrigation | 0000002653 | 578.45 | 0.00 |
| 11/1/2006 | Fuel Tank - Generator | 0000002654 | 1,054.64 | 0.00 |
| 11/2/2006 | Pressure Washer | 0000002652 | 1,666.50 | 0.00 |
| 11/15/2006 | Road Work and Loading Area | 0000002655 | 3,397.50 | 0.00 |
| 1/2/2007 | Load Chute & Walkway | 0000002697 | 9,311.31 | 0.00 |
| 1/24/2007 | 4 Feed Bins | 0000002670 | 8,200.00 | 0.00 |
| 1/24/2007 | 1 Feed Bin | 0000002671 | 1,800.00 | 0.00 |
| 2/1/2007 | Used Bulk Feed Tank | 0000002681 | 700.00 | 0.00 |
| 2/6/2007 | Used Bulk Feed Tank | 0000002682 | 700.00 | 0.00 |
| 2/7/2007 | Used Bulk Feed Tank | 0000002685 | 700.00 | 0.00 |
| 2/12/2007 | Used Bulk Feed Tank | 0000002684 | 700.00 | 0.00 |
| 2/13/2007 | Used Bulk Feed Tank | 0000002683 | 700.00 | 0.00 |
| 2/23/2007 | 2 Bulk Feeders | 0000002702 | 1,400.00 | 0.00 |
| 3/23/2007 | Feed Bin Pads | 0000002713 | 3,975.50 | 242.99 |
| 3/27/2007 | 270 gallon Fuel Tank | 0000002715 | 612.77 | 0.00 |
| 4/1/2007 | Feed System | 0000002714 | 12,742.45 | 0.00 |
| 4/2/2007 | Feed Bin | 0000002712 | 700.00 | 0.00 |
| 5/1/2007 | Tunnel Ventalation | 0000002717 | 96,133.57 | 6,943.05 |
| 7/6/2007 | Feed Bin | 0000002722 | 2,495.00 | 0.00 |
| 7/6/2007 | 2 HP Sewage Pump | 0000002723 | 788.15 | 0.00 |
| 7/12/2007 | 5000 gal Water Tank | 0000002719 | 2,824.95 | 0.00 |
| 7/12/2007 | Water Tank | 0000002752 | 2,824.95 | 0.00 |
| 7/31/2007 | Bush Hog | 0000002726 | 905.84 | 0.00 |
| 9/20/2007 | Generator Alarms | 0000002744 | 520.00 | 0.00 |
| 9/28/2011 | [LKA000001] 100 KW Generator | 0000002661 | 10,218.85 | 0.00 |
| 7/6/2012 | Pressure Washer | 0000002886 | 1,836.95 | 0.00 |
| 8/10/2012 | Well Pump | 0000002892 | 1,962.20 | 0.00 |
| 9/5/2012 | Curtains and Alarm System | 0000002893 | 8,299.89 | 0.00 |
| 3/20/2014 | Roof Copperhead #2 | 0000002935 | 19,520.11 | 14,492.21 |
| 6/10/2014 | Roadwork & Lagoon | 0000002992 | 7,710.00 | 2,441.50 |
| 7/23/2014 | Payne 2 TON Heat Pump System | 0000002979 | 4,497.00 | 1,461.53 |
| 7/24/2014 | Penning House 9-11 | 0000002974 | 36,926.13 | 12,001.01 |
| 8/1/2014 | Feed Systems | 0000002975 | 25,363.96 | 8,454.63 |
| 8/7/2014 | Ventilation System | 0000002976 | 18,041.88 | 0.00 |
| 8/15/2014 | Office / Shower Addition | 0000002982 | 46,937.69 | 15,645.89 |
| 9/5/2014 | Pit Fans | 0000002980 | 5,232.93 | 0.00 |

# EXHIBIT A/B # 55B

| Date | Description | Number | Amount 1 | Amount 2 |
|---|---|---|---|---|
| 9/15/2014 | Copperhead Roofing Multi - Buildings | 0000002983 | 127,791.71 | 43,662.17 |
| 9/22/2014 | 2 Pump Sewage Ejector Systems | 0000002977 | 2,044.06 | 0.00 |
| 9/25/2014 | Heater 225M BTU | 0000002978 | 1,580.43 | 0.00 |
| 10/15/2014 | Amana Dryer (NED4600YQ1) | 0000002997 | 483.43 | 0.00 |
| 12/15/2014 | Roofs - Houses 8-11 | 0000003005 | 60,161.02 | 50,391.27 |
| 12/19/2014 | Pressure Washer Ser#10826970 | 0000003015 | 2,376.00 | 0.00 |
| 1/1/2015 | Black Steel Piping for Gas | 0000003067 | 3,799.85 | 1,424.91 |
| 1/15/2015 | Clearing and Grading for Dead Box | 0000003049 | 2,900.00 | 0.00 |
| 3/26/2015 | Pump Sewage Ejector 2hp | 0000003024 | 852.46 | 0.00 |
| 8/19/2015 | Pig Scale | 0000003071 | 908.07 | 0.00 |
| 9/8/2015 | Well Pump | 0000003143 | 600.00 | 0.00 |
| 9/12/2015 | Land Improvement Stone & Equipment | 0000003092 | 5,150.00 | 3,233.08 |
| 9/23/2015 | 2 - Control 7 Stage 1 Variable | 0000003089 | 1,850.71 | 0.00 |
| 10/12/2015 | Grading and Gravel | 0000003118 | 11,950.00 | 5,377.49 |
| 10/15/2015 | Pump Sewage Ejector | 0000003119 | 869.02 | 0.00 |
| 10/28/2015 | Goulds Pump GT-15 | 0000003121 | 438.46 | 0.00 |
| 11/24/2015 | 225M BTU Heater | 0000003110 | 582.82 | 0.00 |
| 11/24/2015 | 225M BTU Heater | 0000003111 | 582.82 | 0.00 |
| 12/8/2015 | Pressure Washer | 0000003144 | 3,106.49 | 0.00 |
| 10/15/2017 | Land Improvement | 0000003320 | 7,750.00 | 5,037.50 |
| 11/6/2017 | 2 Loading Chutes | 0000003298 | 10,714.00 | 5,484.55 |
| 8/5/2018 | Build House Pads | 0000003356 | 6,750.00 | 4,178.57 |
| **TOTAL** | | | 1,902,056.67 | 429,291.69 |

**Expense A/C#: 62608** FEED MILL

| Date | Description | Number | Amount 1 | Amount 2 |
|---|---|---|---|---|
| 2/6/2007 | 2007 Chevrolet C1500 | 0000002675 | 17,000.00 | 0.00 |
| 9/23/2010 | Die Rework | 0000002814 | 3,300.00 | 0.00 |
| 10/1/2010 | Scale Rework and Repair | 0000002813 | 22,305.66 | 0.00 |
| 10/1/2010 | Feedmill | 0000002824 | 385,750.84 | 223,735.52 |
| 10/10/2010 | Automated Batching System | 0000002822 | 17,658.82 | 0.00 |
| 10/20/2010 | Roofing Warehouse and Feedmill | 0000002823 | 5,300.00 | 3,074.01 |
| 12/1/2010 | Elevator Rebuild and Repair | 0000002832 | 10,929.00 | 0.00 |
| 12/2/2010 | Fat Delivery System | 0000002826 | 6,474.43 | 0.00 |
| 12/8/2010 | Hopper Tank Rebuild and Repair | 0000002836 | 53,852.42 | 0.00 |
| 12/8/2010 | Roof For Feed Bins | 0000002837 | 2,567.29 | 0.00 |
| 12/14/2010 | Feed Ingredient Augers | 0000002831 | 6,804.17 | 0.00 |
| 12/17/2010 | Boiler | 0000002834 | 102,971.11 | 0.00 |
| 12/30/2010 | Steam Heating and Piping | 0000002835 | 3,854.06 | 0.00 |
| 1/31/2011 | Boiler (Cost Adjustment) | 0000002841 | 19,641.11 | 0.00 |
| 9/1/2011 | Batching System Update | 0000002851 | 12,986.47 | 0.00 |
| 9/7/2011 | Steep Water System | 0000002850 | 36,750.00 | 0.00 |
| 12/14/2011 | Vertical Lift Garage Door | 0000002859 | 1,570.00 | 0.00 |
| 1/5/2012 | Trane 13 Gas Pasck | 0000002867 | 4,895.00 | 0.00 |
| 6/1/2012 | Blower Maotor and Fan Assembly | 0000002877 | 725.00 | 0.00 |
| 6/1/2012 | 1 1/2 Deep Well Pump | 0000002878 | 845.00 | 0.00 |
| 8/1/2012 | Conveyor Belt | 0000002887 | 3,012.08 | 0.00 |
| 11/19/2012 | Viking Pump | 0000002895 | 4,475.92 | 0.00 |
| 12/3/2012 | Pellet Mill Motor | 0000002896 | 18,000.00 | 0.00 |
| 1/14/2013 | Gas Manifold System | 0000002899 | 10,784.52 | 0.00 |
| 4/2/2013 | Fat Pump | 0000002907 | 4,855.24 | 0.00 |
| 4/3/2013 | Pump for Choline Chloride | 0000002906 | 2,164.09 | 0.00 |
| 4/9/2013 | E-Z Clean Vertical Spount Magnet | 0000002908 | 8,475.50 | 0.00 |
| 8/7/2013 | Screen Carriage | 0000002915 | 1,527.36 | 0.00 |
| 9/21/2013 | Essmueller Drag Flight Conveyor | 0000002917 | 11,975.33 | 0.00 |
| 9/21/2013 | Essmueller Drag Flite Conveyor | 0000002918 | 9,672.83 | 0.00 |
| 10/1/2013 | Gear Box - Dodge TPR Bushed Reducer | 0000002921 | 3,880.99 | 0.00 |
| 12/12/2013 | Head Assembly on Drag Conveyor | 0000002925 | 11,332.14 | 0.00 |
| 1/2/2014 | PC w/ Office 2013 | 0000002930 | 1,401.41 | 0.00 |

# EXHIBIT A/B # 55B

| Date | Description | Number | Amount | Amount |
|---|---|---|---:|---:|
| 3/4/2014 | Goodman Split A/C System | 0000002988 | 3,250.00 | 947.93 |
| 3/11/2014 | Hyundai Motor | 0000002932 | 1,995.00 | 0.00 |
| 3/13/2014 | HP Probook w/MS office | 0000002933 | 1,099.10 | 0.00 |
| 3/18/2014 | Motor Gearbox | 0000002931 | 12,600.00 | 0.00 |
| 5/7/2014 | Pellet Cooler Rebuild | 0000002951 | 9,762.93 | 2,079.44 |
| 6/2/2014 | Steepwater Pump | 0000002952 | 2,087.54 | 0.00 |
| 6/9/2014 | Hammer Mill Doors | 0000002950 | 9,259.08 | 2,932.04 |
| 6/26/2014 | Hammermill Motor | 0000002984 | 9,488.94 | 0.00 |
| 6/27/2014 | Conditioner System | 0000002987 | 72,169.55 | 0.00 |
| 6/30/2014 | Complete Steepwater Pump System | 0000002986 | 7,017.93 | 0.00 |
| 7/3/2014 | Pellet Mill Starter 500HP | 0000002989 | 3,939.08 | 0.00 |
| 7/8/2014 | 150 HP 448T Lincoln Motor | 0000002985 | 2,550.00 | 0.00 |
| 10/16/2014 | 3 Roll Shells | 0000003011 | 3,835.00 | 0.00 |
| 11/17/2014 | 2014 Ram Truck - White | 0000003000 | 35,832.95 | 0.00 |
| 12/9/2014 | Gearbox - Short Corn Elevator | 0000003016 | 2,922.49 | 0.00 |
| 1/16/2015 | Recieving Elevator | 0000003029 | 108,950.00 | 40,856.24 |
| 1/19/2015 | Hyundai Motor with Belts | 0000003031 | 1,041.85 | 0.00 |
| 1/30/2015 | Gear Box For Auger | 0000003036 | 1,846.43 | 0.00 |
| 3/2/2015 | Steepwater Piping and Mixing | 0000003030 | 26,416.83 | 10,346.60 |
| 3/24/2015 | LoadCell for Scales | 0000003022 | 3,729.89 | 0.00 |
| 4/10/2015 | Auger System for Phosphate | 0000003065 | 3,187.05 | 1,274.79 |
| 4/17/2015 | Fan Blower | 0000003080 | 5,904.29 | 0.00 |
| 9/18/2015 | Andritz Pellet Mill | 0000003090 | 53,710.75 | 0.00 |
| 9/30/2015 | Mixer Motor | 0000003082 | 4,571.00 | 0.00 |
| 10/22/2015 | Liner for Corn Trough | 0000003140 | 13,629.24 | 2,920.57 |
| 10/30/2015 | Rebuild Roll Assembly | 0000003141 | 5,653.25 | 1,211.39 |
| 11/1/2015 | Natural Gas Line | 0000003139 | 99,261.00 | 63,416.75 |
| 12/14/2015 | Mash Elevator Belt,Bucket and Hardware | 0000003142 | 25,146.27 | 6,191.35 |
| 2/8/2016 | Corn Drag to Hammermill | 0000003171 | 10,290.24 | 0.00 |
| 3/24/2016 | 1" Micro Motion Meter R100 Mass Flow | 0000003186 | 6,509.39 | 1,782.34 |
| 3/25/2016 | Aurora Feedwater Pump | 0000003166 | 3,276.02 | 0.00 |
| 8/4/2016 | Computer Equipment | 0000003231 | 2,415.06 | 174.02 |
| 8/15/2016 | Ledwell Feed Tailer | 0000003189 | 110,907.40 | 7,991.51 |
| 2/7/2017 | Belt and Buckets for Pit Elevator | 0000003271 | 8,170.12 | 0.00 |
| 3/24/2017 | Computer Components for Repete Batching System | 0000003342 | 7,795.94 | 1,429.26 |
| 4/10/2017 | Breakroom Renovation | 0000003279 | 9,574.84 | 7,021.55 |
| 6/30/2017 | Railroad Track Improvements | 0000003288 | 31,600.00 | 19,486.68 |
| 6/30/2017 | Truck Scale | 0000003289 | 50,775.38 | 22,969.81 |
| 5/1/2018 | Batching and Micro System | 0000003345 | 383,103.16 | 271,364.74 |
| 7/3/2018 | Roller Mill | 0000003349 | 173,089.67 | 105,090.15 |
| 10/29/2019 | Pellet Cooler | 0000003416 | 189,856.02 | 161,377.63 |
| 1/24/2020 | Pellet Mill Rollers | 0000003418 | 32,038.90 | 18,689.37 |
| 3/22/2020 | Wall Replacement in Feedmill | 0000003419 | 56,852.09 | 53,772.59 |
| **TOTAL** | | | 2,414,849.46 | 1,030,136.28 |

**Expense A/C#: 72600 FEED DELIVERY**

| Date | Description | Number | Amount | Amount |
|---|---|---|---:|---:|
| 4/26/1991 | WARREN 36' FEED TRAILER AT - SER9 | 1792 | 32,714.25 | 0.00 |
| 11/21/1996 | VACUUM PICK-UP SYS - TRLR #1792 | 2204 | 14,700.00 | 0.00 |
| 7/27/2005 | 2005 Chevrolet C1500 Pickup | 2595 | 18,855.00 | 0.00 |
| 11/29/2005 | CEI Pacer Feed Trailer | 2611 | 62,414.46 | 0.00 |
| 1/2/2007 | Hydraulic System for Feed Truck | 0000002667 | 4,697.10 | 0.00 |
| 2/17/2011 | 1998 Mack Tractor | 0000002843 | 15,600.00 | 0.00 |
| 10/28/2011 | 2001 Warren Trailer | 0000002853 | 15,000.00 | 0.00 |
| 4/16/2015 | 2015 Ledwell Feed Trailer | 0000003069 | 78,840.00 | 0.00 |
| 6/1/2015 | 2006 Freightliner Tractor with Wet Line | 0000003070 | 70,552.22 | 0.00 |
| 6/23/2015 | Wet Line | 0000003081 | 6,928.71 | 0.00 |
| 3/4/2016 | Wet Line Kit | 0000003170 | 7,404.40 | 0.00 |
| 1/31/2017 | Pacer Trailer Rebuild | 0000003344 | 15,294.34 | 2,294.14 |

# EXHIBIT A/B # 55B

| | | | | |
|---|---|---|---|---|
| 6/20/2019 | New Wayne Reliance Fuel Dispenser | 0000003402 | 15,051.10 | 11,109.13 |
| **TOTAL** | | | 358,051.58 | 13,403.27 |

**Expense A/C#: 72603** <span style="color:red">LIVE HAUL</span>

| | | | | |
|---|---|---|---|---|
| 9/12/1991 | 1992 EBY 48' HOG TRAILER | 1825 | 28,010.00 | 0.00 |
| 8/27/1992 | EBY 40' HOG TRAILER | 1886 | 16,925.00 | 0.00 |
| 3/22/1993 | 1993 EBY 53' TRAILER | 1978 | 30,660.00 | 0.00 |
| 6/8/1993 | STRETCH ASSET #1886 TO 40 ' | 1982 | 9,409.02 | 0.00 |
| 12/28/1993 | 1994 EBY 53' TRAILER | 2035 | 31,836.00 | 0.00 |
| 1/12/1995 | MODIFICATION TO ASSET 1886 | 2133 | 2,526.96 | 0.00 |
| 1/24/1996 | SIDING TO WINTERIZE HOG TRAILERS | 2168 | 11,716.01 | 0.00 |
| 2/17/1999 | 1999 EBY 50' STRAIGHT TRAILER | 2333 | 37,878.00 | 0.00 |
| 4/19/2000 | EBY HOG TRAILER - 1996 | 2458 | 26,560.00 | 0.00 |
| 10/22/2001 | 2002 CHEV C1500 P/U REG CAB 2WD | 2501 | 18,360.32 | 0.00 |
| 10/28/2004 | Rebuild Floor for Asset #2458 | 2555 | 8,621.08 | 0.00 |
| 12/20/2005 | EBY Live Haul Trailer | 2612 | 74,518.00 | 0.00 |
| 9/15/2006 | 2007 Live Haul Trailer | 0000002641 | 56,069.00 | 0.00 |
| 12/23/2006 | 2002 Freightliner Tractor | 0000002664 | 33,000.00 | 0.00 |
| 6/28/2007 | Refurbish EBY Trailer | 0000002724 | 17,815.93 | 0.00 |
| 5/20/2010 | 2005 EBY Livestock Trailer | 0000002800 | 42,500.00 | 0.00 |
| 10/14/2010 | Repair to 1999 Trailer | 0000002821 | 7,723.90 | 0.00 |
| 1/23/2012 | 2012 EBY Trailer | 0000002862 | 78,341.00 | 0.00 |
| 4/11/2014 | 2014 Ram 1500 | 0000002942 | 29,671.00 | 0.00 |
| 4/30/2014 | EBY Live Haul Trailer | 0000002944 | 78,323.00 | 0.00 |
| 12/17/2014 | 2015 53' EBY Live Haul Trailer | 0000003007 | 78,375.00 | 7,697.54 |
| 6/1/2016 | 2017 EBY Trailer | 0000003183 | 78,323.00 | 24,242.84 |
| 10/4/2016 | 2016 Ford F-150 | 0000003232 | 43,803.47 | 4,584.04 |
| 2/17/2017 | 2008 EBY Trailer | 0000003258 | 35,840.00 | 5,973.33 |
| 4/15/2018 | Eby Live Haul Trailer | 0000003336 | 80,121.00 | 32,048.40 |
| 7/15/2018 | Truck Garage | 0000003354 | 147,762.71 | 137,343.54 |
| 2/7/2020 | 2007 EBY Trailer | 0000003421 | 30,000.00 | 23,000.00 |
| 3/1/2020 | Barrett Trailer | 0000003420 | 28,000.00 | 21,933.33 |
| **TOTAL** | | | 1,162,689.40 | 256,823.02 |

**Expense A/C#: 82600** <span style="color:red">G&A</span>

| | | | | |
|---|---|---|---|---|
| 12/15/1967 | TRUCK BUILDING | 1119 | 1,696.54 | 0.00 |
| 4/15/1981 | OFFICE BUILDING ADDITION | 1120 | 5,068.99 | 0.00 |
| 10/15/1982 | 1983 FEATHER LIGHT TRAILER | 1499 | 0.00 | 0.00 |
| 5/3/1988 | PAVING - NEW OFFICE | 1634 | 7,104.47 | 0.00 |
| 5/16/1988 | NEW OFFICE | 1605 | 192,518.58 | 0.00 |
| 5/16/1988 | WELL - NEW OFFICE | 1620 | 1,061.25 | 0.00 |
| 6/10/1988 | LANDSCAPING & WALKS | 1631 | 5,062.88 | 0.00 |
| 10/15/1989 | WAREHOUSE ROOF | 1690 | 4,372.69 | 0.00 |
| 5/17/1991 | OFFICE LANDSCAPING | 1801 | 9,506.50 | 0.00 |
| 8/8/1991 | OFFICE IRRIGATION SYSTEM | 1826 | 2,990.00 | 0.00 |
| 2/1/1992 | REMODEL OFFICE | 1881 | 2,680.65 | 0.00 |
| 3/30/1992 | 1992 HOOPER TRAILER | 1883 | 4,660.00 | 0.00 |
| 1/28/1993 | OFFICE RENOVATION | 1970 | 1,914.28 | 0.00 |
| 4/20/1993 | 1993 SHOP MADE UTILITY TRAILER | 1976 | 6,742.87 | 0.00 |
| 5/31/1993 | 1993 CHEV S-10 PICK-UP | 1977 | 18,495.37 | 0.00 |
| 9/2/1993 | WELL  (Belford area) | 2034 | 1,386.09 | 0.00 |
| 9/20/1993 | 1994 CHEV EXT CAB PICK-UP | 2013 | 22,404.38 | 0.00 |
| 1/30/1995 | AMERICAN POWER 450 UPS | 2125 | 612.68 | 0.00 |
| 5/24/1996 | KITCHEN FLOORING | 2174 | 1,465.14 | 0.00 |
| 7/18/1996 | KITCHEN WALLPAPER & PICTURE | 2177 | 668.71 | 0.00 |
| 2/17/1997 | WAREHOUSE SHELVES | 2220 | 495.00 | 0.00 |
| 4/18/1997 | PIGCHAMP PROGRAM | 2218 | 6,358.96 | 0.00 |
| 1/5/1998 | TRAILER | 2299 | 400.00 | 0.00 |

## EXHIBIT A/B # 55B

| | | | | |
|---|---|---|---|---|
| 6/28/2000 | AIR COND  2 TON TRANE XE1100 | 2468 | 4,307.47 | 0.00 |
| 4/12/2001 | TELEPHONE SYSTEM | 2487 | 9,014.80 | 0.00 |
| 6/5/2002 | GAS PACKS (4) - OFFICE HEATING & COOLING | 2524 | 17,519.31 | 0.00 |
| 11/15/2002 | ROOF - OFFICE | 2534 | 11,374.16 | 0.00 |
| 6/2/2004 | 04 Ford F150 Crew Cab | 2551 | 36,746.97 | 0.00 |
| 7/30/2004 | APC - UPS Battery Back up | 2561 | 608.83 | 0.00 |
| 7/30/2004 | MAS90 Software Modules | 2563 | 3,424.00 | 0.00 |
| 8/23/2004 | 04 Chevrolet K2500 C/K PI | 2552 | 37,661.51 | 0.00 |
| 5/30/2006 | Office Tile & New Windows | 0000002626 | 16,536.44 | 0.00 |
| 3/19/2007 | APC Battery Backup For Phone System | 0000002704 | 502.96 | 0.00 |
| 10/23/2007 | Roof and Building Improvements | 0000002746 | 11,391.21 | 1,139.17 |
| 2/25/2009 | Heating System - Carrier Gas Pack | 0000002789 | 7,427.00 | 0.00 |
| 8/30/2010 | Kraftsman Trailer | 0000002806 | 6,850.00 | 0.00 |
| 9/7/2010 | MAS90 Bill of Material Module | 0000002808 | 2,670.50 | 0.00 |
| 9/24/2010 | Server and Accessories | 0000002812 | 7,490.45 | 0.00 |
| 5/28/2015 | 2.5 ton Carrier Gas Pack | 0000003099 | 5,792.81 | 896.52 |
| 9/18/2015 | Centrifugal Pump 3500 RPM Motor | 0000003091 | 5,005.33 | 0.00 |
| 4/7/2016 | Alarm System | 0000003177 | 3,080.00 | 36.22 |
| 7/15/2016 | 2016 Honda Accord | 0000003188 | 30,000.00 | 1,699.94 |
| 9/15/2016 | OPW Fuel System | 0000003210 | 7,905.83 | 0.00 |
| 10/14/2016 | 2017 Lincoln Navigator | 0000003233 | 73,500.00 | 7,691.77 |
| 12/5/2016 | 2016 Ford F-150 | 0000003256 | 41,500.00 | 5,706.25 |
| 9/15/2017 | 3 modules for Sage 100 | 0000003287 | 5,924.17 | 0.00 |
| 11/1/2017 | 2014 Nissan Sentra | 0000003309 | 13,141.96 | 4,161.63 |
| **TOTAL** | | | 657,041.74 | 21,331.50 |

TOTALS      41,117,676      18,530,739

**Fill in this information to identify the case:**

Debtor name    **N. G. Purvis Farms, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | | | |
|---|---|---|---|
| **Chatham County Tax Office** | Describe debtor's property that is subject to a lien | $21,907.53 | Unknown |
| Creditor's Name | **All real property located in this county - see attached Exhibit A/B # 55A** | | |
| **Attn: Managing Officer/Agent PO Box 697 Pittsboro, NC 27312-0697** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **2021 real and personal property taxes** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☑ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ☑ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| 2.2 | | | |
|---|---|---|---|
| **First National Bank of Omaha** | Describe debtor's property that is subject to a lien | $26,115,744.66 | Unknown |
| Creditor's Name | **Creditor appears to have a: Senior lien on most personal property excluding titled vehicles & $250,000 in payroll acct. constituting proceeds of USDA CFAP; Junior lien on most real property - see Exhibit A/B # 55A.** | | |
| **Attn: Managing Officer/Agent 1620 Dodge Street Omaha, NE 68197** | | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Security Interest pursuant to Credit Agreement of April 1, 2019 as amended.** | | |
| | **Is the creditor an insider or related party?** | | |
| Creditor's email address, if known | ☑ No | | |
| | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ☐ No | | |

Debtor    **N. G. Purvis Farms, Inc.**                                    Case number (if known) _____
_____
Name

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5891**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $11,558.80 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Officer/Agent**
**PO Box 650575**
**Dallas, TX 75265-0575**
Creditor's mailing address

**2016 Ford F-150 - VIN 1FTFW1EF1GFD58307 (included on Exhibit A/B # 47B)**
**NADA Ave. Trade-in: $27,725**
**Condition: Poor**

Describe the lien
**Retail Installment Contract**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7154**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $8,246.61 | $22,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Officer/Agent**
**PO Box 650575**
**Dallas, TX 75265-0575**
Creditor's mailing address

**2016 Ford F-150 - VIN 1FTEW1EF7GFD14338 (included on Exhibit A/B # 47B)**
**NADA Ave. Trade-in: $27,725**
**Condition: Good**

Describe the lien
**Retail Installment Contract**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5930**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $6,062.70 | $22,000.00 |
|---|---|---|---|---|

---

Debtor    **N. G. Purvis Farms, Inc.**                                          Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's Name<br>**Attn: Managing<br>Officer/Agent<br>PO Box 650575<br>Dallas, TX 75265-0575** | **2017 Ford F-150 - VIN 1FTEX1EF4HKE44082<br>(included on Exhibit A/B # 47B)<br>NADA Ave. Trade-in: $28,300<br>Condition: Fair** |
| Creditor's mailing address | **Describe the lien**<br>**Retail Installment Contract** |
| | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number**<br>**2494** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| **Do multiple creditors have an<br>interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | |
|---|---|---|---|
| 2.6 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien<br>**2017 Ford F-350 - VIN 1FD8X3FT1HEE29241<br>(included on Exhibit A/B # 47B)<br>Condition: Good** | $21,167.10    $30,000.00 |
| | Creditor's Name<br>**Attn: Managing<br>Officer/Agent<br>PO Box 650575<br>Dallas, TX 75265-0575** | | |
| | Creditor's mailing address | **Describe the lien**<br>**Retail Installment Contract** | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred** | | |
| | **Last 4 digits of account number**<br>**9543** | **As of the petition filing date, the claim is:**<br>Check all that apply | |
| | **Do multiple creditors have an<br>interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

| | | | |
|---|---|---|---|
| 2.7 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien<br>**2018 Ford F-150 - VIN 1FTFX1E57JFC24848<br>(included on Exhibit A/B # 47B)<br>NADA Ave. Trade-in: $31,025<br>Condition: Good** | $17,156.13    $12,000.00 |
| | Creditor's Name<br>**Attn: Managing<br>Officer/Agent<br>PO Box 650575<br>Dallas, TX 75265-0575** | | |
| | Creditor's mailing address | **Describe the lien**<br>**Retail Installment Contract** | |
| | | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred** | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor    **N. G. Purvis Farms, Inc.**                                                    Case number (if known) _____
_____
Name

**Last 4 digits of account number**
**4134**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $12,603.15 | $19,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Officer/Agent**
**PO Box 650575**
**Dallas, TX 75265-0575**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8311**

**2017 Ford Van - VIN 1FTYE1YMXHKA39129 (included on Exhibit A/B # 47B)**
**Condition: Good**

**Describe the lien**
**Retail Installment Contract**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $16,561.96 | $6,500.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Officer/Agent**
**PO Box 650575**
**Dallas, TX 75265-0575**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7533**

**2018 Ford F-150 - VIN 1FTEX1E51JKC76205 (included on Exhibit A/B # 47B)**
**NADA Ave. Trade-in: $31,025**
**Condition: Very Poor**

**Describe the lien**
**Retail Installment Contract**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 0 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $15,626.12 | $10,500.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor  **N. G. Purvis Farms, Inc.**                                     Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's Name<br>**Attn: Managing Officer/Agent**<br>**PO Box 650575**<br>**Dallas, TX 75265-0575** | **2018 Ford F-150 - VIN 1FTEX1E58JKC76136**<br>**(included on Exhibit A/B # 47B)**<br>**NADA Ave. Trade-in: $31,025**<br>**Condition: Fair** |
| Creditor's mailing address | Describe the lien<br>**Retail Installment Contract**<br>Is the creditor an insider or related party? |
| | ■ No<br>☐ Yes |
| Creditor's email address, if known | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number**<br>**2367** | |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.1 1 | **Ford Motor Credit** | Describe debtor's property that is subject to a lien | $20,612.49 | $30,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 Ford F-350 - VIN 1FD8X3FT6HEE92223**<br>**(included on Exhibit A/B # 47B)**<br>**Condition: Good** | | |
| | **Attn: Managing Officer/Agent**<br>**PO Box 650575**<br>**Dallas, TX 75265-0575** | | | |
| | Creditor's mailing address | Describe the lien<br>**Retail Installment Contract**<br>Is the creditor an insider or related party? | | |
| | | ■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number**<br>**2544** | | | |
| | Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

---

| 2.1 2 | **LOL Finance Co.** | Describe debtor's property that is subject to a lien | $14,190,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Creditor appears to have a:**<br>**Senior lien on most real property - see Exhibit**<br>**A/B # 55A. Principal amount owing shown.** | | |
| | **Attn: Managing Officer/Agent**<br>**1080 County Road F West**<br>**Saint Paul, MN 55126** | | | |
| | Creditor's mailing address | Describe the lien<br>**Security Interest securing numerous prom.**<br>**notes of debtor and listed codebtors**<br>Is the creditor an insider or related party? | | |
| | | ■ No<br>☐ Yes | | |
| | Creditor's email address, if known | Is anyone else liable on this claim? | | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                              page 5 of 9

Debtor    **N. G. Purvis Farms, Inc.**
_____    Case number (if known) _____
Name

**Date debt was incurred**

☐ No

**Last 4 digits of account number**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
Check all that apply

■ No    ☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated

☐ Disputed

---

| 2.1 3 | **Montgomery County Tax** | **Describe debtor's property that is subject to a lien** | $19,162.14 | Unknown |
|---|---|---|---|---|

Creditor's Name
All real property located in this county - see attached Exhibit A/B # 55A

**Attn: Managing Officer/Agent**
**PO Box 614**
**Troy, NC 27371-0614**

Creditor's mailing address    **Describe the lien**
2021 real and personal property taxes

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ■ No

**Last 4 digits of account number**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
Check all that apply

■ No    ☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Moore County Tax Department** | **Describe debtor's property that is subject to a lien** | $51,078.68 | Unknown |
|---|---|---|---|---|

Creditor's Name
All real property located in this county - see attached Exhibit A/B # 55A

**Attn: Managing Officer/Agent**
**PO Box 457**
**Carthage, NC 28327-0457**

Creditor's mailing address    **Describe the lien**
2021 real property taxes

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ■ No

**Last 4 digits of account number**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**    **As of the petition filing date, the claim is:**
Check all that apply

■ No    ☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated

☐ Disputed

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.15** **Moore County Tax Department**

Creditor's Name

**Attn: Managing Officer/Agent**
**PO Box 457**
**Carthage, NC 28327-0457**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All real property located in this county - see attached Exhibit A/B # 55A**

**Describe the lien**
**2021 personal property taxes.**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$8,642.30    Unknown

---

**2.16** **Oglethorpe County Tax Commissioner**

Creditor's Name

**Attn: Managing Officer/Agent**
**341 W. Main Street**
**Lexington, GA 30648**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All real property located in this county - see attached Exhibit A/B # 55A**

**Describe the lien**
**2021 Real Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,307.98    Unknown

---

**2.17** **Richmond County Tax Collector**

Creditor's Name

**Attn: Managing Officer/Agent**
**PO Box 1644**
**Rockingham, NC 28380-1644**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All real property located in this county - see attached Exhibit A/B # 55A**

**Describe the lien**
**2021 real and personal property taxes**
**Is the creditor an insider or related party?**
■ No

$7,395.59    Unknown

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 9

| Debtor | **N. G. Purvis Farms, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Warren County Tax Collector** | **Describe debtor's property that is subject to a lien** | $4,387.45 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Officer/Agent
PO Box 240
Warrenton, NC 27589**

**All real property located in this county - see attached Exhibit A/B # 55A**

Creditor's mailing address

**Describe the lien**

**2021 real and personal property taxes**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Westfield Bank** | **Describe debtor's property that is subject to a lien** | $108,451.28 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Attn: Managing Officer/Agent
PO Box 692
Westfield Center, OH 44251-0692**

**Insurance premium financing agreement - right to unearned premiums upon any termination of policies**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | N. G. Purvis Farms, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

- ☒ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $40,665,672.67

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Dorsey & Whitney, LLP**<br>**Attn: Mr. Peter T. Nelson**<br>**Suite 1500, 50 South Sixth Street**<br>**Minneapolis, MN 55402-1498** | Line **2.12** | |
| **Ellis & Winters, LLP**<br>**Attn: Ms. Pam McAfee**<br>**4131 Parklake Avenue, Suite 400**<br>**Raleigh, NC 27612** | Line **2.12** | |
| **Land O'Lakes, Inc.**<br>**Attn: Paul Nielson - SLO**<br>**902 N. 24th Street**<br>**Denison, IA 51442** | Line **2.12** | |
| **McGrath North**<br>**Attn: Robert P. Diederich**<br>**Suite 3700, 1601 Dodge St.**<br>**Omaha, NE 68102** | Line **2.2** | |
| **Nelson Mullins**<br>**Attn: Terri L. Gardner**<br>**4140 Parklake Avenue**<br>**Raleigh, NC 27612** | Line **2.2** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **N. G. Purvis Farms, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Debtor's Employees** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**GA Dept. of Agri-Livestock/Poultry<br>Attn: Managing Officer/Agent<br>P.O. Box 7847<br>Gainesville, GA 30504** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Land permits.   Listed for notice purposes.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **N. G. Purvis Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Attn: Managing Officer / Agent**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Listed for notice purposes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NC DEHNR**
**Attn: Managing Officer/Agent**
**217 West Jones Street**
**Raleigh, NC 27603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Air and water quality permits.  Listed for notice purposes.** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NC DENR - Div. of Water Resource**
**Attn: Managing Officer/Agent**
**217 West Jones Street**
**Raleigh, NC 27603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Lagoon permits on the farms.  Listed for notice purposes.** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NC Dept. Environmental Quality**
**Attn: Managing Officer/Agent**
**217 West Jones Street**
**Raleigh, NC 27603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Permit to make feed.   Listed for notice purposes.** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,786.43 | $5,786.43 |
|---|---|---|---|
| **NC Dept. of Agriculture & Cons. Ser** | *Check all that apply.* | | |
| **Attn: Tina L. Hlabse, Gen. Counsel** | ☐ Contingent | | |
| **1001 Mail Service Center** | ☐ Unliquidated | | |
| **Raleigh, NC 27699-1001** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Feed Tax - 1st Quarter 2021 - Estimated Amount Shown** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No |
| | ☐ Yes |

---

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **NC Dept. of Water Quality** | *Check all that apply.* | | |
| **Attn: Managing Officer/Agent** | ☐ Contingent | | |
| **512 N. Salisbury St.** | ☐ Unliquidated | | |
| **Raleigh, NC 27604** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Certifications for pumping.   Listed for notice purposes.** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No |
| | ☐ Yes |

---

**2.9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **NC DOL - Boiler Safety Bureau** | *Check all that apply.* | | |
| **Attn: Managing Officer/Agent** | ☐ Contingent | | |
| **1101 Mail Service Center** | ☐ Unliquidated | | |
| **Raleigh, NC 27699-1101** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Inspection for the boiler at the feed mill.  Listed for notice purposes.** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No |
| | ☐ Yes |

---

**2.10**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| **North Carolina Dept. of Commerce** | *Check all that apply.* | | |
| **Div. of Employment Security** | ☐ Contingent | | |
| **PO Box 26504** | ☐ Unliquidated | | |
| **Raleigh, NC 27611-6504** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Listed for notice purposes** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No |
| | ☐ Yes |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **N. G. Purvis Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**North Carolina Dept. of Revenue**
**Office Serv. Division Bankr. Unit**
**PO Box 1168**
**Raleigh, NC 27602-1168**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Listed for notice purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,080.28 | $7,080.28 |
|---|---|---|---|---|

**Randolph County Tax Collector**
**Attn: Managing Officer/Agent**
**725 McDowell Road**
**Asheboro, NC 27205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2021 real property taxes owed under lease of**
**Copperhead Farm.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,524.80 | $2,524.80 |
|---|---|---|---|---|

**Richmond County Tax Collector**
**Attn: Managing Officer/Agent**
**PO Box 1644**
**Rockingham, NC 28380-1644**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2021 real property taxes owed under lease of**
**Clearview Farms from North Moore**
**Management LLC.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SC Dept. of Revenue (IFTA)**
**Attn: Managing Officer/Agent**
**PO Box 1498**
**Blythewood, SC 29016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**International Fuel Tax Agreement - fees for**
**diesel use.   Listed for notice purposes.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor    **N. G. Purvis Farms, Inc.**                                          Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.1**

Nonpriority creditor's name and mailing address
**101 INC.**
**Attn: Managing Officer/Agent**
**4791 W 900 S**
**PENDLETON, IN 46064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$151,784.77**

---

**3.2**

Nonpriority creditor's name and mailing address
**2 F FARMS**
**Attn: Managing Officer/Agent**
**PO BOX 517**
**SALISBURY, NC 28145**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$198,065.86**

---

**3.3**

Nonpriority creditor's name and mailing address
**A&M CLAPP FARM**
**Attn: Managing Officer/Agent**
**266 CLAPP FARMS RD**
**GREENSBORO, NC 27405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$52,366.93**

---

**3.4**

Nonpriority creditor's name and mailing address
**ACS BENEFIT SERVICES INC**
**Attn: Managing Officer/Agent**
**5660 University Parkway, Floor 5**
**WINSTON SALEM, NC 27105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$31,395.53**

---

**3.5**

Nonpriority creditor's name and mailing address
**Adisseo USA Inc.**
**Attn: Managing Officer/Agent**
**4400 North Point Parkway, Suite 275**
**Alpharetta, GA 30022**

Date(s) debt was incurred  **1/11/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Any claims under Rovabio sales contract.  See Schedule G.  Listed for notice purposes.

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.6**

Nonpriority creditor's name and mailing address
**Agri-Management Services**
**Attn: Managing Officer/Agent**
**5475 Dyer Avenue, Suite 141**
**Marion, IA 52302**

Date(s) debt was incurred  **11/6/2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Any claims under consulting agreement for sale of Georgia property.  See Schedule G.  Listed for notice purposes.

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7**

Nonpriority creditor's name and mailing address
**AGRISALES INC**
**Attn: Managing Officer/Agent**
**P O Drawer 37**
**CERESCO, NE 68017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,025.45**

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

**Nonpriority creditor's name and mailing address**
Ajinomoto Health & Nutrition N. A.
Attn: Managing Officer/Agent
1300 N. Arlington Heights Dr.
Itasca, IL 60143

Date(s) debt was incurred  **4/1/2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Any claims under Lysine sales agreement.  See Schedule G.  Listed for notice purposes.**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.9**

**Nonpriority creditor's name and mailing address**
ALLFLEX USA INC.
Attn: Managing Officer/Agent
PO BOX 848533
DALLAS, TX 75284-8533

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,140.00**

---

**3.10**

**Nonpriority creditor's name and mailing address**
ALLRED FARM
Attn: Managing Officer/Agent
799 JASPER ROAD
ROBBINS, NC 27325

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$27,095.27**

---

**3.11**

**Nonpriority creditor's name and mailing address**
ALLTECH
Attn: Managing Officer/Agent
PO BOX 404569
ATLANTA, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$97,918.59**

---

**3.12**

**Nonpriority creditor's name and mailing address**
AmeriGas
Attn: Managing Officer/Agent
PO Box 371473
Pittsburgh, PA 15250

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Propane Gas - 54 accts for: Stephens; Copperhead Farm (2); Truck Wash  (2); Indian Hills (3); Deerfield (4); Holly Ridge (7); Wet Creek (9); Naked Creek (6); Little River (5); Tarheel (6); Blue Ribbon (3); Dixie (4); Cabin Creek; Purvis WHS**

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.13**

**Nonpriority creditor's name and mailing address**
AMERIGAS  -WC
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$2,161.68**

---

**3.14**

**Nonpriority creditor's name and mailing address**
AMERIGAS - DIXIE
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

**$1,735.67**

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,131.29 |
|---|---|---|---|

**AMERIGAS - NCREEK**
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,998.23 |
|---|---|---|---|

**AMERIGAS -DF**
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,834.50 |
|---|---|---|---|

**Amerigas -HR**
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,065.57 |
|---|---|---|---|

**AMERIGAS -IH**
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,070.53 |
|---|---|---|---|

**AMERIGAS GAS-TH**
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,208.24 |
|---|---|---|---|

**AMERIGAS-LR**
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $962.41 |
|---|---|---|---|

**AMERIGAS-NC**
Attn: Managing Officer/Agent
PO Box 371473
PITTSBURGH, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,356.60 |
|---|---|---|---|

**AMICK FARMS, LLC**
**Attn: Managing Officer/Agent**
**PO BOX 128**
**MONETTA, SC 29105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,298.78 |
|---|---|---|---|

**ANIMAL HEALTH INTERNATIONAL**
**Attn: Managing Officer/Agent**
**DEPARTMENT #1305**
**DENVER, CO 80256-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,045.81 |
|---|---|---|---|

**Applefield Farms**
**Attn: Managing Officer/Agent**
**5403 Hwy 150-E**
**Brown Summitt, NC 27214**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/19/2002

**Basis for the claim:**  Any claims under finish grower contract.  See Schedule G.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,030.00 |
|---|---|---|---|

**ARK WELDING LLC.**
**Attn: Managing Officer/Agent**
**PO Box 479**
**HOOKERTON, NC 28538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10.64 |
|---|---|---|---|

**ATHENS HARDWARE COMPANY**
**Attn: Managing Officer/Agent**
**PO BOX 552, 1080 US HWY 29 N**
**ATHENS, GA 30603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64.78 |
|---|---|---|---|

**ATLANTIC POWER SOLUTIONS INC.**
**Attn: Managing Officer/Agent**
**2287 BONLEE BENNETT RD.**
**SILER CITY, NC 27344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,100.45 |
|---|---|---|---|

**B & B TIRE SERVICE, INC.**
**Attn: Managing Officer/Agent**
**9888 SILER CITY - GLENDON ROAD**
**BEAR CREEK, NC 27207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**3.29**
Nonpriority creditor's name and mailing address
**BAILEY AND BAILEY, INC.**
Attn: Managing Officer/Agent
6400 JORDAN CREEK RD
NICHOLS, SC 29581

As of the petition filing date, the claim is: *Check all that apply.*  **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30**
Nonpriority creditor's name and mailing address
**BARTLETT MILLING COMPANY**
Attn: Managing Officer/Agent
PO BOX 843329
KANSAS CITY, MO 64184-3329

As of the petition filing date, the claim is: *Check all that apply.*  **$33,189.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.31**
Nonpriority creditor's name and mailing address
**Ben & Neil Siefring**
2956 Menchhofer Road
Coldwater, OH 45828

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: **Finisher contract grower - under Mercer Landmark contract; Listed for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32**
Nonpriority creditor's name and mailing address
**BENNETT FARM SUPPLY & HARDWARE**
Attn: Managing Officer/Agent
PO BOX 45
BENNETT, NC 27208

As of the petition filing date, the claim is: *Check all that apply.*  **$2,140.31**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.33**
Nonpriority creditor's name and mailing address
**BETA RAVEN**
ROSKAMP CHAMPION
36810 TREASURY CENTER
CHICAGO, IL 60694

As of the petition filing date, the claim is: *Check all that apply.*  **$1,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.34**
Nonpriority creditor's name and mailing address
**BILL WARD**
6929 Burgess Kivett Rd.
RAMSEUR, NC 27316

As of the petition filing date, the claim is: *Check all that apply.*  **$30,958.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.35**
Nonpriority creditor's name and mailing address
**Blasingame, Burch, Garrard and Ashley, P**
Attn: Managing Officer/Agent
P.O. Box 832, 440 College Avenue, Suite
ATHENS, GA 30603

As of the petition filing date, the claim is: *Check all that apply.*  **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36**

**Nonpriority creditor's name and mailing address**

BOWERS & BURROWS INC.
Attn: Managing Officer/Agent
PO BOX 137
HENDERSON, NC 27536-0137

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$642.45**

---

**3.37**

**Nonpriority creditor's name and mailing address**

BRADY LUMBER COMPANY
Attn: Managing Officer/Agent
3980 NC HWY. 22 SOUTH
RAMSEUR, NC 27316-8570

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$6.48**

---

**3.38**

**Nonpriority creditor's name and mailing address**

Brent Henschen
5827 SR 219
New Knoxville, OH 45871

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.39**

**Nonpriority creditor's name and mailing address**

Bruce & Darlene Humble
6632 Smithwood Rd
Liberty, NC 27298

Date(s) debt was incurred  10/25/2018

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Claims under finish grower contract (#195). See Schedule G.

Is the claim subject to offset? ☑ No ☐ Yes

**$1,091.05**

---

**3.40**

**Nonpriority creditor's name and mailing address**

BUCHANAN FARMS / NUTRIEN AG SOLUTIONS
Attn: Managing Officer/Agent
490 COPPER MINE ROAD
SANFORD, NC 27330

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$160,708.66**

---

**3.41**

**Nonpriority creditor's name and mailing address**

BURNEY TVH OF SEVEN LAKES
Attn: Managing Officer/Agent
270 N. TRADE ST
WEST END, NC 27376

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$208.87**

---

**3.42**

**Nonpriority creditor's name and mailing address**

Butler Farms
Attn: Managing Officer/Agent
1314 Pisgah Church Rd.
Aynor, SC 29511

Date(s) debt was incurred  7/17/2015

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Any claims under finish grower contract (#254). See Schedule G.

Is the claim subject to offset? ☑ No ☐ Yes

**$55,822.50**

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $94,070.12 |
|---|---|---|---|

**C & M Hog Farms**
Attn: Managing Officer/Agent
2678 Centerville Rd
Latta, SC 29565

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/6/2019

Basis for the claim:  **Any claims under finish grower contract (#259).  See Schedule G.  Listed for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $957.50 |
|---|---|---|---|

**C.E.S.CITY ELECTRIC SUPPLY**
Attn: Managing Officer/Agent
PO BOX 13507
GREENSBORO, NC 27415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $360.00 |
|---|---|---|---|

**CAMERON TESTING SERVICES**
Attn: Managing Officer/Agent
219 S STEELE STREET
SANFORD, NC 27330

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $431,655.57 |
|---|---|---|---|

**Cargill, Incorporated**
Attn: Managing Officer/Agent
935 INTERSTATE ROAD RIDGE
GAINESVILLE, GA 30501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,958.90 |
|---|---|---|---|

**CARLTON WILLIARD**
8152 LINDLEY MILL RD
GRAHAM, NC 27253

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.54 |
|---|---|---|---|

**CAROLINA AG SUPPLY/BISCOE HARDWARE**
Attn: Managing Officer/Agent
223 SHADY OAK DRIVE
BISCOE, NC 27209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,292.00 |
|---|---|---|---|

**CAROLINA ANALYTICAL SERV., LLC**
Attn: Managing Officer/Agent
17570 NC HWY 902
BEAR CREEK, NC 27207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **N. G. Purvis Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,107.45** |
|---|---|---|---|
| | **CAROLINA CLEANING SYSTEMS INC** | ☐ Contingent | |
| | **Attn: Managing Officer/Agent** | ☐ Unliquidated | |
| | **PO BOX 12067** | ☐ Disputed | |
| | **WINSTON SALEM, NC 27117-2067** | | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,836.35** |
|---|---|---|---|
| | **CAROLINA WATER SYSTEMS SUP INC** | ☐ Contingent | |
| | **Attn: Managing Officer/Agent** | ☐ Unliquidated | |
| | **211A E DAMERON AVE, PO BOX 1549** | ☐ Disputed | |
| | **LIBERTY, NC 27298** | | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$409.28** |
|---|---|---|---|
| | **CARTHAGE AGRIBUSINESS, INC.** | ☐ Contingent | |
| | **Attn: Managing Officer/Agent** | ☐ Unliquidated | |
| | **P O BOX 116** | ☐ Disputed | |
| | **CARTHAGE, NC 28327-0116** | | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$376.80** |
|---|---|---|---|
| | **CAVINESS PRINTING SVC, INC.** | ☐ Contingent | |
| | **Attn: Managing Officer/Agent** | ☐ Unliquidated | |
| | **224 EAST RALEIGH STREET** | ☐ Disputed | |
| | **SILER CITY, NC 27344** | | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$339.67** |
|---|---|---|---|
| | **CED-CONSOLIDATED ELECTRICAL DISTRIBUTORS** | | |
| | **Attn: Managing Officer/Agent** | ☐ Contingent | |
| | **PO BOX 936339** | ☐ Unliquidated | |
| | **ATLANTA, GA 31193-6339** | ☐ Disputed | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Central Electric Membership Corp.** | ■ Contingent | |
| | **Attn: Managing Officer/Agent** | ■ Unliquidated | |
| | **128 Wilson Road** | ☐ Disputed | |
| | **Sanford, NC 27332** | | |
| | | **Basis for the claim:** Electricity - 5 accounts for: Circle P Farm (1); Circle P Farm - Pump (2); Blue Ribbon Farm (2) | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$230.81** |
|---|---|---|---|

CenturyLink
Attn: Managing Officer/Agent
P.O. Box 4300
Carol Stream, IL 60197-4300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Telephone & Internet: 14 accts for: Holly Ridge; Little River Farms; Cabin Creek; Blue Ribbon; Bonlee Mills; Truck Wash (2); Indian Hills Farm; Deerfield Farms; Equip. Shed; Wet Creek; Green Acre Farm; Naked Creek Farm; Various

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$375.00** |
|---|---|---|---|

CHAD CARMAC
Attn: Managing Officer/Agent
550 LEE LAYNE
RAMSEUR, NC 27316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$225.00** |
|---|---|---|---|

CHATHAM CO BLDG INSP OFFICE
Attn: Managing Officer/Agent
PO BOX 548
PITTSBORO, NC 27312-0548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$435.44** |
|---|---|---|---|

Chatham County Utilities
Attn: Managing Officer/Agent
PO Box 600027
PITTSBORO, NC 27312-0910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,189.72** |
|---|---|---|---|

Chatham Industrial Supply
Attn: Managing Officer/Agent
581 E. Third Street
SILER CITY, NC 27344

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$150.00** |
|---|---|---|---|

Cheek Environmental, LLC
Attn: Managing Officer/Agent
7748 Lanes Mill Rd
BENNETT, NC 27208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|

CHEEK SEPTIC TANK SERVICE
Attn: Managing Officer/Agent
6148 HWY 22/42
RAMSEUR, NC 27316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **N. G. Purvis Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,237.50** |
|---|---|---|---|

**CHRIS BRAXTON**
**7519 D LINDLEY MILL RD**
**GRAHAM, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Chris Kleene**
**521 Locust St.**
**Gretna, NE 68028**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/1/2021

Basis for the claim:  **Any claims under business consulting agreement.**
**See Schedule G.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Ontrop**
**5017 E 500 N**
**Portland, IN 47371**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Finisher contract grower - under Mercer Landmark**
**contract; Listed for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,480.06** |
|---|---|---|---|

**CHRIS REDDING**
**2546 Marlboro Church Road**
**SOPHIA, NC 27350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Redding Farm**
**Attn: Managing Officer/Agent**
**4100 Baker Farm Road**
**Sophia, NC 27350**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Any claims under finish grower contract.  See**
**Schedule G.  Listed for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,047.36** |
|---|---|---|---|

**CITY AUTO PARTS**
**Attn: Managing Officer/Agent**
**P O BOX 716**
**ROBBINS, NC 27325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,287.50** |
|---|---|---|---|

**Clark Newlin**
**713 Roxboro Road**
**HAW RIVER, NC 27258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **N. G. Purvis Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,478.35** |
|---|---|---|---|

**CLAYTON LLOYD/Lloyd Town Farms**
**Attn: Managing Officer/Agent**
**3801 Lloydtown Road**
**MEBANE, NC 27302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,526.19** |
|---|---|---|---|

**CLIFFORD ELLIOTT**
**7035 NC HWY 495**
**DENTON, NC 27239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,050.95** |
|---|---|---|---|

**COASTAL AGROBUSINESS, INC**
**Attn: Managing Officer/Agent**
**PO BOX 1765**
**GREENVILLE, NC 27835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,853.35** |
|---|---|---|---|

**COBB & BLACK FARM**
**Attn: Managing Officer/Agent**
**5456 TIMBERMILL ROAD**
**MC LEANSVILLE, NC 27301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$208.09** |
|---|---|---|---|

**CONSOLIDATED OIL, LLC**
**Attn: Managing Officer/Agent**
**PO BOX 1357**
**ROBBINS, NC 27325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,911.47** |
|---|---|---|---|

**COOPER FORD**
**Attn: Managing Officer/Agent**
**5292 HWY 15-501, PO BOX 100**
**CARTHAGE, NC 28327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Copperhead Farms LLC**
**Attn: Managing Officer/Agent**
**2504 Spies Road**
**Robbins, NC 27325**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/10/2006

**Basis for the claim:**  Farm Lease Agreement (Copperhead).  See Schedule G.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **N. G. Purvis Farms, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.77** | **Nonpriority creditor's name and mailing address**
**Cox Brothers Farm**
Attn: Managing Officer/Agent
6409 Rape Road
MONROE, NC 28112

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$51,780.00**

---

**3.78** | **Nonpriority creditor's name and mailing address**
**CRAIG BUCHANAN**
895 BUCKHORN ROAD
SANFORD, NC 27330

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$26,883.90**

---

**3.79** | **Nonpriority creditor's name and mailing address**
**CROOK MOTOR COMPANY INC.**
Attn: Managing Officer/Agent
1501 North First Street
ALBEMARLE, NC 28001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,579.27**

---

**3.80** | **Nonpriority creditor's name and mailing address**
**CROSSROADS FORD**
Attn: Managing Officer/Agent
PO BOX 2069
WAKE FOREST, NC 27588

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,635.41**

---

**3.81** | **Nonpriority creditor's name and mailing address**
**Cruco Mill & Industrial Supply**
Attn: Managing Officer/Agent
111 McNeill Road
SANFORD, NC 27330

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$21,971.97**

---

**3.82** | **Nonpriority creditor's name and mailing address**
**CSR COMPANY, INC**
Attn: Managing Officer/Agent
PO BOX 3827
OMAHA, NE 68103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,563.61**

---

**3.83** | **Nonpriority creditor's name and mailing address**
**CURTIS COOK**
400 COLES MILL RD.
CARTHAGE, NC 28327

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,960.00**

---

Debtor    N. G. Purvis Farms, Inc.                                          Case number (if known) _____
         Name

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133.44 |
|---|---|---|---|

**CUSTOM COMFORT COOLING & HEAT**
Attn: Managing Officer/Agent
440 W RALEIGH ST.
BENNETT, NC 27208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CW Homestead Farms, LLC**
Attn: Managing Officer/Agent
977 South SR 1
Dunkirk, IN 47336

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel L. Elsas**
2575 Fessler-Buxton Rd.
Russia, OH 45363

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Danisco US Inc.**
Attn: Managing Officer/Agent
3490 Winton Place
Rochester, NY 14623

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/1/2019

**Basis for the claim:**  (DuPont) Any claims under meds - Axtra PHY 10,000 TPT2 contract.  See Schedule G.  Listed for notice purposes.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Danny Gunter/Gunter Farm, Inc.**
Attn: Managing Officer/Agent
1330 Walker Rd.
Rayle, GA 30660

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**DAVID E. REEVES, DVM**
Attn: Managing Officer/Agent
1021 LONG BRANCH RUN
WATKINSVILLE, GA 30677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.90** | Nonpriority creditor's name and mailing address

**David Knapke**
**2310 Siegrist Jute Road**
**Fort Recovery, OH 45846**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Finisher contract grower - under Mercer Landmark contract; Listed for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address

**David Sullivan**
**342 Linwood Lane**
**Rockingham, NC 28379**

Date(s) debt was incurred  **5/24/2002**
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*    **$819.97**

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Any claims under finish grower contract (#116).  See Schedule G.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address

**Davistown Farming, LLC**
**Attn: Managing Officer/Agent**
**1002 Ferndale Court**
**Wilson, NC 27893**

Date(s) debt was incurred  **7/12/2010**
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*    **$34,621.80**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Claims under finish grower contract (#176).  See Schedule G.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address

**Deams Satterfield**
**Attn: Managing Officer/Agent**
**713 K Fork Road**
**MADISON, NC 27025**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*    **$4,101.08**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address

**Debra H. Barnhill**
**460 River Front S**
**Conway, SC 29527**

Date(s) debt was incurred  **12/28/2017**
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*    **$9,468.59**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Any claims under finish grower contract (#253).  See Schedule G.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address

**Dennis Calhoun**
**7405 Turner North Drive**
**BROWNS SUMMIT, NC 27214**

Date(s) debt was incurred _____
Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*    **$8,875.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$101,913.14** |
|---|---|---|---|

**Dennis Loflin**
**1007 Skeen Road**
**Denton, NC 27239**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Any claims under finish grower contract.  See Schedule G.  Listed for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,166.95** |
|---|---|---|---|

**Dixon Family Farms LLC**
**Attn: Managing Officer/Agent**
**1687  Dixon Lamb Lane**
**GRAHAM, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Dominion Energy**
**Attn: Managing Officer/Agent**
**P.O. Box 100256**
**Columbia, SC 29202-3257**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Propanel Gas - Account for: Feedmill**

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,137.77** |
|---|---|---|---|

**Don A Gibbons Jr.**
**3796 Bethlehem Church Rd.**
**Carthage, NC 28327**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/5/2002**

Last 4 digits of account number __

Basis for the claim: **Any claims under finish grower contract (Loblolly #131).  See Schedule G.**

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,040.64** |
|---|---|---|---|

**Double E Farms**
**Attn: Managing Officer/Agent**
**502 White Road**
**ELKIN, NC 28621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug Franke**
**2675 State Route 127**
**St. Henry, OH 45883**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Finisher contract grower - under Mercer Landmark contract; Listed for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,276.65** |
|---|---|---|---|

**DREW CHILTON**
**12134 NC 150**
**REIDSVILLE, NC 27320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **N. G. Purvis Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address**
DREW DEATON
Attn: Managing Officer/Agent
5097 PICKETS MILL RD.
SEAGROVE, NC 27341

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$24,544.60**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address**
Drew Hog Farms
Attn: Managing Officer/Agent
4053 Bluff Rd
Mullins, SC 29574

Date(s) debt was incurred  3/1/2018
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$16,949.73**
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Any claims under finish grower contract (#256).  See Schedule G.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address**
Dry Feeder Farm / Bob Nedderman
Attn: Managing Officer/Agent
03371 State Route 219
New Bremen, OH 45869

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address**
DSM NUTRITIONAL PRODUCTS LLC
Attn: Managing Officer/Agent
3927 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$126,880.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address**
Duke Energy
Attn: Managing Officer/Agent
P.O. Box 1003
Charlotte, NC 28201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electricity -5 accounts for: Bonlee (3); Old 421 S Bonlee (1); 1193 NC Hwy 211 Candor;**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address**
Earl York & Son Farm
Attn: Managing Officer/Agent
3185 Rameur Julian Road
LIBERTY, NC 27298

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$18,768.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address**
Edward Baxley
Boyd Atkinson Road
Marion, SC 29571

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:  **Any claims under finish grower contract.  See Schedule G.  Listed for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    __N. G. Purvis Farms, Inc._____    Case number (if known) _____
          Name

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$684.00** |
|---|---|---|---|

**ELLIOTT ENTERPRISES**
Attn: Managing Officer/Agent
P O BOX 190
TALMO, GA 30575

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**F. Kahlig**
4106 State Route 219
Coldwater, OH 45828

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Any claims under finisher grower contract - under Mercer Landmark contract; Listed for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$761.68** |
|---|---|---|---|

**Farm Supply Company**
Attn: Managing Officer/Agent
PO BOX 566
ELLERBE, NC 28338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,653,000.00** |
|---|---|---|---|

**Fidelity Bank**
Attn: Managing Officer/Agent
PO Box 996
Fuquay Varina, NC 27526

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2/2021

Basis for the claim:  **PPP Loan - it is anticipated this will be forgiven**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,001.64** |
|---|---|---|---|

**Floyd Smith**
6508 Cypress Swamp Road
Conway, SC 29527

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Any claims under finish grower contract.  See Schedule G.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Fred Kahlig**
4106 State Route 219
Coldwater, OH 45828

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Finisher contract grower - under Mercer Landmark contract; Listed for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Fred Koenig**
18863 US Route 33
Wapakoneta, OH 45895

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **N. G. Purvis Farms, Inc.**    Case number (if known) _____
_____
Name

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,815.20** |
|---|---|---|---|

**G.K. FARM LLC**
**Attn: Managing Officer/Agent**
**596 MANESS ROAD**
**ROBBINS, NC 27325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gaines Oil Company**
**Attn: Managing Officer/Agent**
**2346 South Main St**
**Goldston, NC 27252**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Any claims under petroleum tank equipment use contract.  See Schedule G.  Listed for notice purposes.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$630.00** |
|---|---|---|---|

**GARNER SEED CO**
**Attn: Managing Officer/Agent**
**6292 OLD NC HWY 49**
**DENTON, NC 27239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,814.25** |
|---|---|---|---|

**GARY THOMAS**
**443 THOMAS RD**
**SANFORD, NC 27330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary, Atley, & Abram Landes**
**1125 Lewisburg-Western Rd.**
**Lewisburg, OH 45338**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Finisher contract grower - 2 contracts under terminated Sunrise Cooperative contract; Listed for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,558.72** |
|---|---|---|---|

**GENERAL TRANSMISSION SUPP INC.**
**Attn: Managing Officer/Agent**
**P O BOX 608**
**LEXINGTON, NC 27293-0608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**GFL Environmental**
**Attn: Managing Officer/Agent**
**241 Vanco Mill Road**
**Henderson, NC 27536**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Waste Removal - 1 account for 396 Faulkner Quarter Road, Warrenton, NC 27589-9300**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.124** | Nonpriority creditor's name and mailing address
**GLAS-PAC CANADA**
Attn: Managing Officer/Agent
5 BAST PL BOX209
ST. JACOBS, ON N0B2NO

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$72,853.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address
**GRAINGER**
Attn: Managing Officer/Agent
DEPT. 839385440
PALATINE, IL 60038-0001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$141.18**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address
**Greg Alig**
777 Schroeder Road
Celina, OH 45822

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Finisher contract grower - under Mercer Landmark contract; Listed for notice purposes**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address
**Greg Tobe**
2796 Philothea Road
Fort Recovery, OH 45846

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address
**Halifax Electric Membership Corp.**
Attn: Managing Officer/Agent
PO Box 667
Enfield, NC 27823-0667

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$8,152.22**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Electricity - 5 accounts for: 396 Faulkner Quarter Road, Warrenton (4); 400 Faulkner Quarter Road, Warrenton (1)**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address
**HARRIS PRINTING**
Attn: Managing Officer/Agent
4303 SEVEN LAKES PLAZA
WEST END, NC 27376

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$298.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address
**Hill Top Finisher**
Attn: Managing Officer/Agent
215 Cotton Road
Riedsville, NC 27320

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Any claims under finish grower contract. See Schedule G. Listed for notice purposes**

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.131**

Nonpriority creditor's name and mailing address
HOG SLAT, INC.
Attn: Managing Officer/Agent
PO BOX 538279
ATLANTA, GA 30353-8279

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$59,887.02**

---

**3.132**

Nonpriority creditor's name and mailing address
HUBBARD PIPE AND SUPPLY, INC.
Attn: Managing Officer/Agent
PO DRAWER 1570
FAYETTEVILLE, NC 28302-1570

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$467.85**

---

**3.133**

Nonpriority creditor's name and mailing address
Huelskamp Bros. Farms
Attn: Managing Officer/Agent
7652 Pence Road
Sidney, OH 45365

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.134**

Nonpriority creditor's name and mailing address
HUGGINS FARMS, INC.
Attn: Managing Officer/Agent
5424 BLUFF ROAD
MULLINS, SC 29574

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$23,625.00**

---

**3.135**

Nonpriority creditor's name and mailing address
Huneycutt Pig Farm
Attn: Managing Officer/Agent
28376 Millingport Road
ALBEMARLE, NC 28001

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$507,279.43**

---

**3.136**

Nonpriority creditor's name and mailing address
I.M.V. International Corporation
Attn: Managing Officer/Agent
11725 95th Ave N
Maple Grove, MN 55369

Date(s) debt was incurred  01/22/2018

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Claims under service contract - GTB 1000 V3 machine at boar stud.  See Schedule G.**

Is the claim subject to offset? ☐ No ☐ Yes

**$15,579.10**

---

**3.137**

Nonpriority creditor's name and mailing address
Imaging Systems & Supplies Co., Inc
Attn: Managing Officer/Agent
808 Woodland Ave
Sanford, NC 27330

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Any claims under Maintenance Agreement on 2 Kyocera M4125idn leased from Wells Fargo.  See Schedule G.**

Is the claim subject to offset? ■ No ☐ Yes

**$105.81**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.138** | **Nonpriority creditor's name and mailing address**
INDUSTRIAL POWER, INC.
Attn: Managing Officer/Agent
703 WHITFIELD ST.
FAYETTEVILLE, NC 28306

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$5,429.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.139** | **Nonpriority creditor's name and mailing address**
INTERNATIONAL INGREDIENT
CORPORATION
Attn: Managing Officer/Agent
MSC 7593, PO BOX 415000
NASHVILLE, TN 37241-7593

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$113,640.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.140** | **Nonpriority creditor's name and mailing address**
INTERNATIONAL MINUTE PRESS
Attn: Managing Officer/Agent
103 MORISEY BLVD
CLINTON, NC 28328

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$6,773.58**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.141** | **Nonpriority creditor's name and mailing address**
J&L Pork LLC
Attn: Managing Officer/Agent
202 Rangeline Rd.
Russia, OH 45363

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.142** | **Nonpriority creditor's name and mailing address**
J. C. EHRLICH
Attn: Managing Officer/Agent
PO BOX 13848, SUITE 100
READING, PA 19612

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$198.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.143** | **Nonpriority creditor's name and mailing address**
Jack M. Schmeising
11255 Kuether Road
Anna, OH 45302

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.144** | **Nonpriority creditor's name and mailing address**
JACK'S SUPPLY
Attn: Managing Officer/Agent
P O BOX 396
CANDOR, NC 27229

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$819.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **N. G. Purvis Farms, Inc.**                                    Case number *(if known)*  _____
_____
Name

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James C Bell**
**3100 B&S Road**
**Loris, SC 29569**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/4/2017**

Basis for the claim:  **Any claims under finish grower contract (#250).  See Schedule G.  Listed for notice purposes**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,760.78 |
|---|---|---|---|

**JAMES D. SMITH**
**7002 MCLEANSVILLE RD**
**BROWNS SUMMIT, NC 27214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Hicks**
**7638 Horatio New Harrison Road**
**Bradford, OH 45308**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $301.14 |
|---|---|---|---|

**JAMES RIVER EQ. - ASHEBORO**
**Attn: Managing Officer/Agent**
**2421 US HWY 64 EAST**
**ASHEBORO, NC 27203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $319.58 |
|---|---|---|---|

**JAMES RIVER EQ. - MT. GILEAD**
**Attn: Managing Officer/Agent**
**305 N. MAIN STREET, PO BOX 388**
**MOUNT GILEAD, NC 27306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,800.70 |
|---|---|---|---|

**JAMIE ELLIOTT**
**5845 HUNT ROAD**
**DENTON, NC 27239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**JBS USA Food Company**
**Attn: Managing Officer/Agent**
**1200 Story Avenue**
**Louisville, KY 40206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Any claims under agreement for sale of market hogs. Listed for notice purposes**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **N. G. Purvis Farms, Inc.**    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$57,834.98** |

**JD Farms, LLC**
**Attn: Managing Officer/Agent**
**170 Cognac Road**
**Marston, NC 28363**

Date(s) debt was incurred  **11/19/2018**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Any claims under nursery grower contract (#327), and finish grower contract (#196).  See Schedule G.**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Jeff & Michelle Knapke**
**5359 Township Line Road**
**Coldwater, OH 45828**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Finisher contract grower - under Mercer Landmark contract; Listed for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Jeff Timmerman**
**400 N 850 E**
**Portland, IN 47371**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Finisher contract grower - under Mercer Landmark contract; Listed for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$122,845.67** |

**JERRY APPLE**
**5403 HIGHWAY 150-E**
**BROWN SUMMITT, NC 27214**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$38,443.35** |

**JERRY SMITH**
**8157 BRANN RD**
**BROWNS SUMMIT, NC 27214**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$5,829.57** |

**JF Carroll Farms LLC**
**Attn: Managing Officer/Agent**
**526 County Line Rd**
**Ellerbe, NC 28338**

Date(s) debt was incurred  **10/9/2020**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Claims under finish grower contract.  See Schedule G.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.158** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Jimmy Bailey
6400 Jordan Creek Rd.
Nichols, SC 29581

Date(s) debt was incurred  **7/20/2015**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Any claims under finish grower contract (#252).  See Schedule G.  Listed for notice purposes

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,383.95**

JIMMY COBLE
2759 BASON RD
MEBANE, NC 27302

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

Jimmy Huggins / Huggins Farm
Attn: Managing Officer/Agent
5424 Bluff Road
Mullins, SC 29574

Date(s) debt was incurred  **11/8/2017**

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:**  Any claims under finish grower contract (#251).  See Schedule G.  Listed for notice purposes

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

John & Jaret Ankerman
15120 CR 66A
Saint Marys, OH 45885

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,811.65**

JOHN CLANTON
5624 FOSTER STORE ROAD
LIBERTY, NC 27298

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$714.10**

JOHN DEERE FINANCIAL
Attn: Managing Officer/Agent
PO BOX 4450
CAROL STREAM, IL 60197-4450

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,577.94**

JOHN HANCOCK - Cont.
Attn: Managing Officer/Agent
P.O. BOX 7247-7122
PHILADELPHIA, PA 19170-7122

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **N. G. Purvis Farms, Inc.**                                     Case number (if known) _____
                Name

| | | |
|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,238.35** |

**John Rodgers**
**1898 Ironworks Road**
**REIDSVILLE, NC 27320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,716.25** |
|---|---|---|---|

**JOHN S. WILLIAMS, JR.**
**549 W. NC HWY 73**
**ELLERBE, NC 28338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$919.37** |
|---|---|---|---|

**Johnny Brown**
**Attn: Managing Officer/Agent**
**PO BOX 1258**
**ROBBINS, NC 27325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,046.22** |
|---|---|---|---|

**Jonathan Brent Jester**
**1248 Wright Country Road**
**Ramseur, NC 27316**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/12/2002**

Basis for the claim:  **Any claims under finish grower contract (Joe Cox #126).  See Schedule G.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,608.35** |
|---|---|---|---|

**JR WOOD**
**253 HOOVER RD**
**LEXINGTON, NC 27295**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66.48** |
|---|---|---|---|

**Keith Hardware, Inc.**
**Attn: Managing Officer/Agent**
**PO BOX 1236**
**CARTHAGE, NC 28327-1236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,937.82** |
|---|---|---|---|

**KEMIN AGRIFOODS NORTH AMERICA**
**Attn: Managing Officer/Agent**
**2220 PAYSHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.172** | Nonpriority creditor's name and mailing address
KEN TROXLER
77755 FERRIN ROAD
BROWNS SUMMIT, NC 27214

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$3,755.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address
KENNETH JONES
6438 CHILTON ROAD
RAMSEUR, NC 27316

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$1,953.55**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address
Kevin Knight
194 Fletcher Road
MADISON, NC 27025

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$3,509.77**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address
Kevin Smail
12372 Shanley Road
Quincy, OH 43343

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address
Key Farms, Inc.
Attn: Managing Officer/Agent
596 Maness Road
Robbins, NC 27325

Date(s) debt was incurred  5/13/2002

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Any claims under finisher grower contract (Gilbert Key #103).  See Schedule G.  Listed for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address
LAKE PHELPS GRAIN
Attn: Managing Officer/Agent
PO BOX 249
CRESWELL, NC 27928

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$174,357.10**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address
LASLEY FAMILY FARMS
Attn: Managing Officer/Agent
1636 PERKINSON RD
RUFFIN, NC 27326

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$33,581.65**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lee Foos**
**14151 Price Mather Road**
**Richwood, OH 43344**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,398.17 |
|---|---|---|---|

**LEITH CDJR**
**Attn: Managing Officer/Agent**
**P O BOX 980**
**ABERDEEN, NC 28315**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,605.02 |
|---|---|---|---|

**Lewis Brothers Farm**
**Attn: Managing Officer/Agent**
**8135 Troxler Mill Road**
**GIBSONVILLE, NC 27249**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,807.38 |
|---|---|---|---|

**LIVESTOCK VETERINARY SERVICES**
**Attn: Managing Officer/Agent**
**P O BOX 6580**
**KINSTON, NC 28501**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**LMS, LLC**
**Attn: Managing Officer/Agent**
**1227 Rockingham Road**
**Rockingham, NC 28379**

Date(s) debt was incurred  11/1/2018
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  __Any claims under sow farm grower contract (Gognac Farm).  See Schedule G.  Listed for notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366.32 |
|---|---|---|---|

**LOUISBURG TRACTOR & TRUCK**
**Attn: Managing Officer/Agent**
**1931 US HWY 401**
**LOUISBURG, NC 27549**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,658.35 |
|---|---|---|---|

**LOVELEA FARMS**
**Attn: Managing Officer/Agent**
**2750 Jersey Church Road**
**LEXINGTON, NC 27292**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,224.40 |
|---|---|---|---|
| | LOWE'S HOME CENTERS, INC.<br>Attn: Managing Officer/Agent<br>P.O. BOX 530970<br>ATLANTA, GA 30353-0970 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,528.77 |
|---|---|---|---|
| | McCALLUM'S SUPPLY<br>Attn: Managing Officer/Agent<br>P.O. BOX 486<br>CANDOR, NC 27229 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Meadow Creek<br>Attn: Managing Officer/Agent<br>507 Alston Bridge Road<br>Siler City, NC 27344 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Any claims under finish grower contract. See Schedule G. Listed for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Melvin K. Huneycutt<br>28376 Milling Port Road<br>Albemarle, NC 28001 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/13/2002 | Basis for the claim: Any claims under finish grower contract (#144). See Schedule G. Listed for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320,096.61 |
|---|---|---|---|
| | Mercer Landmark Inc.<br>Attn: Managing Officer/Agent<br>426 W Market St<br>Celina, OH 45822 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/3/2018 | Basis for the claim: Contract Finish Facility Agreement - for 13 farms in Indiana & Ohio | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Michael P. Albers<br>2466 Stelzer Rd.<br>Maria Stein, OH 45860 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.192**

**Nonpriority creditor's name and mailing address**
**Michael Schoenlin**
**Attn: Managing Officer/Agent**
**3793 SR 49**
**Fort Recovery, OH 45846**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.193**

**Nonpriority creditor's name and mailing address**
**MID EAST RAILROAD**
**Attn: Managing Officer/Agent**
**644 Niagara Carthage Road**
**CARTHAGE, NC 28327**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$1,823.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.194**

**Nonpriority creditor's name and mailing address**
**MID-ATLANTIC ASSOCIATES, INC.**
**Attn: Managing Officer/Agent**
**409 RODGERS VIEW COURT**
**RALEIGH, NC 27610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$265.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.195**

**Nonpriority creditor's name and mailing address**
**MID-ATLANTIC IRRIGATION CO INC**
**Attn: Managing Officer/Agent**
**P.O. BOX L**
**FARMVILLE, VA 23901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$1,174.34**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.196**

**Nonpriority creditor's name and mailing address**
**Mike & Robin Lackey**
**2425 Breeze Road**
**Hurdle Mills, NC 27541**

Date(s) debt was incurred **2/19/2010**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$10,125.00**
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Claims under finish grower contract (Beaver Creek # 170). See Schedule G.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.197**

**Nonpriority creditor's name and mailing address**
**Mike Chrisman**
**7888 Guadalupe Road**
**Celina, OH 45822**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Finisher contract grower - under Mercer Landmark contract; Listed for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.198**

**Nonpriority creditor's name and mailing address**
**Mike Holdhiede**
**4150 Carthagena Road**
**St. Henry, OH 45883**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: **Finisher contract grower - under Mercer Landmark contract; Listed for notice purposes**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.199** | Nonpriority creditor's name and mailing address | **$46,761.75**

MIKE MCKINNEY
Attn: Managing Officer/Agent
462 HIGH ROCK RD
GIBSONVILLE, NC 27249

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | **$2,982.22**

MINITUBE USA
Attn: Managing Officer/Agent
419 VENTURE CT.
VERONA, WI 53593

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | **$23,857.96**

MINTON VETERINARY SERVICE. INC.
Attn: Managing Officer/Agent
P.O. BOX 174
CHICKASAW, OH 45826

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | **$35,275.00**

MOSER & COE FARMS, INC.
Attn: Managing Officer/Agent
420 MOSER ROAD
ARARAT, NC 27007

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | **$627,193.18**

Murphy Brown LLC
Attn: Managing Officer/Agent
200 Commerce Street
Smithfield, VA 23430

Date(s) debt was incurred  11/17/2017
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  (Smithfield Hog Production)  Claims under feed purchase agreement (finishing feed).  See Schedule G.

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | **$0.00**

Murphy-Brown LLC
Attn: Managing Officer/Agent
785 NC 24/50 East
Warsaw, NC 28398

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Any claims under Weaned Pig Supply and Purchase Agreement - see Schedule G.  Listed for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | **$78,258.13**

Murphy-Brown LLC
Attn: Managing Officer/Agent
PO Box 688
Rose Hill, NC 28458

Date(s) debt was incurred  05/14/2018
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  (Smithfield Premium Genetics)  Claims under genetic supply agreement (royalties).  See Schedule G.

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$240,377.79**

**MWI ANIMAL HEALTH  VETERINARY SUPPLY**
Attn: Managing Officer/Agent
14659 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,040.68**

**NAPA AUTO PARTS**
Attn: Managing Officer/Agent
1117 Holly Street
WADESBORO, NC 28170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nathan Egbert**
9070 Lock Two Road
Port Jefferson, OH 45360

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$214.61**

**NC CHILD SUPPORT**
Attn: Managing Officer/Agent
PO BOX 900012
Raleigh, NC 27675-9012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,846.87**

**NC DEPT OF MOTOR VEHICLES-TAGS**
Attn: Managing Officer/Agent
PO Box 29620
Raleigh, NC 27626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$98,160.36**

**NC Farm of Wise, LLC**
Attn: Managing Officer/Agent
973 Kerr Lake Cole Bridge Rd.
Norlina, NC 27563

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  4/23/2015

Basis for the claim:  **Any claims under nursery grower contract (Spring Valley & Engel)  See Schedule G.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4.66**

**NC QUICK PASS CUST SVC CTR**
Attn: Managing Officer/Agent
PO BOX 71116
CHARLOTTE, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    N. G. Purvis Farms, Inc.                                    Case number (if known) _____
_____
Name

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NC-Engel Finisher**
Attn: Managing Officer/Agent
847 Kerr Lake Cole Bridge Rd.
Norlina, NC 27563

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **4/23/2015**

Last 4 digits of account number _

Basis for the claim:  **Any claims under NC Farm of Wise finish grower contract.  Listed for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,814.00 |
|---|---|---|---|

**Neal H. Grant**
1794 N. U.S. Hwy. 220
Ellerbe, NC 28336

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/2/2005**

Last 4 digits of account number _

Basis for the claim:  **Claims under finish grower contract (Mountain View #142).  See Schedule G.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,783.90 |
|---|---|---|---|

**NICHOLSON'S FARMS**
Attn: Managing Officer/Agent
3609 EDWARDS RD.
SANFORD, NC 27332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,422.55 |
|---|---|---|---|

**Nick Craven**
4718 Lambeth Mill Rd
Bennett, NC 27208

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/16/2004**

Last 4 digits of account number _

Basis for the claim:  **Any claims under finish grower contract (#133).  See Schedule G.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38.40 |
|---|---|---|---|

**NORLINA AUTO PARTS**
Attn: Managing Officer/Agent
110 U.S. HWY 1, NORTH
NORLINA, NC 27563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**North Moore Management LLC**
Attn: Managing Officer/Agent
2504 Spies Road
Robbins, NC 27325

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/1/2013**

Last 4 digits of account number _

Basis for the claim:  **Farm Lease Agreement (Clearview).  See Schedule G. Listed for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,220.80 |
|---|---|---|---|
| | NOVUS INTERNATIONAL, INC.<br>Attn: Managing Officer/Agent<br>3526 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174.23 |
|---|---|---|---|
| | O'REILLY AUTO PARTS<br>Attn: Managing Officer/Agent<br>PO BOX 9464<br>SPRINGFIELD, MO 65801-9464 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,221.85 |
|---|---|---|---|
| | Oakland Farms<br>Attn: Managing Officer/Agent<br>5567 Joe Dean Trail<br>Ramseur, NC 27316 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  5/1/2002 | Basis for the claim:  Any claims under finish grower contract (Joe Cox #120).  See Schedule G. | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,491.71 |
|---|---|---|---|
| | OLD RED FARM<br>Attn: Managing Officer/Agent<br>2400 ALAMANCE CHURCH ROAD<br>GREENSBORO, NC 27406 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186,729.59 |
|---|---|---|---|
| | P & F Farms, Inc.<br>Attn: Managing Officer/Agent<br>1210 Lake Fork Road<br>Salisbury, NC 28146 | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  9/23/1972 | Basis for the claim:  Claims under sow farm grower / Gilt Multiplier contract (P&F/Small Farm).  See Schedule G. | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|
| | PARSONS MACHINE WORKS INC.<br>Attn: Managing Officer/Agent<br>890 ALBEMARLE ROAD<br>TROY, NC 27371 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Patrick M. Jones<br>8456 Reeve Rd.<br>Camden, OH 45311 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.226** | **Nonpriority creditor's name and mailing address**
PAYNTER'S AUTO & TRACTOR REPAI
PO BOX 34
WISE, NC 27594

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$73.66

---

**3.227** | **Nonpriority creditor's name and mailing address**
Pee Dee Electric Membership Corp.
Attn: Managing Officer/Agent
575 US HS Hwy 52 South
Wadesboro, NC 28170

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Electricity - 9 accounts: Naked Creek Farm (3); Clearview Farms (2); Tarheel Farm (1); 301 Marvin McCaskill Rd, Ellerbe, NC (1); Little River Farms (2)

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.228** | **Nonpriority creditor's name and mailing address**
Penske Truck Leasing Co., LP
Attn: Managing Officer/Agent
2675 Morgantown Road
Reading, PA 19607

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  Two vehicle leases - see Schedule G. Listed for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.229** | **Nonpriority creditor's name and mailing address**
PHIL COOK
2114 POE ROAD
SILER CITY, NC 27344

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$45,791.85

---

**3.230** | **Nonpriority creditor's name and mailing address**
PIC USA, Inc.
Attn: Managing Officer/Agent
100 Bluegrass Commons Blvd Ste 2200
Hendersonville, TN 37075

Date(s) debt was incurred  01/01/2015

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Claims under genetics contract.  See Schedule G.

Is the claim subject to offset? ■ No ☐ Yes

$650,409.22

---

**3.231** | **Nonpriority creditor's name and mailing address**
PIC USA, Inc.
Attn: Managing Officer/Agent
100 Bluegrass Commons Blvd Ste 2200
Hendersonville, TN 37075

Date(s) debt was incurred  04/01/2019

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  (Birchwood Genetics) Any claims under genetic supply agreement.  See Schedule G.  Listed for notice purposes.

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor   **N. G. Purvis Farms, Inc.**
_____   Case number (if known) _____
         Name

---

3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00**
| **Pollitt Ventures, Inc.** | ☐ Contingent |
| **Attn: Managing Officer/Agent** | ☐ Unliquidated |
| **PO Box 936** | ☐ Disputed |
| **Clarkesville, GA 30523** | |
| Date(s) debt was incurred  **8/31/2020** | Basis for the claim:  **Claims under sow farm grower contract and settlement agreement (Gilchrest Farms).  See Schedule G.** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00**
| **Provimi** | ☐ Contingent |
| **Attn: Managing Officer/Agent** | ☐ Unliquidated |
| **PO Box 6319** | ☐ Disputed |
| **CAROL STREAM, IL 60197-6319** | |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,376.41**
| **QC SUPPLY, LLC.** | ☐ Contingent |
| **Attn: Managing Officer/Agent** | ☐ Unliquidated |
| **PO BOX 581, NORTH HWY 15** | ☐ Disputed |
| **SCHUYLER, NE 68661-0581** | |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.38**
| **QUALITY EQUIPMENT, LLC (CARTHAGE)** | ☐ Contingent |
| **Attn: Managing Officer/Agent** | ☐ Unliquidated |
| **804 MONROE STREET** | ☐ Disputed |
| **CARTHAGE, NC 28327** | |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,988.35**
| **R&R FARMS** | ☐ Contingent |
| **Attn: Managing Officer/Agent** | ☐ Unliquidated |
| **4047 RIVER RIDGE RD** | ☐ Disputed |
| **BROWNS SUMMIT, NC 27214** | |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,413.79**
| **R.D. LEE FARMS, INC.** | ☐ Contingent |
| **Attn: Managing Officer/Agent** | ☐ Unliquidated |
| **1789 CLARENCE MCKEITHAN RD.** | ☐ Disputed |
| **SANFORD, NC 27330** | |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
| **R.T. Farms** | ☐ Contingent |
| **Attn: Managing Officer/Agent** | ☐ Unliquidated |
| **03371 State Route 219** | ■ Disputed |
| **New Bremen, OH 45869** | |
| Date(s) debt was incurred _ | Basis for the claim:  **Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,229.86 |
|---|---|---|---|

**Randolph Boiler & Mech. Inc.**
Attn: Managing Officer/Agent
152 Point South Drive
RANDLEMAN, NC 27317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $733.41 |
|---|---|---|---|

**Randolph Communications**
Attn: Managing Officer/Agent
317 East Dixie Drive
Asheboro, NC 27203

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Telephone - 5 accounts for: Office (3); Copperhead (1); Dixie (1)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,776.19 |
|---|---|---|---|

**Randolph Electric Membership Corp.**
Attn: Managing Officer/Agent
879 McDowell Rd
Asheboro, NC 27205

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Electricity - 20 accts: 4262 Fork Creek Mill (2); Wet Creek Farm (5); Holly Rdg Farm (2); 2504 Spies Road, Robbins, NC (5); Truck Wash (1); Cabin Creek Farm (1); Deerfield Farm (1); Indian Hills Farm (1); Dixie Farm (1); Copperheahead (1)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,853.35 |
|---|---|---|---|

**RANDY DAVIS**
1706 UNDERWOOD RD
ELON COLLEGE, NC 27244

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Randy Siefring**
5684 Karch Road
Coldwater, OH 45828

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Finisher contract grower - under Mercer Landmark contract; Listed for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rayle Electric Membership Corp.**
Attn: Managing Officer/Agent
P.O. Box 1090
Washington, GA 30673

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Electricity -7 accounts for: 484 Sims Cross Road (1); 488 Sims Cross Road(1); 484 Sims Cross Road/Pump (1); 486 Sims Cross Road (1); 487 Sims Cross Road (3)

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **N. G. Purvis Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.245** | Nonpriority creditor's name and mailing address
**RCM MECHANICAL INC.**
Attn: Managing Officer/Agent
PO BOX 267
WHITSETT, NC 27377-0267

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                 **$3,667.47**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address
**Republic Services**
Attn: Managing Officer/Agent
1137 Albemarle Rd
Troy, NC 27371

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                 **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Waste Removal - Multiple accounts for NC facilities. See Schedule G.  Listed for notice**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address
**REPUBLIC SERVICES #778**
Attn: Managing Officer/Agent
PO BOX 9001099
LOUISVILLE, KY 40290-1099

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                 **$2,128.45**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address
**Richmond County Water Dept.**
Attn: Managing Officer/Agent
PO Box 127
Rockingham, NC 28380

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                 **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Water - 2 accounts for: 1453 Eastside County Road; 301 Marvin McCaskill Rd**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address
**Rick Alig**
8670 E 400 N
Portland, IN 47371

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                 **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Finisher contract grower - under Mercer Landmark contract - Indiana farms; Listed for notice purposes**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address
**Rick Alig**
5246 State Route 49
Ft. Recovery, OH 45846

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                 **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Finisher contract grower - under Mercer Landmark contract - Ohio farm; Listed for notice purposes**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address
**RICKY GARNER ELECTRIC**
Attn: Managing Officer/Agent
228 NEEDHAM GROVE RD.
SEAGROVE, NC 27341

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                 **$225.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **N. G. Purvis Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.252** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$44,871.00**

**RIDLEY FEED INDUSTRIES**
Attn: Managing Officer/Agent
PO BOX 74008549
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.253** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,350.00**

**RIVERBEND SWINE CONSULTING, PC**
Attn: Managing Officer/Agent
120 FARNSWORTH DR.
GOLDSBORO, NC 27530-9046

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.254** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43.79**

**RIVERLINK**
Attn: Managing Officer/Agent
PO BOX 16799
AUSTIN, TX 78761

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.255** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,796.70**

**ROBBIE WALTERS**
32 WHITE RD
SILER CITY, NC 27344

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.256** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Robbins May & Rich LLP**
Attn: Stephen F. Later
120 Applecross Road
Pinehurst, NC 28374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Listed for notice purposes**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,375.00**

**Robin Lackey**
2425 Breeze Road
HURDLE MILLS, NC 27541

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$534.82**

**ROGER'S HEATING & AIR CONDITIONER SERVIC**
Attn: Managing Officer/Agent
348 DAVIS ROAD
HENDERSON, NC 27537

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **N. G. Purvis Farms, Inc.**                                    Case number (if known) _____
_____
Name

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,530.35** |
|---|---|---|---|

**ROLAND PHILLIPS**
**ATTN: Managing Officer/Agent**
**8166 NC HWY 42**
**BEAR CREEK, NC 27207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$90.00** |
|---|---|---|---|

**ROLL OFF SYSTEMS, INC.**
**Attn: Managing Officer/Agent**
**1100 B. GARRETT DR.**
**STATHAM, GA 30666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ron and Doug Kahlig**
**1769 Menchhofer Road**
**Coldwater, OH 45828**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,321.02** |
|---|---|---|---|

**Ronnie Pattillo**
**1258 Kerrs Chapel Road**
**BURLINGTON, NC 27217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Roy Wood**
**540 Burning Tree Rd.**
**Pinehurst, NC 28374**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Any claims under finisher grower contract - no written contract.  See Schedule G.  Listed for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rusty Cox**
**5312 Dudley Road**
**Monroe, NC 28112**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Any claims under finish grower contract.  See Schedule G.  Listed for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,248.35** |
|---|---|---|---|

**RYAN GREEN**
**5570 Osceola-Ossipee Rd.**
**BROWNS SUMMIT, NC 27214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **N. G. Purvis Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
Ryder Truck Rental, Inc.
Attn: Managing Officer/Agent
PO Box 402366
Atlanta, GA 30384-2366

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Multiple truck leases - see Schedule G.  Listed for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$121,607.95**
SAM BLACK
2020 MORGAN GOLD HILL
GOLD HILL, NC 28071

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,907.10**
Scott Ballard
1125 Dalrymple Farm Rd
SANFORD, NC 27331

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$117.70**
SCOTT'S APPLIANCE & REPAIR
Attn: Managing Officer/Agent
PO BOX 1355, 1528 MAIN ST.
RAMSEUR, NC 27316

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,808.52**
SHORTY'S SERVICE CENTER
Attn: Managing Officer/Agent
1039 PLANK ROAD
CARTHAGE, NC 28327

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.271** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,588.71**
Sidney Beeson
4118 Beeson Farm Rd.
SOPHIA, NC 27350

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,032.64**
SILER CITY TRAILER REPAIR INC.
Attn: Managing Officer/Agent
150 PINEY GROVE CHURCH ROAD
SILER CITY, NC 27344

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Smithfield Farmland Corp.**
Attn: Managing Officer/Agent
111 Commerce Street
Smithfield, VA 23430

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Any claims under Market Hog Supply Agreement - see Schedule G. Listed for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,876.80 |
|---|---|---|---|

**Smithfield Farmland Sales Corp**
Attn: Managing Officer/Agent
PO BOX 740008622
CHICAGO, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,391.88 |
|---|---|---|---|

**Snider Fleet Solutions**
Attn: Managing Officer/Agent
PO Box 16046
GREENSBORO, NC 27416

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**SPIVEY'S GARAGE**
Attn: Managing Officer/Agent
172 SPIVEY RD.
CARTHAGE, NC 28327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Spring Valley Finisher**
Attn: Managing Officer/Agent
254 Spring Valley Road
Norlina, NC 27563

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  4/23/2015

Last 4 digits of account number _

Basis for the claim:  **Any claims under finish grower contract with NC Farm of Wise.   Listed for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,261.22 |
|---|---|---|---|

**STAR AUTO CENTER**
Attn: Managing Officer/Agent
PO BOX 574
STAR, NC 27356

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $930.12 |
|---|---|---|---|

**STEEL & PIPE CORPORATION**
Attn: Managing Officer/Agent
P.O. BOX 700
SANFORD, NC 27331-0700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **N. G. Purvis Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.280** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Steve Bohman**
**1515 SR 48**
**Russia, OH 45363**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$54,792.90**

**Steve Thomas Farm**
**Attn: Managing Officer/Agent**
**446 Castleberry Road**
**SANFORD, NC 27332**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,647,598.38**

**Sunrise Cooperative, Inc.**
**Attn: Managing Officer/Agent**
**2025 W. State St.**
**Fremont, OH 43420**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Feeding and Service Agreement - contract was with Trupointe Cooperative, Inc. which merged into Sunrise.  Contract Terminated, civil action pending**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.283** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Swain Farms LLC; Hickory Dell Farms**
**Attn: Managing Officer/Agent**
**4310 Barber Road**
**Cedarville, OH 45314**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,279.29**

**SWK Technologies, Inc.**
**Attn: Managing Officer/Agent**
**120 Eagle Rock Ave., Ste. 330**
**East Hanover, NJ 07936**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sage 100 Services Agreement - See Schedule G**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.285** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**T&L Feasel Farms**
**Attn: Managing Officer/Agent**
**795 Winkler Rd.**
**Willshire, OH 45898**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **N. G. Purvis Farms, Inc.**                                                      Case number (if known) _____
_____
Name

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$106.45** |
|---|---|---|---|

**TAR HEEL SALES AND SERVICE**
**Attn: Managing Officer/Agent**
**PO BOX 476**
**WARRENTON, NC 27589**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ted Heitkamp**
**2430 St. Johns Road**
**Maria Stein, OH 45860**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Finisher contract grower - under terminated Sunrise Cooperative contract; Listed for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49,291.95** |
|---|---|---|---|

**TERRY BLACKWELL**
**8545 DICK BLACKWELL ROAD**
**OXFORD, NC 27565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$674,013.26** |
|---|---|---|---|

**THE REDWOOD GROUP, LLC**
**Attn: Managing Officer/Agent**
**5920 NALL AVENUE, SUITE #400**
**MISSION, KS 66202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Thurman Jessup**
**6913 Brush Creek Road**
**Bennett, NC 27208**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/20/2002

**Basis for the claim:**  Any claims under finish grower contract (#161).  See Schedule G.  Listed for notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,596.40** |
|---|---|---|---|

**TIM SLOAN**
**424 SLOAN LANE**
**SANFORD, NC 27330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$17,457.15** |
|---|---|---|---|

**TIMMY LANGLEY**
**1253 RAINEY ROAD**
**STALEY, NC 27355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,599.22 |
|---|---|---|---|

**TONY MOORE (INGRED)**
217 Meadow Branch Rd
REIDSVILLE, NC 27320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,265.05 |
|---|---|---|---|

**TONY ROSS**
421 JOEL RD
CARTHAGE, NC 28327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136.67 |
|---|---|---|---|

**Toshiba Financial Services**
Attn: Managing Officer/Agent
1310 Madrid Street, Suite 101
Marshall, MN 56258

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Any claims under copier lease - see Schedule G. Listed for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60.00 |
|---|---|---|---|

**TOTAL POWER PRODUCTS**
Attn: Managing Officer/Agent
P O BOX 698
BISCOE, NC 27209

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,134.67 |
|---|---|---|---|

**Town of Candor - Water & Sewer Dept**
Attn: Managing Officer/Agent
PO Box 220
Candor, NC 27229

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Water & Sewer - truck wash**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Transverse Specialty Insurance Co.**
Attn: Managing Officer/Agent
9821 Katy Freeway, Suite 750
Houston, TX 77024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Real property and business income insurance. Listed for notice purposes.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,633.95 |
|---|---|---|---|

**TRAVIS PUGH**
6372 GOLDFIELD RD
LIBERTY, NC 27298

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **N. G. Purvis Farms, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.300 | **Nonpriority creditor's name and mailing address**<br>**TREAT-RITE WATER SERVICES,INC**<br>**Attn: Managing Officer/Agent**<br>**6502 NC 86**<br>**CHAPEL HILL, NC 27514**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,414.87** |
|---|---|---|---|

| 3.301 | **Nonpriority creditor's name and mailing address**<br>**TREXLER FARMS**<br>**Attn: Managing Officer/Agent**<br>**12955 HWY 52**<br>**GOLD HILL, NC 28071**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$118,774.42** |
|---|---|---|---|

| 3.302 | **Nonpriority creditor's name and mailing address**<br>**UniFirst Corp/UniFirst Holdings**<br>**Attn: Managing Officer/Agent**<br>**14000 E Moncrieff Pl**<br>**Aurora, CO 80011**<br><br>Date(s) debt was incurred  12/17/2018<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Any claims under uniforms contract.  See Schedule G.<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$335.37** |
|---|---|---|---|

| 3.303 | **Nonpriority creditor's name and mailing address**<br>**UNITED FIRE & SAFETY EQUIP.INC**<br>**Attn: Managing Officer/Agent**<br>**PO BOX 235**<br>**GOLDSTON, NC 27252**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$268.74** |
|---|---|---|---|

| 3.304 | **Nonpriority creditor's name and mailing address**<br>**UNITED PARCEL SERVICE**<br>**Attn: Managing Officer/Agent**<br>**P O BOX 809488**<br>**CHICAGO, IL 60680-9488**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$259.70** |
|---|---|---|---|

| 3.305 | **Nonpriority creditor's name and mailing address**<br>**UNIVERSITY OF MINNESOTA**<br>**Attn: Managing Officer/Agent**<br>**REGENTS OF U OF M, NW5960**<br>**MINNEAPOLIS, MN 55485-5960**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$21,962.24** |
|---|---|---|---|

| 3.306 | **Nonpriority creditor's name and mailing address**<br>**UNIVERSITY OF PENNSYLVANIA**<br>**Attn: Managing Officer/Agent**<br>**382  WEST STREET RD**<br>**KENNETT SQUARE, PA 19348**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$272.00** |
|---|---|---|---|

| Debtor | **N. G. Purvis Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,563.06** |
|---|---|---|---|

**US Cellular**
**Attn: Managing Officer/Agent**
**Dept. 0205**
**Palatine, IL 60055-0205**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Telephone - Cell phones for employees in various departments.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**US Small Business Administration**
**Attn: Managing Officer/Agent**
**409 3rd Street, SW**
**Washington, DC 20416**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Any claims under PPP loan from Fidelty Bank - it is anticipated this will be forgiven**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,264.80** |
|---|---|---|---|

**VALLEY PROTEINS-CBP**
**Attn: Managing Officer/Agent**
**PO BOX 643381**
**CINCINNATI, OH 45264-3381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$943.50** |
|---|---|---|---|

**VANDERVEER GAS BLUE RIBBON**
**Attn: Managing Officer/Agent**
**117 INDUSTRIAL PARK DRIVE**
**BISCOE, NC 27209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$741.01** |
|---|---|---|---|

**VANDERVEERS GAS-COPPERHEAD**
**Attn: Managing Officer/Agent**
**117M INDUSTRIAL PARK DRIVE**
**BISCOE, NC 27209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,010.50** |
|---|---|---|---|

**Victory Environmental & Waste**
**Attn: Managing Officer/Agent**
**P.O. Box 2805**
**THOMASVILLE, NC 27361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,125.00** |
|---|---|---|---|

**VP Valley Proteins, INC**
**Attn: Managing Officer/Agent**
**P.O. BOX 643393**
**CINCINNATI, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | N. G. Purvis Farms, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$105.66** |
|---|---|---|---|
| | **WALLACE-DUNN HEATING & AIR CONDITIONING,** Attn: Managing Officer/Agent PO BOX 581 TROY, NC 27371 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,799.63** |
|---|---|---|---|
| | **WALMART** Attn: Managing Officer/Agent P O BOX 530934 ATLANTA, GA 30353-0934 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Warren County Public Utilities** Attn: Managing Officer/Agent PO Box 577 Warrenton, NC 27589-0577 | ■ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Water - 1 account for: 396 Faulkner Quarter Road, Warrenton | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$782.00** |
|---|---|---|---|
| | **WATERS AGRICULTURAL LAB. INC.** Attn: Managing Officer/Agent PO BOX 382, 257 NEWTON HWY CAMILLA, GA 31730 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$245.29** |
|---|---|---|---|
| | **Wells Fargo Vendor Financial Servic** Attn: Managing Officer/Agent PO Box 3072 Cedar Rapids, IA 52406 | ■ Contingent ■ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Any claims under copier lease - see Schedule G. Listed for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Westgerdes Farm** Attn: Managing Officer/Agent 8870 E 500 N Portland, IN 47371 | ☐ Contingent ☐ Unliquidated ■ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** Finisher contract grower - under Mercer Landmark contract; Listed for notice purposes | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,105.68** |
|---|---|---|---|
| | **WILLETT'S DIESEL& EQUIP REPAIR** Attn: Managing Officer/Agent 5450 BONLEE-BENNETT RD. BEAR CREEK, NC 27207 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | N. G. Purvis Farms, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,716.25 |
|---|---|---|---|

**Williams Farm / John Williams**
526 County Line Rd
Ellerbe, NC 28338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Owing to grower on farm sold to JF Carroll.

Is the claim subject to offset? ☑ No ☐ Yes

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.88 |
|---|---|---|---|

**WILSON BROS MILL TRUCK CO INC**
Attn: Managing Officer/Agent
20412 NC HWY 902
BEAR CREEK, NC 27207

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925.99 |
|---|---|---|---|

**WINZER FRANCHISE CORPORATION**
Attn: Managing Officer/Agent
PO BOX 671482
DALLAS, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113.89 |
|---|---|---|---|

**Wood's Tire and Auto**
Attn: Managing Officer/Agent
114 Racket Alley
RAEFORD, NC 28376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,502.25 |
|---|---|---|---|

**WRIGHT DAIRY INC.**
Attn: Managing Officer/Agent
841 WOOLEN STORE RD.
REIDSVILLE, NC 27320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**XL Insurance America, Inc.**
Attn: Managing Officer/Agent
505 Eagleview Blvd., Ste. 100
Exton, PA 19341-1120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Equipment breakdown insurance.  Listed for notice purposes.

Is the claim subject to offset? ☑ No ☐ Yes

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zoetis US LLC**
Attn: Managing Officer/Agent
10 Sylvan Road
Fairfield, NJ 07834

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:**  Any claims under med/vet contract.  See Schedule G.  Listed for notice purposes.

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **N. G. Purvis Farms, Inc.**                                    Case number (if known) _____
              Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **United States Attorney - EDNC**<br>**Civil Process Clerk**<br>**150 Fayetteville Street, Suite 2100**<br>**Raleigh, NC 27601-1461** | Line **3.308**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **US Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Ave., NW**<br>**Washington, DC 20530-0001** | Line **3.308**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 15,391.51 |
| **5b. Total claims from Part 2** | 5b. + | $ 12,445,172.84 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 12,460,564.35 |

**Fill in this information to identify the case:**

Debtor name    **N. G. Purvis Farms, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **SEE EXHIBIT G FOR EXECUTORY CONTRACTS & UNEXPIRED LEASES** |
| State the term remaining | **SEE EXHIBIT G FOR EXECUTORY CONTRACTS & UNEXPIRED LEASES** |
| List the contract number of any government contract | |

# EXHIBIT G

### EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Counterparty Name | Address | City | State | Zip | Contract / Acct. # | Description of Contract | Contract Date (approx.) |
|---|---|---|---|---|---|---|---|
| **LEASES - PRINTER/COPIER** | | | | | | | |
| Imaging Systems & Supplies Co., Inc. | 808 Woodland Ave | Sanford | NC | 27330 | | Maintenace Agreement on 2 Kyocera M4125idn leased from Wells Fargo | 9/13/2019 |
| Toshiba Financial Services | 1310 Madrid Street, Suite 101 | Marshall | MN | 56258 | 500-0487728-000 | Lease of: LEXMARK XM3150, SURGE | 10/21/2016 |
| Wells Fargo Vendor Financial Services, LLC | PO Box 3072 | Cedar Rapids | IA | 52406 | LS-4057983 | Lease of: 2 Kyocera M4125idn, with accessories | 9/13/2019 |
| **LEASES - REAL PROPERTY** | | | | | | | |
| Copperhead Farms, LLC | 2504 Spies Road | Robbins | NC | 27325 | | Real property lease - grower farm (Randolph Co.) | 10/10/2006 |
| North Moore Management, LLC (Clearview) | 2504 Spies Road | Robbins | NC | 27325 | | Real property lease - grower farm (Richmond Co.) | 10/1/2013 |
| **LEASES - TRUCK** | | | | | | | |
| Penske Truck Leasing Co., L.P. | 2675 Morgantown Road | Reading | PA | 19607 | 304311 | Lease of: Freightliner New Cascadia 126 6x4 Grp 3 | 3/19/2020 |
| Penske Truck Leasing Co., L.P. | 2675 Morgantown Road | Reading | PA | 19607 | 373276 | Lease of: Freightliner New Cascadia 126 6x4 Grp 3 | 3/19/2020 |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | 359382 | Lease of: 2015 Volvo VNL64T300TA Day Cab | 6/24/2015 |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | 671920 | Lease of: 2017 Cascadia T/A Sleeper PX 12564ST | 3/24/2016 |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | 678490 | Lease of: 2017 Cascadia T/A Sleeper PX 12564ST | 8/25/2016 |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | 678492 | Lease of: 2017 Cascadia T/A Sleeper PX 12564ST | 8/25/2016 |

# EXHIBIT G

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Counterparty Name | Address | City | State | Zip | Contract / Acct. # | Description of Contract | Contract Date (approx.) |
|---|---|---|---|---|---|---|---|
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | 678493 | Lease of: 2017 Cascadia T/A Sleeper PX 12564ST | 8/25/2016 |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | 678494 | Lease of: 2017 Cascadia T/A Sleeper PX 12564ST | 8/25/2016 |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | 679923 | Lease of: 2018 Volvo VNL64T300TA Day Cab | 9/29/2016 |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | 679924 | Lease of: 2018 Volvo VNL64T300TA Day Cab | 9/29/2016 |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | 679925 | Lease of: 2018 Volvo VNL64T300TA Day Cab | 9/29/2016 |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | 755234 | Lease of: 2017 Volvo VNL64T300TA Day Cab | 4/21/2017 |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | 808067 | Lease of: 2018 Cascadia T/A Sleeper PX 12564ST | 12/1/2017 |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | 820465 | Lease of: 2018 Cascadia T/A Sleeper PX 12564ST | 1/10/2018 |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | 875442 | Lease of: 2019 Volvo VNL64T300TA Day Cab | 6/22/2018 |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | Various | Temporary Rental of truck | |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | Various | Temporary Rental of truck | |
| Ryder Truck Rental, Inc. | PO Box 402366 | Atlanta | GA | 30384 | Various | Temporary Rental of truck | |

**CONTRACTS - CUSTOMER/BUYERS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Murphy-Brown LLC d/b/a Smithfield Hog Production | 785 NC 24/50 East | Warsaw | NC | 28398 | | Weaned pig sales contract | 5/3/2021 |

# EXHIBIT G

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Counterparty Name | Address | City | State | Zip | Contract / Acct. # | Description of Contract | Contract Date (approx.) |
|---|---|---|---|---|---|---|---|
| Smithfield Farmland Corp. d/b/a Smithfield Foods | 111 Commerce St. | Smithfield | VA | 23430 | | Market hog sales contract | 10/8/2017 |
| **CONTRACTS - GROWERS** | | | | | | | |
| Applefield Farms | 5403 Hwy 150-E | Brown Summitt | NC | 27214 | | Finisher grower contract | 11/19/2002 |
| Bruce & Darlene Humble (#195) | 6632 Smithwood Rd | Liberty | NC | 27298 | | Finisher grower contract | 10/25/2018 |
| Butler Farms (assigned to NGP from Swine Graphics) | 1314 Pisgah Church Rd. | Aynor | SC | 29511 | | Finisher grower contract | 7/17/2015 |
| C & M Hog Farms | 2678 Centerville Rd | Latta | SC | 29565 | | Finisher grower contract | 2/6/2019 |
| Chris Redding Farm | 4100 Baker Farm Road | Sophia | NC | 27350 | | Finisher grower contract | |
| David Sullivan (#116) | 342 Linwood Lane | Rockingham | NC | 28379 | | Finisher grower contract | 5/24/2002 |
| Davistown Farming, LLC | 1002 Ferndale Court | Wilson | NC | 27893 | | Finisher grower contract | 7/12/2010 |
| Debra H. Barnhill (#253) | 460 River Front S | Conway | SC | 29527 | | Finisher grower contract | 12/28/2017 |
| Dennis Loflin | 1007 Skeen Road | Denton | NC | 27239 | | Finisher grower contract | |
| Don A Gibbons Jr. (Loblolly #131) | 3796 Bethlehem Church Rd. | Carthage | NC | 28327 | | Finisher grower contract | 6/5/2002 |
| Drew Hog Farms | 4053 Bluff Rd | Mullins | SC | 29574 | | Finisher grower contract | 3/1/2018 |
| Edward Baxley | Boyd Atkinson Road | Marion | SC | 29571 | | Finisher grower contract | |
| Floyd Smith | 6508 Cypress Swamp Road | Conway | SC | 29527 | | Finisher grower contract | |
| Hill Top Finisher | 215 Cotton road | Riedsville | NC | 27320 | | Finisher grower contract | |
| James C Bell (#250) | 3100 B&S Road | Loris | SC | 29569 | | Finisher grower contract | 12/4/2017 |
| JD Farms (#196) | 170 Cognac Road | Marston | NC | 28363 | | Finisher grower contract | 11/19/2018 |
| JD Farms (#327) | 170 Cognac Road | Marston | NC | 28363 | | Nursery grower contract | 11/19/2018 |

# EXHIBIT G

### EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Counterparty Name | Address | City | State | Zip | Contract / Acct. # | Description of Contract | Contract Date (approx.) |
|---|---|---|---|---|---|---|---|
| JF Carroll Farms LLC | 526 County Line Rd | Ellerbe | NC | 28338 | | Finisher grower contract | 10/9/2020 |
| Jimmy Bailey (#252) (assigned to NGP from Swine Graphics) | 6400 Jordan Creek Rd. | Nichols | SC | 29581 | | Finisher grower contract | 7/20/2015 |
| Jimmy Huggins / Huggins Farm, Inc. (#251) | 5424 Bluff Road | Mullins | SC | 29574 | | Finisher grower contract | 11/8/2017 |
| Jonathan Brent Jester (#126) | 1248 Wright Country Road | Ramseur | NC | 27316 | | Finisher grower contract | 8/12/2002 |
| Key Farms, Inc. (Gilbert Key) | 596 Maness Road | Robbins | NC | 27325 | | Finisher grower contract | 5/13/2002 |
| LMS, LLC (Cognac Farm) | 1227 Rockingham Road | Rockingham | NC | 28379 | | Sow farm grower contract | 11/1/2018 |
| Meadow Creek | 507 Alston Bridge Road | Siler City | NC | 27344 | | Finisher grower contract | |
| Melvin K. Huneycutt (#144) | 28376 Milling Port Road | Albemarle | NC | 28001 | | Finisher grower contract | 5/13/2002 |
| Mike and Robin Lackey (Beaver Creek #170) | 2425 Breeze Road | Hurdle Mills | NC | 27541 | | Finisher grower contract | 2/19/2010 |
| NC Farm of Wise (Engel Nursery) | 973 Kerr Lake Cole Bridge Rd. | Norlina | NC | 27563 | | Grower Contract for: (a)  Nursery growers (NC-Engel nursery & Spring Valley nursery) (b) Finisher growers (NC-Engel finisher & Spring Valley finisher) | 4/23/2015 |
| Neal H. Grant (Mountain View #142) | 1794 N. U.S. Hwy. 220 | Ellerbe | NC | 28336 | | Finisher grower contract | 6/2/2005 |
| Nick Craven (#133) | 4718 Lambeth Mill Rd | Bennett | NC | 27208 | | Finisher grower contract | 7/16/2004 |
| Oakland Farms (Joe Cox #120) | 5567 Joe Dean Trail | Ramseur | NC | 27316 | | Finisher grower contract | 5/1/2002 |
| P & F Farms, Inc. (P&F/Small Farm) | 1210 Lake Fork Road | Salisbury | NC | 28146 | | Sow farm grower contract / Gilt Multiplier | 9/23/1972 |
| Pollitt Ventures, Inc. (d/b/a Gilcrest/Gilchrist Farms) | PO Box 936 | Clarkesville | GA | 30523 | | Farrowing Agreement of 9/1/19 Terminated by Settlement Agreement of 8/31/20 | 8/31/2020 |

# EXHIBIT G
## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Counterparty Name | Address | City | State | Zip | Contract / Acct. # | Description of Contract | Contract Date (approx.) |
|---|---|---|---|---|---|---|---|
| Roy Wood | 540 Burning Tree Rd. | Pinehurst | NC | 28374 | | Finisher grower contract - no written contract | |
| Rusty Cox | 5312 Dudley Road | Monroe | NC | 28112 | | Finisher grower contract | |
| Thurman Jessup (#161) | 6913 Brush Creek Road | Bennett | NC | 27208 | | Finisher grower contract | 5/20/2002 |
| **Farms Run by Mercer Landmark Inc.** | | | | | | | |
| **Mercer Landmark Inc.** | **426 W Market St** | **Celina** | **OH** | **45822** | | **Contract Finish Facility Agreement** | **1/6/2019** |
| Ben & Neil Siefring | 2956 Menchhofer Road | Coldwater | OH | 45828 | | Finisher grower contract | |
| Chris Ontrop | 5017 E 500 N | Portland | IN | 47371 | | Finisher grower contract | |
| David Knapke | 2310 Siegrist Jute Road | Fort Recovery | OH | 45846 | | Finisher grower contract | |
| Doug Franke | 2675 State Route 127 | St. Henry | OH | 45883 | | Finisher grower contract | |
| F. Kahlig | 4106 State Route 219 | Coldwater | OH | 45828 | | Finisher grower contract | |
| Greg Alig 1 | 777 Schroeder Road | Celina | OH | 45822 | | Finisher grower contract | |
| Jeff & Michelle Knapke | 5359 Township Line Road | Coldwater | OH | 45828 | | Finisher grower contract | |
| Mike Chrisman | 7888 Guadalupe Road | Celina | OH | 45822 | | Finisher grower contract | |
| Mike Holdhiede | 4150 Carthagena Road | St. Henry | OH | 45883 | | Finisher grower contract | |
| Randy Siefring | 5684 Karch Road | Coldwater | OH | 45828 | | Finisher grower contract | |
| Rick Alig | 8670 E 400 N | Portland | IN | 47371 | | Finisher grower contract | |
| Rick Alig Ohio | 5246 State Route 49 | Ft. Recovery | OH | 45846 | | Finisher grower contract | |
| Timmerman (Jeff) | 400 N 850 E | Portland | IN | 47371 | | Finisher grower contract | |
| Westgerdes Farm | 8870 E 500 N | Portland | IN | 47371 | | Finisher grower contract | |

# EXHIBIT G

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Counterparty Name | Address | City | State | Zip | Contract / Acct. # | Description of Contract | Contract Date (approx.) |
|---|---|---|---|---|---|---|---|
| **Farms Under Sunrise Cooperative Contract** | | | | | | | 9/25/2015 |
| **Sunrise Cooperative, Inc.** **(successor by merger to Trupointe Cooperative, Inc.)** | **2025 W. State St.** | **Fremont** | **OH** | **43420** | | **Feeding and Service Agreement** | 5/31/2019 |
| Brent Henschen | 5827 SR 219 | New Knoxville | OH | 45871 | | Finisher grower contract - believed terminated | 9/4/2018 |
| CW Homestead Farms, LLC | 977 South SR 1 | Dunkirk | IN | 47336 | | Finisher grower contract - believed terminated | N/A |
| Daniel L. Elsas | 2575 Fessler-Buxton Rd. | Russia | OH | 45363 | | Finisher grower contract | 10/24/2016 |
| Danny Gunter/Gunter Farm, Inc. | 1330 Walker Rd. | Rayle | GA | 30660 | | Finisher grower contract | 8/15/2018 |
| Dry Feeder Farm / Bob Nedderman | 03371 State Route 219 | New Bremen | OH | 45869 | | Finisher grower contract - believed terminated | 2/22/2019 |
| Fred Koenig | 18863 US Route 33 | Wapakoneta | OH | 45895 | | Finisher grower contract - believed terminated | 4/20/2018 |
| Gary Landes, Atley Landes and Abram Landes | 1125 Lewisburg-Western Rd. | Lewisburg | OH | 45338 | | Finisher grower contract - believed terminated | 5/9/2019 |
| Gary, Atley & Abram Landes | 1125 Lewisburg-Western Rd | Lewisburg | OH | 45338 | | Finisher grower contract - believed terminated | 12/21/2017 |
| Greg Tobe | 2796 Philothea Road | Ft. Recovery | OH | 45846 | | Finisher grower contract - believed terminated | 3/8/2019 |
| Huelskamp Bros. Farms | 7652 Pence Road | Sidney | OH | 45365 | | Finisher grower contract - believed terminated | N/A |

# EXHIBIT G

### EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Counterparty Name | Address | City | State | Zip | Contract / Acct. # | Description of Contract | Contract Date (approx.) |
|---|---|---|---|---|---|---|---|
| J&L Pork LLC (Daniel L. Elsas) | 202 Rangeline Rd. | Russia | OH | 45363 | | Finisher grower contract | 4/10/2020 |
| Jack M. Schmeising | 11255 Kuether Road | Anna | OH | 45302 | | Finisher grower contract - believed terminated | 2/28/2020 |
| James Hicks | 7638 Horatio New Harrison Rd. | Bradford | OH | 45308 | | Finisher grower contract - believed terminated | undated |
| John & Jaret Ankerman | 15120 CR 66A | St. Marys | OH | 45885 | | Finisher grower contract - believed terminated | |
| Ken Elsas | 2441 Fessler-Buxton Rd. | Russia | OH | 45363 | | Finisher grower contract | 1/1/2020 |
| Kevin Smail | 12372 Shanley Rd. | Quincy | OH | 43343 | | Finisher grower contract - believed terminated | 7/1/2018 |
| Lee Foos | 14151 Price Mather Road | Richwood | OH | 43344 | | Finisher grower contract - believed terminated | 8/9/2019 |
| Michael P. Albers | 2466 Stelzer Rd. | Maria Stein | OH | 45860 | | Finisher grower contract - believed terminated | 6/6/2018 |
| Michael Schoenlin | 3793 SR 49 | Fort Recovery | OH | 45846 | | Finisher grower contract - believed terminated | 2/22/2019 |
| Nathan Egbert | 9070 Lock Two Road | Botins | OH | 45360 | | Finisher grower contract - believed terminated | undated |
| Patrick M. Jones | 8456 Reeve Rd. | Camden | OH | 45311 | | Finisher grower contract - believed terminated | 9/30/2018 |
| R.T. Farms | 03371 State Route 219 | New Bremen | OH | 45869 | | Finisher grower contract - believed terminated | 9/23/2019 |
| Ron and Doug Kahlig | 1769 Menchhofer Road | Coldwater | OH | 45828 | | Finisher grower contract - believed terminated | Dec-18 |

# EXHIBIT G

## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Counterparty Name | Address | City | State | Zip | Contract / Acct. # | Description of Contract | Contract Date (approx.) |
|---|---|---|---|---|---|---|---|
| Steve Bohman | 1515 SR 48 | Russia | OH | 45363 | | Finisher grower contract - believed terminated | 12/2/2019 |
| Swain Farms LLC; Hickory Dell Farms | 4310 Barber Road | Cedarville | OH | 45314 | | Finisher grower contract - believed terminated | 10/3/2018 |
| T&L Feasel Farms | 795 Winkler Rd. | Willshire | OH | 45898 | | Finisher grower contract - believed terminated | 2/22/2019 |
| Ted Heitkamp | 2430 St Johns Road | Maria Stein | OH | 45860 | | Finisher grower contract - believed terminated | |
| **CONTRACTS - PROFESSIONAL SERVICES** | | | | | | | 11/6/2020 |
| Agri-Management Services | 5475 Dyer Avenue, Suite 141 | Marion | IA | 52302 | | Consulting agreement for sale of Georgia property | 4/1/2021 |
| Chris Kleene | 521 Locust St. | Gretna | NE | 68028 | | Business Consulting Agreement | 5/5/2021 |
| NutriQuest Business Solutions, LLC | 3782 9th St SW | Mason City | IA | 50401 | | CRO / Financial consulting contract | |
| **CONTRACTS - SUPPLIERS/VENDORS** | | | | | | | 1/11/2019 |
| Adisseo USA Inc. | 4400 North Point Pkwy., Ste. 275 | Alpharetta | GA | 30022 | | Rovabio Sales Contract | 4/1/2021 |
| Ajinomoto Health & Nutrition North America, Inc. | 1300 N. Arlington Heights Dr. | Itasca | IL | 60143 | | Lysine Sales Agreement | 10/1/2019 |
| Danisco US Inc. (DuPont) | 3490 Winton Place | Rochester | NY | 14623 | | Meds - Axtra PHY 10,000 TPT2 contract | |
| Gaines Oil Company | 2346 South Main St | Goldston | NC | 27252 | | Petroleum tank equipment use contract | 1/22/2018 |
| I.M.V. International Corporation | 11725 95th Ave N | Maple Grove | MN | 55369 | | Service contract - GTB 1000 V3 machine at boar stud | 11/17/2017 |
| Murphy Brown LLC d/b/a Smithfield Hog Production | 200 Commerce Street | Smithfield | VA | 23430 | | Feed Purchase Agreement (Finishing feed) | 5/14/2018 |

# EXHIBIT G

### EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Counterparty Name | Address | City | State | Zip | Contract / Acct. # | Description of Contract | Contract Date (approx.) |
|---|---|---|---|---|---|---|---|
| Murphy-Brown LLC d/b/a Smithfield Premium Genetics | PO Box 688 | Rose Hill | NC | 28458 | | Genetic Supply Agreement (royalties) | 1/1/2015 |
| PIC USA, Inc. | 100 Bluegrass Commons Blvd., Ste. 2200 | Hendersonville | TN | 37075 | | Genetics contract | 4/1/2019 |
| PIC USA, Inc. (Birchwood Genetics) | 100 Bluegrass Commons Blvd., Ste. 2200 | Hendersonville | TN | 37075 | | Genetic supply agreement | 5/22/2017 |
| SWK Technologies, Inc. | 120 Eagle Rock Ave., Ste. 330 | East Hanover | NJ | 7936 | | Sage 100 Services Agreement | 12/17/2018 |
| UniFirst Corporation/UniFirst Holdings, Inc. | 14000 E Moncrieff Pl. | Aurora | CO | 80011 | 937909 | Uniforms contract | |
| Zoetis US LLC | 10 Sylvan Road | Fairfield | NJ | 07834 | | Med/vet contract | |
| **CONTRACTS - UTILITIES** | | | | | | | 10/4/2011 |
| AmeriGas | PO Box 371473 | Pittsburgh | PA | 15250 | | Contract for propane gas for NC | |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183622242/ 778-0007570 | Contract for waste removal - Truck Wash, 10326 NC Highway 705, Eagle Springs, NC | |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A194215910/ 778-0033852 | Contract for waste removal - 2578 Thickety Creek Road, Mt. Gilead, NC | 9/27/2018 |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183624929/ 778-0002295 | Contract for waste removal - Cabin Creek Farm, 245 Mayfair Road, Star, NC | 9/27/2018 |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183625221/ 778-0020289 | Contract for waste removal - Tarheel Farm, Windy Hill Road, Ellerbe, NC | 9/27/2018 |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183625148/ 778-0031013 | Contract for waste removal - Dixie Farm, 365 Spivey Road, Carthage, NC | 9/27/2018 |

# EXHIBIT G
### EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Counterparty Name | Address | City | State | Zip | Contract / Acct. # | Description of Contract | Contract Date (approx.) |
|---|---|---|---|---|---|---|---|
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183625189/ 778-0033852 | Contract for waste removal - Little River, 2578 Thickety Creek Road, Mt. Gilead, NC | 9/27/2018 |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183625290/ 778-0127761 | Contract for waste removal - 2504 Spies Road, Robbins, NC | 9/27/2018 |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183625062/ 778-0003920 | Contract for waste removal - 3732 Old Hwy 421, Siler City, NC | 9/27/2018 |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183625876/ 778-4408597 | Contract for waste removal - Holly Ridge, Cedar Lane, Eagle Springs, NC | 9/27/2018 |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183625924/ 778-4408597 | Contract for waste removal - Indian Hill, Cedar Lane, Eagle Springs, NC | 9/27/2018 |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183625967/ 778-4408597 | Contract for waste removal - Wet Creek, Cedar Lane, Eagle Springs, NC | 9/27/2018 |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183626041/ 778-4408597 | Contract for waste removal - Deerfield, Cedar Lane, Eagle Springs, NC | 9/27/2018 |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183626074/ 778-4408597 | Contract for waste removal - 865 Skill Rd., Eagle Springs, NC | 9/27/2018 |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183626116/ 778-4408597 | contract for waste removal - Copperhead, 3652 Fork Creek Mill Road, Seagrove, NC | 9/27/2018 |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183626151/ 778-4408597 | Contract for waste removal - Blue Ribbon, 2465 Kelly Plantation Rd., Carthage, NC | 9/27/2018 |
| Republic Services | 1137 Albemarle Rd | Troy | NC | 27371 | A183624886/ 778-0007534 | Contract for waste removal - Naked Creek Farm, 393 Haines Rd., Jackson Springs, NC | |

**Fill in this information to identify the case:**

Debtor name __**N. G. Purvis Farms, Inc.**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Betty G. Purvis** | **3208 NC Highway 22**<br>**Carthage, NC 28327** | **LOL Finance Co.** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **David Purvis** | **PO Box 77**<br>**Highfalls, NC 27259** | **First National Bank of Omaha** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **David Purvis** | **PO Box 77**<br>**Highfalls, NC 27259** | **LOL Finance Co.** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Jerry M. Purvis, Sr.** | **3029 NC Highway 22**<br>**Carthage, NC 28327** | **First National Bank of Omaha** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Jerry M. Purvis, Sr.** | **3029 NC Highway 22**<br>**Carthage, NC 28327** | **LOL Finance Co.** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **N. G. Purvis Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Jerry M. Purvis, Sr. | 3029 NC Highway 22 Carthage, NC 28327 | Sunrise Cooperative, Inc. | ☐ D _____ ■ E/F __3.282__ ☐ G _____ |
| 2.7 | Judith E. Purvis | 756 Putnam Church Road Carthage, NC 28327 | LOL Finance Co. | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.8 | Larry M. Purvis | 3208 NC Highway 22 Carthage, NC 28327 | First National Bank of Omaha | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.9 | Larry M. Purvis | 3208 NC Highway 22 Carthage, NC 28327 | LOL Finance Co. | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.10 | Marie P. McFayden | 2872 N. US Highway 220 Ellerbe, NC 28338 | LOL Finance Co. | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.11 | Melvin G. Purvis | 756 Putnam Church Road Carthage, NC 28327 | First National Bank of Omaha | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.12 | Melvin G. Purvis | 756 Putnam Church Road Carthage, NC 28327 | LOL Finance Co. | ■ D __2.12__ ☐ E/F _____ ☐ G _____ |
| 2.13 | Melvin G. Purvis | 756 Putnam Church Road Carthage, NC 28327 | Sunrise Cooperative, Inc. | ☐ D _____ ■ E/F __3.282__ ☐ G _____ |

| Debtor | **N. G. Purvis Farms, Inc.** | | Case number *(if known)* | |

| ▮ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |

| 2.14 | **Robert W. McFayden** | **2872 N. US Highway 220 Ellerbe, NC 28338** | **LOL Finance Co.** | ▮ D __**2.12**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15 | **Tracey B. Purvis** | **(deceased) PO Box 77 Highfalls, NC 27259** | **LOL Finance Co.** | ▮ D __**2.12**__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **N. G. Purvis Farms, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **4/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$7,312,697.00** |
| **For prior year:**<br>From **4/01/2020** to **3/31/2021** | ■ Operating a business<br>☐ Other **Operation of Business - figure shown is through 2/27/2021** | **$78,365,841.00** |
| **For year before that:**<br>From **4/01/2019** to **3/31/2020** | ■ Operating a business<br>☐ Other _____ | **$92,473,605.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | N. G. Purvis Farms, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **SEE EXHIBIT SOFA # 3** | | **$35,596,661.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **SEE EXHIBIT SOFA # 4 & 30** | | **$0.00** | |
| 4.2. **Jerry M. Purvis, Sr.**<br>**3029 NC Highway 22**<br>**Carthage, NC 28327** | | **$0.00** | **SEE EXHIBIT SOFA # 4 & 30** |
| 4.3. **Larry M. Purvis**<br>**3208 NC Highway 22**<br>**Carthage, NC 28327** | | **$0.00** | **SEE EXHIBIT SOFA # 4 & 30** |
| 4.4. **Melvin & Judy Purvis**<br>**756 Putnam Church Road**<br>**Carthage, NC 28327** | | **$0.00** | **SEE EXHIBIT SOFA # 4 & 30** |
| 4.5. **David P. Purvis**<br>**PO Box 77**<br>**Highfalls, NC 27259** | | **$0.00** | **SEE EXHIBIT SOFA # 4 & 30** |
| 4.6. **Marie P. McFayden**<br>**2872 N. US Highway 220**<br>**Ellerbe, NC 28338** | | **$0.00** | **SEE EXHIBIT SOFA # 4 & 30** |
| 4.7. **Anthony Moore**<br>**300 HALLISON HIGH FALLS RD**<br>**Robbins, NC 27325** | | **$0.00** | **SEE EXHIBIT SOFA # 4 & 30** |
| 4.8. **Kelly Lambert**<br>**276 HALLISON HIGHFALLS ROAD**<br>**Robbins, NC 27325** | | **$0.00** | **SEE EXHIBIT SOFA # 4 & 30** |
| 4.9. **North Moore Management LLC**<br>**Attn: Managing Officer/Agent**<br>**2504 Spies Road**<br>**Robbins, NC 27325** | | **$0.00** | **SEE EXHIBIT SOFA # 4 & 30** |
| 4.10· **Copperhead Farms LLC**<br>**Attn: Managing Officer/Agent**<br>**2504 Spies Road**<br>**Robbins, NC 27325** | | **$0.00** | **SEE EXHIBIT SOFA # 4 & 30** |
| 4.11· **Purvis Realty & Investments, LLC**<br>**2504 Spies Road**<br>**Robbins, NC 27325** | | **$0.00** | **SEE EXHIBIT SOFA # 4 & 30** |

Debtor    **N. G. Purvis Farms, Inc.** _____   Case number _(if known)_ _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.12 **Cheryl Purvis** · | | **$0.00** | **SEE EXHIBIT SOFA # 4 & 30** |
| 4.13 **Jerry M. Purvis, Jr.** · **352 Hallison High Falls Road** **Highfalls, NC 27259** | | **$0.00** | **SEE EXHIBIT SOFA # 4 & 30** |
| 4.14 **Norman Purvis** · **180 HALLISON HIGHFALLS ROAD** **Robbins, NC 27325** | | **$0.00** | **SEE EXHIBIT SOFA # 4 & 30** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **First National Bank of Omaha** **Attn: Managing Officer/Agent** **1620 Dodge Street** **Omaha, NE 68197** | **Multiple setoffs and payments from Debtor's account maintained with FNBO. Amount presently has not been determined.  An amendment will be filed as soon as an accounting can be prepared.** Last 4 digits of account number:   2093 | **Various/multi ple dates** | **Unknown** |

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Clinton Wood Jr. dba Wood v NG Purvis Farms, Inc. and Bonlee Mills LLC** **21 CVD 386** | **Civil - debt** | **Davidson County NC** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Travis Buchanan dba Buchanan Farms v. NG Purvis Farms Inc.** **21 CVS 225** | **Civil - debt** | **Lee County, NC** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Sunrise Cooperative, Inc.  v. NG Purvis Farms Inc., Jerry Purvis, and Melvin Purvis** **21CV000068** | **Civil - debt** | **Shelby County, OH** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**

| Debtor | N. G. Purvis Farms, Inc. | Case number *(if known)* | |
|---|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Multiple property damage occurring in OCB resulting primarily from vehicle collisions** | **$262,796.54 received from insurance company** | **various** | **Unknown** |
| **Insurance claim for  2014 Dodge Ram VIN 1C6RR7FG0ES239769 - totaled on 4/21/2021** | **None to date - approx. $10,000 expected** | **4/21/2021** | **Unknown** |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Butler & Butler, L.L.P.<br>111 N. 5th Avenue<br>PO Box 38<br>Wilmington, NC 28401** | | **Various - separate detailed disclosure is being filed** | **$207,320.33** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

Debtor    **N. G. Purvis Farms, Inc.**                                         Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Hendren, Redwine & Malone, PLLC** **4600 Marriott Drive, Suite 150** **Raleigh, NC 27612** | | **Various - separate detailed disclosure is being filed** | **$142,628.78** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Robbins May & Rich LLP** **Attn: Stephen F. Later** **120 Applecross Road** **Pinehurst, NC 28374** | **Amount shown is total paid to RMR in last year.  A portion of this amount was paid in contemplation of the potential filing of a bankruptcy case.** | **Various** | **$88,451.95** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Ivan Gutierrez** **Ellerbe, NC** | **7.98 acre Treece Farm, Richmond County, NC** | **June 30, 2020** | **$23,880.00** |
| | Relationship to debtor **no relation** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Debtor | N. G. Purvis Farms, Inc. | Case number *(if known)* | |

| Address | | Dates of occupancy From-To |
|---|---|---|

---

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| N. G. Purvis Farms, Inc. Profit Sharing Plan | EIN: N/A |

Has the plan been terminated?
☑ No
☐ Yes

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| Debtor | N. G. Purvis Farms, Inc. | Case number *(if known)* | |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **7**

Debtor    N. G. Purvis Farms, Inc.                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Frost, PLLC**<br>**Attn: David Haskins**<br>**5510 Six Forks Road, Suite 130**<br>**Raleigh, NC 27609** | **Continuous** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Frost, PLLC**<br>**Attn: David Haskins**<br>**5510 Six Forks Road, Suite 130**<br>**Raleigh, NC 27609** | **Continuous** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Frost, PLLC**<br>**Attn: David Haskins**<br>**5510 Six Forks Road, Suite 130**<br>**Raleigh, NC 27609** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **First National Bank of Omaha**<br>**Attn: Managing Officer/Agent**<br>**1620 Dodge Street**<br>**Omaha, NE 68197** |
| 26d.2.  **LOL Finance Co.**<br>**Attn: Managing Officer/Agent**<br>**1080 County Road F West**<br>**Saint Paul, MN 55126** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

| Debtor | N. G. Purvis Farms, Inc. | Case number *(if known)* |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Purvis | PO Box 77<br>Highfalls, NC 27259 | Director, Vice President | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jerry M. Purvis, Sr. | Rt. 1, Box 80AA<br>Carthage, NC 28327 | Director, President | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marie P. McFayden | Rt. 1, Box 159-B<br>Ellerbe, NC 28338 | | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Melvin G. Purvis | Rt. 1, Box 65-B<br>Carthage, NC 28327 | Director | 20% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Larry M. Purvis | Rt. 1, Box 80<br>Carthage, NC 28327 | | 20% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Larry M. Purvis | Rt. 1, Box 80<br>Carthage, NC 28327 | Former Director,<br>resigned March 17, 2021 | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | SEE SOFA # 4 & EXHIBIT<br>SOFA # 4 & 30 | | | |
| | Relationship to debtor | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor    **N. G. Purvis Farms, Inc.**                                    Case number *(if known)*

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

| Debtor | N. G. Purvis Farms, Inc. | | Case number _(if known)_ | |
|--------|--------------------------|--|---------------------------|--|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  6, 2021**

| **/s/ Jerry M. Purvis, Sr.** | **Jerry M. Purvis, Sr.** |
|------------------------------|--------------------------|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Summary

**Payments by Creditor from 2/6/21 to 5/6/21**

| Creditor Name | Total |
|---|---|
| 101 INC. | 73,576.34 |
| ACS BENEFIT SERVICES INC | 283,926.46 |
| ADISSEO USA Inc. | 47,802.00 |
| ADM INVESTOR SERVICES, INC. - HEDGE | 6,338,000.00 |
| AFLAC | 15,702.08 |
| AGRI SUPPLY INC. LUMBERTON | - |
| AIRGAS USA, LLC. | 2,043.15 |
| AJINOMOTO HEARTLAND LLC | 139,702.43 |
| ALLFLEX USA INC. | 1,493.27 |
| ALLTECH | 31,983.13 |
| AMERICAN GENERAL LIFE INS CO. | 732.68 |
| AMERIGAS  - Truck Wash | 4,397.35 |
| AMERIGAS - DIXIE | 13,718.65 |
| AMERIGAS - NCREEK | 12,633.08 |
| AMERIGAS  -WC | 9,365.30 |
| AMERIGAS -DF | 7,813.87 |
| AMERIGAS GAS-TH | 7,492.79 |
| AMERIGAS- Georgia | 1,770.00 |
| Amerigas -HR | 15,538.74 |
| AMERIGAS -IH | 8,942.65 |
| AMERIGAS -OFFICE | 1,946.58 |
| AMERIGAS-LR | 16,722.10 |
| AMERIGAS-NC | 17,447.98 |
| AMERITAS | 11,819.79 |
| AMICK FARMS, LLC | 351,092.05 |
| ANTONIO MARTINEZ | 64.00 |
| APPLEFIELD FARMS | 261,614.25 |
| APRIL M. CRAVEN | 104.35 |
| ARBORONE FARM CREDIT | 47,800.64 |
| Ardent Mills | 198,941.00 |
| ARK WELDING LLC. | 15,050.00 |
| ASHEBORO GARAGE DOOR | 517.36 |
| ASHEBORO WHOLESALE GROCERY INC | 387.77 |
| ATLANTIC POWER SOLUTIONS INC. | 8.99 |
| AXA EQUITABLE PAYMENT CENTER | 1,456.33 |
| B & B TIRE SERVICE, INC. | 1,406.10 |
| BAILEY AND BAILEY, INC. | 46,186.00 |
| BAILEY FEED MILL | 1,434,255.83 |
| BALCHEM CORPORATION | 29,660.62 |
| BARTLETT MILLING COMPANY | 417,245.57 |
| BAY STATE MILLING COMPANY | 8,576.04 |
| BC/BS of NC- Medicare RX | 658.80 |
| BC/BS of North Carolina | 1,602.50 |
| BENNETT FARM SUPPLY & HARDWARE | 4,245.67 |
| BETH CULBERSON | 120.00 |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Summary

**Payments by Creditor from 2/6/21 to 5/6/21**

| | |
|---|---|
| BOWERS & BURROWS INC. | 1,487.43 |
| BRENDA PITCHFORD | 89.70 |
| BRENNTAG MID-SOUTH, INC. | 3,423.50 |
| BRUCE HUMBLE | 10,411.31 |
| BRUTON SMITH | 231.00 |
| BURNEY TVH OF SEVEN LAKES | 308.79 |
| BUTLER & BUTLER, LLP | 141,233.26 |
| BUTLER FARMS | 41,719.81 |
| C & M Hog Farm LLC | 173,902.05 |
| C. F. EARLY | 5,035.98 |
| C.E.S.CITY ELECTRIC SUPPLY | 150.67 |
| CALE DAVIS | 80.00 |
| CAMERON TESTING SERVICES | 360.00 |
| Cargill, Incorporated | 2,711,216.90 |
| CAROLINA AG SUPPLY/BISCOE HARDWARE | 159.08 |
| CAROLINA ANALYTICAL SERV., LLC | 1,530.00 |
| CAROLINA CLEANING SYSTEMS INC | 1,829.70 |
| CAROLINA FARM CREDIT | 26,737.50 |
| CAROLINA FARM CREDIT, ACA | 26,161.00 |
| CAROLINA WATER SYSTEMS SUP INC | 1,699.00 |
| CARTHAGE AUTO GLASS INC | 535.32 |
| CAVINESS FARMS GRADING INC. | 30,905.36 |
| CENTRAL CAROLINA SCALES INC | 2,831.51 |
| CENTRAL ELECTRIC MEMBERSHIP | 3,305.00 |
| CENTRAL STATES ENTERPRISES LLC | 1,968,402.17 |
| CENTURYLINK | 5,998.81 |
| CFS #1, LLC | 206,721.30 |
| CHAD CARMAC | 6,000.00 |
| CHAPTER 13 OFFICE | 4,744.17 |
| CHARLES McINTYRE | 401.25 |
| Chatham County Utilities | 3,759.12 |
| Chatham Industrial Supply | 737.24 |
| Cheek Environmental, LLC | 450.00 |
| CHEEK SEPTIC TANK SERVICE | 250.00 |
| CHRIS KLEENE | 1,000.00 |
| CHRIS REDDING | 26,835.90 |
| CHRISTOPHER L. JONES | 53,145.00 |
| CITY AUTO PARTS | 1,780.20 |
| Clark Newlin | 5,166.05 |
| CLAYTON OVERACRE | 990.00 |
| CLEMENTE BANUELOS RAMIREZ | 214.02 |
| CLINTON D EDWARDS | 160.00 |
| CO-ALLIANCE BAINBRIDGE FEED & ANIMAL HEALTH | 112,210.00 |
| CONSOLIDATED OIL, LLC | 275.00 |
| COREY BARTHLOMEW | 120.00 |
| Cox Brothers Farm | 47,358.00 |
| Craig Family Farms | 38,000.00 |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Summary

**Payments by Creditor from 2/6/21 to 5/6/21**

| | |
|---|---:|
| CRAIG WILSON | 137.03 |
| CROOK MOTOR COMPANY INC. | 1,578.26 |
| Cruco Mill & Industrial Supply | 1,486.52 |
| Danisco US Inc. | 23,000.00 |
| DARLING INGREDIENTS | 165,576.85 |
| DAVID DAVIS | 145.00 |
| DAVID E. REEVES, DVM | 346.64 |
| DAVID SULLIVAN | 4,124.25 |
| DAVID TODD DOWD | 120.00 |
| DAVID W. JONES | 2,713.57 |
| Davistown Farming, LLC | 43,194.22 |
| D-BLAZE | 150.00 |
| Deams Satterfield | 8,729.08 |
| DEBRA H BARNHILL | 36,399.30 |
| DOMINION ENERGY | 22,096.21 |
| DON GIBBONS, JR. | 39,037.87 |
| DONALD CRAVEN | 1,608.95 |
| DONNA HAMM | 87.14 |
| DONNIE WALLACE | 120.00 |
| DOUGLAS CLAPP | 8,764.30 |
| DREW HOG FARMS, LLC | 31,978.70 |
| DUKE ENERGY PROGRESS | 38,801.47 |
| EASTERN MINERALS INC | 148,218.17 |
| EDGAR CABRERA PULIDO | 120.00 |
| ELLIOTT ENTERPRISES | 1,392.00 |
| EMPLOYMENT SECURITY COMM OF NC | 761.45 |
| Express Scripts, Inc. | 50,201.04 |
| FARM SERVICE AGENCY | 7,203.00 |
| Farm Supply Company | 405.33 |
| FIDELITY BANK | 1,016,257.84 |
| First Benefits Insurance | 29,506.00 |
| FIRST CITIZENS BANK | 9,000.00 |
| First National Bank of Omaha | 5,945,992.91 |
| FLOYD SMITH | 69,172.18 |
| FNBO Card - Bruton Smith | 3,127.54 |
| FNBO Card - Clinton Edwards | 2,091.09 |
| FNBO Card - Gregory F Dunn | 1,380.52 |
| FNBO Card - Jeff Sessoms | 639.66 |
| FNBO Card - Jerry M Purvis Sr | 270.25 |
| FNBO Card - John Ramos | 3,578.42 |
| FNBO Card - John W Spears | 3,605.48 |
| FNBO Card - Michael Priest | 12,940.60 |
| FNBO Card - Randy Lemonds | 6,357.64 |
| FNBO Card - Scott T Holbrook | 17,007.55 |
| FNBO card - Terry Phillips FNB0497 | 4,990.52 |
| FNBO Card - Terry W Flinchum | 1,019.18 |
| FNBO Card - Tim Ringen | 2,058.63 |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Summary

**Payments by Creditor from 2/6/21 to 5/6/21**

| | |
|---|---:|
| FNBO Card - Todd Dowd | 628.10 |
| FNBO Card - Walter C Wilson | 2,942.83 |
| FNBO Card- Anthony Moore | 2,870.54 |
| FNBO Card- Donald Wallace | 449.67 |
| FNBO-Card  Jimmy Bailey | 2,876.85 |
| FNBO-Card- Louise F. Sandoval | 142.54 |
| FNBO-Card-HOMER ANDY ENGLISH | 838.91 |
| FORD CREDIT | 20,007.86 |
| FROST, PLLC | 12,009.16 |
| FSA | 5,362.01 |
| G.K. FARM LLC | 29,590.77 |
| GAINES OIL COMPANY | 156,339.63 |
| GARRISON RUSSELL | 5,275.00 |
| GENERAL TRANSMISSION SUPP INC. | 3,175.18 |
| GEORGIA DEPARTMENT OF LABOR | 444.99 |
| GERBACIO CABRERA-PULIDO | 209.99 |
| GFL ENVIRONMENTAL | 552.20 |
| GRAYSON MOORE | 147.32 |
| GREG APPLE | 13,546.56 |
| GREG DUNN | 75.00 |
| HALIFAX EMC | 20,346.69 |
| HAMMOND MACHINE SHOP | 75.00 |
| H-C INGREDIENT DISTRIBUTION | 96,958.22 |
| HEDREN, REDWINE & MALONE | 50,000.00 |
| HENDREN, REDWINE & MALONE | 92,628.78 |
| HFCS TRANSPORT | 8,926.84 |
| HOG SLAT, INC. | 14,887.86 |
| HUBBARD PIPE AND SUPPLY, INC. | 76.45 |
| HUGGINS FARMS, INC. | 34,500.00 |
| HUGHES SUPPLY (HAJOCA CORPORATION) | 1,901.38 |
| Huneycutt Pig Farm | 452,987.69 |
| IMAGING SYSTEMS & SUPPLIES CO INC. | 293.51 |
| IMV Technologies USA | 16,443.46 |
| INGREDION | 19,431.00 |
| INTERNAL REVENUE SERVICE | 332,619.65 |
| INTERNATIONAL INGREDIENT CORPORATION | 203,814.16 |
| IT SERVICES & NETWORKING, LLC. | 2,113.66 |
| IVAN GUTIERREZ | 120.00 |
| J & D WOOD, INC. | 4,855.50 |
| J. C. EHRLICH | 387.00 |
| J.C. EHRLICH CO., INC. | 198.00 |
| JACK'S SUPPLY | 262.38 |
| JAIME DELOYA | 151.38 |
| JAMES C BELL SWINE FARM | 1,787.34 |
| JAMES R. SUGG | 120.00 |
| JD Farms, LLC | 130,684.92 |
| JERRY APPLE | 98,970.82 |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Summary

**Payments by Creditor from 2/6/21 to 5/6/21**

| Creditor | Amount |
|---|---|
| JERRY M PURVIS JR | 1,013.09 |
| JESUS GUTIERREZ | 64.03 |
| JESUS TORRES HERNANDEZ | 792.17 |
| JIMMY COBLE | 10,262.50 |
| JOHN DEERE FINANCIAL | 806.44 |
| JOHN HANCOCK - Cont. | 20,250.47 |
| JOHN SPEARS | 130.00 |
| Johnny Brown | 240.74 |
| JON HUNTER | 304.18 |
| JON RAMOS | 225.00 |
| JONATHAN BRENT JESTER | 34,213.70 |
| JORDAN CARROLL | 21,336.88 |
| JORGE L POPOCA HERNANDEZ | 13,554.00 |
| JOSE R PALOMERA-CURIEL | 153.53 |
| JUDY CALLICUTT | 134.37 |
| KELLY R. LAMBERT | 2,000.00 |
| KEMIN AGRIFOODS NORTH AMERICA | 7,938.84 |
| KEN TROXLER | 4,848.35 |
| KENNETH WEBSTER | 598.25 |
| KRASSANDRA WILSON | 64.00 |
| LALO MARIA AVAREZ | 452.40 |
| LEDWELL | 5,494.66 |
| LEITH CDJR | 235.81 |
| LEONARD ELEC MOTOR REPAIR INC. | 188.60 |
| LETICIA ATZIN-BALTAZAR | 138.04 |
| LIVESTOCK VETERINARY SERVICES | 206,901.01 |
| LOL FINANCE CO | 46,209.93 |
| LOL FINANCE COMPANY | 253,960.00 |
| LOUISBURG TRACTOR & TRUCK | 5.49 |
| LOWE'S HOME CENTERS, INC. | 2,519.72 |
| M- TECH SYSTEMS USA, INC. | 5,100.00 |
| MANRY RAWLS-FRANKLIN | 46,330.78 |
| MARTIN DELGADO MARMOLEJO | 967.80 |
| MARTY WALLACE | 25.00 |
| MARY MANESS | 1,968.00 |
| MAXIMILIANO R LIZAMA | 12,529.05 |
| Mercer Landmark | 858,696.47 |
| MERCER LANDMARK INC. | 460,985.77 |
| MID-ATLANTIC ASSOCIATES, INC. | - |
| MID-ATLANTIC IRRIGATION CO INC | 1,425.84 |
| MILTONS E BAXLEY, JR | 26,972.00 |
| MINITUBE USA | 205.27 |
| MINTON VETERINARY SERVICE. INC. | 8,487.36 |
| MONICA FRANKLIN | 135.05 |
| MONTGOMERY TERMITE & PEST CONTROL | 480.00 |
| MOSAIC CROP NUTRITION LLC | 87,900.50 |
| MOSER & COE FARMS, INC. | 8,152.82 |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Summary

**Payments by Creditor from 2/6/21 to 5/6/21**

| Creditor | Amount |
|---|---|
| MURPHY BROWN LLC | 226,795.77 |
| MURPHY-BROWN LLC | 3,133,067.75 |
| MWI ANIMAL HEALTH  VETERINARY SUPPLY | 108,415.67 |
| NAPA AUTO PARTS | 208.45 |
| NC CHILD SUPPORT | 1,542.43 |
| NC DEPARTMENT OF REVENUE | 261.45 |
| NC DEPARTMENT OF REVENUE-WH | 48,492.00 |
| NC DEPT OF MOTOR VEHICLES-TAGS | 3,221.25 |
| NC DEPT OF TRANSPORTATION | 211.40 |
| NC Div of Motor Vehicles (Fiscal Section) | 153.80 |
| NC QUICK PASS CUST SVC CTR | 9.42 |
| NCDENR - Div of Water Resource | 1,060.00 |
| NCDEQ- -Division of Energy, Mineral and Land Res | 100.00 |
| NICK CRAVEN | 21,274.76 |
| NORTH CAROLINA AGRICULTURAL FINANCE AUTHORITY | 16,000.00 |
| NORTH CAROLINA FARM OF WISE | 160,971.32 |
| NORTH MOORE MANAGEMENT, LLC | 18,700.00 |
| NOVUS INTERNATIONAL, INC. | 158,545.92 |
| NUTRA BLEND | 30,899.00 |
| NutriQuest | 219,690.94 |
| OAKLAND FARMS | 51,040.90 |
| O'REILLY AUTO PARTS | 291.31 |
| P & F FARMS, INC | 208,162.10 |
| PARSONS MACHINE WORKS INC. | 561.80 |
| PEDRO BENITEZ | 135.72 |
| PEE DEE ELECTRIC MEMBERSHIP | 16,033.46 |
| Penske Truck Leasing Co., L.P. | 14,036.18 |
| Pete Smith Tire & Quick Lube, Inc | 30.89 |
| PHIBRO ANIIMAL HEALTH CORP | 27,436.20 |
| Phillip Faucette & Son | 47,260.02 |
| PIC INVOICING | 155,244.90 |
| PITNEY BOWES | 854.10 |
| POLLITT VENTURES, INC | 20,000.00 |
| Provimi | 6,032.84 |
| Purchase Power | 300.00 |
| QC SUPPLY, LLC. | 156.94 |
| R.D. LEE FARMS, INC. | 103,164.83 |
| RAM TOOL | 511.32 |
| RANDOLPH COMMUNICATIONS | 2,425.54 |
| RANDOLPH ELECTRIC MEMBERSHIP | 56,473.23 |
| RANDY JESSUP | 14,574.61 |
| RANDY LEMONDS | 749.00 |
| RAYLE EMC | 5,480.00 |
| RCM MECHANICAL INC. | 1,528.04 |
| Reggie A Jessup | 10,766.61 |
| REPUBLIC SERVICES #778 | 11,656.17 |
| RICHMOND COUNTY WATER DEPT. | 194.47 |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Summary

**Payments by Creditor from 2/6/21 to 5/6/21**

| | |
|---|---:|
| RICKY DARK | 10.57 |
| RIDLEY FEED INDUSTRIES | 178,760.95 |
| RIVERBEND SWINE CONSULTING, PC | 8,270.00 |
| RIVERLINK | 38.79 |
| RIVERSTREET NETWORKS | 142.01 |
| ROBBIE WALTERS | 9,108.30 |
| ROBBINS MAY & RICH LLP | 28,835.70 |
| Robert Winner Sons, INC | 950.00 |
| ROLL OFF SYSTEMS, INC. | 170.00 |
| RONNIE CRAVEN | 2,907.15 |
| RONNIE HINSHAW | 5,031.27 |
| ROSALYN ORTEGA SANTIAGO | 80.00 |
| Roy Wood | 15,227.78 |
| RUSSELL UTLEY | 1,940.65 |
| RYDER TRANSPORTATION SERVICES | 153,628.38 |
| S&J Plumbing & Elec Supply Inc | - |
| SANTANA CHRISCOE | 120.00 |
| Scott Holbrook | 160.00 |
| SCOTT'S APPLIANCE & REPAIR | 283.55 |
| SHAMIKA FORD | 8.49 |
| Smithfield Farmland Sales Corp | 462,646.00 |
| Smithfield Grain | 1,137,701.26 |
| Snider Fleet Solutions | 2,703.10 |
| SNK Trucking Inc. | 172,004.09 |
| SOUTH CAROLINA DEPARTMENT OF REVENUE-WH | 412.72 |
| SOUTH CAROLINA DEPT OF EMPLOYMENT & WORKFORCE | 3.95 |
| SPIVEY'S GARAGE | 75.00 |
| STAR AUTO CENTER | 6,470.12 |
| Sunrise Cooperative | 333,375.06 |
| Superior Farms | 7,378.55 |
| SWK TECHNOLOGIES, INC | 185.00 |
| TDM FARMS, INC. | 112.59 |
| TENCARVA MACHINERY CO. | 3,773.05 |
| TERMINIX | 155.00 |
| TERRY PHILLIPS | 701.78 |
| THURMAN C. JESSUP | 32,957.23 |
| Tom Jackson | 160.00 |
| TOMAS V BETANCOURT | 232.00 |
| TONY ROSS | 9,533.30 |
| TOSHIBA FINANCIAL SERVICES | 273.34 |
| TOWN OF CANDOR | 3,157.92 |
| TRAVIS DUNLAP | 120.00 |
| TREAT-RITE WATER SERVICES,INC | 8,786.02 |
| ULINE | 196.66 |
| UNIFIRST CORPORATION | 6,865.92 |
| UNITED PARCEL SERVICE | 3,694.27 |
| UNIVERSITY OF MINNESOTA | 6,848.93 |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Summary

**Payments by Creditor from 2/6/21 to 5/6/21**

| | |
|---|---:|
| US CELLULAR | 4,509.01 |
| VALLEY PROTEINS-CBP | 357,459.04 |
| VAN CAMP & VAN O'LINDA, PLLC | 1,417.93 |
| VANDERVEER GAS BLUE RIBBON | 3,890.42 |
| VANDERVEER GAS-CC | 3,105.07 |
| VANDERVEERS GAS-COPPERHEAD | 5,097.64 |
| Victory Environmental & Waste | 2,026.50 |
| VP Valley Proteins, INC | 3,375.00 |
| WALMART | 1,695.08 |
| War Eagle Grain LLC (AgroStar) | 158,526.47 |
| WARREN COUNTY PUBLIC UTILITIES | 7,545.00 |
| WELLS FARGO VENDOR FINANCIAL SVS, LLC | 490.84 |
| WESTFIELD BANK FSB | 48,125.63 |
| Westfield Insurance | 123,829.01 |
| WILLETT'S DIESEL& EQUIP REPAIR | 1,473.85 |
| WILSON BROS MILL TRUCK CO INC | 6,003.94 |
| WIN | 4,275.00 |
| WINDSTREAM | 1,079.92 |
| WINZER FRANCHISE CORPORATION | 585.52 |
| WISCTF | 927.22 |
| WRIGHT DAIRY INC. | 28,761.36 |
| | |
| Grand Total | 35,596,661.87 |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| Payment # | Payment Date | Creditor ID | Creditor Name | Amount | Payment Type |
|---|---|---|---|---|---|
| 103782 | 2/10/2021 | NUTR002 | 101 INC. | 23,915.11 | Auto |
| 104163 | 3/10/2021 | NUTR002 | 101 INC. | 20,707.33 | Auto |
| 104531 | 4/14/2021 | NUTR002 | 101 INC. | 28,953.90 | Auto |
| 092309 | 5/5/2021 | ACS001 | ACS BENEFIT SERVICES INC | 26,622.86 | Auto |
| 103702 | 2/10/2021 | ACS001 | ACS BENEFIT SERVICES INC | 26,806.04 | Auto |
| 103983 | 3/3/2021 | ACS001 | ACS BENEFIT SERVICES INC | 27,320.30 | Auto |
| 104488 | 4/8/2021 | ACS001 | ACS BENEFIT SERVICES INC | 26,274.14 | Auto |
| W05175 | 2/11/2021 | ACS001 | ACS BENEFIT SERVICES INC | 7,246.24 | Wire Transfer |
| W05202 | 2/18/2021 | ACS001 | ACS BENEFIT SERVICES INC | 6,462.90 | Wire Transfer |
| W05278 | 3/4/2021 | ACS001 | ACS BENEFIT SERVICES INC | 11,618.51 | Wire Transfer |
| W05279 | 2/25/2021 | ACS001 | ACS BENEFIT SERVICES INC | 12,745.78 | Wire Transfer |
| W05293 | 3/11/2021 | ACS001 | ACS BENEFIT SERVICES INC | 13,522.84 | Wire Transfer |
| W05331 | 3/18/2021 | ACS001 | ACS BENEFIT SERVICES INC | 22,047.06 | Wire Transfer |
| W05348 | 3/25/2021 | ACS001 | ACS BENEFIT SERVICES INC | 14,940.03 | Wire Transfer |
| W05388 | 4/1/2021 | ACS001 | ACS BENEFIT SERVICES INC | 9,547.34 | Wire Transfer |
| W05409 | 4/8/2021 | ACS001 | ACS BENEFIT SERVICES INC | 12,652.26 | Wire Transfer |
| W05442 | 4/15/2021 | ACS001 | ACS BENEFIT SERVICES INC | 11,071.19 | Wire Transfer |
| W05512 | 4/22/2021 | ACS001 | ACS BENEFIT SERVICES INC | 9,557.70 | Wire Transfer |
| W05545 | 4/29/2021 | ACS001 | ACS BENEFIT SERVICES INC | 14,095.74 | Wire Transfer |
|  | 5/6/2021 | ACS001 | ACS BENEFIT SERVICES INC | 31,395.53 | Wire Transfer |
| 103922 | 2/24/2021 | ADIS001 | ADISSEO USA Inc. | 37,482.00 | Auto |
| 104681 | 5/5/2021 | ADIS001 | ADISSEO USA Inc. | 10,320.00 | Auto |
| W05352 | 3/25/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 194,500.00 | Wire Transfer |
| W05353 | 3/26/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 184,500.00 | Wire Transfer |
| W05359 | 3/29/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 79,000.00 | Wire Transfer |
| W05365 | 3/30/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 134,000.00 | Wire Transfer |
| W05366 | 3/31/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 250,000.00 | Wire Transfer |
| W05387 | 4/1/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 117,000.00 | Wire Transfer |
| W05392 | 4/2/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 139,000.00 | Wire Transfer |
| W05392 | 4/2/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 139,000.00- | Wire Transfer Reversal |
| W05408 | 4/6/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 157,000.00 | Wire Transfer |
| W05426 | 4/8/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 637,000.00 | Wire Transfer |
| W05428 | 4/9/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 778,000.00 | Wire Transfer |
| W05464 | 4/20/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 505,000.00 | Wire Transfer |
| W05516 | 4/21/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 456,000.00 | Wire Transfer |
| W05525 | 4/26/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 425,000.00 | Wire Transfer |
| W05527 | 4/2/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 139,000.00 | Wire Transfer |
| W05540 | 4/27/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 315,000.00 | Wire Transfer |
| W05547 | 4/29/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 471,000.00 | Wire Transfer |
| W05553 | 5/3/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 481,000.00 | Wire Transfer |
| W05571 | 5/4/2021 | ADMI001 | ADM INVESTOR SERVICES, INC. | 546,000.00 | Wire Transfer |
|  | 5/6/2021 |  | ADM INVESTOR SERVICES, INC. | 469,000.00 | Wire Transfer |
| W05276 | 3/3/2021 | AFLA001 | AFLAC | 5,383.30 | Wire Transfer |
| W05389 | 4/1/2021 | AFLA001 | AFLAC | 5,288.90 | Wire Transfer |
| W05546 | 4/29/2021 | AFLA001 | AFLAC | 5,029.88 | Wire Transfer |
| 103985 | 3/3/2021 | AGRI003 | AGRI SUPPLY INC. LUMBERTON | 193.03 | Auto |
| 103985 | 3/3/2021 | AGRI003 | AGRI SUPPLY INC. LUMBERTON | 193.03- | Reversal |
| 103703 | 2/10/2021 | AIRG001 | AIRGAS USA, LLC. | 151.55 | Auto |
| 103986 | 3/3/2021 | AIRG001 | AIRGAS USA, LLC. | 285.95 | Auto |
| 104072 | 3/10/2021 | AIRG001 | AIRGAS USA, LLC. | 474.80 | Auto |
| 104642 | 4/29/2021 | AIRG001 | AIRGAS USA, LLC. | 1,130.85 | Auto |
| 103923 | 2/24/2021 | AJIN001 | AJINOMOTO HEARTLAND LLC | 19,632.61 | Auto |
| 103987 | 3/3/2021 | AJIN001 | AJINOMOTO HEARTLAND LLC | 18,863.55 | Auto |
| 104073 | 3/10/2021 | AJIN001 | AJINOMOTO HEARTLAND LLC | 20,037.37 | Auto |
| 104272 | 3/24/2021 | AJIN001 | AJINOMOTO HEARTLAND LLC | 19,502.18 | Auto |
| 104493 | 4/14/2021 | AJIN001 | AJINOMOTO HEARTLAND LLC | 20,080.85 | Auto |
| 104682 | 5/5/2021 | AJIN001 | AJINOMOTO HEARTLAND LLC | 41,585.87 | Auto |
| 103704 | 2/10/2021 | ALLF001 | ALLFLEX USA INC. | 296.07 | Auto |
| 103898 | 2/18/2021 | ALLF001 | ALLFLEX USA INC. | 1,197.20 | Auto |
| 103988 | 3/3/2021 | ALLT001 | ALLTECH | 15,980.18 | Auto |
| 104494 | 4/14/2021 | ALLT001 | ALLTECH | 15,983.93 | Auto |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| 104494 | 4/14/2021 | ALLT001 | ALLTECH | 15,983.93- | Reversal |
| 104556 | 4/16/2021 | ALLT001 | ALLTECH | 16,002.95 | Auto |
| 092310 | 5/5/2021 | AGLA001 | AMERICAN GENERAL LIFE INS CO. | 366.34 | Auto |
| 103984 | 3/3/2021 | AGLA001 | AMERICAN GENERAL LIFE INS CO. | 183.17 | Auto |
| 104347 | 3/31/2021 | AGLA001 | AMERICAN GENERAL LIFE INS CO. | 183.17 | Auto |
| 103895 | 2/17/2021 | VAND032 | AMERIGAS  - Truck Wash | 975.98 | Auto |
| 104197 | 3/10/2021 | VAND032 | AMERIGAS  - Truck Wash | 2,025.61 | Auto |
| 104393 | 3/31/2021 | VAND032 | AMERIGAS  - Truck Wash | 1,143.97 | Auto |
| 104636 | 4/21/2021 | VAND032 | AMERIGAS  - Truck Wash | 251.79 | Auto |
| 103890 | 2/17/2021 | VAND011 | AMERIGAS - DIXIE | 1,020.62 | Auto |
| 103970 | 2/24/2021 | VAND011 | AMERIGAS - DIXIE | 3,942.34 | Auto |
| 104265 | 3/17/2021 | VAND011 | AMERIGAS - DIXIE | 3,524.03 | Auto |
| 104389 | 3/31/2021 | VAND011 | AMERIGAS - DIXIE | 2,961.02 | Auto |
| 104631 | 4/21/2021 | VAND011 | AMERIGAS - DIXIE | 2,270.64 | Auto |
| 103893 | 2/17/2021 | VAND015 | AMERIGAS - NCREEK | 1,559.12 | Auto |
| 104337 | 3/24/2021 | VAND015 | AMERIGAS - NCREEK | 2,808.92 | Auto |
| 104478 | 4/7/2021 | VAND015 | AMERIGAS - NCREEK | 4,784.40 | Auto |
| 104632 | 4/21/2021 | VAND015 | AMERIGAS - NCREEK | 3,480.64 | Auto |
| 104194 | 3/10/2021 | VAND016 | AMERIGAS  -WC | 3,255.79 | Auto |
| 104267 | 3/17/2021 | VAND016 | AMERIGAS  -WC | 1,259.60 | Auto |
| 104391 | 3/31/2021 | VAND016 | AMERIGAS  -WC | 2,046.37 | Auto |
| 104675 | 4/29/2021 | VAND016 | AMERIGAS  -WC | 2,803.54 | Auto |
| 104196 | 3/10/2021 | VAND018 | AMERIGAS -DF | 3,574.61 | Auto |
| 104634 | 4/21/2021 | VAND018 | AMERIGAS -DF | 4,239.26 | Auto |
| 103813 | 2/10/2021 | VAND013 | AMERIGAS GAS-TH | 2,486.31 | Auto |
| 103892 | 2/17/2021 | VAND013 | AMERIGAS GAS-TH | 582.48 | Auto |
| 104067 | 3/3/2021 | VAND013 | AMERIGAS GAS-TH | 1,070.78 | Auto |
| 104390 | 3/31/2021 | VAND013 | AMERIGAS GAS-TH | 946.01 | Auto |
| 104476 | 4/7/2021 | VAND013 | AMERIGAS GAS-TH | 2,407.21 | Auto |
| 103826 | 2/17/2021 | AMER001 | AMERIGAS- Georgia | 1,770.00 | Auto |
| 103894 | 2/17/2021 | VAND017 | Amerigas -HR | 2,334.13 | Auto |
| 104195 | 3/10/2021 | VAND017 | Amerigas -HR | 3,000.90 | Auto |
| 104195 | 3/10/2021 | VAND017 | Amerigas -HR | 3,000.90- | Reversal |
| 104206 | 3/11/2021 | VAND017 | Amerigas -HR | 3,232.92 | Auto |
| 104338 | 3/24/2021 | VAND017 | Amerigas -HR | 791.04 | Auto |
| 104392 | 3/31/2021 | VAND017 | Amerigas -HR | 5,752.29 | Auto |
| 104633 | 4/21/2021 | VAND017 | Amerigas -HR | 3,428.36 | Auto |
| 103971 | 2/24/2021 | VAND019 | AMERIGAS -IH | 1,910.70 | Auto |
| 104268 | 3/17/2021 | VAND019 | AMERIGAS -IH | 2,005.86 | Auto |
| 104479 | 4/7/2021 | VAND019 | AMERIGAS -IH | 2,564.78 | Auto |
| 104635 | 4/21/2021 | VAND019 | AMERIGAS -IH | 2,461.31 | Auto |
| 103812 | 2/10/2021 | VAND001 | AMERIGAS -OFFICE | 293.59 | Auto |
| 104192 | 3/10/2021 | VAND001 | AMERIGAS -OFFICE | 335.31 | Auto |
| 104263 | 3/17/2021 | VAND001 | AMERIGAS -OFFICE | 445.61 | Auto |
| 104547 | 4/14/2021 | VAND001 | AMERIGAS -OFFICE | 872.07 | Auto |
| 103814 | 2/10/2021 | VAND014 | AMERIGAS-LR | 1,680.04 | Auto |
| 104193 | 3/10/2021 | VAND014 | AMERIGAS-LR | 6,631.02 | Auto |
| 104477 | 4/7/2021 | VAND014 | AMERIGAS-LR | 4,428.90 | Auto |
| 104674 | 4/29/2021 | VAND014 | AMERIGAS-LR | 3,982.14 | Auto |
| 103706 | 2/10/2021 | AMER004 | AMERIGAS-NC | 815.68 | Auto |
| 103827 | 2/17/2021 | AMER004 | AMERIGAS-NC | 5,183.46 | Auto |
| 103925 | 2/24/2021 | AMER004 | AMERIGAS-NC | 3,067.53 | Auto |
| 104075 | 3/10/2021 | AMER004 | AMERIGAS-NC | 3,078.45 | Auto |
| 104207 | 3/17/2021 | AMER004 | AMERIGAS-NC | 2,580.76 | Auto |
| 104348 | 3/31/2021 | AMER004 | AMERIGAS-NC | 1,367.35 | Auto |
| 104399 | 4/7/2021 | AMER004 | AMERIGAS-NC | 524.22 | Auto |
| 104598 | 4/21/2021 | AMER004 | AMERIGAS-NC | 830.53 | Auto |
| 103924 | 2/24/2021 | AMER002 | AMERITAS | 8,259.06 | Auto |
| 104495 | 4/14/2021 | AMER002 | AMERITAS | 3,560.73 | Auto |
| W05169 | 2/9/2021 | AMIC001 | AMICK FARMS, LLC | 29,544.10 | Wire Transfer |
| W05196 | 2/16/2021 | AMIC001 | AMICK FARMS, LLC | 33,880.35 | Wire Transfer |
| W05212 | 2/23/2021 | AMIC001 | AMICK FARMS, LLC | 30,517.00 | Wire Transfer |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| W05269 | 3/2/2021 | AMIC001 | AMICK FARMS, LLC | 31,540.50 | Wire Transfer |
| W05288 | 3/9/2021 | AMIC001 | AMICK FARMS, LLC | 23,922.90 | Wire Transfer |
| W05311 | 3/16/2021 | AMIC001 | AMICK FARMS, LLC | 33,155.85 | Wire Transfer |
| W05334 | 3/22/2021 | AMIC001 | AMICK FARMS, LLC | 17,869.75 | Wire Transfer |
| W05336 | 3/23/2021 | AMIC001 | AMICK FARMS, LLC | 17,705.25 | Wire Transfer |
| W05377 | 3/30/2021 | AMIC001 | AMICK FARMS, LLC | 11,429.60 | Wire Transfer |
| W05401 | 4/6/2021 | AMIC001 | AMICK FARMS, LLC | 23,051.55 | Wire Transfer |
| W05437 | 4/14/2021 | AMIC001 | AMICK FARMS, LLC | 22,498.60 | Wire Transfer |
| W05457 | 4/20/2021 | AMIC001 | AMICK FARMS, LLC | 33,016.50 | Wire Transfer |
| W05536 | 4/16/2021 | AMIC001 | AMICK FARMS, LLC | 58,704.31 | Wire Transfer |
| W05536 | 4/16/2021 | AMIC001 | AMICK FARMS, LLC | 58,704.31- | Wire Transfer Reversal |
| W05537 | 4/23/2021 | AMIC001 | AMICK FARMS, LLC | 110,707.52 | Wire Transfer |
| W05537 | 4/23/2021 | AMIC001 | AMICK FARMS, LLC | 110,707.52- | Wire Transfer Reversal |
| W05548 | 4/30/2021 | AMIC001 | AMICK FARMS, LLC | 21,679.25 | Wire Transfer |
| W05569 | 5/4/2021 | AMIC001 | AMICK FARMS, LLC | 21,280.85 | Wire Transfer |
| 104308 | 3/24/2021 | MART004 | ANTONIO MARTINEZ | 64.00 | Auto |
| 104076 | 3/10/2021 | APPL002 | APPLEFIELD FARMS | 29,594.00 | Auto |
| 104349 | 3/31/2021 | APPL002 | APPLEFIELD FARMS | 53,470.00 | Auto |
| 104496 | 4/14/2021 | APPL002 | APPLEFIELD FARMS | 151,934.25 | Auto |
| 104698 | 5/6/2021 | APPL002 | APPLEFIELD FARMS | 26,616.00 | Auto |
| 104290 | 3/24/2021 | CRAV004 | APRIL M. CRAVEN | 104.35 | Auto |
| 103707 | 2/10/2021 | ARBO001 | ARBORONE FARM CREDIT | 37,894.64 | Auto |
| 103989 | 3/3/2021 | ARBO001 | ARBORONE FARM CREDIT | 3,302.00 | Auto |
| 104400 | 4/7/2021 | ARBO001 | ARBORONE FARM CREDIT | 3,302.00 | Auto |
| 104700 | 5/6/2021 | ARBO001 | ARBORONE FARM CREDIT | 3,302.00 | Auto |
| 103708 | 2/10/2021 | ARDE001 | Ardent Mills | 18,356.40 | Auto |
| 103829 | 2/17/2021 | ARDE001 | Ardent Mills | 13,552.20 | Auto |
| 103926 | 2/24/2021 | ARDE001 | Ardent Mills | 8,827.20 | Auto |
| 103990 | 3/3/2021 | ARDE001 | Ardent Mills | 13,134.60 | Auto |
| 104078 | 3/10/2021 | ARDE001 | Ardent Mills | 17,868.60 | Auto |
| 104208 | 3/17/2021 | ARDE001 | Ardent Mills | 4,518.00 | Auto |
| 104274 | 3/24/2021 | ARDE001 | Ardent Mills | 21,788.60 | Auto |
| 104352 | 3/31/2021 | ARDE001 | Ardent Mills | 17,425.80 | Auto |
| 104401 | 4/7/2021 | ARDE001 | Ardent Mills | 13,005.00 | Auto |
| 104498 | 4/14/2021 | ARDE001 | Ardent Mills | 17,712.00 | Auto |
| 104599 | 4/21/2021 | ARDE001 | Ardent Mills | 22,113.00 | Auto |
| 104643 | 4/29/2021 | ARDE001 | Ardent Mills | 12,997.80 | Auto |
| 104683 | 5/5/2021 | ARDE001 | Ardent Mills | 17,641.80 | Auto |
| 103830 | 2/17/2021 | ARK0001 | ARK WELDING LLC. | 10,950.00 | Auto |
| 103927 | 2/24/2021 | ARK0001 | ARK WELDING LLC. | 2,300.00 | Auto |
| 103991 | 3/3/2021 | ARK0001 | ARK WELDING LLC. | 1,800.00 | Auto |
| 103709 | 2/10/2021 | ASHE003 | ASHEBORO GARAGE DOOR | 517.36 | Auto |
| 103928 | 2/24/2021 | ASHE002 | ASHEBORO WHOLESALE GROCERY INC | 387.77 | Auto |
| 104079 | 3/10/2021 | ATLA001 | ATLANTIC POWER SOLUTIONS INC. | 8.99 | Auto |
| 104080 | 3/10/2021 | AXAE001 | AXA EQUITABLE PAYMENT CENTER | 1,456.33 | Auto |
| 103714 | 2/10/2021 | BBTI001 | B & B TIRE SERVICE, INC. | 246.10 | Auto |
| 103994 | 3/3/2021 | BBTI001 | B & B TIRE SERVICE, INC. | 908.55 | Auto |
| 104502 | 4/14/2021 | BBTI001 | B & B TIRE SERVICE, INC. | 251.45 | Auto |
| 103701 | 2/8/2021 | BAIL003 | BAILEY AND BAILEY, INC. | 7,838.00 | Auto |
| 103993 | 3/3/2021 | BAIL003 | BAILEY AND BAILEY, INC. | 13,066.00 | Auto |
| 104403 | 4/7/2021 | BAIL003 | BAILEY AND BAILEY, INC. | 13,066.00 | Auto |
| 104701 | 5/6/2021 | BAIL003 | BAILEY AND BAILEY, INC. | 12,216.00 | Auto |
| 103710 | 2/10/2021 | BAIL001 | BAILEY FEED MILL | 160,753.17 | Auto |
| 103831 | 2/17/2021 | BAIL001 | BAILEY FEED MILL | 99,067.02 | Auto |
| 103929 | 2/24/2021 | BAIL001 | BAILEY FEED MILL | 100,143.45 | Auto |
| 103992 | 3/3/2021 | BAIL001 | BAILEY FEED MILL | 103,792.28 | Auto |
| 104081 | 3/10/2021 | BAIL001 | BAILEY FEED MILL | 105,752.21 | Auto |
| 104209 | 3/17/2021 | BAIL001 | BAILEY FEED MILL | 191,501.02 | Auto |
| 104275 | 3/24/2021 | BAIL001 | BAILEY FEED MILL | 125,067.53 | Auto |
| 104353 | 3/31/2021 | BAIL001 | BAILEY FEED MILL | 102,294.73 | Auto |
| 104402 | 4/7/2021 | BAIL001 | BAILEY FEED MILL | 75,686.81 | Auto |
| 104499 | 4/14/2021 | BAIL001 | BAILEY FEED MILL | 56,013.12 | Auto |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| 104644 | 4/29/2021 | BAIL001 | BAILEY FEED MILL | 96,082.69 | Auto |
| 104684 | 5/5/2021 | BAIL001 | BAILEY FEED MILL | 218,101.80 | Auto |
| 104082 | 3/10/2021 | BALC001 | BALCHEM CORPORATION | 15,173.40 | Auto |
| 104685 | 5/5/2021 | BALC001 | BALCHEM CORPORATION | 14,487.22 | Auto |
| 103712 | 2/10/2021 | BART002 | BARTLETT MILLING COMPANY | 7,850.70 | Auto |
| 104501 | 4/14/2021 | BART002 | BARTLETT MILLING COMPANY | 16,721.75 | Auto |
| 104600 | 4/21/2021 | BART002 | BARTLETT MILLING COMPANY | 68,425.08 | Auto |
| W05187 | 2/17/2021 | BART002 | BARTLETT MILLING COMPANY | 40,000.00 | Wire Transfer |
| W05250 | 2/25/2021 | BART002 | BARTLETT MILLING COMPANY | 40,000.00 | Wire Transfer |
| W05264 | 2/26/2021 | BART002 | BARTLETT MILLING COMPANY | 40,000.00 | Wire Transfer |
| W05282 | 3/4/2021 | BART002 | BARTLETT MILLING COMPANY | 17,888.29 | Wire Transfer |
| W05296 | 3/11/2021 | BART002 | BARTLETT MILLING COMPANY | 18,728.54 | Wire Transfer |
| W05349 | 3/25/2021 | BART002 | BARTLETT MILLING COMPANY | 73,242.00 | Wire Transfer |
| W05381 | 3/31/2021 | BART002 | BARTLETT MILLING COMPANY | 16,920.09 | Wire Transfer |
| W05402 | 4/6/2021 | BART002 | BARTLETT MILLING COMPANY | 37,087.11 | Wire Transfer |
| W05544 | 4/28/2021 | BART002 | BARTLETT MILLING COMPANY | 40,382.01 | Wire Transfer |
| 104086 | 3/10/2021 | BAYS001 | BAY STATE MILLING COMPANY | 2,321.88 | Auto |
| 104276 | 3/24/2021 | BAYS001 | BAY STATE MILLING COMPANY | 3,421.44 | Auto |
| 104645 | 4/29/2021 | BAYS001 | BAY STATE MILLING COMPANY | 2,832.72 | Auto |
| 103931 | 2/24/2021 | BCBS002 | BC/BS of NC- Medicare RX | 112.70 | Auto |
| 103996 | 3/3/2021 | BCBS002 | BC/BS of NC- Medicare RX | 104.00 | Auto |
| 104278 | 3/24/2021 | BCBS002 | BC/BS of NC- Medicare RX | 442.10 | Auto |
| 103930 | 2/24/2021 | BCBS001 | BC/BS of North Carolina | 258.25 | Auto |
| 103995 | 3/3/2021 | BCBS001 | BC/BS of North Carolina | 543.00 | Auto |
| 104277 | 3/24/2021 | BCBS001 | BC/BS of North Carolina | 801.25 | Auto |
| 103980 | 2/25/2021 | BENN001 | BENNETT FARM SUPPLY & HARDWARE | 2,734.60 | Auto |
| 103997 | 3/3/2021 | BENN001 | BENNETT FARM SUPPLY & HARDWARE | 1,476.39 | Auto |
| 104210 | 3/17/2021 | BENN001 | BENNETT FARM SUPPLY & HARDWARE | 34.68 | Auto |
| 092283 | 5/5/2021 | CULB004 | BETH CULBERSON | 30.00 | Auto |
| 103729 | 2/10/2021 | CULB004 | BETH CULBERSON | 30.00 | Auto |
| 104109 | 3/10/2021 | CULB004 | BETH CULBERSON | 30.00 | Auto |
| 104420 | 4/7/2021 | CULB004 | BETH CULBERSON | 30.00 | Auto |
| 103932 | 2/24/2021 | BOWE002 | BOWERS & BURROWS INC. | 809.23 | Auto |
| 104281 | 3/24/2021 | BOWE002 | BOWERS & BURROWS INC. | 678.20 | Auto |
| 092267 | 4/21/2021 | PITC001 | BRENDA PITCHFORD | 89.70 | Auto |
| 104646 | 4/29/2021 | BREN001 | BRENNTAG MID-SOUTH, INC. | 3,423.50 | Auto |
| 104715 | 5/6/2021 | HUMB001 | BRUCE HUMBLE | 10,411.31 | Auto |
| 092272 | 4/21/2021 | SMIT013 | BRUTON SMITH | 25.00 | Auto |
| 092313 | 5/6/2021 | SMIT013 | BRUTON SMITH | 81.00 | Auto |
| 103803 | 2/10/2021 | SMIT013 | BRUTON SMITH | 50.00 | Auto |
| 103918 | 2/23/2021 | SMIT013 | BRUTON SMITH | 50.00 | Auto |
| 104331 | 3/24/2021 | SMIT013 | BRUTON SMITH | 25.00 | Auto |
| 103717 | 2/10/2021 | BURN001 | BURNEY TVH OF SEVEN LAKES | 110.10 | Auto |
| 103833 | 2/17/2021 | BURN001 | BURNEY TVH OF SEVEN LAKES | 57.77 | Auto |
| 103998 | 3/3/2021 | BURN001 | BURNEY TVH OF SEVEN LAKES | 53.68 | Auto |
| 104089 | 3/10/2021 | BURN001 | BURNEY TVH OF SEVEN LAKES | 31.02 | Auto |
| 104212 | 3/17/2021 | BURN001 | BURNEY TVH OF SEVEN LAKES | 56.22 | Auto |
| W05354 | 3/19/2021 | BUTL001 | BUTLER & BUTLER, LLP | 50,000.00 | Wire Transfer |
| 103933 | 2/24/2021 | BUTL001 | BUTLER & BUTLER, LLP | 2,962.50 | Auto |
| 104213 | 3/17/2021 | BUTL001 | BUTLER & BUTLER, LLP | 6,057.00 | Auto |
| 104504 | 4/14/2021 | BUTL001 | BUTLER & BUTLER, LLP | 14,831.00 | Auto |
| | 5/6/2021 | BUTL001 | BUTLER & BUTLER, LLP | 67,382.76 | Wire Transfer |
| 103999 | 3/3/2021 | BUTL002 | BUTLER FARMS | 12,213.37 | Auto |
| 104090 | 3/10/2021 | BUTL002 | BUTLER FARMS | 2,060.00 | Auto |
| 104406 | 4/7/2021 | BUTL002 | BUTLER FARMS | 14,834.62 | Auto |
| 104703 | 5/6/2021 | BUTL002 | BUTLER FARMS | 12,611.82 | Auto |
| 103834 | 2/17/2021 | C&MG001 | C & M Hog Farm LLC | 24,320.55 | Auto |
| 103934 | 2/24/2021 | C&MG001 | C & M Hog Farm LLC | 6,226.00 | Auto |
| 104000 | 3/3/2021 | C&MG001 | C & M Hog Farm LLC | 31,229.00 | Auto |
| 104091 | 3/10/2021 | C&MG001 | C & M Hog Farm LLC | 7,174.50 | Auto |
| 104282 | 3/24/2021 | C&MG001 | C & M Hog Farm LLC | 16,265.00 | Auto |
| 104354 | 3/31/2021 | C&MG001 | C & M Hog Farm LLC | 7,905.50 | Auto |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Detail

| | | | | | | |
|---|---|---|---|---|---:|---|
| 104407 | 4/7/2021 | C&MG001 | C & M Hog Farm LLC | | 1,953.00 | Auto |
| 104505 | 4/14/2021 | C&MG001 | C & M Hog Farm LLC | | 40,608.00 | Auto |
| 104601 | 4/21/2021 | C&MG001 | C & M Hog Farm LLC | | 6,203.50 | Auto |
| 104647 | 4/29/2021 | C&MG001 | C & M Hog Farm LLC | | 6,479.00 | Auto |
| 104704 | 5/6/2021 | C&MG001 | C & M Hog Farm LLC | | 25,538.00 | Auto |
| 103736 | 2/10/2021 | EARL002 | C. F. EARLY | | 5,035.98 | Auto |
| 103728 | 2/10/2021 | CITY002 | C.E.S.CITY ELECTRIC SUPPLY | | 75.81 | Auto |
| 103844 | 2/17/2021 | CITY002 | C.E.S.CITY ELECTRIC SUPPLY | | 57.87 | Auto |
| 104104 | 3/10/2021 | CITY002 | C.E.S.CITY ELECTRIC SUPPLY | | 16.99 | Auto |
| 103731 | 2/10/2021 | DAVI006 | CALE DAVIS | | 80.00 | Auto |
| 103835 | 2/17/2021 | CAME001 | CAMERON TESTING SERVICES | | 360.00 | Auto |
| W05165 | 2/8/2021 | CARG002 | Cargill, Incorporated | | 106,163.11 | Wire Transfer |
| W05177 | 2/11/2021 | CARG002 | Cargill, Incorporated | | 84,440.13 | Wire Transfer |
| W05191 | 2/16/2021 | CARG002 | Cargill, Incorporated | | 108,195.49 | Wire Transfer |
| W05204 | 2/18/2021 | CARG002 | Cargill, Incorporated | | 84,162.03 | Wire Transfer |
| W05213 | 2/23/2021 | CARG002 | Cargill, Incorporated | | 104,207.74 | Wire Transfer |
| W05251 | 2/25/2021 | CARG002 | Cargill, Incorporated | | 84,761.05 | Wire Transfer |
| W05268 | 3/2/2021 | CARG002 | Cargill, Incorporated | | 106,372.75 | Wire Transfer |
| W05283 | 3/4/2021 | CARG002 | Cargill, Incorporated | | 84,375.96 | Wire Transfer |
| W05289 | 3/9/2021 | CARG002 | Cargill, Incorporated | | 104,438.77 | Wire Transfer |
| W05295 | 3/11/2021 | CARG002 | Cargill, Incorporated | | 83,918.13 | Wire Transfer |
| W05312 | 3/16/2021 | CARG002 | Cargill, Incorporated | | 110,031.84 | Wire Transfer |
| W05324 | 3/18/2021 | CARG002 | Cargill, Incorporated | | 90,227.72 | Wire Transfer |
| W05337 | 3/23/2021 | CARG002 | Cargill, Incorporated | | 224,032.23 | Wire Transfer |
| W05376 | 3/30/2021 | CARG002 | Cargill, Incorporated | | 212,012.76 | Wire Transfer |
| W05403 | 4/6/2021 | CARG002 | Cargill, Incorporated | | 117,217.54 | Wire Transfer |
| W05415 | 4/9/2021 | CARG002 | Cargill, Incorporated | | 94,119.71 | Wire Transfer |
| W05425 | 4/13/2021 | CARG002 | Cargill, Incorporated | | 129,390.73 | Wire Transfer |
| W05447 | 4/16/2021 | CARG002 | Cargill, Incorporated | | 82,007.09 | Wire Transfer |
| W05451 | 4/16/2021 | CARG002 | Cargill, Incorporated | | 82,007.09 | Wire Transfer |
| W05451 | 4/16/2021 | CARG002 | Cargill, Incorporated | | 82,007.09- | Wire Transfer Reversal |
| W05456 | 4/20/2021 | CARG002 | Cargill, Incorporated | | 129,306.87 | Wire Transfer |
| W05519 | 4/23/2021 | CARG002 | Cargill, Incorporated | | 95,884.94 | Wire Transfer |
| W05541 | 4/28/2021 | CARG002 | Cargill, Incorporated | | 119,910.86 | Wire Transfer |
| W05549 | 4/30/2021 | CARG002 | Cargill, Incorporated | | 119,364.44 | Wire Transfer |
| W05568 | 5/4/2021 | CARG002 | Cargill, Incorporated | | 130,712.50 | Wire Transfer |
| | 5/6/2021 | CARG002 | Cargill, Incorporated | | 105,962.51 | Wire Transfer |
| 104096 | 3/10/2021 | CARO013 | CAROLINA AG SUPPLY/BISCOE HARDWARE | | 159.08 | Auto |
| 103720 | 2/10/2021 | CARO002 | CAROLINA ANALYTICAL SERV., LLC | | 1,020.00 | Auto |
| 104284 | 3/24/2021 | CARO002 | CAROLINA ANALYTICAL SERV., LLC | | 510.00 | Auto |
| 103837 | 2/17/2021 | CARO003 | CAROLINA CLEANING SYSTEMS INC | | 1,059.30 | Auto |
| 104001 | 3/3/2021 | CARO003 | CAROLINA CLEANING SYSTEMS INC | | 770.40 | Auto |
| 104004 | 3/3/2021 | CARO007 | CAROLINA FARM CREDIT | | 5,100.00 | Auto |
| 104005 | 3/3/2021 | CARO014 | CAROLINA FARM CREDIT | | 3,812.50 | Auto |
| 104412 | 4/7/2021 | CARO007 | CAROLINA FARM CREDIT | | 5,100.00 | Auto |
| 104413 | 4/7/2021 | CARO014 | CAROLINA FARM CREDIT | | 3,812.50 | Auto |
| 104707 | 5/6/2021 | CARO007 | CAROLINA FARM CREDIT | | 5,100.00 | Auto |
| 104708 | 5/6/2021 | CARO014 | CAROLINA FARM CREDIT | | 3,812.50 | Auto |
| 104002 | 3/3/2021 | CARO004 | CAROLINA FARM CREDIT, ACA | | 3,200.00 | Auto |
| 104003 | 3/3/2021 | CARO004 | CAROLINA FARM CREDIT, ACA | | 6,587.00 | Auto |
| 104411 | 4/7/2021 | CARO004 | CAROLINA FARM CREDIT, ACA | | 6,587.00 | Auto |
| 104705 | 5/6/2021 | CARO004 | CAROLINA FARM CREDIT, ACA | | 3,200.00 | Auto |
| 104706 | 5/6/2021 | CARO004 | CAROLINA FARM CREDIT, ACA | | 6,587.00 | Auto |
| 103721 | 2/10/2021 | CARO008 | CAROLINA WATER SYSTEMS SUP INC | | 40.00 | Auto |
| 103838 | 2/17/2021 | CARO008 | CAROLINA WATER SYSTEMS SUP INC | | 300.00 | Auto |
| 103936 | 2/24/2021 | CARO008 | CAROLINA WATER SYSTEMS SUP INC | | 982.00 | Auto |
| 104095 | 3/10/2021 | CARO008 | CAROLINA WATER SYSTEMS SUP INC | | 377.00 | Auto |
| 103839 | 2/17/2021 | CART005 | CARTHAGE AUTO GLASS INC | | 535.32 | Auto |
| 103722 | 2/10/2021 | CAVI003 | CAVINESS FARMS GRADING INC. | | 5,608.37 | Auto |
| 104097 | 3/10/2021 | CAVI003 | CAVINESS FARMS GRADING INC. | | 8,952.96 | Auto |
| 104507 | 4/14/2021 | CAVI003 | CAVINESS FARMS GRADING INC. | | 13,067.06 | Auto |
| 104649 | 4/29/2021 | CAVI003 | CAVINESS FARMS GRADING INC. | | 3,276.97 | Auto |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| 103723 | 2/10/2021 | CENT001 | CENTRAL CAROLINA SCALES INC | 1,592.98 | Auto |
| 104006 | 3/3/2021 | CENT001 | CENTRAL CAROLINA SCALES INC | 1,238.53 | Auto |
| 103840 | 2/17/2021 | CENT002 | CENTRAL ELECTRIC MEMBERSHIP | 1,071.00 | Auto |
| 104007 | 3/3/2021 | CENT002 | CENTRAL ELECTRIC MEMBERSHIP | 81.00 | Auto |
| 104214 | 3/17/2021 | CENT002 | CENTRAL ELECTRIC MEMBERSHIP | 806.00 | Auto |
| 104285 | 3/24/2021 | CENT002 | CENTRAL ELECTRIC MEMBERSHIP | 284.00 | Auto |
| 104356 | 3/31/2021 | CENT002 | CENTRAL ELECTRIC MEMBERSHIP | 74.00 | Auto |
| 104508 | 4/14/2021 | CENT002 | CENTRAL ELECTRIC MEMBERSHIP | 613.00 | Auto |
| 104602 | 4/21/2021 | CENT002 | CENTRAL ELECTRIC MEMBERSHIP | 308.00 | Auto |
| 104650 | 4/29/2021 | CENT002 | CENTRAL ELECTRIC MEMBERSHIP | 68.00 | Auto |
| W05171 | 2/9/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 36,466.79 | Wire Transfer |
| W05192 | 2/16/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 204,989.89 | Wire Transfer |
| W05216 | 2/23/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 24,858.46 | Wire Transfer |
| W05252 | 2/25/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 24,553.71 | Wire Transfer |
| W05267 | 3/2/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 123,752.71 | Wire Transfer |
| W05290 | 3/9/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 99,924.18 | Wire Transfer |
| W05313 | 3/16/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 49,831.96 | Wire Transfer |
| W05339 | 3/23/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 75,684.83 | Wire Transfer |
| W05364 | 3/26/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 105,311.31 | Wire Transfer |
| W05375 | 3/30/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 130,351.06 | Wire Transfer |
| W05427 | 4/8/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 78,198.22 | Wire Transfer |
| W05429 | 4/12/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 105,830.97 | Wire Transfer |
| W05435 | 4/14/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 156,285.11 | Wire Transfer |
| W05444 | 4/15/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 51,931.73 | Wire Transfer |
| W05467 | 4/19/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 162,644.81 | Wire Transfer |
| W05506 | 4/20/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 82,411.88 | Wire Transfer |
| W05535 | 4/23/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 82,669.92 | Wire Transfer |
| W05562 | 4/27/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 59,855.60 | Wire Transfer |
| W05563 | 4/26/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 91,699.73 | Wire Transfer |
| W05565 | 4/29/2021 | CENT004 | CENTRAL STATES ENTERPRISES LLC | 221,149.30 | Wire Transfer |
| 103841 | 2/17/2021 | CENT005 | CENTURYLINK | 807.80 | Auto |
| 103937 | 2/24/2021 | CENT005 | CENTURYLINK | 114.19 | Auto |
| 104008 | 3/3/2021 | CENT005 | CENTURYLINK | 844.19 | Auto |
| 104009 | 3/3/2021 | CENT007 | CenturyLink | 37.63 | Auto |
| 104098 | 3/10/2021 | CENT005 | CENTURYLINK | 193.47 | Auto |
| 104215 | 3/17/2021 | CENT005 | CENTURYLINK | 923.56 | Auto |
| 104286 | 3/24/2021 | CENT005 | CENTURYLINK | 288.86 | Auto |
| 104357 | 3/31/2021 | CENT005 | CENTURYLINK | 952.01 | Auto |
| 104414 | 4/7/2021 | CENT007 | CenturyLink | 34.66 | Auto |
| 104509 | 4/14/2021 | CENT005 | CENTURYLINK | 171.21 | Auto |
| 104603 | 4/21/2021 | CENT005 | CENTURYLINK | 867.00 | Auto |
| 104651 | 4/29/2021 | CENT005 | CENTURYLINK | 764.23 | Auto |
| 103842 | 2/17/2021 | CFS0001 | CFS #1, LLC | 22,716.40 | Auto |
| 103938 | 2/24/2021 | CFS0001 | CFS #1, LLC | 14,630.00 | Auto |
| 104010 | 3/3/2021 | CFS0001 | CFS #1, LLC | 9,177.00 | Auto |
| 104216 | 3/17/2021 | CFS0001 | CFS #1, LLC | 17,236.80 | Auto |
| 104287 | 3/24/2021 | CFS0001 | CFS #1, LLC | 54,728.90 | Auto |
| 104358 | 3/31/2021 | CFS0001 | CFS #1, LLC | 9,456.30 | Auto |
| 104415 | 4/7/2021 | CFS0001 | CFS #1, LLC | 7,860.30 | Auto |
| 104510 | 4/14/2021 | CFS0001 | CFS #1, LLC | 7,275.10 | Auto |
| 104604 | 4/21/2021 | CFS0001 | CFS #1, LLC | 32,638.20 | Auto |
| 104652 | 4/29/2021 | CFS0001 | CFS #1, LLC | 19,564.30 | Auto |
| 104709 | 5/6/2021 | CFS0001 | CFS #1, LLC | 11,438.00 | Auto |
| 103719 | 2/10/2021 | CARM001 | CHAD CARMAC | 375.00 | Auto |
| 103836 | 2/17/2021 | CARM001 | CHAD CARMAC | 375.00 | Auto |
| 103935 | 2/24/2021 | CARM001 | CHAD CARMAC | 750.00 | Auto |
| 104094 | 3/10/2021 | CARM001 | CHAD CARMAC | 750.00 | Auto |
| 104283 | 3/24/2021 | CARM001 | CHAD CARMAC | 1,125.00 | Auto |
| 104355 | 3/31/2021 | CARM001 | CHAD CARMAC | 375.00 | Auto |
| 104410 | 4/7/2021 | CARM001 | CHAD CARMAC | 750.00 | Auto |
| 104506 | 4/14/2021 | CARM001 | CHAD CARMAC | 375.00 | Auto |
| 104648 | 4/29/2021 | CARM001 | CHAD CARMAC | 1,125.00 | Auto |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| 092257 | 4/21/2021 | CHAP004 | CHAPTER 13 OFFICE | 552.46 | Auto |
| 092281 | 5/5/2021 | CHAP004 | CHAPTER 13 OFFICE | 552.46 | Auto |
| 103724 | 2/10/2021 | CHAP001 | CHAPTER 13 OFFICE | 175.39 | Auto |
| 103725 | 2/10/2021 | CHAP004 | CHAPTER 13 OFFICE | 552.46 | Auto |
| 103906 | 2/23/2021 | CHAP001 | CHAPTER 13 OFFICE | 175.39 | Auto |
| 103907 | 2/23/2021 | CHAP004 | CHAPTER 13 OFFICE | 552.46 | Auto |
| 104099 | 3/10/2021 | CHAP001 | CHAPTER 13 OFFICE | 175.39 | Auto |
| 104100 | 3/10/2021 | CHAP004 | CHAPTER 13 OFFICE | 552.46 | Auto |
| 104288 | 3/24/2021 | CHAP001 | CHAPTER 13 OFFICE | 175.39 | Auto |
| 104289 | 3/24/2021 | CHAP004 | CHAPTER 13 OFFICE | 552.46 | Auto |
| 104416 | 4/7/2021 | CHAP001 | CHAPTER 13 OFFICE | 175.39 | Auto |
| 104417 | 4/7/2021 | CHAP004 | CHAPTER 13 OFFICE | 552.46 | Auto |
| 104448 | 4/7/2021 | MCIN001 | CHARLES McINTYRE | 401.25 | Auto |
| 104217 | 3/17/2021 | CHAT004 | Chatham County Utilities | 3,268.84 | Auto |
| 104511 | 4/14/2021 | CHAT004 | Chatham County Utilities | 490.28 | Auto |
| 103843 | 2/17/2021 | CHAT002 | Chatham Industrial Supply | 71.98 | Auto |
| 104011 | 3/3/2021 | CHAT002 | Chatham Industrial Supply | 615.86 | Auto |
| 104101 | 3/10/2021 | CHAT002 | Chatham Industrial Supply | 49.40 | Auto |
| 103726 | 2/10/2021 | CHEE008 | Cheek Environmental, LLC | 150.00 | Auto |
| 104013 | 3/3/2021 | CHEE008 | Cheek Environmental, LLC | 150.00 | Auto |
| 104418 | 4/7/2021 | CHEE008 | Cheek Environmental, LLC | 150.00 | Auto |
| 104012 | 3/3/2021 | CHEE007 | CHEEK SEPTIC TANK SERVICE | 250.00 | Auto |
| 104723 | 5/6/2021 | KLE001 | CHRIS KLEENE | 1,000.00 | Auto |
| 104174 | 3/10/2021 | REDD001 | CHRIS REDDING | 4,034.00 | Auto |
| 104536 | 4/14/2021 | REDD001 | CHRIS REDDING | 18,933.90 | Auto |
| 104728 | 5/6/2021 | REDD001 | CHRIS REDDING | 3,868.00 | Auto |
| 103759 | 2/10/2021 | JONE004 | CHRISTOPHER L. JONES | 23,895.00 | Auto |
| 103863 | 2/17/2021 | JONE004 | CHRISTOPHER L. JONES | 2,925.00 | Auto |
| 103947 | 2/24/2021 | JONE004 | CHRISTOPHER L. JONES | 11,700.00 | Auto |
| 104145 | 3/10/2021 | JONE004 | CHRISTOPHER L. JONES | 2,925.00 | Auto |
| 104371 | 3/31/2021 | JONE004 | CHRISTOPHER L. JONES | 11,700.00 | Auto |
| 104014 | 3/3/2021 | CITY001 | CITY AUTO PARTS | 1,746.73 | Auto |
| 104103 | 3/10/2021 | CITY001 | CITY AUTO PARTS | 33.47 | Auto |
| 103899 | 2/18/2021 | NEWL002 | Clark Newlin | 5,166.05 | Auto |
| 104246 | 3/17/2021 | OVER001 | CLAYTON OVERACRE | 990.00 | Auto |
| 092270 | 4/21/2021 | RAMI001 | CLEMENTE BANUELOS RAMIREZ | 62.64 | Auto |
| 103917 | 2/23/2021 | RAMI001 | CLEMENTE BANUELOS RAMIREZ | 88.74 | Auto |
| 104324 | 3/24/2021 | RAMI001 | CLEMENTE BANUELOS RAMIREZ | 62.64 | Auto |
| 103737 | 2/10/2021 | EDWA002 | CLINTON D EDWARDS | 80.00 | Auto |
| 104115 | 3/10/2021 | EDWA002 | CLINTON D EDWARDS | 55.00 | Auto |
| 104293 | 3/24/2021 | EDWA002 | CLINTON D EDWARDS | 25.00 | Auto |
| W05262 | 2/23/2021 | COAL001 | CO-ALLIANCE BAINBRIDGE FEED & ANIMAL HEALTH | 31,752.00 | Wire Transfer |
| W05373 | 3/29/2021 | COAL001 | CO-ALLIANCE BAINBRIDGE FEED & ANIMAL HEALTH | 25,665.60 | Wire Transfer |
| W05374 | 3/30/2021 | COAL001 | CO-ALLIANCE BAINBRIDGE FEED & ANIMAL HEALTH | 5,578.00 | Wire Transfer |
| W05432 | 4/13/2021 | COAL001 | CO-ALLIANCE BAINBRIDGE FEED & ANIMAL HEALTH | 49,214.40 | Wire Transfer |
| 104105 | 3/10/2021 | CONS003 | CONSOLIDATED OIL, LLC | 275.00 | Auto |
| 092277 | 5/5/2021 | BART004 | COREY BARTHLOMEW | 30.00 | Auto |
| 103713 | 2/10/2021 | BART004 | COREY BARTHLOMEW | 30.00 | Auto |
| 104084 | 3/10/2021 | BART004 | COREY BARTHLOMEW | 30.00 | Auto |
| 104404 | 4/7/2021 | BART004 | COREY BARTHLOMEW | 30.00 | Auto |
| 103845 | 2/17/2021 | COXF001 | Cox Brothers Farm | 18,734.00 | Auto |
| 104106 | 3/10/2021 | COXF001 | Cox Brothers Farm | 14,312.00 | Auto |
| 104605 | 4/21/2021 | COXF001 | Cox Brothers Farm | 14,312.00 | Auto |
| 103824 | 2/10/2021 | CRAI001 | Craig Family Farms | 5,500.00 | Auto |
| 104107 | 3/10/2021 | CRAI001 | Craig Family Farms | 5,500.00 | Auto |
| 104512 | 4/14/2021 | CRAI001 | Craig Family Farms | 13,500.00 | Auto |
| 104732 | 5/6/2021 | CRAI001 | Craig Family Farms | 13,500.00 | Auto |
| 092305 | 5/5/2021 | WILS002 | CRAIG WILSON | 30.00 | Auto |
| 103819 | 2/10/2021 | WILS002 | CRAIG WILSON | 30.00 | Auto |
| 104201 | 3/10/2021 | WILS002 | CRAIG WILSON | 47.03 | Auto |
| 104484 | 4/7/2021 | WILS002 | CRAIG WILSON | 30.00 | Auto |
| 104017 | 3/3/2021 | CROO001 | CROOK MOTOR COMPANY INC. | 1,578.26 | Auto |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---:|---|
| 104108 | 3/10/2021 | CRUC001 | Cruco Mill & Industrial Supply | 1,486.52 | Auto |
| 103735 | 2/10/2021 | DUPO001 | Danisco US Inc. | 11,500.00 | Auto |
| 104516 | 4/14/2021 | DUPO001 | Danisco US Inc. | 11,500.00 | Auto |
| 104219 | 3/17/2021 | DARL001 | DARLING INGREDIENTS | 19,634.05 | Auto |
| W05287 | 3/5/2021 | DARL001 | DARLING INGREDIENTS | 35,947.35 | Wire Transfer |
| W05297 | 3/11/2021 | DARL001 | DARLING INGREDIENTS | 35,812.30 | Wire Transfer |
| W05330 | 3/22/2021 | DARL001 | DARLING INGREDIENTS | 41,329.00 | Wire Transfer |
| W05382 | 3/31/2021 | DARL001 | DARLING INGREDIENTS | 32,854.15 | Wire Transfer |
| 092258 | 4/21/2021 | DAVI005 | DAVID DAVIS | 25.00 | Auto |
| 092284 | 5/5/2021 | DAVI005 | DAVID DAVIS | 30.00 | Auto |
| 103730 | 2/10/2021 | DAVI005 | DAVID DAVIS | 30.00 | Auto |
| 104110 | 3/10/2021 | DAVI005 | DAVID DAVIS | 30.00 | Auto |
| 104422 | 4/7/2021 | DAVI005 | DAVID DAVIS | 30.00 | Auto |
| 104175 | 3/10/2021 | REEV001 | DAVID E. REEVES, DVM | 346.64 | Auto |
| 104186 | 3/10/2021 | SULL001 | DAVID SULLIVAN | 744.00 | Auto |
| 104544 | 4/14/2021 | SULL001 | DAVID SULLIVAN | 744.00 | Auto |
| 104730 | 5/6/2021 | SULL001 | DAVID SULLIVAN | 2,636.25 | Auto |
| 092285 | 5/5/2021 | DOWD004 | DAVID TODD DOWD | 30.00 | Auto |
| 103733 | 2/10/2021 | DOWD004 | DAVID TODD DOWD | 30.00 | Auto |
| 104111 | 3/10/2021 | DOWD004 | DAVID TODD DOWD | 30.00 | Auto |
| 104423 | 4/7/2021 | DOWD004 | DAVID TODD DOWD | 30.00 | Auto |
| 104345 | 3/24/2021 | JONE007 | DAVID W. JONES | 2,713.57 | Auto |
| 104018 | 3/3/2021 | DAVI002 | Davistown Farming, LLC | 14,334.00 | Auto |
| 104421 | 4/7/2021 | DAVI002 | Davistown Farming, LLC | 26,010.22 | Auto |
| 104514 | 4/14/2021 | DAVI002 | Davistown Farming, LLC | 2,850.00 | Auto |
| 104291 | 3/24/2021 | DBLA001 | D-BLAZE | 150.00 | Auto |
| 103960 | 2/24/2021 | SATT001 | Deams Satterfield | 8,729.08 | Auto |
| 103711 | 2/10/2021 | BARN003 | DEBRA H BARNHILL | 23,133.30 | Auto |
| 104083 | 3/10/2021 | BARN003 | DEBRA H BARNHILL | 1,706.00 | Auto |
| 104500 | 4/14/2021 | BARN003 | DEBRA H BARNHILL | 5,780.00 | Auto |
| 104702 | 5/6/2021 | BARN003 | DEBRA H BARNHILL | 5,780.00 | Auto |
| 103732 | 2/10/2021 | DOM001 | DOMINION ENERGY | 11,418.20 | Auto |
| 104220 | 3/17/2021 | DOM001 | DOMINION ENERGY | 6,212.95 | Auto |
| 104515 | 4/14/2021 | DOM001 | DOMINION ENERGY | 4,465.06 | Auto |
| 104296 | 3/24/2021 | GIBB001 | DON GIBBONS, JR. | 5,097.47 | Auto |
| 104521 | 4/14/2021 | GIBB001 | DON GIBBONS, JR. | 5,382.00 | Auto |
| 104655 | 4/29/2021 | GIBB001 | DON GIBBONS, JR. | 28,558.40 | Auto |
| 104016 | 3/3/2021 | CRAV003 | DONALD CRAVEN | 1,608.95 | Auto |
| 104434 | 4/7/2021 | HAMM003 | DONNA HAMM | 87.14 | Auto |
| 092304 | 5/5/2021 | WALL004 | DONNIE WALLACE | 30.00 | Auto |
| 103816 | 2/10/2021 | WALL004 | DONNIE WALLACE | 30.00 | Auto |
| 104199 | 3/10/2021 | WALL004 | DONNIE WALLACE | 30.00 | Auto |
| 104482 | 4/7/2021 | WALL004 | DONNIE WALLACE | 30.00 | Auto |
| 103939 | 2/24/2021 | CLAP005 | DOUGLAS CLAPP | 8,764.30 | Auto |
| 104112 | 3/10/2021 | DREW001 | DREW HOG FARMS, LLC | 31,978.70 | Auto |
| 103790 | 2/10/2021 | PROG001 | DUKE ENERGY PROGRESS | 42.71 | Auto |
| 103878 | 2/17/2021 | PROG001 | DUKE ENERGY PROGRESS | 14,223.13 | Auto |
| 104054 | 3/3/2021 | PROG001 | DUKE ENERGY PROGRESS | 460.47 | Auto |
| 104250 | 3/17/2021 | PROG001 | DUKE ENERGY PROGRESS | 11,354.33 | Auto |
| 104382 | 3/31/2021 | PROG001 | DUKE ENERGY PROGRESS | 407.27 | Auto |
| 104620 | 4/21/2021 | PROG001 | DUKE ENERGY PROGRESS | 12,313.56 | Auto |
| 104019 | 3/3/2021 | EAST001 | EASTERN MINERALS INC | 49,594.25 | Auto |
| 104359 | 3/31/2021 | EAST001 | EASTERN MINERALS INC | 40,383.33 | Auto |
| 104607 | 4/21/2021 | EAST001 | EASTERN MINERALS INC | 48,650.59 | Auto |
| 104653 | 4/29/2021 | EAST001 | EASTERN MINERALS INC | 9,590.00 | Auto |
| 092300 | 5/5/2021 | PULI001 | EDGAR CABRERA PULIDO | 30.00 | Auto |
| 103823 | 2/10/2021 | PULI001 | EDGAR CABRERA PULIDO | 30.00 | Auto |
| 104170 | 3/10/2021 | PULI001 | EDGAR CABRERA PULIDO | 30.00 | Auto |
| 104459 | 4/7/2021 | PULI001 | EDGAR CABRERA PULIDO | 30.00 | Auto |
| 103847 | 2/17/2021 | ELLI001 | ELLIOTT ENTERPRISES | 696.00 | Auto |
| 104116 | 3/10/2021 | ELLI001 | ELLIOTT ENTERPRISES | 696.00 | Auto |
| 104555 | 4/14/2021 | EMPL001 | EMPLOYMENT SECURITY COMM OF NC | 761.45 | Auto |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| W05168 | 2/8/2021 | EXPR001 | Express Scripts, Inc. | 3,047.91 | Wire Transfer |
| W05195 | 2/16/2021 | EXPR001 | Express Scripts, Inc. | 1,318.80 | Wire Transfer |
| W05217 | 2/22/2021 | EXPR001 | Express Scripts, Inc. | 5,892.19 | Wire Transfer |
| W05266 | 3/1/2021 | EXPR001 | Express Scripts, Inc. | 3,268.52 | Wire Transfer |
| W05286 | 3/8/2021 | EXPR001 | Express Scripts, Inc. | 2,519.27 | Wire Transfer |
| W05309 | 3/15/2021 | EXPR001 | Express Scripts, Inc. | 2,628.21 | Wire Transfer |
| W05332 | 3/22/2021 | EXPR001 | Express Scripts, Inc. | 8,846.53 | Wire Transfer |
| W05372 | 3/29/2021 | EXPR001 | Express Scripts, Inc. | 2,782.15 | Wire Transfer |
| W05413 | 4/5/2021 | EXPR001 | Express Scripts, Inc. | 4,356.59 | Wire Transfer |
| W05430 | 4/12/2021 | EXPR001 | Express Scripts, Inc. | 4,041.59 | Wire Transfer |
| W05460 | 4/19/2021 | EXPR001 | Express Scripts, Inc. | 2,862.14 | Wire Transfer |
| W05524 | 4/26/2021 | EXPR001 | Express Scripts, Inc. | 4,107.85 | Wire Transfer |
| | 5/6/2021 | EXPR001 | Express Scripts, Inc. | 4,529.29 | Wire Transfer |
| 104026 | 3/3/2021 | FSAU001 | FARM SERVICE AGENCY | 2,401.00 | Auto |
| 104431 | 4/7/2021 | FSAU001 | FARM SERVICE AGENCY | 2,401.00 | Auto |
| 104713 | 5/6/2021 | FSAU001 | FARM SERVICE AGENCY | 2,401.00 | Auto |
| 103739 | 2/10/2021 | FARM002 | Farm Supply Company | 108.71 | Auto |
| 104020 | 3/3/2021 | FARM002 | Farm Supply Company | 278.62 | Auto |
| 104117 | 3/10/2021 | FARM002 | Farm Supply Company | 18.00 | Auto |
| W05181 | 2/10/2021 | FIDE002 | FIDELITY BANK | 165,621.52 | Wire Transfer |
| W05247 | 2/24/2021 | FIDE002 | FIDELITY BANK | 180,465.62 | Wire Transfer |
| W05298 | 3/10/2021 | FIDE002 | FIDELITY BANK | 162,722.90 | Wire Transfer |
| W05341 | 3/24/2021 | FIDE002 | FIDELITY BANK | 173,211.85 | Wire Transfer |
| W05407 | 4/6/2021 | FIDE002 | FIDELITY BANK | 50,000.00 | Wire Transfer |
| W05411 | 4/8/2021 | FIDE002 | FIDELITY BANK | 102,529.65 | Wire Transfer |
| W05515 | 4/22/2021 | FIDE002 | FIDELITY BANK | 90,853.15 | Wire Transfer |
| W05520 | 4/23/2021 | FIDE002 | FIDELITY BANK | 90,853.15 | Wire Transfer |
| 104119 | 3/10/2021 | FIRS001 | First Benefits Insurance | 14,753.00 | Auto |
| 104489 | 4/8/2021 | FIRS001 | First Benefits Insurance | 14,753.00 | Auto |
| 104022 | 3/3/2021 | FIRS004 | FIRST CITIZENS BANK | 3,000.00 | Auto |
| 104426 | 4/7/2021 | FIRS004 | FIRST CITIZENS BANK | 3,000.00 | Auto |
| 104711 | 5/6/2021 | FIRS004 | FIRST CITIZENS BANK | 3,000.00 | Auto |
| W05197 | 2/16/2021 | FNBO001 | First National Bank of Omaha | 1,199.78 | Wire Transfer |
| W05218 | 2/22/2021 | FNBO001 | First National Bank of Omaha | 160,000.00 | Wire Transfer |
| W05219 | 2/23/2021 | FNBO001 | First National Bank of Omaha | 984,065.28 | Wire Transfer |
| W05221 | 2/23/2021 | FNBO001 | First National Bank of Omaha | 350,000.00 | Wire Transfer |
| W05222 | 2/23/2021 | FNBO001 | First National Bank of Omaha | 15,384.72 | Wire Transfer |
| W05272 | 3/1/2021 | FNBO001 | First National Bank of Omaha | 100,851.34 | Wire Transfer |
| W05273 | 3/1/2021 | FNBO001 | First National Bank of Omaha | 13,533.34 | Wire Transfer |
| W05274 | 3/3/2021 | FNBO001 | First National Bank of Omaha | 3,666.67 | Wire Transfer |
| W05280 | 2/26/2021 | FNBO001 | First National Bank of Omaha | 300,000.00 | Wire Transfer |
| W05310 | 3/15/2021 | FNBO001 | First National Bank of Omaha | 1,280.27 | Wire Transfer |
| W05319 | 3/12/2021 | FNBO001 | First National Bank of Omaha | 250,000.00 | Wire Transfer |
| W05340 | 3/22/2021 | FNBO001 | First National Bank of Omaha | 250,000.00 | Wire Transfer |
| W05358 | 3/26/2021 | FNBO001 | First National Bank of Omaha | 150,000.00 | Wire Transfer |
| W05384 | 3/30/2021 | FNBO001 | First National Bank of Omaha | 22,000.00 | Wire Transfer |
| W05391 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 150,000.00 | Wire Transfer |
| W05391 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 150,000.00- | Wire Transfer Reversal |
| W05393 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 107,455.00 | Wire Transfer |
| W05393 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 107,455.00- | Wire Transfer Reversal |
| W05394 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 13,820.62 | Wire Transfer |
| W05394 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 13,820.62- | Wire Transfer Reversal |
| W05395 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 10,683.33 | Wire Transfer |
| W05395 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 10,683.33- | Wire Transfer Reversal |
| W05396 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 883.04 | Wire Transfer |
| W05396 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 883.04- | Wire Transfer Reversal |
| W05431 | 4/12/2021 | FNBO001 | First National Bank of Omaha | 132.00 | Wire Transfer |
| W05439 | 4/14/2021 | FNBO001 | First National Bank of Omaha | 476,000.00 | Wire Transfer |
| W05440 | 4/15/2021 | FNBO001 | First National Bank of Omaha | 10,000.00 | Wire Transfer |
| W05441 | 4/14/2021 | FNBO001 | First National Bank of Omaha | 132.00 | Wire Transfer |
| W05448 | 4/15/2021 | FNBO001 | First National Bank of Omaha | 1,288.69 | Wire Transfer |
| W05450 | 4/16/2021 | FNBO001 | First National Bank of Omaha | 136,000.00 | Wire Transfer |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| W05461 | 4/19/2021 | FNBO001 | First National Bank of Omaha | 543,000.00 | Wire Transfer |
| W05462 | 4/20/2021 | FNBO001 | First National Bank of Omaha | 132.00 | Wire Transfer |
| W05462 | 4/20/2021 | FNBO001 | First National Bank of Omaha | 132.00- | Wire Transfer Reversal |
| W05466 | 4/20/2021 | FNBO001 | First National Bank of Omaha | 132.00 | Wire Transfer |
| W05509 | 4/21/2021 | FNBO001 | First National Bank of Omaha | 572,000.00 | Wire Transfer |
| W05511 | 4/21/2021 | FNBO001 | First National Bank of Omaha | 99.00 | Wire Transfer |
| W05521 | 4/23/2021 | FNBO001 | First National Bank of Omaha | 132.00 | Wire Transfer |
| W05522 | 4/23/2021 | FNBO001 | First National Bank of Omaha | 300,000.00 | Wire Transfer |
| W05523 | 4/23/2021 | FNBO001 | First National Bank of Omaha | 251,000.00 | Wire Transfer |
| W05526 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 150,000.00 | Wire Transfer |
| W05528 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 107,455.00 | Wire Transfer |
| W05529 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 13,820.62 | Wire Transfer |
| W05530 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 10,683.33 | Wire Transfer |
| W05531 | 4/2/2021 | FNBO001 | First National Bank of Omaha | 883.04 | Wire Transfer |
| W05533 | 4/27/2021 | FNBO001 | First National Bank of Omaha | 203,000.00 | Wire Transfer |
| W05538 | 4/27/2021 | FNBO001 | First National Bank of Omaha | 132.00 | Wire Transfer |
| W05554 | 5/3/2021 | FNBO001 | First National Bank of Omaha | 323,000.00 | Wire Transfer |
| W05555 | 5/3/2021 | FNBO001 | First National Bank of Omaha | 214,910.00 | Wire Transfer |
| W05556 | 5/3/2021 | FNBO001 | First National Bank of Omaha | 14,850.00 | Wire Transfer |
| W05557 | 5/3/2021 | FNBO001 | First National Bank of Omaha | 14,811.83 | Wire Transfer |
| 103961 | 2/24/2021 | SMIT019 | FLOYD SMITH | 42,870.18 | Auto |
| 104181 | 3/10/2021 | SMIT019 | FLOYD SMITH | 8,074.00 | Auto |
| 104541 | 4/14/2021 | SMIT019 | FLOYD SMITH | 9,114.00 | Auto |
| 104729 | 5/6/2021 | SMIT019 | FLOYD SMITH | 9,114.00 | Auto |
| W05229 | 2/22/2021 | FNB0001 | FNBO Card - Bruton Smith | 1,690.59 | Wire Transfer |
| W05476 | 4/9/2021 | FNB0001 | FNBO Card - Bruton Smith | 1,022.28 | Wire Transfer |
| W05495 | 4/9/2021 | FNB0001 | FNBO Card - Bruton Smith | 414.67 | Wire Transfer |
| W05227 | 2/22/2021 | FNB5037 | FNBO Card - Clinton Edwards | 400.00 | Wire Transfer |
| W05474 | 4/9/2021 | FNB5037 | FNBO Card - Clinton Edwards | 572.09 | Wire Transfer |
| W05493 | 4/9/2021 | FNB5037 | FNBO Card - Clinton Edwards | 1,119.00 | Wire Transfer |
| W05235 | 2/22/2021 | FNB0153 | FNBO Card - Gregory F Dunn | 86.50 | Wire Transfer |
| W05482 | 4/9/2021 | FNB0153 | FNBO Card - Gregory F Dunn | 202.80 | Wire Transfer |
| W05502 | 4/9/2021 | FNB0153 | FNBO Card - Gregory F Dunn | 1,091.22 | Wire Transfer |
| W05233 | 2/22/2021 | FNB5114 | FNBO Card - Jeff Sessoms | 230.79 | Wire Transfer |
| W05481 | 4/9/2021 | FNB5114 | FNBO Card - Jeff Sessoms | 176.57 | Wire Transfer |
| W05501 | 4/9/2021 | FNB5114 | FNBO Card - Jeff Sessoms | 232.30 | Wire Transfer |
| W05478 | 4/9/2021 | FNB9954 | FNBO Card - Jerry M Purvis Sr | 213.52 | Wire Transfer |
| W05497 | 4/9/2021 | FNB9954 | FNBO Card - Jerry M Purvis Sr | 56.73 | Wire Transfer |
| W05230 | 2/22/2021 | FNB0246 | FNBO Card - John Ramos | 1,461.06 | Wire Transfer |
| W05477 | 4/9/2021 | FNB0246 | FNBO Card - John Ramos | 921.70 | Wire Transfer |
| W05496 | 4/9/2021 | FNB0246 | FNBO Card - John Ramos | 1,195.66 | Wire Transfer |
| W05238 | 2/22/2021 | FNB4158 | FNBO Card - John W Spears | 1,707.07 | Wire Transfer |
| W05485 | 4/9/2021 | FNB4158 | FNBO Card - John W Spears | 1,898.41 | Wire Transfer |
| W05236 | 2/22/2021 | FNB6966 | FNBO Card - Michael Priest | 3,420.08 | Wire Transfer |
| W05483 | 4/9/2021 | FNB6966 | FNBO Card - Michael Priest | 7,381.33 | Wire Transfer |
| W05500 | 4/9/2021 | FNB6966 | FNBO Card - Michael Priest | 2,139.19 | Wire Transfer |
| W05237 | 2/22/2021 | FNB4117 | FNBO Card - Randy Lemonds | 2,813.17 | Wire Transfer |
| W05484 | 4/9/2021 | FNB4117 | FNBO Card - Randy Lemonds | 1,008.41 | Wire Transfer |
| W05503 | 4/9/2021 | FNB4117 | FNBO Card - Randy Lemonds | 2,536.06 | Wire Transfer |
| W05232 | 2/22/2021 | FNB4840 | FNBO Card - Scott T Holbrook | 3,234.27 | Wire Transfer |
| W05480 | 4/9/2021 | FNB4840 | FNBO Card - Scott T Holbrook | 5,048.53 | Wire Transfer |
| W05499 | 4/9/2021 | FNB4840 | FNBO Card - Scott T Holbrook | 8,724.75 | Wire Transfer |
| W05234 | 2/22/2021 | FNB0497 | FNBO card - Terry Phillips FNB0497 | 1,888.92 | Wire Transfer |
| W05472 | 4/9/2021 | FNB0497 | FNBO card - Terry Phillips FNB0497 | 1,644.83 | Wire Transfer |
| W05492 | 4/9/2021 | FNB0497 | FNBO card - Terry Phillips FNB0497 | 1,456.77 | Wire Transfer |
| W05231 | 2/22/2021 | FNB3198 | FNBO Card - Terry W Flinchum | 834.39 | Wire Transfer |
| W05479 | 4/9/2021 | FNB3198 | FNBO Card - Terry W Flinchum | 141.97 | Wire Transfer |
| W05498 | 4/9/2021 | FNB3198 | FNBO Card - Terry W Flinchum | 42.82 | Wire Transfer |
| W05228 | 2/22/2021 | FNB8767 | FNBO Card - Tim Ringen | 1,427.14 | Wire Transfer |
| W05475 | 4/9/2021 | FNB8767 | FNBO Card - Tim Ringen | 238.49 | Wire Transfer |
| W05494 | 4/9/2021 | FNB8767 | FNBO Card - Tim Ringen | 393.00 | Wire Transfer |
| W05223 | 2/22/2021 | FNB6529 | FNBO Card - Todd Dowd | 223.60 | Wire Transfer |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| W05468 | 4/9/2021 | FNB6529 | FNBO Card - Todd Dowd | 161.00 | Wire Transfer |
| W05488 | 4/9/2021 | FNB6529 | FNBO Card - Todd Dowd | 243.50 | Wire Transfer |
| W05240 | 2/22/2021 | FNB7497 | FNBO Card - Walter C Wilson | 223.42 | Wire Transfer |
| W05487 | 4/9/2021 | FNB7497 | FNBO Card - Walter C Wilson | 1,683.85 | Wire Transfer |
| W05505 | 4/9/2021 | FNB7497 | FNBO Card - Walter C Wilson | 1,035.56 | Wire Transfer |
| W05239 | 2/22/2021 | FNB6613 | FNBO Card- Anthony Moore | 554.62 | Wire Transfer |
| W05486 | 4/9/2021 | FNB6613 | FNBO Card- Anthony Moore | 1,535.73 | Wire Transfer |
| W05504 | 4/9/2021 | FNB6613 | FNBO Card- Anthony Moore | 780.19 | Wire Transfer |
| W05226 | 2/22/2021 | FNB2295 | FNBO Card- Donald Wallace | 41.95 | Wire Transfer |
| W05473 | 4/9/2021 | FNB2295 | FNBO Card- Donald Wallace | 407.72 | Wire Transfer |
| W05225 | 2/22/2021 | FNB2442 | FNBO-Card  Jimmy Bailey | 506.89 | Wire Transfer |
| W05470 | 4/9/2021 | FNB2442 | FNBO-Card  Jimmy Bailey | 1,946.71 | Wire Transfer |
| W05490 | 4/9/2021 | FNB2442 | FNBO-Card  Jimmy Bailey | 423.25 | Wire Transfer |
| W05224 | 2/22/2021 | FNB7344 | FNBO-Card- Louise F. Sandoval | 104.50 | Wire Transfer |
| W05469 | 4/9/2021 | FNB7344 | FNBO-Card- Louise F. Sandoval | 13.60 | Wire Transfer |
| W05489 | 4/9/2021 | FNB7344 | FNBO-Card- Louise F. Sandoval | 24.44 | Wire Transfer |
| W05471 | 4/9/2021 | FNB1264 | FNBO-Card-HOMER ANDY ENGLISH | 402.40 | Wire Transfer |
| W05491 | 4/9/2021 | FNB1264 | FNBO-Card-HOMER ANDY ENGLISH | 436.51 | Wire Transfer |
| 103740 | 2/10/2021 | FORD001 | FORD CREDIT | 867.57 | Auto |
| 103741 | 2/10/2021 | FORD001 | FORD CREDIT | 1,019.75 | Auto |
| 103742 | 2/10/2021 | FORD001 | FORD CREDIT | 763.53 | Auto |
| 103848 | 2/17/2021 | FORD001 | FORD CREDIT | 720.11 | Auto |
| 103849 | 2/17/2021 | FORD001 | FORD CREDIT | 757.89 | Auto |
| 103850 | 2/17/2021 | FORD001 | FORD CREDIT | 572.89 | Auto |
| 103851 | 2/17/2021 | FORD001 | FORD CREDIT | 711.01 | Auto |
| 103852 | 2/17/2021 | FORD001 | FORD CREDIT | 695.41 | Auto |
| 104023 | 3/3/2021 | FORD001 | FORD CREDIT | 608.39 | Auto |
| 104024 | 3/3/2021 | FORD001 | FORD CREDIT | 1,073.05 | Auto |
| 104025 | 3/3/2021 | FORD001 | FORD CREDIT | 1,049.18 | Auto |
| 104120 | 3/10/2021 | FORD001 | FORD CREDIT | 818.08 | Auto |
| 104121 | 3/10/2021 | FORD001 | FORD CREDIT | 1,019.75 | Auto |
| 104221 | 3/17/2021 | FORD001 | FORD CREDIT | 572.89 | Auto |
| 104222 | 3/17/2021 | FORD001 | FORD CREDIT | 711.01 | Auto |
| 104223 | 3/17/2021 | FORD001 | FORD CREDIT | 695.41 | Auto |
| 104360 | 3/31/2021 | FORD001 | FORD CREDIT | 608.39 | Auto |
| 104361 | 3/31/2021 | FORD001 | FORD CREDIT | 763.53 | Auto |
| 104362 | 3/31/2021 | FORD001 | FORD CREDIT | 757.89 | Auto |
| 104363 | 3/31/2021 | FORD001 | FORD CREDIT | 1,049.18 | Auto |
| 104364 | 3/31/2021 | FORD001 | FORD CREDIT | 720.11 | Auto |
| 104427 | 4/7/2021 | FORD001 | FORD CREDIT | 973.37 | Auto |
| 104428 | 4/7/2021 | FORD001 | FORD CREDIT | 1,073.05 | Auto |
| 104517 | 4/14/2021 | FORD001 | FORD CREDIT | 711.01 | Auto |
| 104518 | 4/14/2021 | FORD001 | FORD CREDIT | 695.41 | Auto |
| 103941 | 2/24/2021 | FRAZ001 | FROST, PLLC | 9,249.05 | Auto |
| 104430 | 4/7/2021 | FRAZ001 | FROST, PLLC | 1,250.11 | Auto |
| 104712 | 5/6/2021 | FRAZ001 | FROST, PLLC | 1,510.00 | Auto |
| 103743 | 2/10/2021 | FSAF002 | FSA | 5,362.01 | Auto |
| 103760 | 2/10/2021 | KEYM001 | G.K. FARM LLC | 6,585.00 | Auto |
| 104146 | 3/10/2021 | KEYM001 | G.K. FARM LLC | 6,587.02 | Auto |
| 104373 | 3/31/2021 | KEYM001 | G.K. FARM LLC | 6,698.75 | Auto |
| 104527 | 4/14/2021 | KEYM001 | G.K. FARM LLC | 3,802.00 | Auto |
| 104722 | 5/6/2021 | KEYM001 | G.K. FARM LLC | 5,918.00 | Auto |
| 103744 | 2/10/2021 | GAIN001 | GAINES OIL COMPANY | 21,670.16 | Auto |
| 103853 | 2/17/2021 | GAIN001 | GAINES OIL COMPANY | 7,556.50 | Auto |
| 103942 | 2/24/2021 | GAIN001 | GAINES OIL COMPANY | 1,966.19 | Auto |
| 104027 | 3/3/2021 | GAIN001 | GAINES OIL COMPANY | 1,327.51 | Auto |
| 104122 | 3/10/2021 | GAIN001 | GAINES OIL COMPANY | 38,495.07 | Auto |
| 104224 | 3/17/2021 | GAIN001 | GAINES OIL COMPANY | 21,594.34 | Auto |
| 104295 | 3/24/2021 | GAIN001 | GAINES OIL COMPANY | 1,544.72 | Auto |
| 104432 | 4/7/2021 | GAIN001 | GAINES OIL COMPANY | 23,382.32 | Auto |
| 104519 | 4/14/2021 | GAIN001 | GAINES OIL COMPANY | 19,091.27 | Auto |
| 104608 | 4/21/2021 | GAIN001 | GAINES OIL COMPANY | 18,666.55 | Auto |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---:|---|
| 104654 | 4/29/2021 | GAIN001 | GAINES OIL COMPANY | 1,045.00 | Auto |
| 103800 | 2/10/2021 | RUSS002 | GARRISON RUSSELL | 916.00 | Auto |
| 104178 | 3/10/2021 | RUSS002 | GARRISON RUSSELL | 916.00 | Auto |
| 104467 | 4/7/2021 | RUSS002 | GARRISON RUSSELL | 916.00 | Auto |
| 104639 | 4/23/2021 | RUSS002 | GARRISON RUSSELL | 2,527.00 | Auto |
| 103745 | 2/10/2021 | GENE001 | GENERAL TRANSMISSION SUPP INC. | 673.08 | Auto |
| 104028 | 3/3/2021 | GENE001 | GENERAL TRANSMISSION SUPP INC. | 1,319.86 | Auto |
| 104123 | 3/10/2021 | GENE001 | GENERAL TRANSMISSION SUPP INC. | 791.82 | Auto |
| 104225 | 3/17/2021 | GENE001 | GENERAL TRANSMISSION SUPP INC. | 390.42 | Auto |
| W05190 | 2/16/2021 | GEOR003 | GEORGIA DEPARTMENT OF LABOR | 83.93 | Wire Transfer |
| W05244 | 2/25/2021 | GEOR003 | GEORGIA DEPARTMENT OF LABOR | 83.93 | Wire Transfer |
| W05303 | 3/12/2021 | GEOR003 | GEORGIA DEPARTMENT OF LABOR | 83.93 | Wire Transfer |
| W05343 | 3/26/2021 | GEOR003 | GEORGIA DEPARTMENT OF LABOR | 83.93 | Wire Transfer |
| W05369 | 3/30/2021 | GEOR003 | GEORGIA DEPARTMENT OF LABOR | 25.34 | Wire Transfer |
| W05418 | 4/9/2021 | GEOR003 | GEORGIA DEPARTMENT OF LABOR | 83.93 | Wire Transfer |
| 092279 | 5/5/2021 | CABR001 | GERBACIO CABRERA-PULIDO | 30.00 | Auto |
| 103718 | 2/10/2021 | CABR001 | GERBACIO CABRERA-PULIDO | 30.00 | Auto |
| 104092 | 3/10/2021 | CABR001 | GERBACIO CABRERA-PULIDO | 30.00 | Auto |
| 104408 | 4/7/2021 | CABR001 | GERBACIO CABRERA-PULIDO | 30.00 | Auto |
| 104552 | 4/14/2021 | CABR001 | GERBACIO CABRERA-PULIDO | 89.99 | Auto |
| 103746 | 2/10/2021 | GFLE001 | GFL ENVIRONMENTAL | 136.59 | Auto |
| 104124 | 3/10/2021 | GFLE001 | GFL ENVIRONMENTAL | 138.78 | Auto |
| 104520 | 4/14/2021 | GFLE001 | GFL ENVIRONMENTAL | 276.83 | Auto |
| 104312 | 3/24/2021 | MOOR009 | GRAYSON MOORE | 147.32 | Auto |
| 104351 | 3/31/2021 | APPL004 | GREG APPLE | 13,546.56 | Auto |
| 092260 | 4/21/2021 | DUNN002 | GREG DUNN | 25.00 | Auto |
| 104114 | 3/10/2021 | DUNN002 | GREG DUNN | 50.00 | Auto |
| 103747 | 2/10/2021 | HALI002 | HALIFAX EMC | 6,391.33 | Auto |
| 104126 | 3/10/2021 | HALI002 | HALIFAX EMC | 6,937.50 | Auto |
| 104522 | 4/14/2021 | HALI002 | HALIFAX EMC | 7,017.86 | Auto |
| 104029 | 3/3/2021 | HAMM001 | HAMMOND MACHINE SHOP | 75.00 | Auto |
| 103748 | 2/10/2021 | HCIN001 | H-C INGREDIENT DISTRIBUTION | 8,989.62 | Auto |
| 103854 | 2/17/2021 | HCIN001 | H-C INGREDIENT DISTRIBUTION | 9,073.62 | Auto |
| 103943 | 2/24/2021 | HCIN001 | H-C INGREDIENT DISTRIBUTION | 5,644.70 | Auto |
| 104030 | 3/3/2021 | HCIN001 | H-C INGREDIENT DISTRIBUTION | 9,228.44 | Auto |
| 104127 | 3/10/2021 | HCIN001 | H-C INGREDIENT DISTRIBUTION | 7,194.61 | Auto |
| 104297 | 3/24/2021 | HCIN001 | H-C INGREDIENT DISTRIBUTION | 10,870.05 | Auto |
| 104366 | 3/31/2021 | HCIN001 | H-C INGREDIENT DISTRIBUTION | 3,815.07 | Auto |
| 104435 | 4/7/2021 | HCIN001 | H-C INGREDIENT DISTRIBUTION | 8,967.89 | Auto |
| 104523 | 4/14/2021 | HCIN001 | H-C INGREDIENT DISTRIBUTION | 1,857.04 | Auto |
| 104609 | 4/21/2021 | HCIN001 | H-C INGREDIENT DISTRIBUTION | 3,626.21 | Auto |
| 104656 | 4/29/2021 | HCIN001 | H-C INGREDIENT DISTRIBUTION | 12,776.06 | Auto |
| 104686 | 5/5/2021 | HCIN001 | H-C INGREDIENT DISTRIBUTION | 14,914.91 | Auto |
| W05355 | 3/19/2021 | HEND001 | HEDREN, REDWINE & MALONE | 50,000.00 | Wire Transfer |
| W05567 | 5/3/2021 | HEND001 | HENDREN, REDWINE & MALONE | 26,180.35 | Wire Transfer |
| | 5/6/2021 | | HENDREN, REDWINE & MALONE | 66,448.43 | Wire Transfer |
| 104226 | 3/17/2021 | HFCS001 | HFCS TRANSPORT | 7,181.68 | Auto |
| 104299 | 3/24/2021 | HFCS001 | HFCS TRANSPORT | 736.20 | Auto |
| 104367 | 3/31/2021 | HFCS001 | HFCS TRANSPORT | 1,008.96 | Auto |
| 103750 | 2/10/2021 | HOGS001 | HOG SLAT, INC. | 3,137.48 | Auto |
| 103855 | 2/17/2021 | HOGS001 | HOG SLAT, INC. | 6,647.49 | Auto |
| 103944 | 2/24/2021 | HOGS001 | HOG SLAT, INC. | 1,083.53 | Auto |
| 104031 | 3/3/2021 | HOGS001 | HOG SLAT, INC. | 1,278.44 | Auto |
| 104129 | 3/10/2021 | HOGS001 | HOG SLAT, INC. | 758.49 | Auto |
| 104227 | 3/17/2021 | HOGS001 | HOG SLAT, INC. | 1,982.43 | Auto |
| 104032 | 3/3/2021 | HUBB001 | HUBBARD PIPE AND SUPPLY, INC. | 76.45 | Auto |
| 104131 | 3/10/2021 | HUGG001 | HUGGINS FARMS, INC. | 9,322.00 | Auto |
| 104228 | 3/17/2021 | HUGG001 | HUGGINS FARMS, INC. | 2,178.00 | Auto |
| 104438 | 4/7/2021 | HUGG001 | HUGGINS FARMS, INC. | 11,500.00 | Auto |
| 104714 | 5/6/2021 | HUGG001 | HUGGINS FARMS, INC. | 11,500.00 | Auto |
| 103856 | 2/17/2021 | HUGH002 | HUGHES SUPPLY (HAJOCA CORPORATION) | 743.00 | Auto |
| 104033 | 3/3/2021 | HUGH002 | HUGHES SUPPLY (HAJOCA CORPORATION) | 79.11 | Auto |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| 104301 | 3/24/2021 | HUGH002 | HUGHES SUPPLY (HAJOCA CORPORATION) | 1,079.27 | Auto |
| 103752 | 2/10/2021 | HUNE001 | Huneycutt Pig Farm | 104,489.27 | Auto |
| 103857 | 2/17/2021 | HUNE001 | Huneycutt Pig Farm | 66,920.14 | Auto |
| 103945 | 2/24/2021 | HUNE001 | Huneycutt Pig Farm | 51,856.13 | Auto |
| 104132 | 3/10/2021 | HUNE001 | Huneycutt Pig Farm | 76,451.38 | Auto |
| 104229 | 3/17/2021 | HUNE001 | Huneycutt Pig Farm | 64,551.88 | Auto |
| 104302 | 3/24/2021 | HUNE001 | Huneycutt Pig Farm | 36,018.96 | Auto |
| 104368 | 3/31/2021 | HUNE001 | Huneycutt Pig Farm | 40,711.93 | Auto |
| 104524 | 4/14/2021 | HUNE001 | Huneycutt Pig Farm | 5,994.00 | Auto |
| 104716 | 5/6/2021 | HUNE001 | Huneycutt Pig Farm | 5,994.00 | Auto |
| 103858 | 2/17/2021 | IMAG001 | IMAGING SYSTEMS & SUPPLIES CO INC. | 67.89 | Auto |
| 104034 | 3/3/2021 | IMAG001 | IMAGING SYSTEMS & SUPPLIES CO INC. | 67.89 | Auto |
| 104230 | 3/17/2021 | IMAG001 | IMAGING SYSTEMS & SUPPLIES CO INC. | 67.89 | Auto |
| 104303 | 3/24/2021 | IMAG001 | IMAGING SYSTEMS & SUPPLIES CO INC. | 21.95 | Auto |
| 104610 | 4/21/2021 | IMAG001 | IMAGING SYSTEMS & SUPPLIES CO INC. | 67.89 | Auto |
| 103859 | 2/17/2021 | IMVT001 | IMV Technologies USA | 3,240.81 | Auto |
| 104035 | 3/3/2021 | IMVT001 | IMV Technologies USA | 3,023.33 | Auto |
| 104133 | 3/10/2021 | IMVT001 | IMV Technologies USA | 874.99 | Auto |
| 104231 | 3/17/2021 | IMVT001 | IMV Technologies USA | 1,848.21 | Auto |
| 104439 | 4/7/2021 | IMVT001 | IMV Technologies USA | 1,988.32 | Auto |
| 104657 | 4/29/2021 | IMVT001 | IMV Technologies USA | 5,467.80 | Auto |
| 103753 | 2/10/2021 | INGR001 | INGREDION | 3,018.60 | Auto |
| 103860 | 2/17/2021 | INGR001 | INGREDION | 3,004.20 | Auto |
| 104036 | 3/3/2021 | INGR001 | INGREDION | 4,514.40 | Auto |
| 104134 | 3/10/2021 | INGR001 | INGREDION | 2,943.60 | Auto |
| 104232 | 3/17/2021 | INGR001 | INGREDION | 1,483.20 | Auto |
| 104369 | 3/31/2021 | INGR001 | INGREDION | 2,961.60 | Auto |
| 104440 | 4/7/2021 | INGR001 | INGREDION | 1,505.40 | Auto |
| W05205 | 2/17/2021 | INTE003 | INTERNAL REVENUE SERVICE | 47,493.45 | Wire Transfer |
| W05241 | 2/25/2021 | INTE003 | INTERNAL REVENUE SERVICE | 50,014.88 | Wire Transfer |
| W05299 | 3/11/2021 | INTE003 | INTERNAL REVENUE SERVICE | 46,505.92 | Wire Transfer |
| W05346 | 3/26/2021 | INTE003 | INTERNAL REVENUE SERVICE | 47,522.24 | Wire Transfer |
| W05367 | 3/31/2021 | INTE003 | INTERNAL REVENUE SERVICE | 5,822.87 | Wire Transfer |
| W05417 | 4/9/2021 | INTE003 | INTERNAL REVENUE SERVICE | 44,383.11 | Wire Transfer |
| W05510 | 4/21/2021 | INTE003 | INTERNAL REVENUE SERVICE | 46,597.86 | Wire Transfer |
| | 5/6/2021 | INTE003 | INTERNAL REVENUE SERVICE | 44,279.32 | Wire Transfer |
| 104687 | 5/5/2021 | INTE005 | INTERNATIONAL INGREDIENT CORPORATION | 49,545.74 | Auto |
| W05173 | 2/10/2021 | INTE005 | INTERNATIONAL INGREDIENT CORPORATION | 22,050.44 | Wire Transfer |
| W05249 | 2/17/2021 | INTE005 | INTERNATIONAL INGREDIENT CORPORATION | 22,794.04 | Wire Transfer |
| W05284 | 3/2/2021 | INTE005 | INTERNATIONAL INGREDIENT CORPORATION | 22,370.18 | Wire Transfer |
| W05317 | 3/17/2021 | INTE005 | INTERNATIONAL INGREDIENT CORPORATION | 22,570.96 | Wire Transfer |
| W05380 | 3/31/2021 | INTE005 | INTERNATIONAL INGREDIENT CORPORATION | 22,728.83 | Wire Transfer |
| W05436 | 4/14/2021 | INTE005 | INTERNATIONAL INGREDIENT CORPORATION | 21,638.17 | Wire Transfer |
| W05517 | 4/22/2021 | INTE005 | INTERNATIONAL INGREDIENT CORPORATION | 20,115.80 | Wire Transfer |
| 103754 | 2/10/2021 | ITSE001 | IT SERVICES & NETWORKING, LLC. | 352.28 | Auto |
| 104135 | 3/10/2021 | ITSE001 | IT SERVICES & NETWORKING, LLC. | 1,761.38 | Auto |
| 092288 | 5/5/2021 | GUTI005 | IVAN GUTIERREZ | 30.00 | Auto |
| 103822 | 2/10/2021 | GUTI005 | IVAN GUTIERREZ | 30.00 | Auto |
| 104125 | 3/10/2021 | GUTI005 | IVAN GUTIERREZ | 30.00 | Auto |
| 104433 | 4/7/2021 | GUTI005 | IVAN GUTIERREZ | 30.00 | Auto |
| 104037 | 3/3/2021 | J&D002 | J & D WOOD, INC. | 4,855.50 | Auto |
| 103738 | 2/10/2021 | EHRL001 | J. C. EHRLICH | 189.00 | Auto |
| 104425 | 4/7/2021 | EHRL001 | J. C. EHRLICH | 198.00 | Auto |
| 104138 | 3/10/2021 | JCEH001 | J.C. EHRLICH CO., INC. | 198.00 | Auto |
| 103755 | 2/10/2021 | JACK001 | JACK'S SUPPLY | 11.73 | Auto |
| 104038 | 3/3/2021 | JACK001 | JACK'S SUPPLY | 29.00 | Auto |
| 104136 | 3/10/2021 | JACK001 | JACK'S SUPPLY | 155.65 | Auto |
| 104233 | 3/17/2021 | JACK001 | JACK'S SUPPLY | 66.00 | Auto |
| 092259 | 4/21/2021 | DELO001 | JAIME DELOYA | 31.32 | Auto |
| 103909 | 2/23/2021 | DELO001 | JAIME DELOYA | 62.64 | Auto |
| 104292 | 3/24/2021 | DELO001 | JAIME DELOYA | 57.42 | Auto |
| 103715 | 2/10/2021 | BELL001 | JAMES C BELL SWINE FARM | 1,787.34 | Auto |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| 092302 | 5/5/2021 | SUGG001 | JAMES R. SUGG | 30.00 | Auto |
| 103806 | 2/10/2021 | SUGG001 | JAMES R. SUGG | 30.00 | Auto |
| 104185 | 3/10/2021 | SUGG001 | JAMES R. SUGG | 30.00 | Auto |
| 104470 | 4/7/2021 | SUGG001 | JAMES R. SUGG | 30.00 | Auto |
| 103757 | 2/10/2021 | JDFA001 | JD Farms, LLC | 6,335.69 | Auto |
| 103861 | 2/17/2021 | JDFA001 | JD Farms, LLC | 41,073.94 | Auto |
| 103946 | 2/24/2021 | JDFA001 | JD Farms, LLC | 4,777.79 | Auto |
| 104039 | 3/3/2021 | JDFA001 | JD Farms, LLC | 16,892.00 | Auto |
| 104139 | 3/10/2021 | JDFA001 | JD Farms, LLC | 7,049.00 | Auto |
| 104234 | 3/17/2021 | JDFA001 | JD Farms, LLC | 1,743.00 | Auto |
| 104304 | 3/24/2021 | JDFA001 | JD Farms, LLC | 3,472.00 | Auto |
| 104525 | 4/14/2021 | JDFA001 | JD Farms, LLC | 25,624.50 | Auto |
| 104611 | 4/21/2021 | JDFA001 | JD Farms, LLC | 1,746.50 | Auto |
| 104658 | 4/29/2021 | JDFA001 | JD Farms, LLC | 581.00 | Auto |
| 104717 | 5/6/2021 | JDFA001 | JD Farms, LLC | 21,389.50 | Auto |
| 103828 | 2/17/2021 | APPL003 | JERRY APPLE | 38,995.33 | Auto |
| 104077 | 3/10/2021 | APPL003 | JERRY APPLE | 5,822.00 | Auto |
| 104350 | 3/31/2021 | APPL003 | JERRY APPLE | 20,791.09 | Auto |
| 104497 | 4/14/2021 | APPL003 | JERRY APPLE | 27,784.40 | Auto |
| 104699 | 5/6/2021 | APPL003 | JERRY APPLE | 5,578.00 | Auto |
| 092269 | 4/21/2021 | PURV007 | JERRY M PURVIS JR | 408.05 | Auto |
| 103792 | 2/10/2021 | PURV007 | JERRY M PURVIS JR | 241.57 | Auto |
| 104323 | 3/24/2021 | PURV007 | JERRY M PURVIS JR | 363.47 | Auto |
| 104365 | 3/31/2021 | GUTI002 | JESUS GUTIERREZ | 64.03 | Auto |
| 092261 | 4/21/2021 | HERN006 | JESUS TORRES HERNANDEZ | 113.94 | Auto |
| 092289 | 5/5/2021 | HERN006 | JESUS TORRES HERNANDEZ | 102.67 | Auto |
| 103749 | 2/10/2021 | HERN006 | JESUS TORRES HERNANDEZ | 118.65 | Auto |
| 103910 | 2/23/2021 | HERN006 | JESUS TORRES HERNANDEZ | 93.30 | Auto |
| 104128 | 3/10/2021 | HERN006 | JESUS TORRES HERNANDEZ | 119.34 | Auto |
| 104298 | 3/24/2021 | HERN006 | JESUS TORRES HERNANDEZ | 117.74 | Auto |
| 104436 | 4/7/2021 | HERN006 | JESUS TORRES HERNANDEZ | 126.53 | Auto |
| 103940 | 2/24/2021 | COBL002 | JIMMY COBLE | 10,262.50 | Auto |
| 103862 | 2/17/2021 | JOHN001 | JOHN DEERE FINANCIAL | 188.33 | Auto |
| 104144 | 3/10/2021 | JOHN001 | JOHN DEERE FINANCIAL | 618.11 | Auto |
| W05189 | 2/16/2021 | JOHN003 | JOHN HANCOCK - Cont. | 3,010.16 | Wire Transfer |
| W05243 | 2/25/2021 | JOHN003 | JOHN HANCOCK - Cont. | 2,931.46 | Wire Transfer |
| W05302 | 3/11/2021 | JOHN003 | JOHN HANCOCK - Cont. | 3,017.41 | Wire Transfer |
| W05345 | 3/26/2021 | JOHN003 | JOHN HANCOCK - Cont. | 2,912.56 | Wire Transfer |
| W05422 | 4/12/2021 | JOHN003 | JOHN HANCOCK - Cont. | 2,941.10 | Wire Transfer |
| W05513 | 4/21/2021 | JOHN003 | JOHN HANCOCK - Cont. | 2,859.84 | Wire Transfer |
| | 5/6/2021 | | JOHN HANCOCK - Cont. | 2,577.94 | Wire Transfer |
| 103805 | 2/10/2021 | SPEA001 | JOHN SPEARS | 55.00 | Auto |
| 103919 | 2/23/2021 | SPEA001 | JOHN SPEARS | 50.00 | Auto |
| 104183 | 3/10/2021 | SPEA001 | JOHN SPEARS | 25.00 | Auto |
| 104211 | 3/17/2021 | BROW007 | Johnny Brown | 240.74 | Auto |
| 092291 | 5/5/2021 | HUNT002 | JON HUNTER | 304.18 | Auto |
| 092271 | 4/21/2021 | RAMO001 | JON RAMOS | 25.00 | Auto |
| 092301 | 5/5/2021 | RAMO001 | JON RAMOS | 50.00 | Auto |
| 103793 | 2/10/2021 | RAMO001 | JON RAMOS | 50.00 | Auto |
| 104171 | 3/10/2021 | RAMO001 | JON RAMOS | 25.00 | Auto |
| 104325 | 3/24/2021 | RAMO001 | JON RAMOS | 50.00 | Auto |
| 104460 | 4/7/2021 | RAMO001 | JON RAMOS | 25.00 | Auto |
| 104143 | 3/10/2021 | JEST001 | JONATHAN BRENT JESTER | 4,836.00 | Auto |
| 104370 | 3/31/2021 | JEST001 | JONATHAN BRENT JESTER | 20,273.70 | Auto |
| 104526 | 4/14/2021 | JEST001 | JONATHAN BRENT JESTER | 4,552.00 | Auto |
| 104720 | 5/6/2021 | JEST001 | JONATHAN BRENT JESTER | 4,552.00 | Auto |
| 103758 | 2/10/2021 | JFCF001 | JORDAN CARROLL | 5,019.44 | Auto |
| 104040 | 3/3/2021 | JFCF001 | JORDAN CARROLL | 6,062.44 | Auto |
| 104442 | 4/7/2021 | JFCF001 | JORDAN CARROLL | 4,420.00 | Auto |
| 104721 | 5/6/2021 | JFCF001 | JORDAN CARROLL | 5,835.00 | Auto |
| 092268 | 4/21/2021 | POPO002 | JORGE L POPOCA HERNANDEZ | 1,651.95 | Auto |
| 092299 | 5/5/2021 | POPO002 | JORGE L POPOCA HERNANDEZ | 1,992.75 | Auto |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Detail

| | | | | | | |
|---|---|---|---|---|---|---|
| 103789 | 2/10/2021 | POPO002 | JORGE L POPOCA HERNANDEZ | | 2,200.50 | Auto |
| 103916 | 2/23/2021 | POPO002 | JORGE L POPOCA HERNANDEZ | | 2,022.45 | Auto |
| 104169 | 3/10/2021 | POPO002 | JORGE L POPOCA HERNANDEZ | | 2,088.00 | Auto |
| 104322 | 3/24/2021 | POPO002 | JORGE L POPOCA HERNANDEZ | | 1,795.80 | Auto |
| 104458 | 4/7/2021 | POPO002 | JORGE L POPOCA HERNANDEZ | | 1,802.55 | Auto |
| 103981 | 2/25/2021 | CURI002 | JOSE R PALOMERA-CURIEL | | 153.53 | Auto |
| 092280 | 5/5/2021 | CALL001 | JUDY CALLICUTT | | 18.99 | Auto |
| 103905 | 2/23/2021 | CALL001 | JUDY CALLICUTT | | 26.97 | Auto |
| 104093 | 3/10/2021 | CALL001 | JUDY CALLICUTT | | 44.27 | Auto |
| 104409 | 4/7/2021 | CALL001 | JUDY CALLICUTT | | 44.14 | Auto |
| 103761 | 2/10/2021 | LAMB001 | KELLY R. LAMBERT | | 2,000.00 | Auto |
| 104372 | 3/31/2021 | KEMI001 | KEMIN AGRIFOODS NORTH AMERICA | | 7,938.84 | Auto |
| 103966 | 2/24/2021 | TROX001 | KEN TROXLER | | 4,848.35 | Auto |
| 104069 | 3/3/2021 | WEBS001 | KENNETH WEBSTER | | 598.25 | Auto |
| 104341 | 3/24/2021 | WILS006 | KRASSANDRA WILSON | | 64.00 | Auto |
| 092253 | 4/21/2021 | ALVA001 | LALO MARIA AVAREZ | | 69.60 | Auto |
| 092275 | 5/5/2021 | ALVA001 | LALO MARIA AVAREZ | | 81.20 | Auto |
| 103705 | 2/10/2021 | ALVA001 | LALO MARIA AVAREZ | | 58.00 | Auto |
| 103902 | 2/23/2021 | ALVA001 | LALO MARIA AVAREZ | | 81.20 | Auto |
| 104074 | 3/10/2021 | ALVA001 | LALO MARIA AVAREZ | | 58.00 | Auto |
| 104273 | 3/24/2021 | ALVA001 | LALO MARIA AVAREZ | | 58.00 | Auto |
| 104398 | 4/7/2021 | ALVA001 | LALO MARIA AVAREZ | | 46.40 | Auto |
| 103762 | 2/10/2021 | LEDW001 | LEDWELL | | 5,248.81 | Auto |
| 104043 | 3/3/2021 | LEDW001 | LEDWELL | | 245.85 | Auto |
| 104044 | 3/3/2021 | LEIT001 | LEITH CDJR | | 235.81 | Auto |
| 103764 | 2/10/2021 | LEON002 | LEONARD ELEC MOTOR REPAIR INC. | | 188.60 | Auto |
| 092254 | 4/21/2021 | ATZI001 | LETICIA ATZIN-BALTAZAR | | 98.60 | Auto |
| 092276 | 5/5/2021 | ATZI001 | LETICIA ATZIN-BALTAZAR | | 39.44 | Auto |
| 103765 | 2/10/2021 | LIVE001 | LIVESTOCK VETERINARY SERVICES | | 5,894.32 | Auto |
| 103864 | 2/17/2021 | LIVE001 | LIVESTOCK VETERINARY SERVICES | | 36,700.19 | Auto |
| 103982 | 2/25/2021 | LIVE001 | LIVESTOCK VETERINARY SERVICES | | 17,562.44 | Auto |
| 104238 | 3/17/2021 | LIVE001 | LIVESTOCK VETERINARY SERVICES | | 48,349.94 | Auto |
| 104306 | 3/24/2021 | LIVE001 | LIVESTOCK VETERINARY SERVICES | | 17,263.05 | Auto |
| 104374 | 3/31/2021 | LIVE001 | LIVESTOCK VETERINARY SERVICES | | 12,519.42 | Auto |
| 104490 | 4/8/2021 | LIVE001 | LIVESTOCK VETERINARY SERVICES | | 5,658.62 | Auto |
| 104554 | 4/14/2021 | LIVE001 | LIVESTOCK VETERINARY SERVICES | | 15,672.84 | Auto |
| 104640 | 4/26/2021 | LIVE001 | LIVESTOCK VETERINARY SERVICES | | 20,189.10 | Auto |
| 104659 | 4/29/2021 | LIVE001 | LIVESTOCK VETERINARY SERVICES | | 6,967.69 | Auto |
| 104688 | 5/5/2021 | LIVE001 | LIVESTOCK VETERINARY SERVICES | | 20,123.40 | Auto |
| 104042 | 3/3/2021 | LAND003 | LOL FINANCE CO | | 15,403.31 | Auto |
| 104444 | 4/7/2021 | LAND003 | LOL FINANCE CO | | 15,403.31 | Auto |
| 104724 | 5/6/2021 | LAND003 | LOL FINANCE CO | | 15,403.31 | Auto |
| 104041 | 3/3/2021 | LAND001 | LOL FINANCE COMPANY | | 126,980.00 | Auto |
| 104443 | 4/7/2021 | LAND001 | LOL FINANCE COMPANY | | 126,980.00 | Auto |
| 104149 | 3/10/2021 | LOUI001 | LOUISBURG TRACTOR & TRUCK | | 5.49 | Auto |
| 103865 | 2/17/2021 | LOWE001 | LOWE'S HOME CENTERS, INC. | | 1,640.79 | Auto |
| 104150 | 3/10/2021 | LOWE001 | LOWE'S HOME CENTERS, INC. | | 878.93 | Auto |
| 103871 | 2/17/2021 | MTEC001 | M- TECH SYSTEMS USA, INC. | | 1,700.00 | Auto |
| 104240 | 3/17/2021 | MTEC001 | M- TECH SYSTEMS USA, INC. | | 1,700.00 | Auto |
| 104615 | 4/21/2021 | MTEC001 | M- TECH SYSTEMS USA, INC. | | 1,700.00 | Auto |
| 103866 | 2/17/2021 | MANR001 | MANRY RAWLS-FRANKLIN | | 46,330.78 | Auto |
| 104346 | 3/25/2021 | MARM001 | MARTIN DELGADO MARMOLEJO | | 967.80 | Auto |
| 092273 | 4/21/2021 | WALL001 | MARTY WALLACE | | 25.00 | Auto |
| 092295 | 5/5/2021 | MANE002 | MARY MANESS | | 490.25 | Auto |
| 103767 | 2/10/2021 | MANE002 | MARY MANESS | | 490.25 | Auto |
| 104151 | 3/10/2021 | MANE002 | MARY MANESS | | 497.25 | Auto |
| 104447 | 4/7/2021 | MANE002 | MARY MANESS | | 490.25 | Auto |
| 092263 | 4/21/2021 | LIZA001 | MAXIMILIANO R LIZAMA | | 1,714.05 | Auto |
| 092294 | 5/5/2021 | LIZA001 | MAXIMILIANO R LIZAMA | | 1,578.30 | Auto |
| 103766 | 2/10/2021 | LIZA001 | MAXIMILIANO R LIZAMA | | 2,048.55 | Auto |
| 103912 | 2/23/2021 | LIZA001 | MAXIMILIANO R LIZAMA | | 1,775.70 | Auto |
| 104148 | 3/10/2021 | LIZA001 | MAXIMILIANO R LIZAMA | | 1,753.05 | Auto |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---:|---|
| 104307 | 3/24/2021 | LIZA001 | MAXIMILIANO R LIZAMA | 1,842.45 | Auto |
| 104446 | 4/7/2021 | LIZA001 | MAXIMILIANO R LIZAMA | 1,816.95 | Auto |
| 104152 | 3/10/2021 | MERC001 | Mercer Landmark | 102,326.30 | Auto |
| 104239 | 3/17/2021 | MERC001 | Mercer Landmark | 80,416.13 | Auto |
| 104309 | 3/24/2021 | MERC001 | Mercer Landmark | 104,427.77 | Auto |
| 104375 | 3/31/2021 | MERC001 | Mercer Landmark | 104,336.52 | Auto |
| 104449 | 4/7/2021 | MERC001 | Mercer Landmark | 101,229.31 | Auto |
| 104528 | 4/14/2021 | MERC001 | Mercer Landmark | 101,596.14 | Auto |
| 104614 | 4/21/2021 | MERC001 | Mercer Landmark | 137,640.22 | Auto |
| 104660 | 4/29/2021 | MERC001 | Mercer Landmark | 126,724.08 | Auto |
| 103768 | 2/10/2021 | MERC001 | MERCER LANDMARK INC. | 145,347.28 | Auto |
| 103867 | 2/17/2021 | MERC001 | MERCER LANDMARK INC. | 104,249.24 | Auto |
| 103948 | 2/24/2021 | MERC001 | MERCER LANDMARK INC. | 112,225.68 | Auto |
| 104045 | 3/3/2021 | MERC001 | MERCER LANDMARK INC. | 99,163.57 | Auto |
| 104311 | 3/24/2021 | MIDA002 | MID-ATLANTIC ASSOCIATES, INC. | 315.64 | Auto |
| 104311 | 3/24/2021 | MIDA002 | MID-ATLANTIC ASSOCIATES, INC. | 315.64- | Reversal |
| 103769 | 2/10/2021 | MIDA001 | MID-ATLANTIC IRRIGATION CO INC | 135.09 | Auto |
| 103868 | 2/17/2021 | MIDA001 | MID-ATLANTIC IRRIGATION CO INC | 855.69 | Auto |
| 104153 | 3/10/2021 | MIDA001 | MID-ATLANTIC IRRIGATION CO INC | 138.86 | Auto |
| 104310 | 3/24/2021 | MIDA001 | MID-ATLANTIC IRRIGATION CO INC | 296.20 | Auto |
| 104085 | 3/10/2021 | BAXL002 | MILTONS E BAXLEY, JR | 26,972.00 | Auto |
| 103869 | 2/17/2021 | MINI001 | MINITUBE USA | 205.27 | Auto |
| 103770 | 2/10/2021 | MINT001 | MINTON VETERINARY SERVICE. INC. | 8,377.56 | Auto |
| 104154 | 3/10/2021 | MINT001 | MINTON VETERINARY SERVICE. INC. | 109.80 | Auto |
| 092287 | 5/5/2021 | FRAN001 | MONICA FRANKLIN | 115.85 | Auto |
| 104294 | 3/24/2021 | FRAN001 | MONICA FRANKLIN | 19.20 | Auto |
| 103771 | 2/10/2021 | MONT002 | MONTGOMERY TERMITE & PEST CONTROL | 240.00 | Auto |
| 104376 | 3/31/2021 | MONT002 | MONTGOMERY TERMITE & PEST CONTROL | 240.00 | Auto |
| 103772 | 2/10/2021 | MOSA001 | MOSAIC CROP NUTRITION LLC | 10,552.75 | Auto |
| 103870 | 2/17/2021 | MOSA001 | MOSAIC CROP NUTRITION LLC | 10,999.00 | Auto |
| 104046 | 3/3/2021 | MOSA001 | MOSAIC CROP NUTRITION LLC | 10,714.25 | Auto |
| 104313 | 3/24/2021 | MOSA001 | MOSAIC CROP NUTRITION LLC | 10,659.00 | Auto |
| 104377 | 3/31/2021 | MOSA001 | MOSAIC CROP NUTRITION LLC | 10,297.75 | Auto |
| 104450 | 4/7/2021 | MOSA001 | MOSAIC CROP NUTRITION LLC | 10,918.25 | Auto |
| 104661 | 4/29/2021 | MOSA001 | MOSAIC CROP NUTRITION LLC | 11,789.50 | Auto |
| 104689 | 5/5/2021 | MOSA001 | MOSAIC CROP NUTRITION LLC | 11,970.00 | Auto |
| 103949 | 2/24/2021 | MOSE001 | MOSER & COE FARMS, INC. | 8,152.82 | Auto |
| 103832 | 2/17/2021 | BROW005 | MURPHY BROWN LLC | 14,089.00 | Auto |
| 104088 | 3/10/2021 | BROW005 | MURPHY BROWN LLC | 13,424.00 | Auto |
| 104503 | 4/14/2021 | BROW005 | MURPHY BROWN LLC | 23,289.00 | Auto |
| | 5/6/2021 | BROW005 | MURPHY BROWN LLC | 175,993.77 | Wire Transfer |
| W05164 | 2/8/2021 | MURP001 | MURPHY-BROWN LLC | 159,368.99 | Wire Transfer |
| W05178 | 2/11/2021 | MURP001 | MURPHY-BROWN LLC | 85,598.24 | Wire Transfer |
| W05184 | 2/12/2021 | MURP001 | MURPHY-BROWN LLC | 146,724.24 | Wire Transfer |
| W05203 | 2/18/2021 | MURP001 | MURPHY-BROWN LLC | 166,960.11 | Wire Transfer |
| W05206 | 2/19/2021 | MURP001 | MURPHY-BROWN LLC | 74,966.95 | Wire Transfer |
| W05253 | 2/26/2021 | MURP001 | MURPHY-BROWN LLC | 192,962.70 | Wire Transfer |
| W05277 | 3/3/2021 | MURP001 | MURPHY-BROWN LLC | 84,703.69 | Wire Transfer |
| W05285 | 3/5/2021 | MURP001 | MURPHY-BROWN LLC | 193,550.03 | Wire Transfer |
| W05305 | 3/15/2021 | MURP001 | MURPHY-BROWN LLC | 285,661.56 | Wire Transfer |
| W05323 | 3/18/2021 | MURP001 | MURPHY-BROWN LLC | 221,664.63 | Wire Transfer |
| W05325 | 3/19/2021 | MURP001 | MURPHY-BROWN LLC | 94,369.07 | Wire Transfer |
| W05350 | 3/25/2021 | MURP001 | MURPHY-BROWN LLC | 97,236.64 | Wire Transfer |
| W05351 | 3/26/2021 | MURP001 | MURPHY-BROWN LLC | 219,453.38 | Wire Transfer |
| W05383 | 4/1/2021 | MURP001 | MURPHY-BROWN LLC | 314,012.05 | Wire Transfer |
| W05416 | 4/9/2021 | MURP001 | MURPHY-BROWN LLC | 92,343.65 | Wire Transfer |
| W05419 | 4/12/2021 | MURP001 | MURPHY-BROWN LLC | 135,905.39 | Wire Transfer |
| W05446 | 4/16/2021 | MURP001 | MURPHY-BROWN LLC | 184,953.72 | Wire Transfer |
| W05518 | 4/23/2021 | MURP001 | MURPHY-BROWN LLC | 186,125.03 | Wire Transfer |
| W05550 | 4/30/2021 | MURP001 | MURPHY-BROWN LLC | 196,507.68 | Wire Transfer |
| W05185 | 2/9/2021 | MWI001 | MWI ANIMAL HEALTH  VETERINARY SUPPLY | 7,328.22 | Wire Transfer |
| W05186 | 2/9/2021 | MWI001 | MWI ANIMAL HEALTH  VETERINARY SUPPLY | 686.00 | Wire Transfer |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| | | | | | | |
|---|---|---|---|---|---:|---|
| W05198 | 2/17/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 6,591.33 | Wire Transfer |
| W05199 | 2/17/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 1,549.15 | Wire Transfer |
| W05200 | 2/17/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 1,337.75 | Wire Transfer |
| W05255 | 2/23/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 2,283.87 | Wire Transfer |
| W05256 | 2/23/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 9,501.73 | Wire Transfer |
| W05258 | 3/2/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 8,060.17 | Wire Transfer |
| W05259 | 3/2/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 1,476.51 | Wire Transfer |
| W05306 | 3/9/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 560.17 | Wire Transfer |
| W05307 | 3/9/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 1,268.44 | Wire Transfer |
| W05326 | 3/16/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 7,686.89 | Wire Transfer |
| W05327 | 3/9/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 351.60 | Wire Transfer |
| W05328 | 3/9/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 7,493.51 | Wire Transfer |
| W05356 | 3/23/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 8,675.52 | Wire Transfer |
| W05357 | 3/23/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 182.02 | Wire Transfer |
| W05360 | 3/30/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 22.04 | Wire Transfer |
| W05361 | 3/30/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 23.41 | Wire Transfer |
| W05362 | 3/30/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 9,039.82 | Wire Transfer |
| W05370 | 3/30/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 1,225.74 | Wire Transfer |
| W05406 | 4/6/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 69.60 | Wire Transfer |
| W05412 | 4/6/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 6,516.58 | Wire Transfer |
| W05443 | 4/13/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 4,147.38 | Wire Transfer |
| W05507 | 4/20/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 6,001.50 | Wire Transfer |
| W05508 | 4/13/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 265.03 | Wire Transfer |
| W05534 | 4/27/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 9,757.29 | Wire Transfer |
| W05558 | 5/4/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 4,888.54 | Wire Transfer |
| W05559 | 5/4/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 140.16 | Wire Transfer |
| W05560 | 5/4/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 1,146.50 | Wire Transfer |
| W05561 | 5/4/2021 | MWI001 | MWI ANIMAL HEALTH | VETERINARY SUPPLY | 139.20 | Wire Transfer |
| 103773 | 2/10/2021 | NAPA001 | NAPA AUTO PARTS | | 1.98 | Auto |
| 104047 | 3/3/2021 | NAPA001 | NAPA AUTO PARTS | | 129.51 | Auto |
| 104155 | 3/10/2021 | NAPA001 | NAPA AUTO PARTS | | 76.96 | Auto |
| 092264 | 4/21/2021 | NCCH001 | NC CHILD SUPPORT | | 83.54 | Auto |
| 092296 | 5/5/2021 | NCCH001 | NC CHILD SUPPORT | | 83.54 | Auto |
| 103775 | 2/10/2021 | NCCH001 | NC CHILD SUPPORT | | 275.07 | Auto |
| 103913 | 2/23/2021 | NCCH001 | NC CHILD SUPPORT | | 275.07 | Auto |
| 104157 | 3/10/2021 | NCCH001 | NC CHILD SUPPORT | | 275.07 | Auto |
| 104315 | 3/24/2021 | NCCH001 | NC CHILD SUPPORT | | 275.07 | Auto |
| 104451 | 4/7/2021 | NCCH001 | NC CHILD SUPPORT | | 275.07 | Auto |
| 103778 | 2/10/2021 | NCDR001 | NC DEPARTMENT OF REVENUE | | 100.80 | Auto |
| 103914 | 2/23/2021 | NCDR001 | NC DEPARTMENT OF REVENUE | | 100.80 | Auto |
| 104159 | 3/10/2021 | NCDR001 | NC DEPARTMENT OF REVENUE | | 59.85 | Auto |
| 092265 | 4/21/2021 | NCDR003 | NC DEPARTMENT OF REVENUE-WH | | 6,742.00 | Auto |
| 092297 | 5/5/2021 | NCDR003 | NC DEPARTMENT OF REVENUE-WH | | 6,800.00 | Auto |
| 103779 | 2/10/2021 | NCDR003 | NC DEPARTMENT OF REVENUE-WH | | 7,219.00 | Auto |
| 103951 | 2/24/2021 | NCDR003 | NC DEPARTMENT OF REVENUE-WH | | 7,176.00 | Auto |
| 104160 | 3/10/2021 | NCDR003 | NC DEPARTMENT OF REVENUE-WH | | 7,053.00 | Auto |
| 104316 | 3/24/2021 | NCDR003 | NC DEPARTMENT OF REVENUE-WH | | 6,780.00 | Auto |
| 104452 | 4/7/2021 | NCDR003 | NC DEPARTMENT OF REVENUE-WH | | 6,722.00 | Auto |
| 103950 | 2/24/2021 | NCDM001 | NC DEPT OF MOTOR VEHICLES-TAGS | | 1,047.84 | Auto |
| 104242 | 3/17/2021 | NCDM001 | NC DEPT OF MOTOR VEHICLES-TAGS | | 901.72 | Auto |
| 104616 | 4/21/2021 | NCDM001 | NC DEPT OF MOTOR VEHICLES-TAGS | | 206.63 | Auto |
| 104641 | 4/26/2021 | NCDM001 | NC DEPT OF MOTOR VEHICLES-TAGS | | 1,065.06 | Auto |
| 103873 | 2/17/2021 | NCDT001 | NC DEPT OF TRANSPORTATION | | 211.40 | Auto |
| 104048 | 3/3/2021 | NCDM003 | NC Div of Motor Vehicles (Fiscal Section) | | 153.80 | Auto |
| 103875 | 2/17/2021 | NCQU001 | NC QUICK PASS CUST SVC CTR | | 6.80 | Auto |
| 104618 | 4/21/2021 | NCQU001 | NC QUICK PASS CUST SVC CTR | | 2.62 | Auto |
| 103776 | 2/10/2021 | NCDE003 | NCDENR - Div of Water Resource | | 360.00 | Auto |
| 104158 | 3/10/2021 | NCDE003 | NCDENR - Div of Water Resource | | 700.00 | Auto |
| 103777 | 2/10/2021 | NCDE005 | NCDEQ- -Division of Energy, Mineral and Land Res | | 100.00 | Auto |
| 103846 | 2/17/2021 | CRAV002 | NICK CRAVEN | | 5,421.51 | Auto |
| 104218 | 3/17/2021 | CRAV002 | NICK CRAVEN | | 5,706.00 | Auto |
| 104513 | 4/14/2021 | CRAV002 | NICK CRAVEN | | 5,706.00 | Auto |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---:|---|
| 104606 | 4/21/2021 | CRAV002 | NICK CRAVEN | 871.25 | Auto |
| 104710 | 5/6/2021 | CRAV002 | NICK CRAVEN | 3,570.00 | Auto |
| 103774 | 2/10/2021 | NCAF001 | NORTH CAROLINA AGRICULTURAL FINANCE AUTHORITY | 8,000.00 | Auto |
| 104156 | 3/10/2021 | NCAF001 | NORTH CAROLINA AGRICULTURAL FINANCE AUTHORITY | 8,000.00 | Auto |
| 103780 | 2/10/2021 | NCFW001 | NORTH CAROLINA FARM OF WISE | 2,651.01 | Auto |
| 103874 | 2/17/2021 | NCFW001 | NORTH CAROLINA FARM OF WISE | 1,705.78 | Auto |
| 104049 | 3/3/2021 | NCFW001 | NORTH CAROLINA FARM OF WISE | 58,451.02 | Auto |
| 104161 | 3/10/2021 | NCFW001 | NORTH CAROLINA FARM OF WISE | 3,403.98 | Auto |
| 104243 | 3/17/2021 | NCFW001 | NORTH CAROLINA FARM OF WISE | 21,073.40 | Auto |
| 104317 | 3/24/2021 | NCFW001 | NORTH CAROLINA FARM OF WISE | 5,803.50 | Auto |
| 104379 | 3/31/2021 | NCFW001 | NORTH CAROLINA FARM OF WISE | 30,650.85 | Auto |
| 104453 | 4/7/2021 | NCFW001 | NORTH CAROLINA FARM OF WISE | 1,657.89 | Auto |
| 104529 | 4/14/2021 | NCFW001 | NORTH CAROLINA FARM OF WISE | 23,156.00 | Auto |
| 104617 | 4/21/2021 | NCFW001 | NORTH CAROLINA FARM OF WISE | 3,802.39 | Auto |
| 104663 | 4/29/2021 | NCFW001 | NORTH CAROLINA FARM OF WISE | 3,597.50 | Auto |
| 104725 | 5/6/2021 | NCFW001 | NORTH CAROLINA FARM OF WISE | 5,018.00 | Auto |
| 104679 | 4/29/2021 | NORT003 | NORTH MOORE MANAGEMENT, LLC | 18,700.00 | Auto |
| 103781 | 2/10/2021 | NOVU001 | NOVUS INTERNATIONAL, INC. | 15,675.20 | Auto |
| 104162 | 3/10/2021 | NOVU001 | NOVUS INTERNATIONAL, INC. | 44,256.80 | Auto |
| 104318 | 3/24/2021 | NOVU001 | NOVUS INTERNATIONAL, INC. | 15,559.20 | Auto |
| 104454 | 4/7/2021 | NOVU001 | NOVUS INTERNATIONAL, INC. | 44,060.80 | Auto |
| 104530 | 4/14/2021 | NOVU001 | NOVUS INTERNATIONAL, INC. | 15,598.48 | Auto |
| 104690 | 5/5/2021 | NOVU001 | NOVUS INTERNATIONAL, INC. | 23,395.44 | Auto |
| 104455 | 4/7/2021 | NUTR003 | NUTRA BLEND | 19,663.00 | Auto |
| 104691 | 5/5/2021 | NUTR003 | NUTRA BLEND | 11,236.00 | Auto |
| W05176 | 2/11/2021 | NUTR004 | NutriQuest | 5,500.00 | Wire Transfer |
| W05188 | 2/16/2021 | NUTR004 | NutriQuest | 26,637.00 | Wire Transfer |
| W05201 | 2/18/2021 | NUTR004 | NutriQuest | 5,500.00 | Wire Transfer |
| W05242 | 2/25/2021 | NUTR004 | NutriQuest | 5,500.00 | Wire Transfer |
| W05275 | 3/3/2021 | NUTR004 | NutriQuest | 5,500.00 | Wire Transfer |
| W05294 | 3/11/2021 | NUTR004 | NutriQuest | 5,500.00 | Wire Transfer |
| W05300 | 3/12/2021 | NUTR004 | NutriQuest | 39,812.86 | Wire Transfer |
| W05316 | 3/17/2021 | NUTR004 | NutriQuest | 5,500.00 | Wire Transfer |
| W05347 | 3/24/2021 | NUTR004 | NutriQuest | 5,500.00 | Wire Transfer |
| W05371 | 3/31/2021 | NUTR004 | NutriQuest | 5,500.00 | Wire Transfer |
| W05414 | 4/8/2021 | NUTR004 | NutriQuest | 5,500.00 | Wire Transfer |
| W05420 | 4/12/2021 | NUTR004 | NutriQuest | 24,741.08 | Wire Transfer |
| W05433 | 4/14/2021 | NUTR004 | NutriQuest | 5,500.00 | Wire Transfer |
| W05539 | 4/28/2021 | NUTR004 | NutriQuest | 5,500.00 | Wire Transfer |
| W05566 | 4/30/2021 | NUTR004 | NutriQuest | 50,000.00 | Wire Transfer |
| | 5/6/2021 | | NutriQuest | 18,000.00 | Wire Transfer |
| 103783 | 2/10/2021 | OAKL002 | OAKLAND FARMS | 12,375.00 | Auto |
| 104165 | 3/10/2021 | OAKL002 | OAKLAND FARMS | 18,235.90 | Auto |
| 104245 | 3/17/2021 | OAKL002 | OAKLAND FARMS | 6,810.00 | Auto |
| 104532 | 4/14/2021 | OAKL002 | OAKLAND FARMS | 6,810.00 | Auto |
| 104726 | 5/6/2021 | OAKL002 | OAKLAND FARMS | 6,810.00 | Auto |
| 103952 | 2/24/2021 | O'RE001 | O'REILLY AUTO PARTS | 92.20 | Auto |
| 104050 | 3/3/2021 | O'RE001 | O'REILLY AUTO PARTS | 13.98 | Auto |
| 104164 | 3/10/2021 | O'RE001 | O'REILLY AUTO PARTS | 105.94 | Auto |
| 104244 | 3/17/2021 | O'RE001 | O'REILLY AUTO PARTS | 79.19 | Auto |
| 103784 | 2/10/2021 | P&FF001 | P & F FARMS, INC | 25,399.50 | Auto |
| 103876 | 2/17/2021 | P&FF001 | P & F FARMS, INC | 17,050.87 | Auto |
| 103953 | 2/24/2021 | P&FF001 | P & F FARMS, INC | 10,485.75 | Auto |
| 104166 | 3/10/2021 | P&FF001 | P & F FARMS, INC | 25,061.24 | Auto |
| 104247 | 3/17/2021 | P&FF001 | P & F FARMS, INC | 14,549.87 | Auto |
| 104319 | 3/24/2021 | P&FF001 | P & F FARMS, INC | 11,208.37 | Auto |
| 104380 | 3/31/2021 | P&FF001 | P & F FARMS, INC | 34,235.00 | Auto |
| 104456 | 4/7/2021 | P&FF001 | P & F FARMS, INC | 21,894.00 | Auto |
| 104619 | 4/21/2021 | P&FF001 | P & F FARMS, INC | 13,714.50 | Auto |
| 104664 | 4/29/2021 | P&FF001 | P & F FARMS, INC | 32,718.00 | Auto |
| 104727 | 5/6/2021 | P&FF001 | P & F FARMS, INC | 1,845.00 | Auto |
| 104051 | 3/3/2021 | PARS001 | PARSONS MACHINE WORKS INC. | 561.80 | Auto |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Detail

| | | | | | | |
|---|---|---|---|---|---:|---|
| 092255 | 4/21/2021 | BENI001 | PEDRO BENITEZ | | 31.32 | Auto |
| 103903 | 2/23/2021 | BENI001 | PEDRO BENITEZ | | 41.76 | Auto |
| 104279 | 3/24/2021 | BENI001 | PEDRO BENITEZ | | 62.64 | Auto |
| 103954 | 2/24/2021 | PEED001 | PEE DEE ELECTRIC MEMBERSHIP | | 4,895.97 | Auto |
| 104052 | 3/3/2021 | PEED001 | PEE DEE ELECTRIC MEMBERSHIP | | 786.00 | Auto |
| 104320 | 3/24/2021 | PEED001 | PEE DEE ELECTRIC MEMBERSHIP | | 1,316.00 | Auto |
| 104381 | 3/31/2021 | PEED001 | PEE DEE ELECTRIC MEMBERSHIP | | 4,444.83 | Auto |
| 104665 | 4/29/2021 | PEED001 | PEE DEE ELECTRIC MEMBERSHIP | | 4,590.66 | Auto |
| W05180 | 2/12/2021 | PENS001 | Penske Truck Leasing Co., L.P. | | 1,445.14 | Wire Transfer |
| W05301 | 3/11/2021 | PENS001 | Penske Truck Leasing Co., L.P. | | 6,482.72 | Wire Transfer |
| W05421 | 4/12/2021 | PENS001 | Penske Truck Leasing Co., L.P. | | 6,108.32 | Wire Transfer |
| 103785 | 2/10/2021 | PETE001 | Pete Smith Tire & Quick Lube, Inc | | 30.89 | Auto |
| 103872 | 2/17/2021 | MVPL001 | PHIBRO ANIIMAL HEALTH CORP | | 6,477.01 | Auto |
| 104241 | 3/17/2021 | MVPL001 | PHIBRO ANIIMAL HEALTH CORP | | 6,957.50 | Auto |
| 104314 | 3/24/2021 | MVPL001 | PHIBRO ANIIMAL HEALTH CORP | | 19,641.46 | Auto |
| 104314 | 3/24/2021 | MVPL001 | PHIBRO ANIIMAL HEALTH CORP | | 19,641.46- | Reversal |
| 104378 | 3/31/2021 | MVPL001 | PHIBRO ANIIMAL HEALTH CORP | | 9,891.46 | Auto |
| 104662 | 4/29/2021 | MVPL001 | PHIBRO ANIIMAL HEALTH CORP | | 4,110.23 | Auto |
| 104021 | 3/3/2021 | FAUC001 | Phillip Faucette & Son | | 36,948.00 | Auto |
| 104118 | 3/10/2021 | FAUC001 | Phillip Faucette & Son | | 10,312.02 | Auto |
| 103787 | 2/10/2021 | PICI001 | PIC INVOICING | | 226.00 | Auto |
| 103825 | 2/12/2021 | PICI001 | PIC INVOICING | | 4,485.00 | Auto |
| 103877 | 2/17/2021 | PICI001 | PIC INVOICING | | 44,141.65 | Auto |
| 104053 | 3/3/2021 | PICI001 | PIC INVOICING | | 767.00 | Auto |
| 104168 | 3/10/2021 | PICI001 | PIC INVOICING | | 53,480.40 | Auto |
| 104248 | 3/17/2021 | PICI001 | PIC INVOICING | | 226.00 | Auto |
| 104533 | 4/14/2021 | PICI001 | PIC INVOICING | | 51,036.85 | Auto |
| 104666 | 4/29/2021 | PICI001 | PIC INVOICING | | 882.00 | Auto |
| 103955 | 2/24/2021 | PITN002 | PITNEY BOWES | | 600.00 | Auto |
| 104534 | 4/14/2021 | PITN002 | PITNEY BOWES | | 254.10 | Auto |
| 103788 | 2/10/2021 | POLL001 | POLLITT VENTURES, INC | | 10,000.00 | Auto |
| 104249 | 3/17/2021 | POLL001 | POLLITT VENTURES, INC | | 10,000.00 | Auto |
| 103791 | 2/10/2021 | PROV001 | Provimi | | 4,500.00 | Auto |
| 104383 | 3/31/2021 | PROV001 | Provimi | | 1,532.84 | Auto |
| 104621 | 4/21/2021 | PURC001 | Purchase Power | | 300.00 | Auto |
| 104251 | 3/17/2021 | QCSU001 | QC SUPPLY, LLC. | | 156.94 | Auto |
| 104328 | 3/24/2021 | RDLE001 | R.D. LEE FARMS, INC. | | 66,062.31 | Auto |
| 104385 | 3/31/2021 | RDLE001 | R.D. LEE FARMS, INC. | | 14,982.77 | Auto |
| 104462 | 4/7/2021 | RDLE001 | R.D. LEE FARMS, INC. | | 22,119.75 | Auto |
| 103794 | 2/10/2021 | RAMT001 | RAM TOOL | | 316.57 | Auto |
| 104055 | 3/3/2021 | RAMT001 | RAM TOOL | | 194.75 | Auto |
| 103796 | 2/10/2021 | RAND004 | RANDOLPH COMMUNICATIONS | | 51.29 | Auto |
| 103901 | 2/18/2021 | RAND004 | RANDOLPH COMMUNICATIONS | | 266.48 | Auto |
| 104173 | 3/10/2021 | RAND004 | RANDOLPH COMMUNICATIONS | | 1,051.80 | Auto |
| 104384 | 3/31/2021 | RAND004 | RANDOLPH COMMUNICATIONS | | 731.16 | Auto |
| 104535 | 4/14/2021 | RAND004 | RANDOLPH COMMUNICATIONS | | 273.52 | Auto |
| 104623 | 4/21/2021 | RAND004 | RANDOLPH COMMUNICATIONS | | 51.29 | Auto |
| 103795 | 2/10/2021 | RAND003 | RANDOLPH ELECTRIC MEMBERSHIP | | 4,005.67 | Auto |
| 103879 | 2/17/2021 | RAND003 | RANDOLPH ELECTRIC MEMBERSHIP | | 581.84 | Auto |
| 103879 | 2/17/2021 | RAND003 | RANDOLPH ELECTRIC MEMBERSHIP | | 581.84- | Reversal |
| 103900 | 2/18/2021 | RAND003 | RANDOLPH ELECTRIC MEMBERSHIP | | 315.36 | Auto |
| 103956 | 2/24/2021 | RAND003 | RANDOLPH ELECTRIC MEMBERSHIP | | 14,677.45 | Auto |
| 104172 | 3/10/2021 | RAND003 | RANDOLPH ELECTRIC MEMBERSHIP | | 4,257.36 | Auto |
| 104252 | 3/17/2021 | RAND003 | RANDOLPH ELECTRIC MEMBERSHIP | | 306.11 | Auto |
| 104326 | 3/24/2021 | RAND003 | RANDOLPH ELECTRIC MEMBERSHIP | | 14,900.54 | Auto |
| 104461 | 4/7/2021 | RAND003 | RANDOLPH ELECTRIC MEMBERSHIP | | 3,744.49 | Auto |
| 104622 | 4/21/2021 | RAND003 | RANDOLPH ELECTRIC MEMBERSHIP | | 306.92 | Auto |
| 104667 | 4/29/2021 | RAND003 | RANDOLPH ELECTRIC MEMBERSHIP | | 13,959.33 | Auto |
| 104141 | 3/10/2021 | JESS003 | RANDY JESSUP | | 10,507.61 | Auto |
| 104236 | 3/17/2021 | JESS003 | RANDY JESSUP | | 259.00 | Auto |
| 104613 | 4/21/2021 | JESS003 | RANDY JESSUP | | 1,904.00 | Auto |
| 104719 | 5/6/2021 | JESS003 | RANDY JESSUP | | 1,904.00 | Auto |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| 092262 | 4/21/2021 | LEMO001 | RANDY LEMONDS | 25.00 | Auto |
| 092293 | 5/5/2021 | LEMO001 | RANDY LEMONDS | 50.00 | Auto |
| 092311 | 5/6/2021 | LEMO001 | RANDY LEMONDS | 40.50 | Auto |
| 103763 | 2/10/2021 | LEMO001 | RANDY LEMONDS | 50.00 | Auto |
| 103911 | 2/23/2021 | LEMO001 | RANDY LEMONDS | 100.00 | Auto |
| 104147 | 3/10/2021 | LEMO001 | RANDY LEMONDS | 75.00 | Auto |
| 104305 | 3/24/2021 | LEMO001 | RANDY LEMONDS | 50.00 | Auto |
| 104445 | 4/7/2021 | LEMO001 | RANDY LEMONDS | 75.00 | Auto |
| 104553 | 4/14/2021 | LEMO001 | RANDY LEMONDS | 283.50 | Auto |
| 103957 | 2/24/2021 | RAYL001 | RAYLE EMC | 2,056.00 | Auto |
| 104327 | 3/24/2021 | RAYL001 | RAYLE EMC | 1,734.00 | Auto |
| 104624 | 4/21/2021 | RAYL001 | RAYLE EMC | 1,690.00 | Auto |
| 103880 | 2/17/2021 | RCMM001 | RCM MECHANICAL INC. | 1,528.04 | Auto |
| 104142 | 3/10/2021 | JESS004 | Reggie A Jessup | 10,507.61 | Auto |
| 104237 | 3/17/2021 | JESS004 | Reggie A Jessup | 259.00 | Auto |
| 103797 | 2/10/2021 | REPU001 | REPUBLIC SERVICES #778 | 4,358.76 | Auto |
| 104176 | 3/10/2021 | REPU001 | REPUBLIC SERVICES #778 | 2,990.41 | Auto |
| 104463 | 4/7/2021 | REPU001 | REPUBLIC SERVICES #778 | 2,128.45 | Auto |
| 104537 | 4/14/2021 | REPU001 | REPUBLIC SERVICES #778 | 2,178.55 | Auto |
| 103798 | 2/10/2021 | RICH001 | RICHMOND COUNTY WATER DEPT. | 33.00 | Auto |
| 104464 | 4/7/2021 | RICH001 | RICHMOND COUNTY WATER DEPT. | 161.47 | Auto |
| 103908 | 2/23/2021 | DARK001 | RICKY DARK | 10.57 | Auto |
| 103958 | 2/24/2021 | RIDL001 | RIDLEY FEED INDUSTRIES | 19,849.35 | Auto |
| 104056 | 3/3/2021 | RIDL001 | RIDLEY FEED INDUSTRIES | 10,582.08 | Auto |
| 104329 | 3/24/2021 | RIDL001 | RIDLEY FEED INDUSTRIES | 43,283.55 | Auto |
| 104386 | 3/31/2021 | RIDL001 | RIDLEY FEED INDUSTRIES | 7,936.56 | Auto |
| 104465 | 4/7/2021 | RIDL001 | RIDLEY FEED INDUSTRIES | 24,467.05 | Auto |
| 104538 | 4/14/2021 | RIDL001 | RIDLEY FEED INDUSTRIES | 7,936.56 | Auto |
| 104692 | 5/5/2021 | RIDL001 | RIDLEY FEED INDUSTRIES | 64,705.80 | Auto |
| 103799 | 2/10/2021 | RIVE001 | RIVERBEND SWINE CONSULTING, PC | 2,580.00 | Auto |
| 104177 | 3/10/2021 | RIVE001 | RIVERBEND SWINE CONSULTING, PC | 2,920.00 | Auto |
| 104466 | 4/7/2021 | RIVE001 | RIVERBEND SWINE CONSULTING, PC | 2,770.00 | Auto |
| 104539 | 4/14/2021 | RIVE005 | RIVERLINK | 38.79 | Auto |
| 103881 | 2/17/2021 | RIVE006 | RIVERSTREET NETWORKS | 47.28 | Auto |
| 104253 | 3/17/2021 | RIVE006 | RIVERSTREET NETWORKS | 47.28 | Auto |
| 104540 | 4/14/2021 | RIVE006 | RIVERSTREET NETWORKS | 47.45 | Auto |
| 103974 | 2/24/2021 | WALT001 | ROBBIE WALTERS | 9,108.30 | Auto |
| W05342 | 3/17/2021 | ROBB001 | ROBBINS MAY & RICH LLP | 12,088.20 | Wire Transfer |
| W05434 | 4/14/2021 | ROBB001 | ROBBINS MAY & RICH LLP | 8,951.25 | Wire Transfer |
| W05551 | 4/30/2021 | ROBB001 | ROBBINS MAY & RICH LLP | 7,796.25 | Wire Transfer |
| 104485 | 4/7/2021 | WINN001 | Robert Winner Sons, INC | 950.00 | Auto |
| 103882 | 2/17/2021 | ROLL001 | ROLL OFF SYSTEMS, INC. | 80.00 | Auto |
| 104254 | 3/17/2021 | ROLL001 | ROLL OFF SYSTEMS, INC. | 90.00 | Auto |
| 104015 | 3/3/2021 | CRAV015 | RONNIE CRAVEN | 2,907.15 | Auto |
| 104300 | 3/24/2021 | HINS004 | RONNIE HINSHAW | 5,031.27 | Auto |
| 103802 | 2/10/2021 | SANT001 | ROSALYN ORTEGA SANTIAGO | 80.00 | Auto |
| 104205 | 3/10/2021 | WOOD005 | Roy Wood | 4,436.22 | Auto |
| 104551 | 4/14/2021 | WOOD005 | Roy Wood | 4,809.06 | Auto |
| 104731 | 5/6/2021 | WOOD005 | Roy Wood | 5,982.50 | Auto |
| 092303 | 5/5/2021 | UTLE002 | RUSSELL UTLEY | 952.29 | Auto |
| 103920 | 2/23/2021 | UTLE002 | RUSSELL UTLEY | 617.46 | Auto |
| 104336 | 3/24/2021 | UTLE002 | RUSSELL UTLEY | 370.90 | Auto |
| 103883 | 2/17/2021 | RYDE001 | RYDER TRANSPORTATION SERVICES | 47,374.36 | Auto |
| 104057 | 3/3/2021 | RYDE001 | RYDER TRANSPORTATION SERVICES | 163.84 | Auto |
| 104179 | 3/10/2021 | RYDE001 | RYDER TRANSPORTATION SERVICES | 51,415.01 | Auto |
| 104255 | 3/17/2021 | RYDE001 | RYDER TRANSPORTATION SERVICES | 232.46 | Auto |
| 104330 | 3/24/2021 | RYDE001 | RYDER TRANSPORTATION SERVICES | 401.23 | Auto |
| 104468 | 4/7/2021 | RYDE001 | RYDER TRANSPORTATION SERVICES | 51,507.67 | Auto |
| 104625 | 4/21/2021 | RYDE001 | RYDER TRANSPORTATION SERVICES | 367.06 | Auto |
| 104668 | 4/29/2021 | RYDE001 | RYDER TRANSPORTATION SERVICES | 2,166.75 | Auto |
| 103801 | 2/10/2021 | S&JP001 | S&J Plumbing & Elec Supply Inc | 38.20 | Auto |
| 103801 | 2/10/2021 | S&JP001 | S&J Plumbing & Elec Supply Inc | 38.20- | Reversal |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| 092282 | 5/5/2021 | CHRI001 | SANTANA CHRISCOE | 30.00 | Auto |
| 103727 | 2/10/2021 | CHRI001 | SANTANA CHRISCOE | 30.00 | Auto |
| 104102 | 3/10/2021 | CHRI001 | SANTANA CHRISCOE | 30.00 | Auto |
| 104419 | 4/7/2021 | CHRI001 | SANTANA CHRISCOE | 30.00 | Auto |
| 092290 | 5/5/2021 | HOLB001 | Scott Holbrook | 40.00 | Auto |
| 103751 | 2/10/2021 | HOLB001 | Scott Holbrook | 40.00 | Auto |
| 104130 | 3/10/2021 | HOLB001 | Scott Holbrook | 40.00 | Auto |
| 104437 | 4/7/2021 | HOLB001 | Scott Holbrook | 40.00 | Auto |
| 104180 | 3/10/2021 | SCOT003 | SCOTT'S APPLIANCE & REPAIR | 74.90 | Auto |
| 104256 | 3/17/2021 | SCOT003 | SCOTT'S APPLIANCE & REPAIR | 208.65 | Auto |
| 104429 | 4/7/2021 | FORD002 | SHAMIKA FORD | 8.49 | Auto |
| W05166 | 2/8/2021 | SMIT017 | Smithfield Farmland Sales Corp | 42,692.00 | Wire Transfer |
| W05183 | 2/12/2021 | SMIT017 | Smithfield Farmland Sales Corp | 64,125.30 | Wire Transfer |
| W05193 | 2/16/2021 | SMIT017 | Smithfield Farmland Sales Corp | 50,443.80 | Wire Transfer |
| W05215 | 2/23/2021 | SMIT017 | Smithfield Farmland Sales Corp | 34,003.00 | Wire Transfer |
| W05270 | 3/2/2021 | SMIT017 | Smithfield Farmland Sales Corp | 52,019.80 | Wire Transfer |
| W05292 | 3/9/2021 | SMIT017 | Smithfield Farmland Sales Corp | 52,095.00 | Wire Transfer |
| W05314 | 3/16/2021 | SMIT017 | Smithfield Farmland Sales Corp | 32,865.60 | Wire Transfer |
| W05379 | 3/30/2021 | SMIT017 | Smithfield Farmland Sales Corp | 21,262.80 | Wire Transfer |
| W05379 | 3/30/2021 | SMIT017 | Smithfield Farmland Sales Corp | 21,262.80- | Wire Transfer Reversal |
| W05398 | 4/2/2021 | SMIT017 | Smithfield Farmland Sales Corp | 21,262.80 | Wire Transfer |
| W05404 | 4/6/2021 | SMIT017 | Smithfield Farmland Sales Corp | 21,969.60 | Wire Transfer |
| W05445 | 4/15/2021 | SMIT017 | Smithfield Farmland Sales Corp | 21,208.70 | Wire Transfer |
| W05458 | 4/20/2021 | SMIT017 | Smithfield Farmland Sales Corp | 46,280.40 | Wire Transfer |
| W05543 | 4/28/2021 | SMIT017 | Smithfield Farmland Sales Corp | 23,680.00 | Wire Transfer |
| W05208 | 2/18/2021 | SMIT018 | Smithfield Grain | 84,625.00 | Wire Transfer |
| W05210 | 2/17/2021 | SMIT018 | Smithfield Grain | 84,625.00 | Wire Transfer |
| W05211 | 2/17/2021 | SMIT018 | Smithfield Grain | 16,173.76 | Wire Transfer |
| W05261 | 2/25/2021 | SMIT018 | Smithfield Grain | 139,370.00 | Wire Transfer |
| W05263 | 2/26/2021 | SMIT018 | Smithfield Grain | 139,370.00 | Wire Transfer |
| W05329 | 3/17/2021 | SMIT018 | Smithfield Grain | 164,875.00 | Wire Transfer |
| W05386 | 3/30/2021 | SMIT018 | Smithfield Grain | 21,262.80 | Wire Transfer |
| W05397 | 4/2/2021 | SMIT018 | Smithfield Grain | 144,862.20 | Wire Transfer |
| W05397 | 4/2/2021 | SMIT018 | Smithfield Grain | 144,862.20- | Wire Transfer Reversal |
| W05400 | 4/5/2021 | SMIT018 | Smithfield Grain | 169,412.50 | Wire Transfer |
| W05454 | 4/19/2021 | SMIT018 | Smithfield Grain | 173,125.00 | Wire Transfer |
| W05532 | 4/2/2021 | SMIT018 | Smithfield Grain | 144,862.20 | Wire Transfer |
| 104058 | 3/3/2021 | SNID001 | Snider Fleet Solutions | 2,703.10 | Auto |
| 103804 | 2/10/2021 | SNK001 | SNK Trucking Inc. | 20,846.26 | Auto |
| 103884 | 2/17/2021 | SNK001 | SNK Trucking Inc. | 15,340.89 | Auto |
| 104182 | 3/10/2021 | SNK001 | SNK Trucking Inc. | 11,734.03 | Auto |
| 104257 | 3/17/2021 | SNK001 | SNK Trucking Inc. | 37,433.30 | Auto |
| 104332 | 3/24/2021 | SNK001 | SNK Trucking Inc. | 9,400.17 | Auto |
| 104387 | 3/31/2021 | SNK001 | SNK Trucking Inc. | 20,936.33 | Auto |
| 104469 | 4/7/2021 | SNK001 | SNK Trucking Inc. | 8,562.63 | Auto |
| 104542 | 4/14/2021 | SNK001 | SNK Trucking Inc. | 2,521.93 | Auto |
| 104626 | 4/21/2021 | SNK001 | SNK Trucking Inc. | 7,372.84 | Auto |
| 104669 | 4/29/2021 | SNK001 | SNK Trucking Inc. | 37,855.71 | Auto |
| W05182 | 2/12/2021 | SCDR001 | SOUTH CAROLINA DEPARTMENT OF REVENUE-WH | 58.96 | Wire Transfer |
| W05245 | 2/25/2021 | SCDR001 | SOUTH CAROLINA DEPARTMENT OF REVENUE-WH | 58.96 | Wire Transfer |
| W05304 | 3/12/2021 | SCDR001 | SOUTH CAROLINA DEPARTMENT OF REVENUE-WH | 58.96 | Wire Transfer |
| W05344 | 3/26/2021 | SCDR001 | SOUTH CAROLINA DEPARTMENT OF REVENUE-WH | 58.96 | Wire Transfer |
| W05423 | 4/12/2021 | SCDR001 | SOUTH CAROLINA DEPARTMENT OF REVENUE-WH | 58.96 | Wire Transfer |
| W05514 | 4/22/2021 | SCDR001 | SOUTH CAROLINA DEPARTMENT OF REVENUE-WH | 58.96 | Wire Transfer |
| | 5/6/2021 | SCDR001 | SOUTH CAROLINA DEPARTMENT OF REVENUE-WH | 58.96 | Wire Transfer |
| W05368 | 3/30/2021 | SOUT010 | SOUTH CAROLINA DEPT OF EMPLOYMENT & WORKFORCE | 3.95 | Wire Transfer |
| 103962 | 2/24/2021 | SPIV001 | SPIVEY'S GARAGE | 75.00 | Auto |
| 104059 | 3/3/2021 | STAR001 | STAR AUTO CENTER | 2,588.87 | Auto |
| 104184 | 3/10/2021 | STAR001 | STAR AUTO CENTER | 822.80 | Auto |
| 104543 | 4/14/2021 | STAR001 | STAR AUTO CENTER | 3,058.45 | Auto |
| 103807 | 2/10/2021 | SUNR001 | Sunrise Cooperative | 99,074.77 | Auto |
| 103885 | 2/17/2021 | SUNR001 | Sunrise Cooperative | 83,939.23 | Auto |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| 103963 | 2/24/2021 | SUNR001 | Sunrise Cooperative | 76,697.69 | Auto |
| 104060 | 3/3/2021 | SUNR001 | Sunrise Cooperative | 73,663.37 | Auto |
| 104061 | 3/3/2021 | SUPE001 | Superior Farms | 7,378.55 | Auto |
| 104627 | 4/21/2021 | SWKT001 | SWK TECHNOLOGIES, INC | 185.00 | Auto |
| 104333 | 3/24/2021 | TDM0001 | TDM FARMS, INC. | 21.36 | Auto |
| 104628 | 4/21/2021 | TDM0001 | TDM FARMS, INC. | 91.23 | Auto |
| 103964 | 2/24/2021 | TENC001 | TENCARVA MACHINERY CO. | 1,805.82 | Auto |
| 104629 | 4/21/2021 | TENC001 | TENCARVA MACHINERY CO. | 1,967.23 | Auto |
| 104062 | 3/3/2021 | TERM001 | TERMINIX | 80.00 | Auto |
| 104258 | 3/17/2021 | TERM001 | TERMINIX | 75.00 | Auto |
| 092266 | 4/21/2021 | PHIL004 | TERRY PHILLIPS | 50.00 | Auto |
| 092298 | 5/5/2021 | PHIL004 | TERRY PHILLIPS | 130.00 | Auto |
| 092312 | 5/6/2021 | PHIL004 | TERRY PHILLIPS | 40.50 | Auto |
| 103786 | 2/10/2021 | PHIL004 | TERRY PHILLIPS | 80.00 | Auto |
| 103915 | 2/23/2021 | PHIL004 | TERRY PHILLIPS | 25.00 | Auto |
| 104167 | 3/10/2021 | PHIL004 | TERRY PHILLIPS | 80.00 | Auto |
| 104321 | 3/24/2021 | PHIL004 | TERRY PHILLIPS | 25.00 | Auto |
| 104457 | 4/7/2021 | PHIL004 | TERRY PHILLIPS | 55.00 | Auto |
| 104491 | 4/8/2021 | PHIL004 | TERRY PHILLIPS | 216.28 | Auto |
| 104140 | 3/10/2021 | JESS001 | THURMAN C. JESSUP | 21,015.23 | Auto |
| 104235 | 3/17/2021 | JESS001 | THURMAN C. JESSUP | 518.00 | Auto |
| 104612 | 4/21/2021 | JESS001 | THURMAN C. JESSUP | 5,712.00 | Auto |
| 104718 | 5/6/2021 | JESS001 | THURMAN C. JESSUP | 5,712.00 | Auto |
| 092292 | 5/5/2021 | JACK004 | Tom Jackson | 40.00 | Auto |
| 103756 | 2/10/2021 | JACK004 | Tom Jackson | 40.00 | Auto |
| 104137 | 3/10/2021 | JACK004 | Tom Jackson | 40.00 | Auto |
| 104441 | 4/7/2021 | JACK004 | Tom Jackson | 40.00 | Auto |
| 092256 | 4/21/2021 | BETA001 | TOMAS V BETANCOURT | 34.80 | Auto |
| 092278 | 5/5/2021 | BETA001 | TOMAS V BETANCOURT | 34.80 | Auto |
| 103716 | 2/10/2021 | BETA001 | TOMAS V BETANCOURT | 23.20 | Auto |
| 103904 | 2/23/2021 | BETA001 | TOMAS V BETANCOURT | 23.20 | Auto |
| 104087 | 3/10/2021 | BETA001 | TOMAS V BETANCOURT | 34.80 | Auto |
| 104280 | 3/24/2021 | BETA001 | TOMAS V BETANCOURT | 46.40 | Auto |
| 104405 | 4/7/2021 | BETA001 | TOMAS V BETANCOURT | 34.80 | Auto |
| 103959 | 2/24/2021 | ROSS002 | TONY ROSS | 9,533.30 | Auto |
| 104063 | 3/3/2021 | TOSH001 | TOSHIBA FINANCIAL SERVICES | 136.67 | Auto |
| 104471 | 4/7/2021 | TOSH001 | TOSHIBA FINANCIAL SERVICES | 136.67 | Auto |
| 103965 | 2/24/2021 | TOWN002 | TOWN OF CANDOR | 338.60 | Auto |
| 104187 | 3/10/2021 | TOWN002 | TOWN OF CANDOR | 1,452.39 | Auto |
| 104472 | 4/7/2021 | TOWN002 | TOWN OF CANDOR | 1,366.93 | Auto |
| 092286 | 5/5/2021 | DUNL005 | TRAVIS DUNLAP | 30.00 | Auto |
| 103734 | 2/10/2021 | DUNL005 | TRAVIS DUNLAP | 30.00 | Auto |
| 104113 | 3/10/2021 | DUNL005 | TRAVIS DUNLAP | 30.00 | Auto |
| 104424 | 4/7/2021 | DUNL005 | TRAVIS DUNLAP | 30.00 | Auto |
| 103808 | 2/10/2021 | TREA001 | TREAT-RITE WATER SERVICES,INC | 4,373.93 | Auto |
| 104334 | 3/24/2021 | TREA001 | TREAT-RITE WATER SERVICES,INC | 4,412.09 | Auto |
| 104259 | 3/17/2021 | ULIN001 | ULINE | 196.66 | Auto |
| 103809 | 2/10/2021 | UNIF001 | UNIFIRST CORPORATION | 628.19 | Auto |
| 103886 | 2/17/2021 | UNIF001 | UNIFIRST CORPORATION | 335.68 | Auto |
| 103967 | 2/24/2021 | UNIF001 | UNIFIRST CORPORATION | 485.01 | Auto |
| 104064 | 3/3/2021 | UNIF001 | UNIFIRST CORPORATION | 480.84 | Auto |
| 104188 | 3/10/2021 | UNIF001 | UNIFIRST CORPORATION | 482.04 | Auto |
| 104260 | 3/17/2021 | UNIF001 | UNIFIRST CORPORATION | 480.84 | Auto |
| 104680 | 4/29/2021 | UNIF001 | UNIFIRST CORPORATION | 3,973.32 | Auto |
| 103810 | 2/10/2021 | UNIT002 | UNITED PARCEL SERVICE | 327.32 | Auto |
| 103887 | 2/17/2021 | UNIT002 | UNITED PARCEL SERVICE | 237.77 | Auto |
| 103968 | 2/24/2021 | UNIT002 | UNITED PARCEL SERVICE | 148.06 | Auto |
| 104065 | 3/3/2021 | UNIT002 | UNITED PARCEL SERVICE | 155.18 | Auto |
| 104189 | 3/10/2021 | UNIT002 | UNITED PARCEL SERVICE | 403.67 | Auto |
| 104261 | 3/17/2021 | UNIT002 | UNITED PARCEL SERVICE | 149.39 | Auto |
| 104335 | 3/24/2021 | UNIT002 | UNITED PARCEL SERVICE | 149.36 | Auto |
| 104388 | 3/31/2021 | UNIT002 | UNITED PARCEL SERVICE | 182.14 | Auto |

# EXHIBIT SOFA # 3

## Payments to Creditors - last 90 days
## Detail

| | | | | | | |
|---|---|---|---|---|---:|---|
| 104473 | 4/7/2021 | UNIT002 | UNITED PARCEL SERVICE | | 150.02 | Auto |
| 104545 | 4/14/2021 | UNIT002 | UNITED PARCEL SERVICE | | 178.94 | Auto |
| 104630 | 4/21/2021 | UNIT002 | UNITED PARCEL SERVICE | | 169.44 | Auto |
| 104670 | 4/29/2021 | UNIT002 | UNITED PARCEL SERVICE | | 936.73 | Auto |
| 104693 | 5/5/2021 | UNIT002 | UNITED PARCEL SERVICE | | 506.25 | Auto |
| 103888 | 2/17/2021 | UNIT003 | UNIVERSITY OF MINNESOTA | | 403.00 | Auto |
| 104066 | 3/3/2021 | UNIT003 | UNIVERSITY OF MINNESOTA | | 1,378.53 | Auto |
| 104190 | 3/10/2021 | UNIT003 | UNIVERSITY OF MINNESOTA | | 241.48 | Auto |
| 104262 | 3/17/2021 | UNIT003 | UNIVERSITY OF MINNESOTA | | 249.35 | Auto |
| 104671 | 4/29/2021 | UNIT003 | UNIVERSITY OF MINNESOTA | | 4,576.57 | Auto |
| 103811 | 2/10/2021 | USCE001 | US CELLULAR | | 1,501.32 | Auto |
| 104191 | 3/10/2021 | USCE001 | US CELLULAR | | 1,584.56 | Auto |
| 104474 | 4/7/2021 | USCE001 | US CELLULAR | | 1,423.13 | Auto |
| W05170 | 2/9/2021 | VALL001 | VALLEY PROTEINS-CBP | | 17,776.80 | Wire Transfer |
| W05194 | 2/16/2021 | VALL001 | VALLEY PROTEINS-CBP | | 18,019.00 | Wire Transfer |
| W05214 | 2/23/2021 | VALL001 | VALLEY PROTEINS-CBP | | 18,559.20 | Wire Transfer |
| W05291 | 3/9/2021 | VALL001 | VALLEY PROTEINS-CBP | | 39,031.20 | Wire Transfer |
| W05315 | 3/16/2021 | VALL001 | VALLEY PROTEINS-CBP | | 40,376.00 | Wire Transfer |
| W05338 | 3/23/2021 | VALL001 | VALLEY PROTEINS-CBP | | 20,764.80 | Wire Transfer |
| W05378 | 3/30/2021 | VALL001 | VALLEY PROTEINS-CBP | | 43,223.20 | Wire Transfer |
| W05405 | 4/6/2021 | VALL001 | VALLEY PROTEINS-CBP | | 44,856.00 | Wire Transfer |
| W05438 | 4/14/2021 | VALL001 | VALLEY PROTEINS-CBP | | 22,266.00 | Wire Transfer |
| W05459 | 4/20/2021 | VALL001 | VALLEY PROTEINS-CBP | | 22,779.20 | Wire Transfer |
| W05542 | 4/28/2021 | VALL001 | VALLEY PROTEINS-CBP | | 46,268.44 | Wire Transfer |
| W05570 | 5/4/2021 | VALL001 | VALLEY PROTEINS-CBP | | 23,539.20 | Wire Transfer |
| 103969 | 2/24/2021 | VANC002 | VAN CAMP & VAN O'LINDA, PLLC | | 379.60 | Auto |
| 104546 | 4/14/2021 | VANC002 | VAN CAMP & VAN O'LINDA, PLLC | | 1,038.33 | Auto |
| 103891 | 2/17/2021 | VAND012 | VANDERVEER GAS BLUE RIBBON | | 1,929.06 | Auto |
| 104266 | 3/17/2021 | VAND012 | VANDERVEER GAS BLUE RIBBON | | 946.21 | Auto |
| 104673 | 4/29/2021 | VAND012 | VANDERVEER GAS BLUE RIBBON | | 1,015.15 | Auto |
| 103889 | 2/17/2021 | VAND010 | VANDERVEER GAS-CC | | 785.07 | Auto |
| 104264 | 3/17/2021 | VAND010 | VANDERVEER GAS-CC | | 715.90 | Auto |
| 104475 | 4/7/2021 | VAND010 | VANDERVEER GAS-CC | | 658.62 | Auto |
| 104672 | 4/29/2021 | VAND010 | VANDERVEER GAS-CC | | 945.48 | Auto |
| 104198 | 3/10/2021 | VANDO45 | VANDERVEERS GAS-COPPERHEAD | | 1,938.34 | Auto |
| 104394 | 3/31/2021 | VANDO45 | VANDERVEERS GAS-COPPERHEAD | | 645.92 | Auto |
| 104480 | 4/7/2021 | VANDO45 | VANDERVEERS GAS-COPPERHEAD | | 1,240.47 | Auto |
| 104548 | 4/14/2021 | VANDO45 | VANDERVEERS GAS-COPPERHEAD | | 1,272.91 | Auto |
| 103972 | 2/24/2021 | VICT004 | Victory Environmental & Waste | | 1,065.00 | Auto |
| 104481 | 4/7/2021 | VICT004 | Victory Environmental & Waste | | 961.50 | Auto |
| 103815 | 2/10/2021 | VPRO001 | VP Valley Proteins, INC | | 1,125.00 | Auto |
| 104068 | 3/3/2021 | VPRO001 | VP Valley Proteins, INC | | 1,125.00 | Auto |
| 104395 | 3/31/2021 | VPRO001 | VP Valley Proteins, INC | | 1,125.00 | Auto |
| 103973 | 2/24/2021 | WALM001 | WALMART | | 1,695.08 | Auto |
| W05246 | 2/24/2021 | AGRO001 | War Eagle Grain LLC (AgroStar) | | 140,656.72 | Wire Transfer |
| W05335 | 3/23/2021 | AGRO001 | War Eagle Grain LLC (AgroStar) | | 17,869.75 | Wire Transfer |
| 104200 | 3/10/2021 | WARR003 | WARREN COUNTY PUBLIC UTILITIES | | 3,620.00 | Auto |
| 104396 | 3/31/2021 | WARR003 | WARREN COUNTY PUBLIC UTILITIES | | 3,115.00 | Auto |
| 104676 | 4/29/2021 | WARR003 | WARREN COUNTY PUBLIC UTILITIES | | 810.00 | Auto |
| 103975 | 2/24/2021 | WELL002 | WELLS FARGO VENDOR FINANCIAL SVS, LLC | | 245.55 | Auto |
| 104397 | 3/31/2021 | WELL002 | WELLS FARGO VENDOR FINANCIAL SVS, LLC | | 245.29 | Auto |
| 103977 | 2/24/2021 | WEST004 | WESTFIELD BANK FSB | | 15,753.07 | Auto |
| 104492 | 4/8/2021 | WEST004 | WESTFIELD BANK FSB | | 16,619.49 | Auto |
| 104638 | 4/21/2021 | WEST004 | WESTFIELD BANK FSB | | 15,753.07 | Auto |
| 103896 | 2/17/2021 | WEST001 | Westfield Insurance | | 276.00 | Auto |
| 103976 | 2/24/2021 | WEST001 | Westfield Insurance | | 30,579.70 | Auto |
| 104070 | 3/3/2021 | WEST001 | Westfield Insurance | | 69,849.20 | Auto |
| 104269 | 3/17/2021 | WEST001 | Westfield Insurance | | 4,072.44 | Auto |
| 104339 | 3/24/2021 | WEST001 | Westfield Insurance | | 15,753.07 | Auto |
| 104637 | 4/21/2021 | WEST001 | Westfield Insurance | | 3,298.60 | Auto |
| 103817 | 2/10/2021 | WILL003 | WILLETT'S DIESEL& EQUIP REPAIR | | 252.74 | Auto |
| 103897 | 2/17/2021 | WILL003 | WILLETT'S DIESEL& EQUIP REPAIR | | 956.86 | Auto |

# EXHIBIT SOFA # 3
## Payments to Creditors - last 90 days
## Detail

| | | | | | |
|---|---|---|---|---|---|
| 104270 | 3/17/2021 | WILL003 | WILLETT'S DIESEL& EQUIP REPAIR | 264.25 | Auto |
| 103818 | 2/10/2021 | WILS001 | WILSON BROS MILL TRUCK CO INC | 2,671.90 | Auto |
| 104271 | 3/17/2021 | WILS001 | WILSON BROS MILL TRUCK CO INC | 1,016.49 | Auto |
| 104340 | 3/24/2021 | WILS001 | WILSON BROS MILL TRUCK CO INC | 703.46 | Auto |
| 104483 | 4/7/2021 | WILS001 | WILSON BROS MILL TRUCK CO INC | 979.35 | Auto |
| 104549 | 4/14/2021 | WILS001 | WILSON BROS MILL TRUCK CO INC | 316.14 | Auto |
| 104677 | 4/29/2021 | WILS001 | WILSON BROS MILL TRUCK CO INC | 316.60 | Auto |
| 103820 | 2/10/2021 | WIN001 | WIN | 675.00 | Auto |
| 103978 | 2/24/2021 | WIN001 | WIN | 1,200.00 | Auto |
| 104202 | 3/10/2021 | WIN001 | WIN | 750.00 | Auto |
| 104550 | 4/14/2021 | WIN001 | WIN | 1,650.00 | Auto |
| 103979 | 2/24/2021 | WIND002 | WINDSTREAM | 343.54 | Auto |
| 104342 | 3/24/2021 | WIND002 | WINDSTREAM | 373.71 | Auto |
| 104678 | 4/29/2021 | WIND002 | WINDSTREAM | 362.67 | Auto |
| 104203 | 3/10/2021 | WINZ001 | WINZER FRANCHISE CORPORATION | 585.52 | Auto |
| 092274 | 4/21/2021 | WISC001 | WISCTF | 132.46 | Auto |
| 092306 | 5/5/2021 | WISC001 | WISCTF | 132.46 | Auto |
| 103821 | 2/10/2021 | WISC001 | WISCTF | 132.46 | Auto |
| 103921 | 2/23/2021 | WISC001 | WISCTF | 132.46 | Auto |
| 104204 | 3/10/2021 | WISC001 | WISCTF | 132.46 | Auto |
| 104343 | 3/24/2021 | WISC001 | WISCTF | 132.46 | Auto |
| 104487 | 4/7/2021 | WISC001 | WISCTF | 132.46 | Auto |
| 104071 | 3/3/2021 | WRIG001 | WRIGHT DAIRY INC. | 11,537.10 | Auto |
| 104486 | 4/7/2021 | WRIG001 | WRIGHT DAIRY INC. | 17,224.26 | Auto |

35,596,661.87

# EXHIBIT SOFA # 4 & 30

## Payments To or FBO Insiders

### Insider - Jerry M. Purvis, Sr.

**Vehicle Driven by Insider**

| Year | Make | Model | VIN |
|---|---|---|---|
| 2004 | Ford | | 1FTPW14554KC43984 |
| 2017 | Lincoln | | 5LMJJ2LT8HEL02503 |

**Accounting Fees Paid to Frost, PLLC FBO Insider**

| Invoice | Date | Payment |
|---|---|---|
| 424274 | 4/24/2020 | $115.90 |
| 428085 | 7/24/2020 | $215.00 |
| 429137 | 8/21/2002 | $813.95 |
| Total | | $1,144.85 |

**Payroll Paid to Insider**

| Check Number | Check Date | Gross Amount | Check Amount |
|---|---|---|---|
| 91218 | 4/23/2020 | $3,863.77 | $3,568.20 |
| 91392 | 5/7/2020 | $3,863.77 | $3,568.20 |
| 91572 | 5/21/2020 | $3,863.77 | $3,568.20 |
| 91745 | 6/4/2020 | $3,863.77 | $3,568.20 |
| 92411 | 7/16/2020 | $3,863.77 | $3,568.20 |
| 92753 | 8/13/2020 | $3,863.77 | $3,568.20 |
| 93078 | 9/10/2020 | $3,863.77 | $3,568.20 |
| 93407 | 10/8/2020 | $3,863.77 | $3,568.20 |
| 93718 | 11/5/2020 | $3,863.77 | $3,568.20 |
| 94032 | 12/3/2020 | $3,863.77 | $3,568.20 |
| 94351 | 12/31/2020 | $3,863.77 | $3,568.20 |
| 94664 | 1/28/2021 | $3,863.77 | $3,568.20 |
| 94976 | 2/25/2021 | $3,863.77 | $3,568.20 |
| 95289 | 3/25/2021 | $3,863.77 | $3,568.20 |
| Total Payroll | | $54,092.78 | $49,954.80 |

**Reimbursements to Insider**

| Check Number | Check Date | Reimbursement | Amount |
|---|---|---|---|
| 101090 | 7/15/2020 | Reimbursement | $17,000.00 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |

# EXHIBIT SOFA # 4 & 30

## Payments To or FBO Insiders

### Insider - Jerry M. Purvis, Sr.

| | | | |
|---|---|---|---|
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare | $135.50 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Medicare Drug | $96.80 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Supplemental Health | $222.08 |
| 4406 | 4/2/2021 | Jerry Aug 19 perscription refund | $38.93 |
| 4406 | 4/2/2021 | Jerry Sept 19 perscription refund | $3.83 |
| Total Reimbursements | | | $25,221.60 |

# EXHIBIT SOFA # 4 & 30
## Payments To or FBO Insiders

### Insider - Larry M. Purvis

**Vehicle Driven by Insider**

| Year | Make | Model | VIN |
|------|------|-------|-----|
| N/A | | | |

**Accounting Fees Paid to Frost, PLLC FBO Insider**

| Invoice | Date | Payment |
|---------|------|---------|
| 433598 | 12/5/2020 | $2,077.00 |
| 424274 | 4/24/2020 | $267.50 |
| 428085 | 7/24/2020 | $95.00 |
| 429137 | 8/21/2020 | $977.45 |
| 431291 | 10/23/2020 | $143.75 |
| 435049 | 2/19/2021 | $503.80 |
| Total | | $4,064.50 |

**Payroll Paid to Insider**

| Check Number | Check Date | Gross Amount | Check Amount |
|--------------|-----------|--------------|--------------|
| 91219 | 4/23/2020 | $3,863.77 | $3,539.55 |
| 91393 | 5/7/2020 | $3,863.77 | $3,539.55 |
| 91573 | 5/21/2020 | $3,863.77 | $3,539.55 |
| 91746 | 6/4/2020 | $3,863.77 | $3,539.55 |
| 92412 | 7/16/2020 | $3,863.77 | $3,539.55 |
| 92754 | 8/13/2020 | $3,863.77 | $3,482.27 |
| 93079 | 9/10/2020 | $3,863.77 | $3,482.27 |
| 93408 | 10/8/2020 | $3,863.77 | $3,482.27 |
| 93719 | 11/5/2020 | $3,863.77 | $3,482.27 |
| 94033 | 12/3/2020 | $3,863.77 | $3,482.27 |
| 94352 | 12/31/2020 | $3,863.77 | $3,510.91 |
| 94665 | 1/28/2021 | $3,863.77 | $3,510.91 |
| 94977 | 2/25/2021 | $3,863.77 | $3,510.91 |
| 95290 | 3/25/2021 | $3,863.77 | $3,510.91 |
| Total Payroll | | $54,092.78 | $49,152.74 |

**Reimbursements to Insider**

| Check Number | Check Date | Reimbursement | Amount |
|--------------|-----------|---------------|--------|
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | Part B - Larry | $149.60 |
| 4407 | 4/2/2021 | y Aug 19 perscription re | $90.21 |
| 4407 | 4/2/2021 | / Sept 19 perscription re | $23.85 |
| | 4/2/2021 | y Oct 19 perscription re | $104.36 |
| Total Reimbursements | | | $2,911.22 |

**BCBS Payment FBO Insider**
Approximately $390 per Month

# EXHIBIT SOFA # 4 & 30
## Payments To or FBO Insiders

**Insider - Melvin G Purvis & Judy Purvis**

### Vehicle Driven by Insider - Melvin G. Purvis

| Year | Make | Model | VIN |
|------|------|-------|-----|
| N/A | | | |

### Accounting Fees Paid to Frost, PLLC FBO Insider - Melvin G. Purvis

| Invoice | Date | Payment |
|---------|------|---------|
| 424274 | 4/24/2020 | $346.00 |
| 428085 | 7/24/2020 | $95.00 |
| 429137 | 8/21/2020 | $979.10 |
| Total | | $1,420.10 |

### Payroll Paid to Insider - Melvin G. Purvis

| Check Number | Check Date | Gross Amount | Check Amount |
|--------------|-----------|--------------|--------------|
| 91220 | 4/23/2020 | $3,863.77 | $3,503.41 |
| 91394 | 5/7/2020 | $3,863.77 | $3,503.41 |
| 91574 | 5/21/2020 | $3,863.77 | $3,503.41 |
| 91747 | 6/4/2020 | $3,863.77 | $3,503.41 |
| 92413 | 7/16/2020 | $3,863.77 | $3,503.41 |
| 92755 | 8/13/2020 | $3,863.77 | $3,373.87 |
| 93080 | 9/10/2020 | $3,863.77 | $3,373.87 |
| 93409 | 10/8/2020 | $3,863.77 | $3,373.87 |
| 93720 | 11/5/2020 | $3,863.77 | $3,373.87 |
| 94034 | 12/3/2020 | $3,863.77 | $3,373.87 |
| 94353 | 12/31/2020 | $3,863.77 | $3,438.64 |
| 94666 | 1/28/2021 | $3,863.77 | $3,422.37 |
| 94978 | 2/25/2021 | $3,863.77 | $3,438.64 |
| 95291 | 3/25/2021 | $3,863.77 | $3,438.64 |
| Total Payroll | | $54,092.78 | $48,124.69 |

### Reimbursements to Insider - Melvin G. Purvis

| Check Number | Check Date | Reimbursement | Amount |
|--------------|-----------|---------------|--------|
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |

# EXHIBIT SOFA # 4 & 30

## Payments To or FBO Insiders

### Insider - Melvin G Purvis & Judy Purvis

| | | | |
|---|---|---|---|
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | Part B - Melvin & Judy | $209.80 |
| 4408 | 4/2/2021 | gas | $20.21 |
| 4408 | 4/2/2021 | reimbursement Judy's c | $150.00 |
| 4408 | 4/2/2021 | jiffy lube | $61.68 |
| 4408 | 4/2/2021 | southern pool | -$63.13 |
| 4408 | 4/2/2021 | 247.36 minus the 13.60 | $233.76 |
| 4408 | 4/2/2021 | usp ret Judy | -$18.90 |
| 4408 | 4/2/2021 | sams membership | -$40.00 |
| 4408 | 4/2/2021 | golden corral | -$19.45 |
| 4408 | 4/2/2021 | return of judys package | -$48.78 |
| 4408 | 4/2/2021 | melvins trailer repair | -$62.06 |
| 4408 | 4/2/2021 | return for Judy | -$60.99 |
| 4408 | 4/2/2021 | pjnehurst surgical | $120.00 |
| 4408 | 4/2/2021 | carolina eye | $65.00 |
| 4408 | 4/2/2021 | shipping for Judy | -$29.50 |
| 4408 | 4/2/2021 | grip treads Tony used Ji | $69.49 |
| 4408 | 4/2/2021 | 5 star cleaner on FNB66 | -$55.15 |
| 4408 | 4/2/2021 | door slab | -$282.75 |
| 4408 | 4/2/2021 | gas | $62.33 |
| Total Reimbursements | | | $3,878.16 |

**AXA Equitable Payment Center FBO Insider - Melvin G. Purvis**

| Check Number | Check Date | | Amount |
|---|---|---|---|
| 99762 | 4/1/2020 | Life Insurance | $3,973.50 |
| 102152 | 10/14/2020 | Life Insurance | $7,172.00 |
| W05132 | 2/3/2021 | Life Insurance | $3,973.50 |
| | | | $15,119.00 |

**BCBS Payment FBO Insider - Melvin & Judy**
Approximately $390 per Month

# EXHIBIT SOFA # 4 & 30

## Payments To or FBO Insiders

### Insider - David P Purvis

**Vehicle Driven by Insider**

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2004 | Chevrolet | | 1GCHK23U14F198582 |
| 2005 | Chevrolet | | 1GCEC19X45Z337096 |

**Accounting Fees Paid to Frost, PLLC FBO Insider**

| Invoice | Date | Payment |
|---------|------|---------|
| 424274 | 4/24/2020 | $368.50 |
| 428085 | 7/24/2020 | $95.00 |
| 429137 | 8/21/2020 | $812.90 |
| Total | | $1,276.40 |

**Payroll Paid to Insider**

| Check Number | Check Date | Gross Amount | Check Amount |
|--------------|------------|--------------|--------------|
| 91221 | 4/23/2020 | $3,863.77 | $3,553.63 |
| 91395 | 5/7/2020 | $3,863.77 | $3,553.63 |
| 91575 | 5/21/2020 | $3,863.77 | $3,553.63 |
| 91748 | 6/4/2020 | $3,863.77 | $3,553.63 |
| 92414 | 7/16/2020 | $3,863.77 | $3,553.63 |
| 92756 | 8/13/2020 | $3,863.77 | $3,524.53 |
| 93081 | 9/10/2020 | $3,863.77 | $3,524.53 |
| 93410 | 10/8/2020 | $3,863.77 | $3,524.53 |
| 93721 | 11/5/2020 | $3,863.77 | $3,524.53 |
| 94035 | 12/3/2020 | $3,863.77 | $3,524.53 |
| 94354 | 12/31/2020 | $3,863.77 | $3,539.08 |
| 94667 | 1/28/2021 | $3,863.77 | $3,539.04 |
| 94979 | 2/25/2021 | $3,863.77 | $3,539.08 |
| 95292 | 3/25/2021 | $3,863.77 | $3,539.08 |
| Total Payroll | | $54,092.78 | $49,547.08 |

**Reimbursements to Insider**

| Check Number | Check Date | Reimbursement | Amount |
|--------------|------------|---------------|--------|
| N/A | | | |

**Health Insurance and Life insurance are currently paid for this Insider.**
**Payments made through ACS and Express Scripts. Equivalent to all Employees**

# EXHIBIT SOFA # 4 & 30
## Payments To or FBO Insiders

### Insider - Maria P. McFayden

**Vehicle Driven by Insider**

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2016 | Honda | | 1HGCR3F81GA008471 |

**Accounting Fees Paid to Frost, PLLC FBO Insider**

| Invoice | Date | Payment |
|---------|------|---------|
| 424274 | 4/24/2020 | $337.18 |
| 428085 | 7/24/2020 | $95.00 |
| 429137 | 8/21/2020 | $976.85 |
| Total | | $1,409.03 |

**Payroll Paid to Insider**

| Check Number | Check Date | Gross Amount | Check Amount |
|--------------|------------|--------------|--------------|
| 91222 | 4/23/2020 | $2,115.39 | $1,953.57 |
| 91396 | 5/7/2020 | $2,115.39 | $1,953.57 |
| 91576 | 5/21/2020 | $2,115.39 | $1,953.57 |
| 91749 | 6/4/2020 | $2,115.39 | $1,953.57 |
| 92415 | 7/16/2020 | $2,115.39 | $1,953.57 |
| 92757 | 8/13/2020 | $2,115.39 | $1,953.57 |
| 93082 | 9/10/2020 | $2,115.39 | $1,953.57 |
| 93411 | 10/8/2020 | $2,115.39 | $1,953.57 |
| 93722 | 11/5/2020 | $2,115.39 | $1,953.57 |
| 94036 | 12/3/2020 | $2,115.39 | $1,953.57 |
| 94355 | 12/31/2020 | $2,115.39 | $1,953.57 |
| 94668 | 1/28/2021 | $2,115.39 | $1,953.57 |
| 94980 | 2/25/2021 | $2,115.39 | $1,953.57 |
| 95293 | 3/25/2021 | $2,115.39 | $1,953.57 |
| Total Payroll | | $29,615.46 | $27,349.98 |

**Reimbursements to Insider**

| Check Number | Check Date | Reimbursement | Amount |
|--------------|------------|---------------|--------|
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |

# EXHIBIT SOFA # 4 & 30

## Payments To or FBO Insiders

### Insider - Maria P. McFayden

| | | | |
|---|---|---|---|
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | gas receipts | $61.72 |
| 4405 | 4/2/2021 | gas | $185.66 |
| 4405 | 4/2/2021 | gas reimbursement | $74.55 |
| 4405 | 4/2/2021 | gas | $61.05 |
| 4405 | 4/2/2021 | gas for Jan | $35.80 |
| 4405 | 4/2/2021 | Gas Receipts Oct - Dec | $72.85 |
| 4405 | 4/2/2021 | 2 hose washers | $13.90 |
| 4405 | 4/2/2021 | gas reimburse | $89.24 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Robert's Insurance | $352.05 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Robert's Insurance | $352.05 |
| 4405 | 4/2/2021 | Robert's Insurance | $352.05 |
| 4405 | 4/2/2021 | Robert's Insurance | $392.90 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |

# EXHIBIT SOFA # 4 & 30

## Payments To or FBO Insiders

### Insider - Maria P. McFayden

| | | | |
|---|---|---|---|
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| 4405 | 4/2/2021 | Medicare Insurance | $135.50 |
| Total Reimbursement | | | $13,099.92 |

# EXHIBIT SOFA # 4 & 30

## Payments To or FBO Insiders

### Insider - Anthony Ray Moore

**Vehicle Driven by Insider**

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2016 | Ford | F150 | 1FTEWW1EGXGFB19617 |

**Accounting Fees Paid to Frost, PLLC FBO Insider**

| Invoice | Date | Payment |
|---------|------|---------|
| 424274 | 4/24/2020 | $540.95 |
| Total | | $540.95 |

**Payroll Paid to Insider**

| Check Number | Check Date | Gross Amount | Check Amount |
|--------------|-----------|--------------|--------------|
| 91126 | 4/9/2020 | $3,076.93 | $2,148.39 |
| 91303 | 4/23/2020 | $3,076.93 | $2,148.39 |
| 91477 | 5/7/2020 | $3,076.93 | $2,148.39 |
| 91657 | 5/21/2020 | $3,076.93 | $2,148.39 |
| 91830 | 6/4/2020 | $3,076.93 | $2,148.39 |
| 91999 | 6/18/2020 | $3,076.93 | $2,148.39 |
| 92163 | 7/1/2020 | $3,076.93 | $2,148.39 |
| 92501 | 7/16/2020 | $3,076.93 | $2,148.39 |
| 92667 | 7/30/2020 | $3,076.93 | $2,216.66 |
| 92840 | 8/13/2020 | $3,076.93 | $2,148.39 |
| 93000 | 8/27/2020 | $3,076.93 | $2,148.39 |
| 93165 | 9/10/2020 | $3,076.93 | $2,148.39 |
| 93326 | 9/24/2020 | $3,076.93 | $2,148.39 |
| 93490 | 10/8/2020 | $3,076.93 | $2,148.39 |
| 93641 | 10/22/2020 | $3,076.93 | $2,148.39 |
| 93798 | 11/5/2020 | $3,076.93 | $2,148.39 |
| 93955 | 11/19/2020 | $3,076.93 | $2,148.39 |
| 94116 | 12/3/2020 | $3,076.93 | $2,148.39 |
| 94271 | 12/17/2020 | $3,076.93 | $2,148.39 |
| 94434 | 12/31/2020 | $3,076.93 | $2,216.66 |
| 94585 | 1/14/2021 | $3,076.93 | $2,149.89 |
| 94748 | 1/28/2021 | $3,076.93 | $2,149.89 |
| 94905 | 2/11/2021 | $3,076.93 | $2,149.89 |
| 95060 | 2/25/2021 | $3,076.93 | $2,149.89 |
| 95211 | 3/11/2021 | $3,076.93 | $2,149.89 |
| 95372 | 3/25/2021 | $3,076.93 | $2,149.89 |
| 95566 | 4/8/2021 | $3,076.93 | $2,149.89 |
| 95861 | 5/6/2021 | $3,076.93 | $2,149.89 |
| | | $86,154.04 | $60,303.46 |

**Reimbursements to Insider**

| Check Number | Check Date | Reimbursement | Amount |
|--------------|-----------|---------------|--------|
| N/A | | | |

**AXA Equitable Payment Center FBO Insider**

# EXHIBIT SOFA # 4 & 30
## Payments To or FBO Insiders

### Insider - Anthony Ray Moore

| Check Number | Check Date | | Amount |
|---|---|---|---|
| 100607 | 6/3/2020 | Life Insurance | $489.96 |
| 101710 | 9/9/2020 | Life Insurance | $489.96 |
| 102899 | 12/9/2020 | Life Insurance | $489.96 |
| 104080 | 3/10/2021 | Life Insurance | $489.96 |
| | | | $1,959.84 |

**Health Insurance and Life insurance are currently paid for this Insider.**
**Payments made through ACS and Express Scripts. Equivalent to all Employees**

# EXHIBIT SOFA # 4 & 30
## Payments To or FBO Insiders

### Insider - Kelly R. Lambert

**Vehicle Driven by Insider**

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2016 | Ford | Truck | 1FTEW1EP9GFD49262 |

**Accounting Fees Paid to Frost, PLLC FBO Insider**

| Invoice | Date | Payment |
|---------|------|---------|
| 428085 | 7/24/2020 | $423.75 |
| 429137 | 8/21/2020 | $181.71 |
| Total | | $605.46 |

**Payroll Paid to Insider**

| Check Number | Check Date | Gross Amount | Check Amount |
|--------------|-----------|--------------|--------------|
| 91184 | 4/9/2020 | $3,076.93 | $2,178.65 |
| 91358 | 4/23/2020 | $3,076.93 | $2,178.65 |
| 91537 | 5/7/2020 | $3,076.93 | $2,178.65 |
| 91712 | 5/21/2020 | $3,076.93 | $2,178.65 |
| 91883 | 6/4/2020 | $3,076.93 | $2,178.65 |
| 92052 | 6/18/2020 | $3,076.93 | $2,178.65 |
| 92216 | 7/1/2020 | $3,076.93 | $2,178.65 |
| 92554 | 7/16/2020 | $3,076.93 | $2,178.65 |
| 92722 | 7/30/2020 | $3,076.93 | $2,272.80 |
| 92887 | 8/13/2020 | $3,076.93 | $2,178.65 |
| 93045 | 8/27/2020 | $3,076.93 | $2,178.65 |
| 93215 | 9/10/2020 | $3,076.93 | $2,178.65 |
| 93376 | 9/24/2020 | $3,076.93 | $2,178.65 |
| 93533 | 10/8/2020 | $3,076.93 | $2,178.65 |
| 93686 | 10/22/2020 | $3,076.93 | $2,178.65 |
| 93845 | 11/5/2020 | $3,076.93 | $2,178.65 |
| 94000 | 11/19/2020 | $3,076.93 | $2,178.65 |
| 94158 | 12/3/2020 | $3,076.93 | $2,178.65 |
| 94317 | 12/17/2020 | $3,076.93 | $2,178.65 |
| 94478 | 12/31/2020 | $3,076.93 | $2,272.80 |
| 94631 | 1/14/2021 | $3,076.93 | $2,180.15 |
| 94792 | 1/28/2021 | $3,076.93 | $2,180.15 |
| 94945 | 2/11/2021 | $3,076.93 | $2,180.15 |
| 95102 | 2/25/2021 | $3,076.93 | $2,180.15 |
| 95256 | 3/11/2021 | $3,076.93 | $2,180.15 |
| 95458 | 3/25/2021 | $3,076.93 | $2,180.15 |
| 95605 | 4/8/2021 | $3,076.93 | $2,180.15 |
| 95899 | 5/6/2021 | $3,076.93 | $2,180.15 |
| Total Payroll | | $86,154.04 | $61,202.50 |

**Reimbursements to Insider**

| Check Number | Check Date | Reimbursement | Amount |
|--------------|-----------|---------------|--------|

# EXHIBIT SOFA # 4 & 30

## Payments To or FBO Insiders

### Insider - Kelly R. Lambert

N/A

**AXA Equitable Payment Center FBO Insider**

| Check Number | Check Date | | Amount |
|---|---|---|---|
| 100607 | 6/3/2020 | Life Insurance | $534.09 |
| 101710 | 9/9/2020 | Life Insurance | $534.09 |
| 102899 | 12/9/2020 | Life Insurance | $534.09 |
| 104080 | 3/10/2021 | Life Insurance | $534.09 |
| | | | $2,136.36 |

**Health Insurance and Life insurance are currently paid for this Insider.**
**Payments made through ACS and Express Scripts. Equivalent to all Employees**

# EXHIBIT SOFA # 4 & 30
## Payments To or FBO Insiders

## Insiders - North Moore Management, LLC, Purvis Realty & Copperhead Farms, LLC

### Accounting Fees Paid to Frost, PLLC FBO Insider - North Moore

| Invoice | Date | Payment |
|---|---|---|
| 422796 | 03/22.20 | $376.50 |
| Total | | $376.50 |

### Accounting Fees Paid to Frost, PLLC FBO Insider - Purvis Realty

| Invoice | Date | Payment |
|---|---|---|
| 422796 | 03/22.20 | $672.35 |
| Total | | $672.35 |

### Accounting Fees Paid to Frost, PLLC FBO Insider - Cooperhead

| Invoice | Date | Payment |
|---|---|---|
| 422796 | 03/22.20 | $423.50 |
| Total | | $423.50 |

### Payments To / FBO Copperhead Farms, LLC pursuant to Debtor's lease of Copperhead Farm
Payments to LOLFC of the mortgage on this property                    $184,840

Additonal payments FBO Copperhead including utilities, property taxes,
insurance, farm payroll, supplies, permits, maintenance, etc.                    $227,871

                                                   Approx. total          $412,711

### Payments To / FBO North Moore Management, LLC pursuant to Debtor's lease of Clearview Farm
Payments to NMMLLC                    $74,800

Additonal payments FBO NMMLLC including utilities, property taxes,
insurance, farm payroll, supplies, permits, maintenace, etc.                    $227,871

                                                   Approx. total          $302,671

# EXHIBIT SOFA # 4 & 30

## Payments To or FBO Insiders

### Insider - Cheryl Purvis

**Accounting Fees Paid to Frost, PLLC FBO Insider**

| Invoice | Date | Payment |
|---|---|---|
| 432754 | 12/4/2020 | 43.24 |
| 428085 | 7/24/2020 | 47.5 |
| 431291 | 10/23/2020 | 442.8 |
| Total Paid | | 533.54 |

# EXHIBIT SOFA # 4 & 30

## Payments To or FBO Insiders

## Insider - Jerry M. Purvis, Jr.

**Vehicle Driven by Insider**

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2014 | Ram | | 1C6RR7GG5ES331278 |

**Accounting Fees Paid to Frost, PLLC FBO Insider**

| Invoice | Date | Payment |
|---------|------|---------|
| 428085 | 7/24/2020 | $440.25 |
| 429137 | 8/21/2020 | $150.00 |
| 431291 | 10/23/2020 | $45.00 |
| Total | | $635.25 |

**Payroll Paid to Insider**

| Check Number | Check Date | Gross Amount | Check Amount |
|--------------|------------|--------------|--------------|
| 91200 | 4/9/2020 | $3,076.93 | $2,106.72 |
| 91374 | 4/23/2020 | $3,076.93 | $2,106.72 |
| 91554 | 5/7/2020 | $3,076.93 | $2,106.72 |
| 91728 | 5/21/2020 | $3,076.93 | $2,106.72 |
| 91898 | 6/4/2020 | $3,076.93 | $2,106.72 |
| 92068 | 6/18/2020 | $3,076.93 | $2,106.72 |
| 92232 | 7/1/2020 | $3,076.93 | $2,106.72 |
| 92570 | 7/16/2020 | $3,076.93 | $1,763.95 |
| 92737 | 7/30/2020 | $3,076.93 | $1,821.69 |
| 92904 | 8/13/2020 | $3,076.93 | $1,763.95 |
| 93060 | 8/27/2020 | $3,076.93 | $1,763.95 |
| 93230 | 9/10/2020 | $3,076.93 | $1,763.95 |
| 93391 | 9/24/2020 | $3,076.93 | $1,763.95 |
| 93549 | 10/8/2020 | $3,076.93 | $1,763.95 |
| 93701 | 10/22/2020 | $3,076.93 | $1,763.95 |
| 93860 | 11/5/2020 | $3,076.93 | $1,763.95 |
| 94015 | 11/19/2020 | $3,076.93 | $1,763.95 |
| 94173 | 12/3/2020 | $3,076.93 | $1,763.95 |
| 94332 | 12/17/2020 | $3,076.93 | $1,763.95 |
| 94493 | 12/31/2020 | $3,076.93 | $1,821.69 |
| 94646 | 1/14/2021 | $3,076.93 | $1,766.82 |
| 94807 | 1/28/2021 | $3,076.93 | $1,766.82 |
| 94960 | 2/11/2021 | $3,076.93 | $1,766.82 |
| 95117 | 2/25/2021 | $3,076.93 | $1,766.82 |
| 95272 | 3/11/2021 | $3,076.93 | $1,766.82 |
| 95474 | 3/25/2021 | $3,076.93 | $1,766.82 |
| 95622 | 4/8/2021 | $3,076.93 | $1,766.82 |
| 95914 | 5/6/2021 | $3,076.93 | $1,766.82 |
| Total Payroll | | $86,154.04 | $51,928.43 |

**Reimbursements to Insider**

| Check Number | Check Date | Reimbursement | Amount |
|--------------|------------|---------------|--------|

# EXHIBIT SOFA # 4 & 30

## Payments To or FBO Insiders

### Insider - Jerry M. Purvis, Jr.

| | | | |
|---|---|---|---|
| 100299 | 5/6/2020 | gas reimbursement | $40.00 |
| 100798 | 6/17/2020 | gas receipts | $97.38 |
| 100798 | 6/17/2020 | gas | $64.18 |
| 101490 | 8/19/2020 | class and gas reimburse | $467.54 |
| 101855 | 9/16/2020 | Class | $250.00 |
| 101929 | 9/23/2020 | Gas Reimbursement | $227.04 |
| 102228 | 10/14/2020 | gas and brakes reimbur | $772.69 |
| 102311 | 10/21/2020 | Swine It Program | $250.00 |
| 102470 | 11/4/2020 | gas and supplies | $140.63 |
| 102704 | 11/20/2020 | supplies and gas | $136.19 |
| 103074 | 12/16/2020 | Computer Renewal Rei | $213.99 |
| 103413 | 1/13/2021 | Gas Reimbursement | $208.10 |
| 103792 | 2/10/2021 | supplies and truck expe | $241.57 |
| 104323 | 3/24/2021 | gas reimbursement | $363.47 |
| Total Reimbursements | | | $3,472.78 |

**Health Insurance and Life insurance are currently paid for this Insider.**
**Payments made through ACS and Express Scripts. Equivalent to all Employees**

# EXHIBIT SOFA # 4 & 30

## Payments To or FBO Insiders

## Insider - Norman B. Purvis

**Vehicle Driven by Insider**

| Year | Make | Model | VIN |
|------|------|-------|-----|
| 2014 | Ram | | 1C6RR7CG6ES187630 |

**Accounting Fees Paid to Frost, PLLC FBO Insider**

| Invoice | Date | Payment |
|---------|------|---------|
| 424274 | 4/24/2020 | $690.45 |
| Total | | $690.45 |

**Payroll Paid to Insider**

| Check Number | Check Date | Gross Amount | Check Amount |
|--------------|-----------|--------------|--------------|
| 91192 | 4/9/2020 | $3,076.93 | $2,059.08 |
| 91366 | 4/23/2020 | $3,076.93 | $2,059.08 |
| 91545 | 5/7/2020 | $3,076.93 | $2,059.08 |
| 91720 | 5/21/2020 | $3,076.93 | $2,059.08 |
| 91891 | 6/4/2020 | $3,076.93 | $2,059.08 |
| 92060 | 6/18/2020 | $3,076.93 | $2,059.08 |
| 92225 | 7/1/2020 | $3,076.93 | $2,059.08 |
| 92563 | 7/16/2020 | $3,076.93 | $2,059.08 |
| 92730 | 7/30/2020 | $3,076.93 | $2,124.07 |
| 92896 | 8/13/2020 | $3,076.93 | $2,059.08 |
| 93053 | 8/27/2020 | $3,076.93 | $2,059.08 |
| 93223 | 9/10/2020 | $3,076.93 | $2,049.34 |
| 93384 | 9/24/2020 | $3,076.93 | $2,049.34 |
| 93541 | 10/8/2020 | $3,076.93 | $2,049.34 |
| 93694 | 10/22/2020 | $3,076.93 | $2,049.34 |
| 93853 | 11/5/2020 | $3,076.93 | $2,049.34 |
| 94008 | 11/19/2020 | $3,076.93 | $2,049.34 |
| 94166 | 12/3/2020 | $3,076.93 | $2,049.34 |
| 94325 | 12/17/2020 | $3,076.93 | $2,049.34 |
| 94486 | 12/31/2020 | $3,076.93 | $2,124.07 |
| 94639 | 1/14/2021 | $3,076.93 | $2,052.21 |
| 94800 | 1/28/2021 | $3,076.93 | $2,052.21 |
| 94953 | 2/11/2021 | $3,076.93 | $2,052.21 |
| 95110 | 2/25/2021 | $3,076.93 | $2,052.21 |
| 95264 | 3/11/2021 | $3,076.93 | $2,052.21 |
| 95466 | 3/25/2021 | $3,076.93 | $2,052.21 |
| 95614 | 4/8/2021 | $3,076.93 | $2,052.21 |
| 95907 | 5/6/2021 | $3,076.93 | $2,052.21 |
| Total Payroll | | $86,154.04 | $57,651.34 |

**Reimbursements to Insider**

| Check Number | Check Date | Reimbursement | Amount |
|--------------|-----------|---------------|--------|

# EXHIBIT SOFA # 4 & 30

## Payments To or FBO Insiders

## Insider - Norman B. Purvis

N/A

**AXA Equitable Payment Center FBO Insider**

| Check Number | Check Date | | Amount |
|---|---|---|---|
| 100678 | 6/11/2020 | Life Insurance | $432.28 |
| 101796 | 9/16/2020 | Life Insurance | $432.28 |
| 102899 | 12/9/2020 | Life Insurance | $432.28 |
| 104080 | 3/10/2021 | Life Insurance | $432.28 |
| Total AXA | | | $1,729.12 |

**Health Insurance and Life insurance are currently paid for this Insider.**
**Payments made through ACS and Express Scripts. Equivalent to all Employees**

# United States Bankruptcy Court
### Eastern District of North Carolina

In re  **N. G. Purvis Farms, Inc.** _____  Case No. _____
Debtor(s)                                          Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David P. Purvis**<br>**PO Box 77**<br>**Highfalls, NC 27259** | | **20% stock** | |
| **Jerry M. Purvis, Sr.**<br>**3029 NC Highway 22**<br>**Carthage, NC 28327** | | **20% stock** | |
| **Larry M. Purvis**<br>**3208 NC Highway 22**<br>**Carthage, NC 28327** | | **20% stock** | |
| **Marie P. McFayden**<br>**2872 N. US Highway 220**<br>**Ellerbe, NC 28338** | | **20% stock** | |
| **Melvin G. Purvis**<br>**756 Putnam Church Road**<br>**Carthage, NC 28327** | | **20% stock** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May  6, 2021** _____        Signature  **/s/ Jerry M. Purvis, Sr.** _____
                                                             **Jerry M. Purvis, Sr.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re  __N. G. Purvis Farms, Inc._____  Case No. _____

_____  Chapter   __11_____
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   __May  6, 2021_____        __/s/ Jerry M. Purvis, Sr._____

**Jerry M. Purvis, Sr./President**
Signer/Title

101 INC.
Attn: Managing Officer/Agent
4791. W 900 S
PENDLETON, IN 46064

2 F FARMS
Attn: Managing Officer/Agent
PO BOX 517
SALISBURY, NC 28145

A&M CLAPP FARM
Attn: Managing Officer/Agent
266 CLAPP FARMS RD
GREENSBORO, NC 27405

ACS BENEFIT SERVICES INC
Attn: Managing Officer/Agent
5660 University Parkway, Floor 5
WINSTON SALEM, NC 27105

Adisseo USA Inc.
Attn: Managing Officer/Agent
4400 North Point Parkway, Suite 275
Alpharetta, GA 30022

Agri-Management Services
Attn: Managing Officer/Agent
5475 Dyer Avenue, Suite 141
Marion, IA 52302

AGRISALES INC
Attn: Managing Officer/Agent
P O Drawer 37
CERESCO, NE 68017

Ajinomoto Health & Nutrition N. A.
Attn: Managing Officer/Agent
1300 N. Arlington Heights Dr.
Itasca, IL 60143

ALLFLEX USA INC.
Attn: Managing Officer/Agent
PO BOX 848533
DALLAS, TX 75284-8533

ALLRED FARM
Attn: Managing Officer/Agent
799 JASPER ROAD
ROBBINS, NC 27325

ALLTECH
Attn: Managing Officer/Agent
PO BOX 404569
ATLANTA, GA 30384

AmeriGas
Attn: Managing Officer/Agent
PO Box 371473
Pittsburgh, PA 15250

AMERIGAS  -WC
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

AMERIGAS - DIXIE
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

AMERIGAS - NCREEK
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

AMERIGAS  -DF
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

Amerigas -HR
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

AMERIGAS  -IH
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

AMERIGAS GAS-TH
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

AMERIGAS-LR
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

AMERIGAS-NC
Attn: Managing Officer/Agent
PO Box 371473
PITTSBURGH, PA 15250

AMICK FARMS, LLC
Attn: Managing Officer/Agent
PO BOX 128
MONETTA, SC 29105

ANIMAL HEALTH INTERNATIONA
Attn: Managing Officer/Agent
DEPARTMENT #1305
DENVER, CO 80256-0001

Applefield Farms
Attn: Managing Officer/Agent
5403 Hwy 150-E
Brown Summitt, NC 27214

ARK WELDING LLC.
Attn: Managing Officer/Agent
PO Box 479
HOOKERTON, NC 28538

ATHENS HARDWARE COMPANY
Attn: Managing Officer/Agent
PO BOX 552, 1080 US HWY 29 N
ATHENS, GA 30603

ATLANTIC POWER SOLUTIONS I
Attn: Managing Officer/Agent
2287 BONLEE BENNETT RD.
SILER CITY, NC 27344

B & B TIRE SERVICE, INC.
Attn: Managing Officer/Agent
9888 SILER CITY - GLENDON RO
BEAR CREEK, NC 27207

BAILEY AND BAILEY, INC.
Attn: Managing Officer/Agent
6400 JORDAN CREEK RD
NICHOLS, SC 29581

BARTLETT MILLING COMPANY
Attn: Managing Officer/Agent
PO BOX 843329
KANSAS CITY, MO 64184-3329

Ben & Neil Siefring
2956 Menchhofer Road
Coldwater, OH 45828

BUCHANAN FARMS / NUTRIEN AG SOLUTIONS
Attn: Managing Officer/Agent
490 COPPER MINE ROAD
SANFORD, NC 27330

CAROLINA CLEANING SYSTEMS IN
Attn: Managing Officer/Agent
PO BOX 12067
WINSTON SALEM, NC 27117-2067

BENNETT FARM SUPPLY & HARDWARE
Attn: Managing Officer/Agent
PO BOX 45
BENNETT, NC 27208

BURNEY TVH OF SEVEN LAKES
Attn: Managing Officer/Agent
270 N. TRADE ST
WEST END, NC 27376

CAROLINA WATER SYSTEMS SUN
Attn: Managing Officer/Agent
211A E DAMERON AVE, PO BOX15
LIBERTY, NC 27298

BETA RAVEN
ROSKAMP CHAMPION
36810 TREASURY CENTER
CHICAGO, IL 60694

Butler Farms
Attn: Managing Officer/Agent
1314 Pisgah Church Rd.
Aynor, SC 29511

CARTHAGE AGRIBUSINESS, INC.
Attn: Managing Officer/Agent
P O BOX 116
CARTHAGE, NC 28327-0116

Betty G. Purvis
3208 NC Highway 22
Carthage, NC 28327

C & M Hog Farms
Attn: Managing Officer/Agent
2678 Centerville Rd
Latta, SC 29565

CAVINESS PRINTING SVC, INC.
Attn: Managing Officer/Agent
224 EAST RALEIGH STREET
SILER CITY, NC 27344

BILL WARD
6929 Burgess Kivett Rd.
RAMSEUR, NC 27316

C.E.S.CITY ELECTRIC SUPPLY
Attn: Managing Officer/Agent
PO BOX 13507
GREENSBORO, NC 27415

CED-CONSOLIDATED ELECTRICA D
Attn: Managing Officer/Agent
PO BOX 936339
ATLANTA, GA 31193-6339

Blasingame, Burch, Garrard and Ashley, P
Attn: Managing Officer/Agent
P.O. Box 832, 440 College Avenue, Suite
ATHENS, GA 30603

CAMERON TESTING SERVICES
Attn: Managing Officer/Agent
219 S STEELE STREET
SANFORD, NC 27330

Central Electric Membership Corp.
Attn: Managing Officer/Agent
128 Wilson Road
Sanford, NC 27332

BOWERS & BURROWS INC.
Attn: Managing Officer/Agent
PO BOX 137
HENDERSON, NC 27536-0137

Cargill, Incorporated
Attn: Managing Officer/Agent
935 INTERSTATE ROAD RIDGE
GAINESVILLE, GA 30501

CenturyLink
Attn: Managing Officer/Agent
P.O. Box 4300
Carol Stream, IL 60197-4300

BRADY LUMBER COMPANY
Attn: Managing Officer/Agent
3980 NC HWY. 22 SOUTH
RAMSEUR, NC 27316-8570

CARLTON WILLIARD
8152 LINDLEY MILL RD
GRAHAM, NC 27253

CHAD CARMAC
Attn: Managing Officer/Agent
550 LEE LAYNE
RAMSEUR, NC 27316

Brent Henschen
5827 SR 219
New Knoxville, OH 45871

CAROLINA AG SUPPLY/BISCOE HARDWARE
Attn: Managing Officer/Agent
223 SHADY OAK DRIVE
BISCOE, NC 27209

CHATHAM CO BLDG INSP OFFIC
Attn: Managing Officer/Agent
PO BOX 548
PITTSBORO, NC 27312-0548

Bruce & Darlene Humble
6632 Smithwood Rd
Liberty, NC 27298

CAROLINA ANALYTICAL SERV., LLC
Attn: Managing Officer/Agent
17570 NC HWY 902
BEAR CREEK, NC 27207

Chatham County Tax Office
Attn: Managing Officer/Agent
PO Box 697
Pittsboro, NC 27312-0697

Chatham County Utilities
Attn: Managing Officer/Agent
PO Box 600027
PITTSBORO, NC 27312-0910

Clark Newlin
713 Roxboro Road
HAW RIVER, NC 27258

CROOK MOTOR COMPANY INC.
Attn: Managing Officer/Agent
1501 North First Street
ALBEMARLE, NC 28001

Chatham Industrial Supply
Attn: Managing Officer/Agent
581 E. Third Street
SILER CITY, NC 27344

CLAYTON LLOYD/Lloyd Town Farms
Attn: Managing Officer/Agent
3801 Lloydtown Road
MEBANE, NC 27302

CROSSROADS FORD
Attn: Managing Officer/Agent
PO BOX 2069
WAKE FOREST, NC 27588

Cheek Environmental, LLC
Attn: Managing Officer/Agent
7748 Lanes Mill Rd
BENNETT, NC 27208

CLIFFORD ELLIOTT
7035 NC HWY 495
DENTON, NC 27239

Cruco Mill & Industrial Supply
Attn: Managing Officer/Agent
111 McNeill Road
SANFORD, NC 27330

CHEEK SEPTIC TANK SERVICE
Attn: Managing Officer/Agent
6148 HWY 22/42
RAMSEUR, NC 27316

COASTAL AGROBUSINESS, INC
Attn: Managing Officer/Agent
PO BOX 1765
GREENVILLE, NC 27835

CSR COMPANY, INC
Attn: Managing Officer/Agent
PO BOX 3827
OMAHA, NE 68103

CHRIS BRAXTON
7519 D LINDLEY MILL RD
GRAHAM, NC 27253

COBB & BLACK FARM
Attn: Managing Officer/Agent
5456 TIMBERMILL ROAD
MC LEANSVILLE, NC 27301

CURTIS COOK
400 COLES MILL RD.
CARTHAGE, NC 28327

Chris Kleene
521 Locust St.
Gretna, NE 68028

CONSOLIDATED OIL, LLC
Attn: Managing Officer/Agent
PO BOX 1357
ROBBINS, NC 27325

CUSTOM COMFORT COOLING &H
Attn: Managing Officer/Agent
440 W RALEIGH ST.
BENNETT, NC 27208

Chris Ontrop
5017 E 500 N
Portland, IN 47371

COOPER FORD
Attn: Managing Officer/Agent
5292 HWY 15-501, PO BOX 100
CARTHAGE, NC 28327

CW Homestead Farms, LLC
Attn: Managing Officer/Agent
977 South SR 1
Dunkirk, IN 47336

CHRIS REDDING
2546 Marlboro Church Road
SOPHIA, NC 27350

Copperhead Farms LLC
Attn: Managing Officer/Agent
2504 Spies Road
Robbins, NC 27325

Daniel L. Elsas
2575 Fessler-Buxton Rd.
Russia, OH 45363

Chris Redding Farm
Attn: Managing Officer/Agent
4100 Baker Farm Road
Sophia, NC 27350

Cox Brothers Farm
Attn: Managing Officer/Agent
6409 Rape Road
MONROE, NC 28112

Danisco US Inc.
Attn: Managing Officer/Agent
3490 Winton Place
Rochester, NY 14623

CITY AUTO PARTS
Attn: Managing Officer/Agent
P O BOX 716
ROBBINS, NC 27325

CRAIG BUCHANAN
895 BUCKHORN ROAD
SANFORD, NC 27330

Danny Gunter/Gunter Farm, Inc.
Attn: Managing Officer/Agent
1330 Walker Rd.
Rayle, GA 30660

DAVID E. REEVES, DVM
Attn: Managing Officer/Agent
1021 LONG BRANCH RUN
WATKINSVILLE, GA 30677

Dominion Energy
Attn: Managing Officer/Agent
P.O. Box 100256
Columbia, SC 29202-3257

Duke Energy
Attn: Managing Officer/Agent
P.O. Box 1003
Charlotte, NC 28201

David Knapke
2310 Siegrist Jute Road
Fort Recovery, OH 45846

Don A Gibbons Jr.
3796 Bethlehem Church Rd.
Carthage, NC 28327

Earl York & Son Farm
Attn: Managing Officer/Agent
3185 Rameur Julian Road
LIBERTY, NC 27298

David Purvis
PO Box 77
Highfalls, NC 27259

Dorsey & Whitney, LLP
Attn: Mr. Peter T. Nelson
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498

Edward Baxley
Boyd Atkinson Road
Marion, SC 29571

David Sullivan
342 Linwood Lane
Rockingham, NC 28379

Double E Farms
Attn: Managing Officer/Agent
502 White Road
ELKIN, NC 28621

ELLIOTT ENTERPRISES
Attn: Managing Officer/Agent
P O BOX 190
TALMO, GA 30575

Davistown Farming, LLC
Attn: Managing Officer/Agent
1002 Ferndale Court
Wilson, NC 27893

Doug Franke
2675 State Route 127
St. Henry, OH 45883

Ellis & Winters, LLP
Attn: Ms. Pam McAfee
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612

Deams Satterfield
Attn: Managing Officer/Agent
713 K Fork Road
MADISON, NC 27025

DREW CHILTON
12134 NC 150
REIDSVILLE, NC 27320

F. Kahlig
4106 State Route 219
Coldwater, OH 45828

Debra H. Barnhill
460 River Front S
Conway, SC 29527

DREW DEATON
Attn: Managing Officer/Agent
5097 PICKETS MILL RD.
SEAGROVE, NC 27341

Farm Supply Company
Attn: Managing Officer/Agent
PO BOX 566
ELLERBE, NC 28338

Dennis Calhoun
7405 Turner North Drive
BROWNS SUMMIT, NC 27214

Drew Hog Farms
Attn: Managing Officer/Agent
4053 Bluff Rd
Mullins, SC 29574

Fidelity Bank
Attn: Managing Officer/Agent
PO Box 996
Fuquay Varina, NC 27526

Dennis Loflin
1007 Skeen Road
Denton, NC 27239

Dry Feeder Farm / Bob Nedderman
Attn: Managing Officer/Agent
03371 State Route 219
New Bremen, OH 45869

First National Bank of Omaha
Attn: Managing Officer/Agent
1620 Dodge Street
Omaha, NE 68197

Dixon Family Farms LLC
Attn: Managing Officer/Agent
1687  Dixon Lamb Lane
GRAHAM, NC 27253

DSM NUTRITIONAL PRODUCTS LLC
Attn: Managing Officer/Agent
3927 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Floyd Smith
6508 Cypress Swamp Road
Conway, SC 29527

Ford Motor Credit
Attn: Managing Officer/Agent
PO Box 650575
Dallas, TX 75265-0575

Fred Kahlig
4106 State Route 219
Coldwater, OH 45828

Fred Koenig
18863 US Route 33
Wapakoneta, OH 45895

G.K. FARM LLC
Attn: Managing Officer/Agent
596 MANESS ROAD
ROBBINS, NC 27325

GA Dept. of Agri- Livestock/Poultry
Attn: Managing Officer/Agent
P.O. Box 7847
Gainesville, GA 30504

Gaines Oil Company
Attn: Managing Officer/Agent
2346 South Main St
Goldston, NC 27252

GARNER SEED CO
Attn: Managing Officer/Agent
6292 OLD NC HWY 49
DENTON, NC 27239

GARY THOMAS
443 THOMAS RD
SANFORD, NC 27330

Gary, Atley, & Abram Landes
1125 Lewisburg-Western Rd.
Lewisburg, OH 45338

GENERAL TRANSMISSION SUPP INC.
Attn: Managing Officer/Agent
P O BOX 608
LEXINGTON, NC 27293-0608

GFL Environmental
Attn: Managing Officer/Agent
241 Vanco Mill Road
Henderson, NC 27536

GLAS-PAC CANADA
Attn: Managing Officer/Agent
5 BAST PL BOX209
ST. JACOBS, ON N0B2NO

GRAINGER
Attn: Managing Officer/Agent
DEPT. 839385440
PALATINE, IL 60038-0001

Greg Alig
777 Schroeder Road
Celina, OH 45822

Greg Tobe
2796 Philothea Road
Fort Recovery, OH 45846

Halifax Electric Membership Corp.
Attn: Managing Officer/Agent
PO Box 667
Enfield, NC 27823-0667

HARRIS PRINTING
Attn: Managing Officer/Agent
4303 SEVEN LAKES PLAZA
WEST END, NC 27376

Hill Top Finisher
Attn: Managing Officer/Agent
215 Cotton Road
Riedsville, NC 27320

HOG SLAT, INC.
Attn: Managing Officer/Agent
PO BOX 538279
ATLANTA, GA 30353-8279

HUBBARD PIPE AND SUPPLY, INC.
Attn: Managing Officer/Agent
PO DRAWER 1570
FAYETTEVILLE, NC 28302-1570

Huelskamp Bros. Farms
Attn: Managing Officer/Agent
7652 Pence Road
Sidney, OH 45365

HUGGINS FARMS, INC.
Attn: Managing Officer/Agent
5424 BLUFF ROAD
MULLINS, SC 29574

Huneycutt Pig Farm
Attn: Managing Officer/Agent
28376 Millingport Road
ALBEMARLE, NC 28001

I.M.V. International Corporation
Attn: Managing Officer/Agent
11725 95th Ave N
Maple Grove, MN 55369

Imaging Systems & Supplies Co., In
Attn: Managing Officer/Agent
808 Woodland Ave
Sanford, NC 27330

INDUSTRIAL POWER, INC.
Attn: Managing Officer/Agent
703 WHITFIELD ST.
FAYETTEVILLE, NC 28306

Internal Revenue Service
Attn: Managing Officer / Agent
PO Box 7346
Philadelphia, PA 19101-7346

INTERNATIONAL INGREDIENT CO
Attn: Managing Officer/Agent
MSC 7593, PO BOX 415000
NASHVILLE, TN 37241-7593

INTERNATIONAL MINUTE PRESS
Attn: Managing Officer/Agent
103 MORISEY BLVD
CLINTON, NC 28328

J&L Pork LLC
Attn: Managing Officer/Agent
202 Rangeline Rd.
Russia, OH 45363

J. C. EHRLICH
Attn: Managing Officer/Agent
PO BOX 13848, SUITE 100
READING, PA 19612

JD Farms, LLC
Attn: Managing Officer/Agent
170 Cognac Road
Marston, NC 28363

John & Jaret Ankerman
15120 CR 66A
Saint Marys, OH 45885

Jack M. Schmeising
11255 Kuether Road
Anna, OH 45302

Jeff & Michelle Knapke
5359 Township Line Road
Coldwater, OH 45828

JOHN CLANTON
5624 FOSTER STORE ROAD
LIBERTY, NC 27298

JACK'S SUPPLY
Attn: Managing Officer/Agent
P O BOX 396
CANDOR, NC 27229

Jeff Timmerman
400 N 850 E
Portland, IN 47371

JOHN DEERE FINANCIAL
Attn: Managing Officer/Agent
PO BOX 4450
CAROL STREAM, IL 60197-4450

James C Bell
3100 B&S Road
Loris, SC 29569

JERRY APPLE
5403 HIGHWAY 150-E
BROWN SUMMIT, NC 27214

JOHN HANCOCK - Cont.
Attn: Managing Officer/Agent
P.O. BOX 7247-7122
PHILADELPHIA, PA 19170-7122

JAMES D. SMITH
7002 MCLEANSVILLE RD
BROWNS SUMMIT, NC 27214

Jerry M. Purvis, Sr.
3029 NC Highway 22
Carthage, NC 28327

John Rodgers
1898 Ironworks Road
REIDSVILLE, NC 27320

James Hicks
7638 Horatio New Harrison Road
Bradford, OH 45308

JERRY SMITH
8157 BRANN RD
BROWNS SUMMIT, NC 27214

JOHN S. WILLIAMS, JR.
549 W. NC HWY 73
ELLERBE, NC 28338

JAMES RIVER EQ. - ASHEBORO
Attn: Managing Officer/Agent
2421 US HWY 64 EAST
ASHEBORO, NC 27203

JF Carroll Farms LLC
Attn: Managing Officer/Agent
526 County Line Rd
Ellerbe, NC 28338

Johnny Brown
Attn: Managing Officer/Agent
PO BOX 1258
ROBBINS, NC 27325

JAMES RIVER EQ. - MT. GILEAD
Attn: Managing Officer/Agent
305 N. MAIN STREET, PO BOX 388
MOUNT GILEAD, NC 27306

Jimmy Bailey
6400 Jordan Creek Rd.
Nichols, SC 29581

Jonathan Brent Jester
1248 Wright Country Road
Ramseur, NC 27316

JAMIE ELLIOTT
5845 HUNT ROAD
DENTON, NC 27239

JIMMY COBLE
2759 BASON RD
MEBANE, NC 27302

JR WOOD
253 HOOVER RD
LEXINGTON, NC 27295

JBS USA Food Company
Attn: Managing Officer/Agent
1200 Story Avenue
Louisville, KY 40206

Jimmy Huggins / Huggins Farm
Attn: Managing Officer/Agent
5424 Bluff Road
Mullins, SC 29574

Judith E. Purvis
756 Putnam Church Road
Carthage, NC 28327

Keith Hardware, Inc.
Attn: Managing Officer/Agent
PO BOX 1236
CARTHAGE, NC 28327-1236

LASLEY FAMILY FARMS
Attn: Managing Officer/Agent
1636 PERKINSON RD
RUFFIN, NC 27326

Marie P. McFayden
2872 N. US Highway 220
Ellerbe, NC 28338

KEMIN AGRIFOODS NORTH AMERICA
Attn: Managing Officer/Agent
2220 PAYSHERE CIRCLE
CHICAGO, IL 60674

Lee Foos
14151 Price Mather Road
Richwood, OH 43344

McCALLUM'S SUPPLY
Attn: Managing Officer/Agent
P.O. BOX 486
CANDOR, NC 27229

KEN TROXLER
77755 FERRIN ROAD
BROWNS SUMMIT, NC 27214

LEITH CDJR
Attn: Managing Officer/Agent
P O BOX 980
ABERDEEN, NC 28315

McGrath North
Attn: Robert P. Diederich
Suite 3700, 1601 Dodge St.
Omaha, NE 68102

KENNETH JONES
6438 CHILTON ROAD
RAMSEUR, NC 27316

Lewis Brothers Farm
Attn: Managing Officer/Agent
8135 Troxler Mill Road
GIBSONVILLE, NC 27249

Meadow Creek
Attn: Managing Officer/Agent
507 Alston Bridge Road
Siler City, NC 27344

Kevin Knight
194 Fletcher Road
MADISON, NC 27025

LIVESTOCK VETERINARY SERVICES
Attn: Managing Officer/Agent
P O BOX 6580
KINSTON, NC 28501

Melvin G. Purvis
756 Putnam Church Road
Carthage, NC 28327

Kevin Smail
12372 Shanley Road
Quincy, OH 43343

LMS, LLC
Attn: Managing Officer/Agent
1227 Rockingham Road
Rockingham, NC 28379

Melvin K. Huneycutt
28376 Milling Port Road
Albemarle, NC 28001

Key Farms, Inc.
Attn: Managing Officer/Agent
596 Maness Road
Robbins, NC 27325

LOL Finance Co.
Attn: Managing Officer/Agent
1080 County Road F West
Saint Paul, MN 55126

Mercer Landmark Inc.
Attn: Managing Officer/Agent
426 W Market St
Celina, OH 45822

LAKE PHELPS GRAIN
Attn: Managing Officer/Agent
PO BOX 249
CRESWELL, NC 27928

LOUISBURG TRACTOR & TRUCK
Attn: Managing Officer/Agent
1931 US HWY 401
LOUISBURG, NC 27549

Michael P. Albers
2466 Stelzer Rd.
Maria Stein, OH 45860

Land O'Lakes, Inc.
Attn: Paul Nielson - SLO
902 N. 24th Street
Denison, IA 51442

LOVELEA FARMS
Attn: Managing Officer/Agent
2750 Jersey Church Road
LEXINGTON, NC 27292

Michael Schoenlin
Attn: Managing Officer/Agent
3793 SR 49
Fort Recovery, OH 45846

Larry M. Purvis
3208 NC Highway 22
Carthage, NC 28327

LOWE'S HOME CENTERS, INC.
Attn: Managing Officer/Agent
P.O. BOX 530970
ATLANTA, GA 30353-0970

MID EAST RAILROAD
Attn: Managing Officer/Agent
644 Niagara Carthage Road
CARTHAGE, NC 28327

MID-ATLANTIC ASSOCIATES, INC.
Attn: Managing Officer/Agent
409 RODGERS VIEW COURT
RALEIGH, NC 27610

MOSER & COE FARMS, INC.
Attn: Managing Officer/Agent
420 MOSER ROAD
ARARAT, NC 27007

NC DEPT OF MOTOR VEHICLES
Attn: Managing Officer/Agent
PO Box 29620
Raleigh, NC 27626

MID-ATLANTIC IRRIGATION CO INC
Attn: Managing Officer/Agent
P.O. BOX L
FARMVILLE, VA 23901

Murphy Brown LLC
Attn: Managing Officer/Agent
200 Commerce Street
Smithfield, VA 23430

NC Dept. Environmental Quality
Attn: Managing Officer/Agent
217 West Jones Street
Raleigh, NC 27603

Mike & Robin Lackey
2425 Breeze Road
Hurdle Mills, NC 27541

Murphy-Brown LLC
Attn: Managing Officer/Agent
785 NC 24/50 East
Warsaw, NC 28398

NC Dept. of Agriculture & Cons. S
Attn: Tina L. Hlabse, Gen. Counsel
1001 Mail Service Center
Raleigh, NC 27699-1001

Mike Chrisman
7888 Guadalupe Road
Celina, OH 45822

Murphy-Brown LLC
Attn: Managing Officer/Agent
PO Box 688
Rose Hill, NC 28458

NC Dept. of Water Quality
Attn: Managing Officer/Agent
512 N. Salisbury St.
Raleigh, NC 27604

Mike Holdhiede
4150 Carthagena Road
St. Henry, OH 45883

MWI ANIMAL HEALTH   VETERINARY SUPPOL
Attn: Managing Officer/Agent
14659 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

NCDOL - Boiler Safety Bureau
Attn: Managing Officer/Agent
1101 Mail Service Center
Raleigh, NC 27699-1101

MIKE MCKINNEY
Attn: Managing Officer/Agent
462 HIGH ROCK RD
GIBSONVILLE, NC 27249

NAPA AUTO PARTS
Attn: Managing Officer/Agent
1117 Holly Street
WADESBORO, NC 28170

NC Farm of Wise, LLC
Attn: Managing Officer/Agent
973 Kerr Lake Cole Bridge Rd.
Norlina, NC 27563

MINITUBE USA
Attn: Managing Officer/Agent
419 VENTURE CT.
VERONA, WI 53593

Nathan Egbert
9070 Lock Two Road
Port Jefferson, OH 45360

NC QUICK PASS CUST SVC CT
Attn: Managing Officer/Agent
PO BOX 71116
CHARLOTTE, NC 28272

MINTON VETERINARY SERVICE. INC.
Attn: Managing Officer/Agent
P.O. BOX 174
CHICKASAW, OH 45826

NC CHILD SUPPORT
Attn: Managing Officer/Agent
PO BOX 900012
Raleigh, NC 27675-9012

NC-Engel Finisher
Attn: Managing Officer/Agent
847 Kerr Lake Cole Bridge Rd.
Norlina, NC 27563

Montgomery County Tax
Attn: Managing Officer/Agent
PO Box 614
Troy, NC 27371-0614

NC DEHNR
Attn: Managing Officer/Agent
217 West Jones Street
Raleigh, NC 27603

Neal H. Grant
1794 N. U.S. Hwy. 220
Ellerbe, NC 28336

Moore County Tax Department
Attn: Managing Officer/Agent
PO Box 457
Carthage, NC 28327-0457

NC DENR - Div. of Water Resource
Attn: Managing Officer/Agent
217 West Jones Street
Raleigh, NC 27603

Nelson Mullins
Attn: Terri L. Gardner
4140 Parklake Avenue
Raleigh, NC 27612

NICHOLSON'S FARMS
Attn: Managing Officer/Agent
3609 EDWARDS RD.
SANFORD, NC 27332

OLD RED FARM
Attn: Managing Officer/Agent
2400 ALAMANCE CHURCH ROAD
GREENSBORO, NC 27406

Provimi
Attn: Managing Officer/Agent
PO Box 6319
CAROL STREAM, IL 60197-6319

Nick Craven
4718 Lambeth Mill Rd
Bennett, NC 27208

P & F Farms, Inc.
Attn: Managing Officer/Agent
1210 Lake Fork Road
Salisbury, NC 28146

QC SUPPLY, LLC.
Attn: Managing Officer/Agent
PO BOX 581, NORTH HWY 15
SCHUYLER, NE 68661-0581

NORLINA AUTO PARTS
Attn: Managing Officer/Agent
110 U.S. HWY 1, NORTH
NORLINA, NC 27563

PARSONS MACHINE WORKS INC.
Attn: Managing Officer/Agent
890 ALBEMARLE ROAD
TROY, NC 27371

QUALITY EQUIPMENT, LLC (CAR
Attn: Managing Officer/Agent
804 MONROE STREET
CARTHAGE, NC 28327

North Carolina Dept. of Commerce
Div. of Employment Security
PO Box 26504
Raleigh, NC 27611-6504

Patrick M. Jones
8456 Reeve Rd.
Camden, OH 45311

R&R FARMS
Attn: Managing Officer/Agent
4047 RIVER RIDGE RD
BROWNS SUMMIT, NC 27214

North Carolina Dept. of Revenue
Office Serv. Division Bankr. Unit
PO Box 1168
Raleigh, NC 27602-1168

PAYNTER'S AUTO & TRACTOR REPAI
PO BOX 34
WISE, NC 27594

R.D. LEE FARMS, INC.
Attn: Managing Officer/Agent
1789 CLARENCE MCKEITHAN RD
SANFORD, NC 27330

North Moore Management LLC
Attn: Managing Officer/Agent
2504 Spies Road
Robbins, NC 27325

Pee Dee Electric Membership Corp.
Attn: Managing Officer/Agent
575 US HS Hwy 52 South
Wadesboro, NC 28170

R.T. Farms
Attn: Managing Officer/Agent
03371 State Route 219
New Bremen, OH 45869

NOVUS INTERNATIONAL, INC.
Attn: Managing Officer/Agent
3526 PAYSPHERE CIRCLE
CHICAGO, IL 60674

Penske Truck Leasing Co., LP
Attn: Managing Officer/Agent
2675 Morgantown Road
Reading, PA 19607

Randolph Boiler & Mech. Inc.
Attn: Managing Officer/Agent
152 Point South Drive
RANDLEMAN, NC 27317

O'REILLY AUTO PARTS
Attn: Managing Officer/Agent
PO BOX 9464
SPRINGFIELD, MO 65801-9464

PHIL COOK
2114 POE ROAD
SILER CITY, NC 27344

Randolph Communications
Attn: Managing Officer/Agent
317 East Dixie Drive
Asheboro, NC 27203

Oakland Farms
Attn: Managing Officer/Agent
5567 Joe Dean Trail
Ramseur, NC 27316

PIC USA, Inc.
Attn: Managing Officer/Agent
100 Bluegrass Commons Blvd Ste 2200
Hendersonville, TN 37075

Randolph County Tax Collector
Attn: Managing Officer/Agent
725 McDowell Road
Asheboro, NC 27205

Oglethorpe County Tax Commissioner
Attn: Managing Officer/Agent
341 W. Main Street
Lexington, GA 30648

Pollitt Ventures, Inc.
Attn: Managing Officer/Agent
PO Box 936
Clarkesville, GA 30523

Randolph Electric Membership Cor
Attn: Managing Officer/Agent
879 McDowell Rd
Asheboro, NC 27205

RANDY DAVIS
1706 UNDERWOOD RD
ELON COLLEGE, NC 27244

RICKY GARNER ELECTRIC
Attn: Managing Officer/Agent
228 NEEDHAM GROVE RD.
SEAGROVE, NC 27341

ROLL OFF SYSTEMS, INC.
Attn: Managing Officer/Agent
1100 B. GARRETT DR.
STATHAM, GA 30666

Randy Siefring
5684 Karch Road
Coldwater, OH 45828

RIDLEY FEED INDUSTRIES
Attn: Managing Officer/Agent
PO BOX 74008549
CHICAGO, IL 60674

Ron and Doug Kahlig
1769 Menchhofer Road
Coldwater, OH 45828

Rayle Electric Membership Corp.
Attn: Managing Officer/Agent
P.O. Box 1090
Washington, GA 30673

RIVERBEND SWINE CONSULTING, PC
Attn: Managing Officer/Agent
120 FARNSWORTH DR.
GOLDSBORO, NC 27530-9046

Ronnie Pattillo
1258 Kerrs Chapel Road
BURLINGTON, NC 27217

RCM MECHANICAL INC.
Attn: Managing Officer/Agent
PO BOX 267
WHITSETT, NC 27377-0267

RIVERLINK
Attn: Managing Officer/Agent
PO BOX 16799
AUSTIN, TX 78761

Roy Wood
540 Burning Tree Rd.
Pinehurst, NC 28374

Republic Services
Attn: Managing Officer/Agent
1137 Albemarle Rd
Troy, NC 27371

ROBBIE WALTERS
32 WHITE RD
SILER CITY, NC 27344

Rusty Cox
5312 Dudley Road
Monroe, NC 28112

REPUBLIC SERVICES #778
Attn: Managing Officer/Agent
PO BOX 9001099
LOUISVILLE, KY 40290-1099

Robbins May & Rich LLP
Attn: Stephen F. Later
120 Applecross Road
Pinehurst, NC 28374

RYAN GREEN
5570 Osceola-Ossipee Rd.
BROWNS SUMMIT, NC 27214

Richmond County Tax Collector
Attn: Managing Officer/Agent
PO Box 1644
Rockingham, NC 28380-1644

Robert W. McFayden
2872 N. US Highway 220
Ellerbe, NC 28338

Ryder Truck Rental, Inc.
Attn: Managing Officer/Agent
PO Box 402366
Atlanta, GA 30384-2366

Richmond County Water Dept.
Attn: Managing Officer/Agent
PO Box 127
Rockingham, NC 28380

Robin Lackey
2425 Breeze Road
HURDLE MILLS, NC 27541

SAM BLACK
2020 MORGAN GOLD HILL
GOLD HILL, NC 28071

Rick Alig
8670 E 400 N
Portland, IN 47371

ROGER'S HEATING & AIR CONDITIONING SERVICE
Attn: Managing Officer/Agent
348 DAVIS ROAD
HENDERSON, NC 27537

SC Dept of Revenue (IFTA)
Attn: Managing Officer/Agent
PO Box 1498
Blythewood, SC 29016

Rick Alig
5246 State Route 49
Ft. Recovery, OH 45846

ROLAND PHILLIPS
Attn: Managing Officer/Agent
8166 NC HWY 42
BEAR CREEK, NC 27207

Scott Ballard
1125 Dalrymple Farm Rd
SANFORD, NC 27331

SCOTT'S APPLIANCE & REPAIR
Attn: Managing Officer/Agent
PO BOX 1355, 1528 MAIN ST.
RAMSEUR, NC 27316

STEEL & PIPE CORPORATION
Attn: Managing Officer/Agent
P.O. BOX 700
SANFORD, NC 27331-0700

THE REDWOOD GROUP, LLC
Attn: Managing Officer/Agent
5920 NALL AVENUE, SUITE #400
MISSION, KS 66202

SHORTY'S SERVICE CENTER
Attn: Managing Officer/Agent
1039 PLANK ROAD
CARTHAGE, NC 28327

Steve Bohman
1515 SR 48
Russia, OH 45363

Thurman Jessup
6913 Brush Creek Road
Bennett, NC 27208

Sidney Beeson
4118 Beeson Farm Rd.
SOPHIA, NC 27350

Steve Thomas Farm
Attn: Managing Officer/Agent
446 Castleberry Road
SANFORD, NC 27332

TIM SLOAN
424 SLOAN LANE
SANFORD, NC 27330

SILER CITY TRAILER REPAIR INC.
Attn: Managing Officer/Agent
150 PINEY GROVE CHURCH ROAD
SILER CITY, NC 27344

Sunrise Cooperative, Inc.
Attn: Managing Officer/Agent
2025 W. State St.
Fremont, OH 43420

TIMMY LANGLEY
1253 RAINEY ROAD
STALEY, NC 27355

Smithfield Farmland Corp.
Attn: Managing Officer/Agent
111 Commerce Street
Smithfield, VA 23430

Swain Farms LLC; Hickory Dell Farms
Attn: Managing Officer/Agent
4310 Barber Road
Cedarville, OH 45314

TONY MOORE (INGRED)
217 Meadow Branch Rd
REIDSVILLE, NC 27320

Smithfield Farmland Sales Corp
Attn: Managing Officer/Agent
PO BOX 740008622
CHICAGO, IL 60674

SWK Technologies, Inc.
Attn: Managing Officer/Agent
120 Eagle Rock Ave., Ste. 330
East Hanover, NJ 07936

TONY ROSS
421 JOEL RD
CARTHAGE, NC 28327

Snider Fleet Solutions
Attn: Managing Officer/Agent
PO Box 16046
GREENSBORO, NC 27416

T&L Feasel Farms
Attn: Managing Officer/Agent
795 Winkler Rd.
Willshire, OH 45898

Toshiba Financial Services
Attn: Managing Officer/Agent
1310 Madrid Street, Suite 101
Marshall, MN 56258

SPIVEY'S GARAGE
Attn: Managing Officer/Agent
172 SPIVEY RD.
CARTHAGE, NC 28327

TAR HEEL SALES AND SERVICE
Attn: Managing Officer/Agent
PO BOX 476
WARRENTON, NC 27589

TOTAL POWER PRODUCTS
Attn: Managing Officer/Agent
P O BOX 698
BISCOE, NC 27209

Spring Valley Finisher
Attn: Managing Officer/Agent
254 Spring Valley Road
Norlina, NC 27563

Ted Heitkamp
2430 St. Johns Road
Maria Stein, OH 45860

Town of Candor - Water & Sewer
Attn: Managing Officer/Agent
PO Box 220
Candor, NC 27229

STAR AUTO CENTER
Attn: Managing Officer/Agent
PO BOX 574
STAR, NC 27356

TERRY BLACKWELL
8545 DICK BLACKWELL ROAD
OXFORD, NC 27565

Tracey B. Purvis
(deceased)
PO Box 77
Highfalls, NC 27259

Transverse Specialty Insurance Co.
Attn: Managing Officer/Agent
9821 Katy Freeway, Suite 750
Houston, TX 77024

US Attorney General
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Warren County Public Utilities
Attn: Managing Officer/Agent
PO Box 577
Warrenton, NC 27589-0577

TRAVIS PUGH
6372 GOLDFIELD RD
LIBERTY, NC 27298

US Cellular
Attn: Managing Officer/Agent
Dept. 0205
Palatine, IL 60055-0205

Warren County Tax Collector
Attn: Managing Officer/Agent
PO Box 240
Warrenton, NC 27589

TREAT-RITE WATER SERVICES,INC
Attn: Managing Officer/Agent
6502 NC 86
CHAPEL HILL, NC 27514

US Small Business Administration
Attn: Managing Officer/Agent
409 3rd Street, SW
Washington, DC 20416

WATERS AGRICULTURAL LAB. IN
Attn: Managing Officer/Agent
PO BOX 382, 257 NEWTON HWY
CAMILLA, GA 31730

TREXLER FARMS
Attn: Managing Officer/Agent
12955 HWY 52
GOLD HILL, NC 28071

VALLEY PROTEINS-CBP
Attn: Managing Officer/Agent
PO BOX 643381
CINCINNATI, OH 45264-3381

Wells Fargo Vendor Financial Serv
Attn: Managing Officer/Agent
PO Box 3072
Cedar Rapids, IA 52406

UniFirst Corp/UniFirst Holdings
Attn: Managing Officer/Agent
14000 E Moncrieff Pl
Aurora, CO 80011

VANDERVEER GAS BLUE RIBBON
Attn: Managing Officer/Agent
117 INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

Westfield Bank
Attn: Managing Officer/Agent
PO Box 692
Westfield Center, OH 44251-0692

UNITED FIRE & SAFETY EQUIP.INC
Attn: Managing Officer/Agent
PO BOX 235
GOLDSTON, NC 27252

VANDERVEERS GAS-COPPERHEAD
Attn: Managing Officer/Agent
117M INDUSTRIAL PARK DRIVE
BISCOE, NC 27209

Westgerdes Farm
Attn: Managing Officer/Agent
8870 E 500 N
Portland, IN 47371

UNITED PARCEL SERVICE
Attn: Managing Officer/Agent
P O BOX 809488
CHICAGO, IL 60680-9488

Victory Environmental & Waste
Attn: Managing Officer/Agent
P.O. Box 2805
THOMASVILLE, NC 27361

WILLETT'S DIESEL& EQUIP REPA
Attn: Managing Officer/Agent
5450 BONLEE-BENNETT RD.
BEAR CREEK, NC 27207

United States Attorney - EDNC
Civil Process Clerk
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601-1461

VP Valley Proteins, INC
Attn: Managing Officer/Agent
P.O. BOX 643393
CINCINNATI, OH 45264

Williams Farm / John Williams
526 County Line Rd
Ellerbe, NC 28338

UNIVERSITY OF MINNESOTA
Attn: Managing Officer/Agent
REGENTS OF U OF M, NW5960
MINNEAPOLIS, MN 55485-5960

WALLACE-DUNN HEATING & AIR CONDITIONING
Attn: Managing Officer/Agent
PO BOX 581
TROY, NC 27371

WILSON BROS MILL TRUCK COIN
Attn: Managing Officer/Agent
20412 NC HWY 902
BEAR CREEK, NC 27207

UNIVERSITY OF PENNSYLVANIA
Attn: Managing Officer/Agent
382  WEST STREET RD
KENNETT SQUARE, PA 19348

WALMART
Attn: Managing Officer/Agent
P O BOX 530934
ATLANTA, GA 30353-0934

WINZER FRANCHISE CORPORAT
Attn: Managing Officer/Agent
PO BOX 671482
DALLAS, TX 75267

Wood's Tire and Auto
Attn: Managing Officer/Agent
114 Racket Alley
RAEFORD, NC 28376


WRIGHT DAIRY INC.
Attn: Managing Officer/Agent
841 WOOLEN STORE RD.
REIDSVILLE, NC 27320


XL Insurance America, Inc.
Attn: Managing Officer/Agent
505 Eagleview Blvd., Ste. 100
Exton, PA 19341-1120


Zoetis US LLC
Attn: Managing Officer/Agent
10 Sylvan Road
Fairfield, NJ 07834

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **N. G. Purvis Farms, Inc.** _____     Case No. _____

                             Debtor(s)             Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **N. G. Purvis Farms, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  6, 2021** _____

Date

**/s/ Algernon L. Butler, III** _____

**Algernon L. Butler, III**

Signature of Attorney or Litigant

Counsel for   **N. G. Purvis Farms, Inc.** _____

**Butler & Butler, L.L.P.**

**111 N. 5th Avenue**
**PO Box 38**
**Wilmington, NC 28401**
**910-762-1908 Fax:910-762-9441**
**albutleriii@butlerbutler.com**

# UNANIMOUS WRITTEN CONSENT

## OF

## BOARD OF DIRECTORS

## OF

## N. G. PURVIS FARMS, INC.

April 22, 2021

The undersigned, being all of the directors of N. G. Purvis Farms, Inc., a North Carolina business corporation, (the "**Company**"), acting by written consent without a meeting, do hereby consent to the adoption of the following resolutions as of the date hereof with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the Board of Directors:

**WHEREAS**, the Company has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

## CHAPTER 11 CASE

**NOW, THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (such voluntary petition, and any voluntary petitions to be filed by the Company's affiliates, collectively, the "**Chapter 11 Cases**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and

**RESOLVED FURTHER**, that Jerry M. Purvis as President of the Company, or if he is unable to act for any reason David P. Purvis as Vice President of the Company (each, an "**Authorized Officer**" and collectively, the "**Authorized Officers**") be, and each of them individually hereby is, authorized, in the name and on behalf of the Company, appointed as the Company's authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of the Company, including in the Company's capacity as shareholder or member of its subsidiaries, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that they deem necessary or proper to obtain such relief including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses.

## RETENTION OF PROFESSIONALS

**RESOLVED FURTHER**, that each Authorized Officer be, and they hereby are, authorized and directed to employ the law firms of Butler & Butler, L.L.P. and Hendren, Redwine & Malone, PLLC as general bankruptcy co-counsel and Robbins May & Rich LLP as special counsel (collectively, the "**Law Firms**") to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of the Law Firms.

**RESOLVED FURTHER** that each Authorized Officer be, and they hereby are, authorized and directed to employ the firm of NUTRIQUEST, LLC to provide the Company with a Chief Restructuring Officer, who shall be Steve Weiss, along with additional personnel, as restructuring advisors to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers (other than

the Chief Restructuring Officer), with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of NUTRIQUEST, LLC.

**RESOLVED FURTHER** that each Authorized Officer and the Chief Restructuring Officer on behalf of the Company be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers and the Chief Restructuring Officer on behalf of the Company, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

**RESOLVED FURTHER** that each Authorized Officer and the Chief Restructuring Officer on behalf of the Company be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers or the Chief Restructuring Officer deem necessary, proper or desirable in connection with the Chapter 11 Cases, with a view to the successful prosecution of such case.

### CASH COLLATERAL AND ADEQUATE PROTECTION

**RESOLVED FURTHER**, that, in connection with the commencement of the Chapter 11 Cases, each of the Authorized Officers and the Chief Restructuring Officer on behalf of the Company, is authorized and directed to seek approval of a cash collateral order in interim and final form (a "**Cash Collateral Order**"), and any Authorized Officer and the Chief Restructuring Officer on behalf of the Company be, and hereby is, authorized, empowered, and directed to negotiate, execute, and deliver any and all agreements, instruments, or documents, by or on behalf of the Company, necessary to implement the Cash Collateral Order, as well as any additional or further agreements for the use of cash collateral in connection with the Company's Chapter 11 Cases, which agreements may require the Company to grant liens to the Company's existing lenders and each other agreement, instrument, or document to be executed and delivered in connection therewith, all with such changes therein and additions thereto as any Authorized Officer or the Chief Restructuring Officer approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof, subject to Bankruptcy Court approval.

### FINANCING

**RESOLVED FURTHER**, that, in connection with the commencement of the Chapter 11 Cases, each of the Authorized Officers and the Chief Restructuring Officer on behalf of the Company, is authorized to negotiate, execute, and deliver on behalf of the Company any and all agreements, instruments, and documents, including promissory notes, deeds of trust, security deeds, security agreements, and credit agreements, in favor of First National Bank of Omaha, Land O'Lakes Finance Company, and other lenders, necessary or appropriate to obtain pre- and/or post-bankruptcy financing for operating, hedging, refinancing of existing indebtedness, or other purposes, including in connection with or contemplation of the Company's Chapter 11 Case, and to seek approval of any necessary or appropriate orders of the Bankruptcy Court in interim and final form to authorize and approve such financing.

### GENERAL

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers and the Chief Restructuring Officer, each of the Authorized Officers and the Chief Restructuring Officer on behalf of the Company (and their designees and delegates) be, and they hereby

IN WITNESS WHEREOF, the undersigned directors have duly executed this Unanimous Written Consent as of the date first written above.

David Purvis

Jerry M. Purvis Sr.

Melvin G. Purvis